David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>STEVE SMEAD,<br><br>                    Defendant | Case No.: LACV23-02938-ODW(JCx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br><br>**Hearing Date:**  June 26, 2023<br>**Hearing Time:** 1:30 p.m.<br>**Judge:** Honorable Otis D. Wright II<br>**Place:** Courtroom 5D |

1

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

The undersigned, counsel of record for Defendant STEVE SMEAD, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualifications or recusal.

1. STEVE SMEAD

Dated: May 22, 2023                    LAW OFFICES DAVID YOUNG

By:
/s/   DAVID  YOUNG
            Attorney for Defendant
            STEVE SMEAD

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a  party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

### On May 22, 2023, I served the foregoing document describe as:

### NOTICE OF INTERESTED PARTIES

on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:
addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA  90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
In Pro Per

    ☒    **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

    ☒    **BY E-MAIL**: I caused the above document to be electronically transmitted to the e-mail address listed above.

    ☒    **(Federal)**  I declare that service was made at the direction of a member of the Bar of this Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.
Executed on May 22, 2023, at Los Angeles, California.

/s/ David Young