# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
05/02/2023
CENTRAL DISTRICT OF CALIFORNIA
BY:     KD      DEPUTY
```

**CLINTON BROWN**

*Plaintiff*

v.

**STEVE SMEAD**

*Defendant*

Civil Action No.
LACV23-02938-ODW(JCx)

## AFFIDAVIT OF SERVICE

I, Lewis Lipton, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Steve Smead in Ventura County, CA on May 1, 2023 at 2:09 pm at 352 Harvard Blvd, Santa Paula, CA 93060 by personal service by handing the following documents to an individual identified as Steve Smead.

Summons in a Civil Action; Complaint; Civil Cover Sheet; and Notice of Assignment to United States Judges

Additional Description:
Steve Smead and I coordinated by phone and I met him in driveway at the address. I served him with the documents.

White Male, est. age 65, glasses: Y, Brown hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.3475341797,-119.0671192963
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Ventura County__,

__CA__ on __5/2/2023__.

/s/ *Lewis Lipton*

Lewis Lipton - (805) 205-3553
Registration No.: 773
Registration County: Ventura