# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>STEVE SMEAD<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-02938-MEMF-KS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   5/22/2023

Document No.:   11-1

Title of Document:   Proposed Order

**ERROR(S) WITH DOCUMENT:**

Proposed orders SHALL NOT have counsels name, address, and phone number in upper, left corner. If this info is there, issue a G-112A referring counsel to the Judges Procedure page at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong for counsel to review the Proposed Order Sample. Counsel MUST be directed to re-submit their Proposed Order in accordance to the Judges posted sample.

The motion is noticed for the incorrect judge.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 24, 2023          By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**