CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEVE SMEAD<br><br>          Defendant. | CASE NO. 2:23-cv-02938-MEMF-KS<br><br>**Statement of Uncontroverted Facts**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 04/19/2023<br><br>**Action Due:** 05/22/2023 |

## STATEMENT OF UNCONTROVERTED FACTS

**NOTICE TO THE COURT**, in accordance with *Local Rule 56-1*, in supplement to *F.R.C.P. 56(a)*, the Plaintiff respectfully requests summary judgment and thus submits a statement of uncontroverted facts.

1. The Securities Act of 1933 prohibits the offer as well as the sale of unregistered, non-exempt securities. *(Securities Act of 1933 § 5(a), 15 U.S.C. § 77e(a) (1933), as amended through P.L. 117-263 (2022).*

2. An investment contract is a security. *(Securities Act of 1933 § 2(a)(1), 15 U.S.C. § 77b(a)(1) (1933), as amended through P.L. 117-263 (2022); (Securities Exchange Act of 1934 § 3(a)(10), 15 U.S.C. § 78c(a)(10) (1934), as amended through P.L. 117-328, enacted December 29, 2022).*

3. The term investment contract under federal securities law means, an investment (1) in a common venture premised on (2) a reasonable expectation of profits to be (3) derived solely from the entrepreneurial or managerial efforts of others. *(SEC v. W. J. Howey Co., 328 U.S. 293, 298-299, 301, 66 S. Ct. 1100, 1102-1104, 90 L. Ed. 1244, reh. denied 329 U.S. 819, 67 S. Ct. 27, 91 L. Ed. 697 (1946))*.

4. Any contract or action that involves exchanging a security or interest in a security for something of value is considered a sale or an offer to sell. *(Securities Act of 1933 § 2(a)(3), 15 U.S.C. § 77b(a)(3) (1933), as amended through P.L. 117-263 (2022))*.

5. The term issuer means every person who issues or proposes to issue any security. *(Securities Act of 1933 § 2(a)(4), 15 U.S.C. § 77b(a)(4) (1933), as amended through P.L. 117-263 (2022))*.

6. Interstate commerce refers to any communication involving securities that crosses state lines. *(Securities Act of 1933 § 2(a)(7), 15 U.S.C. § 77b(a)(7) (1933), as amended through P.L. 117-263 (2022))*.

7. The Securities Exchange Act of 1934 makes it unlaw to use or employ, in connection with the purchase or sale of any security or any security not so registered, any manipulative or deceptive device or contrivance in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors. *(Securities Exchange Act of 1934 § 10(b), 15 U.S.C. § 78j(b) (as amended through P.L. 117-328, enacted December 29, 2022))*.

8. Defendant is an accredited investor per regulations set forth in *17 C.F.R. § 230.501(a) (2023)*.

9. Plaintiff is not an accredited investor per regulations set forth in *17 C.F.R. § 230.501(a) (2023)*.

10. The Complaint is one cause of action. *(Dk. 11, 15, 25-26)*

11. The transfer in question are properties located in California and Utah. *(Dk. 11, 7, lines 13-16)*.

12. Exhibit 1 *(Dk. 11, 28-29)* are true and correct copies.

13. Exhibit 2 *(Dk 11, 31)* is a true and correct copy.

14. Local Rules must not disadvantage a party. *(F.R.C.P. 83(a)(2)).* Thus, a 'meet and confer' should occur through the Court with the Magistrate. *(Dk. 11, 35-47, Exhibits A-D); (Hickman v. Taylor, 329 U.S. 495, 67 S. Ct. 385 (1947))*.

15. Between September 2020 and March 2023, the Plaintiff and Defendant had at least two hundred eighty-seven (287) written email communications.[1]

16. In 2022 the Plaintiff and Defendant had at least twenty-nine (29) phone call conversations equal to no less than 643 minutes.[2]

17. The Defendant received a copy of the Harper appraisal report valuing the property at $1,100,000. *(Brown, Clinton. Email to Steve Smead. "Harper Lake Appraisal" 25 May 2022, Email #169)*.

