CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEVE SMEAD<br><br>　　　　Defendant. | CASE NO. 2:22-cv-02938-MEMF-KS<br>**Notice of No Reply**<br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br>**Magistrate Judge:** Karen L. Stevenson<br>**Action Filed:** 04/19/2023<br>**Action Due:** 05/22/2023 |

## NOTICE OF NO REPLY

**NOTICE TO THE COURT**, pursuant to the June 13, 2023 Order (Dk. 23), Plaintiff submits a notice of no reply in response to Defendant's Motion to Dismiss (Dk. 11). Although atypical the Plaintiff firmly believes the Complaint (Dk. 1) and Motion for Summary Judgment (Dk. 20 and motion supplementals Dk. 21 and Dk. 22), stand on their own to bring a just, speedy, and inexpensive resolution as a matter of law.

**THEREFORE**, as this controversy is a purely legal question that the Court can decide with the materials on the record, once the Defendant files an opposition to the Motion for Summary Judgment, if applicable, the matter can then be resolved without further delay.

"I, **Clinton Brown**, solemnly swear that I am submitting this filing with the Court, and that:

    (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

    (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

    (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

    (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information."

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

*[signature]*

Clinton Brown                                          06/13/2023