David Young, Esq. [SBN 55341]
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: LACV23-02938-MEMF-KS<br><br>**NOTICE OF WAIVER OF ORAL ARGUMENT IN DEFENDANT'S MOTION TO DISMISS**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action filed:** 04/19/2023 |

On June 13, 2023, the Honorable Maame Ewusi-Mensah Frimpong ordered that the hearing on Defendant Steve Smead Motion to Dismiss be continued until September 21, 2023. In her order, Judge Frimpong gave Plaintiff Clinton Brown an additional 14 days in which to file any opposition to Plaintiff's Motion to Dismiss. Shortly thereafter, in response to Judge Frimpong's order, Plaintiff, on June 13, 2023, filed his **NOTICE OF NO REPLY**, stating that he would not be filing any opposition to Defendant's Motion. Plaintiff further stated that he would be relying on his Motion for Summary Judgement (MSJ) filed near midnight on Sunday evening, June 11, 2023. Plaintiff describes this procedure as "atypical". DK 24. It is also improper, as it is an obvious attempt to bypass Plaintiff's serious improprieties set forth in Defendant's Motion to Dismiss.

Although Mr. Brown's website lists him as holding a JD degree from Northwestern California University School of Law, a law school accredited by the State Bar of California, Mr. Brown's MSJ is defective in many ways. The MSJ, which is to test whether there are genuine issues of material fact in the record, among other matters, was filed without a meet and confer, contains no hearing date, has no record, since no answer has been filed, not one iota of discovery has taken place, and a Motion to Dismiss is pending. Plaintiff's MSJ will cause Plaintiff to very soon challenge its filing either by Motion or Opposition. This will be costly in time, money, and court resources. This Court has authority on its own Motion to strike or stay this atypical absurdity.

Defendant's Motion to Dismiss is based in part on Rule 12b(1), lack of subject matter jurisdiction, and Rule 12b(6), failure to state a claim. With Plaintiff's withdrawal from any opposition to Defendant's Motion, the Motion to Dismiss is ripe for decision, and indeed must be decided first. If the Court has no subject matter jurisdiction, it has no power to grant summary judgement or any other Motion going to the merits of the action. *Steel Co. v. Citizens for a Better Environment* (1998) 523 US 83, 94-95, 118 S.Ct. 1003, 1012; *Gibson v. United States* (5th Cir. 2016) 809 F3d 807, 811; *California Save Our Streams Council, Inc. v. Yeutter* (9th Cir. 1989)

887 F2d 908, 912-913.

In order to facilitate the Court making its decision with the greatest use of judicial resources, Defendant Steve Smead gives **NOTICE** to the Court and Plaintiff that he submits on the papers filed in support of his Motion to Dismiss, and waives oral argument. For the sake of not wasting the Court's time and resources, and not incurring totally unnecessary costs and expenses, Defendant Steve Smead respectfully requests this Court to strike Plaintiff's MSJ, or at the least, stay any action on Plaintiff's MSJ until the Motion to Dismiss is ruled upon. Defendant further requests this Court to grant Defendant's Motion to Dismiss without oral argument, in accordance with Local Rule 7-12.

Dated: June 15, 2023        Respectfully submitted,

Law Offices of David Young

//s// David Young

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

**NOTICE OF WAIVER OF ORAL ARGUMENT IN DEFENDANT'S MOTION TO DISMISS**

on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:
addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA 90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
In Pro Per

☒ **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Ls Angeles, California in the ordinary course of business.

☒ **BY E-MAIL:** I caused the above document to be electronically transmitted to the e-mail address listed above.

☒ **(Federal)** I declare that service was made at the direction of a member of the Bar of this Court.

Executed on June 15, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ David Young