CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVE SMEAD<br><br>    Defendant. | CASE NO. 2:23-cv-02938-MEMF-KS<br><br>**Request for Judicial Notice**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 04/19/2023<br><br>**Action Due:** 05/22/2023 |

## REQUEST FOR JUDICIAL NOTICE

**NOTICE TO THE COURT,** pursuant to *F.R.E. 201(c)(2)* the Plaintiff requests judicial notice of public documents incorporated in this filing and implores the Court to take notice, *sua sponte*, in the matter at bar. *(United States v. 14.02 Acres, 530 F.3d 883, 894 (9th Cir. 2008)).*

The Malibu La Costa Owners Association is authorized to issue a total of Five Hundred Fifty (550) *shares*.[1] (Emphasis added). To qualify as a *stockholder*, an individual must solely own, or jointly own with a spouse or co-tenant, a lot in Tract 10570, recorded on file with the Los Angeles County Recorder.[2] (Emphasis added).

---

[1] Malibu La Costa Owner's Association, Articles of Incorporation, art. 4, at 5, Control ID 0209709 (California Secretary of State, Sept. 13, 1946).
[2] Malibu La Costa Owner's Association, Articles of Incorporation, art. 7, at 6, Control ID 0209709 (California Secretary of State, Sept. 13, 1946).

*Stock* is expressly included in the definition of security in the Acts and represents to many people, both trained and untrained in business matters, the paradigm of a security. (Emphasis added). (*Landreth Timber Co. v. Landreth, 471 U.S. 681, 693, 105 S. Ct. 2297 (1985) (citing Daily v. Morgan, 701 F.2d 496, 500, (5th Cir. 1983))*.

The appraised value of the property to which the security in question is valued is $40,000,000.[3] As of 2023, there are three hundred nineteen (319) shareholders, and no new shares have been permitted to be issued since 2021.[4] Thus, the value of one share is $125,392.48. This security cannot be separated from the Malibu (April 2020 and April 2021) security in the instant case, as one value cannot be divided from the other.

On June 21, 2023, the Plaintiff's share of stock was officially revoked, and resulted in an immediate prohibition from the Beach Club and thus causing direct harm to the Plaintiff.[5] As a rule, injunctions are denied to those who have adequate remedy at law. Where the choice is between the ordinary and the extraordinary processes of law, and the former are sufficient, the rule will not permit the use of the latter. In some cases of nuisance and in some cases of trespass the law permits an individual to abate the one and prevent the other by force, because such permission is necessary to the complete protection of property and person. *(In re Debs, 158 U.S. 564, 15 S. Ct. 900 (1895))*.

**THEREFORE**, this Court is implored to determine the ownership of the security in question, so there can be a just, speedy, and inexpensive resolution to this controversy.

---

[3] William R. McIlrath, Residential Restricted Appraisal Report: 21440 Pacific Coast Highway, Malibu, California 90265, prepared for Malibu La Costa Owner's Association (2018). Appraised Value: $40,000,000.
[4] Malibu La Costa Owners Association, 2022 Annual Meeting Report: 303 Shareholders, 16 in Tenant Member Program, 319 Total Shareholders (2022).
[5] Malibu La Costa Owner's Association, Letter to Clinton Brown, Dk. 26, 4, (June 21, 2023)

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                 06/22/2023



Malibu LaCosta Owner's Association
P.O. BOX 1134
Malibu, CA 90265

Clinton Brown
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar


Dear Mr. Brown,

We are only allowed to deal with the owner of record, if you have a document after 1/4/2023 that shows your ownership of record filed with LA County please provide it to manager@malibulacosta.com.

Unless you are at the club as someone's guest, you should not be at the club.


Regards,

MLCOA BOD