David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>   Plaintiff,<br>vs.<br><br>STEVE SMEAD,<br><br>   Defendant | Case No.: LACV23-02938-MEMF-KS<br><br>**DECLARATION OF DAVID YOUNG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:**<br> Honorable Maame Ewuse-Mensah Frimpong<br>**Magistrate Judge:**<br> Honorable Karen L. Stevenson<br>**Hearing Date:**<br> PLAINTIFF HAS NOT PROVIDED ANY HEARING DATE<br>**Hearing Time:** PLAINTIFF HAS NOT PROVIDED ANY HEARING TIME<br>**Place:**  PLAINTIFF HAS NOT PROVIDED ANY HEARING PLACE<br>**ACTION FILED: 04/19/2023** |

---
**1**
**DECLARATION OF DAVID YOUNG, ESQ. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MSJ**

## DECLARATION OF DAVID YOUNG

I, DAVID YOUNG, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before the Central District of California. I am counsel for Defendant Steve Smead in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Through Google, I was able to access information regarding Plaintiff Clinton Brown.

3. Mr. Brown's website lists him on Google as a well-educated man, holding "a Bachelor's degree in Political Science from Manhattanville College and a Master's from Norwich University."  His website further states that he holds a "Doctor of Law – JD – Purchasing Procurement/ Acquisitions and Contracts Management" from Northwestern California University School of Law.  He is also a Real Estate Broker.  A true and correct copy taken from Mr. Brown's website regarding these matters is attached hereto as Exhibit 1.

4. I was able, through Google, to access information on Northwestern California University School of Law.  Its website states that it

///
///
///
///
///
///

is a law school accredited by the State Bar of California, with many graduates practicing law in California.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on June 24, 2023, in Los Angeles, California.

/s/ DAVID YOUNG

EXHIBIT "1"





# Clinton Brown

Autonomous Solar Field Developer at Atlas, Inc.

Los Angeles, California, United States

1K followers · 500+ connections

Join to view profile

- Atlas, Inc.
- Manhattanville College
- Company Website

## About

Clinton Brown is a developer of autonomous solar fields based out of Pacific Palisades, CA. Atlas, Inc., Clinton's company, is currently developing autonomous solar fields in California, Nevada, Utah and Australia - with more projects to be announced.

Clinton grew up in a small town south of St. Louis, Missouri. After high school, he earned both a Bachelor's degree in Political Science from Manhattanville College and a Master's at Norwich University. He is a highly dedicated and driven individual who has a keen eye for seeing the




## Chief Executive Officer

Atlas, Inc.

Mar 2019 - Present · 4 years 4 months

Greater Los Angeles Area

Atlas, Inc. is a developer of autonomous solar fields with projects in California, Nevada, Utah and Australia.

## Real Estate Broker

Atlas Real Estate Investments, Inc.

2017 - Present · 6 years

Greater Los Angeles Area

Representing buyers, sellers and investors to find the best property, at the best price with the best data, which meets the client needs and wants, and to navigate the transaction through escrow while protecting the client interests.

Providing exceptional, platinum-level client services to alleviate the stress of one of the largest financial transactions of a client's life.

What is your real estate dream? We are here to make it happen!

DRE:02047215

## Realtor

Exclusive Realty, Inc.

2017 - Apr 2021 · 4 years

Greater Los Angeles Area

## Web Design and Development

Argos Development Group

2015 - 2017 · 2 years

Greater Los Angeles Area

Create client quotes that outlined the development, implementation, revision and launch procedures and processes for website development.





### Norwich University
Master of Arts (M.A.) · Political Science and Government · 3.6

2007 - 2009

Activities and Societies: Univerisity Sponsored International Conference in Paris, France


### Northwestern California University School of Law
Doctor of Law - JD · Purchasing, Procurement/Acquisitions and Contracts Management

# Volunteer Experience


### Volunteer Coordinator
AAMA

2011 - 2015 · 4 years

Social Services

In partnership with Starbucks, AAMA hosted a clothing drive each winter for needy children. Additionally, students and staff volunteered each spring to clean and paint the school. Volunteer activities at AAMA were numerous. It was a great honor to volunteer my time and I hope my contribution made a difference in the community.


### Associate Board Member
Esperanza Health Centers

2015 - 2016 · 1 year

Health

Esperanza Health Centers is a community clinic (Federally Qualified Health Centers). Esperanza serves over 21,000 children and families and many of our patients are embracing healthier lifestyles as they fight diabetes, obesity, and other chronic diseases. Esperanza Health Centers provides high quality healthcare and wellness services to some of the most medically underserved neighborhoods in Chicago.

### Store Volunteer

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

On June 24, 2023, I served **DECLARATION OF DAVID YOUNG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA  90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
*In Pro Per*

☒ **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Ls Angeles, California in the ordinary course of business.
☒ **BY E-MAIL**: I caused the above document to be electronically transmitted to the e-mail address listed above.
☒ **(Federal)** I declare that service was made at the direction of a member of the Bar of this Court.

Executed on June 24, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/   David Young