David Young, Esq. (SBN 55341)
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: LACV23-02938-MEMF-KS<br><br>**DECLARATION OF STEVE SMEAD IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:**<br>　Honorable Maame Ewuse-Mensah Frimpong<br>**Magistrate Judge:**<br>　Honorable Karen L. Stevenson<br>**Hearing Date:**<br>　PLAINTIFF HAS NOT PROVIDED ANY HEARING DATE<br>**Hearing Time:** PLAINTIFF HAS NOT PROVIDED ANY HEARING TIME<br>**Place:**　PLAINTIFF HAS NOT PROVIDED ANY HEARING PLACE<br><br>**ACTION FILED: 04/19/2023** |

## DECLARATION OF STEVE SMEAD

I, STEVE SMEAD, declare as follows:

1. I am the Defendant in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I made personal loans to the Plaintiff, CLINTON BROWN, secured by the three separate properties set forth in the Complaint. As security for these loans, I received a note and deed of trust for each of the separate properties. The Malibu Property was a vacant lot, on which Mr. Brown intended to build a home. The Property in Hinckley, California (the "Harper Property") was a chunk of empty desert, and still is today. The Utah Property was also a chunk of empty desert, and still is today.

3. The notes and deed of trust were only between me and Clinton Brown. No other parties, other than the trustee, were set forth in these documents.

4. Neither the notes nor deeds of trust were fractionalized among any other parties, nor were they part of a series of notes of equal priority secured by the same trust deed on the real estate involved in the Complaint.

5. I had no interest in, and was not involved in, any of the businesses of Clinton Brown of which the above-referenced properties were a part. I never invested in any of the businesses that Mr. Brown may have had. I never became a joint venturer, partner, shareholder, or any other type of equity holder in any of Mr. Brown's businesses.

6. To the best of my knowledge, Mr. Brown had no active solar energy businesses but, rather, plans, hopes, and dreams to one day have such a business. I had no interest in, or intention to, invest in any solar energy business with Mr. Brown, and there was never an agreement that I

would do so. I relied on the present value of the individual properties securing the Note and Deed of Trust for such individual properties when making a loan to Mr. Brown.

7. I did not expect to, nor did I participate in, the profits from any of the businesses of Clinton Brown. My only expectation was that I would be paid the principal of the loan, and interest, as stated in the individual Notes secured by the individual Deeds of Trust.

8. On the Malibu and Harper Properties, against which I loaned money to Mr. Brown, I initially took a second position, there being a prior Note and Deed of Trust attaching to those properties. When Mr. Brown failed to make payments on the Properties, the holders of the Notes and Deeds of Trust in the first position threatened to foreclose.

9. If they had foreclosed, I would have been wiped out. In order to avoid this, out of sheer business survival, and to protect my loan to Mr. Brown on these Properties, I purchased the Notes and Deeds of Trust of the holders in the first position. In no way was this motivated by, an investment in, or related to, any of Mr. Brown's business schemes and dreams. I did this out of my own sheer economic necessity and survival.

10. In January, 2023, when, for approximately a year, Mr. Brown was no longer making payments to me on all three properties, or paying property taxes, I foreclosed on all three properties. This was done out of sheer business necessity.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on June 24, 2023, in Santa Paula, California.

_____
STEVE SMEAD

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

On June 24, 2023, I served **DECLARATION OF STEVE SMEAD IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA 90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
*In Pro Per*

☒ **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Ls Angeles, California in the ordinary course of business.

☒ **BY E-MAIL:** I caused the above document to be electronically transmitted to the e-mail address listed above.

☒ **(Federal)** I declare that service was made at the direction of a member of the Bar of this Court.

Executed on June 24, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ David Young