# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: LACV23-02938-MEMF-KS<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Maame Ewuse-Mensah Frimpong<br>Magistrate Judge: Hon. Karen L. Stevenson<br>Hearing Date:　NOT PROVIDED<br>Hearing Time: NOT PROVIDED<br>Place:　NOT PROVIDED<br><br>ACTION FILED: 04/19/2023 |

1     The Motion of Plaintiff Clinton Brown for Summary Judgment came
2 on regularly for hearing before this Court on _____.  Plaintiff
3 Clinton Brown appeared *In Pro Per*, and David Young, Esq. of the Law
4 Offices of David Young appeared for Defendant Steve Smead.
5     After considering the moving and opposition papers, arguments of
6 counsel, and all other matters presented to the Court,
7     IT IS HEREBY ORDERED THAT Plaintiff's Motion for Summary
8 Judgment is DENIED,
9
10 Dated: _____       _____
11                          UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

On June 24, 2023, I served **[PROPOSED] ORDER** on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA  90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
*In Pro Per*

☒    **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Ls Angeles, California in the ordinary course of business.

☒    **BY E-MAIL**: I caused the above document to be electronically transmitted to the e-mail address listed above.

☒    **(Federal)**  I declare that service was made at the direction of a member of the Bar of this Court.

Executed on June 24, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

            /s/   David Young