18. The Defendant purchased and was assigned the Harper property first deed of trust from American Pacific Investments for the full-face recorded value. *(Smead, Steve. Email to Clinton Brown. "Harper Lake purchase docs" 11 July 2022, Email #187)*.

19. The Defendant purchased a Nevada property deed of trust from the Plaintiff for approximately 50% of the face value on or about September 28, 2022. *(Smead, Steve. Email to Clinton Brown. "Trust Deed Purchase" 28 September 2022, Email #263)*.

20. The Plaintiff confirmed the offer from the Defendant. *(Brown, Clinton. Email to Steve Smead. "Trust Deed Purchase" 28 September 2022, Email #264)*.

---

[1] Gmail Conversation Log, Clinton Brown v. Steve Smead, No. 2:23-cv-02938 (C.D. Cal. June 11, 2023). (Dk. 21, 7-17).
[2] Phone Call Record Log, Clinton Brown v. Steve Smead, No. 2:23-cv-02938 (C.D. Cal. June 11, 2023). (Dk. 21, 18).

21. The Plaintiff and Defendant exchanged CONFIDENTIAL information regarding Haper Lake's proposed offer from a third-party solar developer on October 17, 2022. *(Brown, Clinton. Email exchange with Steve Smead. "CONFIDENTIAL" 17 October 2022, Email #265 and #266, respectively).*

22. The Plaintiff sent a Proposal to stave off foreclosure for (6) six months on December 3, 2022. *(Brown, Clinton. Email to Steve Smead. "Proposal" 03 December 2022, Email #276)*[3].

23. The Plaintiff sent the third-party solar developer contract to the Defendant on December 15, 2022. *(Brown, Clinton. Email to Steve Smead. "Lease for Harper" 15 December 2022, Email #278).*

24. The Plaintiff notified the Defendant of a Chapter 11 Sub V bankruptcy filing and the automatic stay on December 28, 2022 and December 29, 2022, respectively. *(Brown, Clinton. Emails to Steve Smead. "Information Regarding Chapter 11 Subchapter V Filing and Alternative."; "Automatic Stay Chapter 11 Subchapter V," 28-29 December 2022, Emails #279-282).*

25. The Malibu property appraised for $450,000 in February 2021. *(Varon, B. (2021). Appraisal Report: Residential Property (Calle Del Barco), Tract No 10570 Lot 182, Malibu, CA 90265. Prepared for FMC Lending, 380 Beach Road, Suite D, Burlingame, CA 94010. Date of Report: February 12, 2021).*

26. The Utah property appraised for $240,000 in June 2021. *(Colliers International (2021). Appraisal Report File #: SLC210208), Vacant Land (Millard County), APN/Parcel 8710-1. Prepared for FMC Lending, 380 Beach Road, Suite D, Burlingame, CA 94010. Date of Report: June 8, 2021).*

27. The Harper property appraised for $1,100,000 in December 2021. *(Pacific Valuation (2021). A Restricted Appraisal Report: A 400-Acre Entitled Vacant Lot*

---

[3] Modification Agreement, December 2, 2022. (Dk 21, 19)

located at 42829 Harper Lake Road, Hinkley, San Bernardino County, CA 92347. Prepared for Fundamental Rate, 555 California St Suite 4925, San Francisco, CA 94104. Date of Report: December 20, 2021).

28. The Malibu, Utah and Harper properties had a combined appraised value of $1,790,000 in 2021. *(No. 25, No. 26, No. 27).*

29. The original purchase prices for each property are as follows: Malibu $290,000, Utah $49,999, Harper $498,000, for a total of $837,999. *(Public Records, Appraisal Reports, No. 25, No. 26, No. 27).*

30. The equity in the Malibu, Utah and Harper properties was $952,001 in 2021. *(Appraisals minus purchase prices, No. 25, No. 26, No. 27, No. 28, No. 29).*

31. The Plaintiff's 409a valuation was shared with the Defendant in September 2021. *(Brown, Clinton. Email exchange with Steve Smead. "Common Stock Loan Request." 16 September 2021 - 29 September 2021. Emails #54-58, respectively).*

32. The projects had a value of at least $21,400,000 in 2021. *(Bay Valuation Advisors, LLC. (2021). Atlas, Inc. Valuation of Common Stock. Oakland, CA. Valuation Date: June 30, 2021. Report Date: September 21, 2021).*

33. In May 2021 the Defendant purchased the seller-financed second deed of trust on Malibu for its full value of $119,000. *(Los Angeles County Recorder's Office. (2021, May 21). Substitution of Trustee and Full Reconveyance. Document Number: 202105210190066).*

34. In June 2021, the Defendant recorded a $200,000 deed of trust on the Utah property. *(Millard County Recorder. (2021, June 29). Trust Deed: APN/Parcel ID 8710-1. Trustee: Title First Title Insurance Agency, LLC. Amount: $200,000. Notarized in New York by Jenice Hernandez, Notary Public, State of New York, No. OLHE6359254. Recorded at 12:24 PM, Entry #: 00215042).*

35. In July 2022, the Defendant purchased the seller-financed first deed of trust on Harper through assignment at the full value of $348,000. *(San Bernardino County*

*Recorder. (2022, July 19). Corporation Assignment of Deed of Trust, Doc #2022-0251090. Document records assignment by American Pacific Investments, LLC, for property APN/Parcel ID(s): 0490-091-09 and 0490-091-19).*

36. In August 2022 the Defendant filed notices of default for all deeds of trust on the Malibu, Utah, and Harper properties. *(Los Angeles County Recorder. (2022, August 18). Notice of Default. Document ID: 22-0828300. Recorded on the Malibu property, APN/Parcel ID: 4451-015-021); (Millard County Recorder's Office, Utah. (2022, August 29). Notice of Default and of Election to Sell. Entry No. 06221473, Book 731, Page 548, APN/Parcel ID: 8710-1); (San Bernardino County Recorder. (2022, August 25). Notice of Default. Document Number: 2022-0291892, APN/Parcel ID(s): 0490-091-0-000 and 0490-091-19-0-000).*

37. The Malibu, Utah and Harper properties were foreclosed on in January 2023. *(Los Angeles County Recorder. (2023, January 23). Trustee's Deed. Document Number: 2022-01537. Document records transfer of property to Steve Smead, APN/Parcel ID: 4451-015-021); (Millard County Recorder's Office, Utah. (2023, March 8). Trustee's Deed. Entry No. 0218042, Book 703, Page 381. Document by TitleFirst Title Insurance Agency, LLC records transfer of property to Steve Smead. APN/Parcel ID: 8710-1); (San Bernardino County Recorder. (2023, January 31). Trustee's Deed. Document Number: 2023-0021452. Records transfer of property by Steve Smead, APN/Parcel ID(s): 0490-091-0-000 and 0490-091-19-0-000).*

**Gmail Conversation Log**

Case: Clinton Brown v. Steve Smead (2:23-cv-02938)

Central District of California

Judge: Honorable Maame Ewusi-Mensah Frimpong

Magistrate Judge: Karen L. Stevenson

**Report Date: 06/11/2023**

| Email # | Date | Subject |
|---|---|---|
| 287 | 3/6/2023 | Re: Bringing Utah Current |
| 286 | 3/2/2023 | Bringing Utah Current |
| 285 | 3/2/2023 | Fwd: Amount Due |
| 284 | 3/2/2023 | Bringing Utah Current |
| 283 | 3/2/2023 | Fwd: Amount Due |
| 282 | 12/29/2022 | Automatic Stay Chapter 11 Subchapter V |
| 281 | 12/29/2022 | Automatic Stay Chapter 11 Subchapter V |
| 280 | 12/28/2022 | Information Regarding Chapter 11 Subchapter V Filing and Alternative |
| 279 | 12/28/2022 | Information Regarding Chapter 11 Subchapter V Filing and Alternative |
| 278 | 12/15/2022 | Lease for Harper |
| 277 | 12/6/2022 | 16390 Black Cutoff Road Fillmore |
| 276 | 12/3/2022 | Proposal |
| 275 | 11/11/2022 | This sold for $1.6m because it's entitled. |
| 274 | 11/8/2022 | Fwd: Amount Due |
| 273 | 11/8/2022 | Re: Amount Due |
| 272 | 11/8/2022 | Re: Amount Due |
| 271 | 11/8/2022 | Fwd: Amount Due |
| 270 | 11/8/2022 | Re: Amount Due |
| 269 | 11/7/2022 | Amount Due |
| 268 | 11/7/2022 | Amount Due |

| | | |
|---|---|---|
| 267 | 10/28/2022 | Harper |
| 266 | 10/17/2022 | CONFIDENTIAL |
| 265 | 10/17/2022 | CONFIDENTIAL |
| 264 | 9/28/2022 | Trust Deed Purchase |
| 263 | 9/28/2022 | Re: Trust Deed Purchase |
| 262 | 9/21/2022 | Closing Package - Originals have been sent. |
| 261 | 9/21/2022 | Mailed Docs Confirmation |
| 260 | 9/21/2022 | Closing Package - Originals have been sent. |
| 259 | 9/15/2022 | Fwd: Notarized Document Receipt |
| 258 | 9/14/2022 | Fwd: Pershing County property - Assignment of Deed of Trust |
| 257 | 9/14/2022 | Re: Pershing County property - Assignment of Deed of Trust |
| 256 | 8/27/2022 | Re: Another Thing |
| 255 | 8/27/2022 | Re: Another Thing |
| 254 | 8/27/2022 | Re: Another Thing |
| 252 | 8/27/2022 | Re: Another Thing |
| 251 | 8/27/2022 | Re: Another Thing |
| 250 | 8/27/2022 | Re: Another Thing |
| 249 | 8/26/2022 | Loan Payoff/Project Update |
| 248 | 8/26/2022 | Loan Payoff/Project Update |
| 247 | 8/23/2022 | Another Thing |
| 246 | 8/23/2022 | Fwd: Another Thing |
| 245 | 8/23/2022 | Does Current Mean Default |
| 244 | 8/23/2022 | Fwd: Does Current Mean Default |
| 243 | 8/23/2022 | High low estimate |
| 242 | 8/23/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 241 | 8/23/2022 | Fwd: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 240 | 8/23/2022 | Fwd: Another Thing |

| | | |
|---|---|---|
| 239 | 8/23/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 238 | 8/23/2022 | Fwd: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 237 | 8/22/2022 | 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 236 | 8/22/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 235 | 8/22/2022 | 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 234 | 8/19/2022 | See if this works |
| 233 | 8/19/2022 | Re: See if this works |
| 232 | 8/19/2022 | Re: See if this works |
| 231 | 8/19/2022 | See if this works |
| 230 | 8/11/2022 | Re: Agoura Hills Ownership Purchase |
| 229 | 8/11/2022 | Re: Agoura Hills Ownership Purchase |
| 228 | 8/10/2022 | Agoura Hills Ownership Purchase |
| 227 | 8/10/2022 | RE: Agoura Hills Ownership Purchase |
| 226 | 8/10/2022 | Fwd: Agoura Hills Ownership Purchase |
| 225 | 8/10/2022 | Fwd: Agoura Hills Ownership Purchase |
| 224 | 8/10/2022 | Re: Agoura Hills Ownership Purchase |
| 223 | 8/10/2022 | POF/Letter of Commitment Update |
| 222 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 221 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 220 | 8/10/2022 | POF/Letter of Commitment Update |
| 219 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 218 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 217 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 215 | 8/8/2022 | See if this works |
| 214 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Prom |
| 213 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Prom |
| 212 | 8/8/2022 | See if this works |

| | | |
|---|---|---|
| 211 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 210 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 209 | 8/7/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 208 | 8/7/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 207 | 8/6/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 206 | 8/6/2022 | Fwd: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pro |
| 205 | 8/6/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 204 | 8/6/2022 | Fwd: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pro |
| 203 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 202 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 201 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 200 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 199 | 8/3/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 198 | 8/3/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Pror |
| 197 | 8/2/2022 | Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Promisse |
| 196 | 8/2/2022 | Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Promisse |
| 195 | 7/30/2022 | Reports for Calle De Barco |
| 194 | 7/30/2022 | Reports for Calle De Barco |
| 193 | 7/28/2022 | Fwd: MalibuLandChanges |
| 192 | 7/28/2022 | Fwd: MalibuLandChanges |
| 191 | 7/25/2022 | MalibuLandChanges |
| 190 | 7/12/2022 | Re: Harper Lake purchase docs. |
| 189 | 7/12/2022 | Re: Harper Lake purchase docs. |
| 188 | 7/11/2022 | Harper Lake purchase docs. |
| 187 | 7/11/2022 | Harper Lake purchase docs. |
| 186 | 6/22/2022 | FERC Proposes Interconnection Reforms to Address Queue Backlogs \| Federal Energy |
| 185 | 6/12/2022 | Re: Property taxes Harper Lake property |

| | | |
|---|---|---|
| 184 | 6/12/2022 | Re: Property taxes Harper Lake property |
| 183 | 6/10/2022 | Re: Requested Documents |
| 182 | 6/9/2022 | Property taxes Harper Lake property |
| 181 | 6/9/2022 | Property taxes Harper Lake property |
| 180 | 6/6/2022 | Assignment Document |
| 178 | 6/6/2022 | Re: Assignment Document |
| 177 | 6/6/2022 | Re: Assignment Document |
| 176 | 6/6/2022 | Assignment Document |
| 175 | 6/6/2022 | Re: Assignment Document |
| 174 | 6/6/2022 | Re: Assignment Document |
| 173 | 5/31/2022 | Requested Documents |
| 172 | 5/31/2022 | Fwd: Nevada Land |
| 171 | 5/31/2022 | Requested Documents |
| 170 | 5/31/2022 | Fwd: Nevada Land |
| 169 | 5/25/2022 | Harper Lake Appraisal |
| 168 | 5/25/2022 | Re: Nevada Land |
| 167 | 5/25/2022 | Harper Lake Appraisal |
| 166 | 5/25/2022 | Re: Nevada Land |
| 165 | 5/18/2022 | Re: Nevada Land |
| 164 | 5/18/2022 | Fwd: Nevada Land |
| 163 | 5/18/2022 | Re: Nevada Land |
| 162 | 5/18/2022 | Re: Nevada Land |
| 161 | 5/18/2022 | Fwd: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIE |
| 160 | 5/18/2022 | 42829 Harper Documents |
| 159 | 5/18/2022 | Seller Package - NV 640 |
| 158 | 5/18/2022 | Re: Nevada Land |
| 157 | 5/18/2022 | Fwd: Nevada Land |

| | | |
|---|---|---|
| 156 | 5/18/2022 | Re: Nevada Land |
| 155 | 5/18/2022 | Re: Nevada Land |
| 154 | 5/18/2022 | Fwd: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIE |
| 153 | 5/17/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIES |
| 152 | 5/17/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIES |
| 151 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 150 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 149 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 148 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 147 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 146 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 145 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 144 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 143 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 141 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 140 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 139 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 138 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 137 | 5/9/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 136 | 5/9/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 135 | 5/6/2022 | Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347   ***BENEFICIARIES D |
| 134 | 5/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347   ***BENEFICIARIE |
| 133 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 132 | 5/6/2022 | Fwd: Lovelock, NV Note Purchase Ref#7750 |
| 131 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 130 | 5/6/2022 | Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIES DO |
| 129 | 5/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIES |

| | | |
|---|---|---|
| 128 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 127 | 5/6/2022 | Fwd: Lovelock, NV Note Purchase Ref#7750 |
| 126 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 125 | 5/4/2022 | Lovelock, NV Note Purchase Ref#7750 |
| 124 | 5/4/2022 | Lovelock, NV Note Purchase Ref#7750 |
| 123 | 4/28/2022 | Fwd: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 122 | 4/27/2022 | LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 121 | 4/27/2022 | Re: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 120 | 4/27/2022 | Fwd: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 119 | 4/26/2022 | Re: Nevada Land |
| 118 | 4/26/2022 | Re: Nevada Land |
| 117 | 4/26/2022 | Re: Nevada Land |
| 116 | 4/26/2022 | Re: Nevada Land |
| 115 | 4/26/2022 | Re: Nevada Land |
| 114 | 4/26/2022 | Re: Nevada Land |
| 113 | 4/25/2022 | Re: Nevada Land |
| 112 | 4/25/2022 | Re: Nevada Land |
| 111 | 4/25/2022 | Re: Nevada Land |
| 110 | 4/25/2022 | Re: Nevada Land |
| 109 | 4/24/2022 | Re: Nevada Land |
| 108 | 4/22/2022 | Fwd: Nevada Land |
| 107 | 4/22/2022 | Fwd: Nevada Land |
| 106 | 4/19/2022 | Re: Nevada Land |
| 104 | 4/19/2022 | Re: Nevada Land |
| 103 | 4/14/2022 | Re: Nevada Land |
| 102 | 4/14/2022 | Re: Nevada Land |
| 101 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |

| | | |
|---|---|---|
| 100 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 99 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 98 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 97 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 96 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 95 | 4/13/2022 | Fwd: Nevada Land |
| 94 | 4/13/2022 | Re: Nevada Land |
| 93 | 4/13/2022 | Re: Nevada Land |
| 92 | 4/13/2022 | Re: Nevada Land |
| 91 | 4/13/2022 | Re: Nevada Land |
| 90 | 4/13/2022 | Fwd: Nevada Land |
| 89 | 4/13/2022 | Re: Nevada Land |
| 88 | 4/13/2022 | Re: Nevada Land |
| 87 | 4/13/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 86 | 4/13/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 85 | 4/13/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 84 | 4/12/2022 | IMAD/OMAD 0408B6B7HU1R018523 |
| 83 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 82 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 81 | 4/12/2022 | Fwd: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 80 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 79 | 4/12/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 78 | 4/12/2022 | Fwd: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 77 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 76 | 4/12/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 75 | 3/7/2022 | You paid a bill with Serve |
| 74 | 3/7/2022 | Fwd: You paid a bill with Serve |

| | | |
|---|---|---|
| 73 | 1/31/2022 | Utah Payment 4 Months |
| 72 | 1/31/2022 | Re: Utah Payment 4 Months |
| 71 | 1/19/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 70 | 1/19/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 69 | 1/18/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NEE |
| 67 | 1/17/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NEE |
| 66 | 1/14/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NEE |
| 65 | 1/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 64 | 1/5/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 63 | 1/4/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPS LABEL*** |
| 62 | 1/4/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPS LABEL*** |
| 61 | 12/16/2021 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL |
| 60 | 12/8/2021 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL |
| 59 | 12/7/2021 | Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL REC |
| 58 | 9/29/2021 | Re: Common Stock Loan Request |
| 57 | 9/28/2021 | Fwd: Common Stock Loan Request |
| 56 | 9/28/2021 | Fwd: Common Stock Loan Request |
| 55 | 9/16/2021 | Common Stock Loan Request |
| 54 | 9/16/2021 | Fwd: Common Stock Loan Request |
| 53 | 7/20/2021 | Re: LandGate Listing |
| 52 | 7/20/2021 | Re: LandGate Listing |
| 51 | 7/20/2021 | Re: LandGate Listing |
| 50 | 7/20/2021 | Re: LandGate Listing |
| 49 | 6/18/2021 | LandGate Listing |
| 48 | 6/18/2021 | Re: LandGate Listing |
| 47 | 6/18/2021 | Fwd: LandGate Listing |
| 46 | 6/18/2021 | Re: LandGate Listing |

| | | |
|---|---|---|
| 45 | 6/18/2021 | Re: LandGate Listing |
| 44 | 6/18/2021 | Re: LandGate Listing |
| 43 | 6/18/2021 | Fwd: LandGate Listing |
| 42 | 6/9/2021 | Utah Property Prelim |
| 41 | 6/9/2021 | Closing Statement OZ |
| 40 | 6/2/2021 | Fwd: DOE Loan Program |
| 39 | 6/1/2021 | DOE Loan Program |
| 38 | 4/7/2021 | Millard County, UT 160 Acres |
| 37 | 3/25/2021 | DCE Solar Racking |
| 36 | 2/17/2021 | Fwd: Supernova - Follow Up |
| 35 | 11/10/2020 | Fwd: Executed Term Sheet |
| 34 | 11/3/2020 | Secondary Solar Panel Market Information |
| 33 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 32 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 30 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 29 | 11/3/2020 | Fwd: Secondary Solar Panel Market Information |
| 28 | 11/3/2020 | Fwd: Secondary Solar Panel Market Information |
| 27 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 26 | 11/3/2020 | Research Program |
| 25 | 11/2/2020 | Fwd: Supernova - Follow Up |
| 24 | 11/2/2020 | Executed Term Sheet |
| 23 | 11/2/2020 | 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 22 | 11/2/2020 | Fwd: 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 21 | 11/2/2020 | Fwd: 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 20 | 10/31/2020 | Re:   Supernova - Follow Up |
| 19 | 10/31/2020 | Fwd: Supernova - Follow Up |
| 18 | 10/3/2020 | Solar REIT |

| | | |
|---|---|---|
| 17 | 9/14/2020 | Solar Due Diligence |
| 16 | 9/8/2020 | Re: 42829 Harper |
| 15 | 9/8/2020 | Re: 42829 Harper |
| 14 | 9/5/2020 | Re: 42829 Harper |
| 13 | 9/3/2020 | Fwd: 42829 Harper |
| 12 | 9/3/2020 | Re: 42829 Harper |
| 11 | 9/3/2020 | Re: 42829 Harper |
| 10 | 9/3/2020 | Re: 42829 Harper |
| 9 | 9/3/2020 | Re: 42829 Harper |
| 8 | 9/1/2020 | Fwd: 42829 Harper |
| 7 | 9/1/2020 | Re: 42829 Harper |
| 6 | 9/1/2020 | Re: 42829 Harper |
| 5 | 9/1/2020 | Re: 42829 Harper |
| 4 | 9/1/2020 | Fwd: 42829 Harper |
| 3 | 9/1/2020 | Re: 42829 Harper |
| 2 | 9/1/2020 | Re: 42829 Harper |
| 1 | 9/1/2020 | Fwd: 42829 Harper |

**2022 Phone Log**

Case: Clinton Brown v. Steve Smead (2:23-cv-02938)
Central District of California
Judge: Honorable Maame Ewusi-Mensah Frimpong
Magistrate Judge: Karen L. Stevenson

| Call # | Date | Phone No. | Min. |
|---|---|---|---|
| 1 | 1/5/2022 | 805.200.7411 | 5 |
| 2 | 2/28/2022 | 805.200.7411 | 2 |
| 3 | 3/7/2022 | 805.200.7411 | 10 |
| 4 | 3/7/2022 | 805.200.7411 | 1 |
| 5 | 4/1/2022 | 805.200.7411 | 101 |
| 6 | 4/9/2022 | 805.200.7411 | 63 |
| 7 | 5/17/2022 | 805.200.7411 | 31 |
| 8 | 5/17/2022 | 805.200.7411 | 8 |
| 9 | 5/25/2022 | 805.200.7411 | 11 |
| 10 | 5/31/2022 | 805.200.7411 | 7 |
| 11 | 5/31/2022 | 805.200.7411 | 1 |
| 12 | 5/31/2022 | 805.200.7411 | 2 |
| 13 | 5/31/2022 | 805.200.7411 | 12 |
| 14 | 6/6/2022 | 805.200.7411 | 11 |
| 15 | 7/12/2022 | 805.200.7411 | 1 |
| 16 | 7/12/2022 | 805.200.7411 | 56 |
| 17 | 7/19/2022 | 805.200.7411 | 4 |
| 18 | 7/19/2022 | 805.200.7411 | 40 |
| 19 | 7/26/2022 | 805.200.7411 | 53 |
| 20 | 8/2/2022 | 805.200.7411 | 28 |
| 21 | 8/8/2022 | 805.200.7411 | 32 |
| 22 | 8/8/2022 | 805.200.7411 | 42 |
| 23 | 8/10/2022 | 805.200.7411 | 12 |
| 24 | 8/19/2022 | 805.200.7411 | 28 |
| 25 | 10/16/2022 | 805.200.7411 | 2 |
| 26 | 10/18/2022 | 805.200.7411 | 1 |
| 27 | 10/18/2022 | 805.200.7411 | 9 |
| 28 | 12/17/2022 | 805.200.7411 | 1 |
| 29 | 12/18/2022 | 805.200.7411 | 69 |

**Total Minutes:** **643**

THIS MODIFICATION AGREEMENT made on December 2, 2022, by and between Steve Smead (the "Lender"), and Clinton Brown (the "Owner").

WHEREAS, Lender holds three Deeds of Trust (the "Deeds of Trust") securing loans on three parcels of real property located in Millard County, known as ["Utah"], and Los Angeles County, known as ["Calle del Barco"], and San Bernadino County, known as ["Harper Lake"], respectively; and

WHEREAS, Owner is in default under the terms of the Deeds of Trust; and

WHEREAS, Owner wishes to modify the terms of the Deeds of Trust to avoid foreclosure;

NOW, THEREFORE, in consideration of the mutual promises herein set forth, Owner and Lender agree as follows:

1. Owner shall pay to Lender the sum of Twenty Thousand Dollars ($20,000) to make the Utah Deed of Trust current; the sum of Forty-Six Thousand Dollars ($46,000) to make the Calle del Barco Deed of Trust current; and the sum of Thirty-Four Thousand Dollars ($34,000) to make the Harper Lake Deed of Trust current.

2. The Owner and Lender shall execute a new Deed of Trust combining the two existing Deeds of Trust on Harper Lake into one loan secured by the parcel.

3. The notice of default shall remain on the parcels of real property, but the foreclosure auctions shall be postponed for six (6) months.

4. This Agreement shall be governed by and construed in accordance with the laws of the State of California, and all obligations of the parties hereunder are performable in Los Angeles County, and any dispute relating to this Agreement shall be brought in the courts of California. Pursuant to California Civil Code Section 2924(a)(1), the foreclosure sale shall be postponed for six (6) months from the date of this Agreement, and all payments due shall be postponed until the end of the six (6) month period.

5. Interest shall continue to accrue during the six (6) month period of postponement at a rate of twelve percent (12%) on the combined total of the Deeds of Trust for Utah, Calle del Barco and Harper Lake.

6. Owner shall pay all fees associated with the execution of this Agreement that are issued by the current service providers to implement the Agreement.

7. This Agreement, and any amendments thereto, shall be in writing and signed by both parties in order to be enforceable.

IN WITNESS WHEREOF, the parties have executed this Modification Agreement as of the date first set forth above.

_____
Clinton Brown, Owner

_____
Steve Smead, Lender