David Young, Esq. (SBN 53341)
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br>　　　　Plaintiff,<br>vs.<br>STEVE SMEAD,<br>　　　　Defendant | Case No.: LACV23-02938-MEMF-KS<br><br>**NOTICE OF ERRATA TO DEFENDANT'S STATEMENT OF GENUINE DISPUTES AS TO ITEMS EIGHT AND THIRTY FIVE**<br><br>**Judge:**<br>　Honorable Maame Ewuse-Mensah Frimpong<br>**Magistrate Judge:**<br>　Honorable Karen L. Stevenson<br>**Hearing Date:**<br>　PLAINTIFF HAS NOT PROVIDED ANY HEARING DATE<br>**Hearing Time:** PLAINTIFF HAS NOT PROVIDED ANY HEARING TIME<br>**Place:** PLAINTIFF HAS NOT PROVIDED ANY HEARING PLACE |

NOTICE OF ERRATA　　　　　　　1

# NOTICE OF ERRATA

Defendant STEVE SMEAD respectfully submits this errata to his Statement of Genuine Disputes, which was filed on June 24, 2023, at Docket No. 27, in order to correct two inadvertent clerical errors.

At page seven, item eight, there was inadvertently omitted at the conclusion of Defendant's response the citation "(Smead Decl., ¶¶5-7)". This citation has already been made, in whole or in part, three times in Defendant's contentions of other materials facts that are uncontroverted, on page twenty one of Defendant's Statement of Genuine Disputes; and three times, in whole or in part, on pages twenty two through twenty three of Defendant's Conclusions of Law, as part of Defendant's Statement of Genuine Disputes.

At page eighteen, item thirty five, there was inadvertently omitted at the conclusion of Defendant's response the citation "(Smead Decl., ¶¶8, 9)". This citation had already been made at the end of item eighteen, page eleven, in Defendant's responses; and once on page twenty two in Defendant's contentions of other material facts that are uncontroverted, as part of Defendant's Statement of Genuine Disputes.

//

//

The Defendant is concurrently filing a **Defendant's Corrected Statement of Genuine Disputes** as to items eight and thirty five, that corrects these mistakes, and makes no other changes.

Dated: July 6, 2023        Respectfully submitted,

LAW OFFICES OF DAVID YOUNG

By: /s/ DAVID YOUNG

Attorney for Defendant
STEVE SMEAD

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is Law Offices of David Young, 12400 Wilshire Boulevard, Suite 360, Los Angeles, CA 90025.

On July 6 2023, I served **NOTICE OF ERRATA** on the interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as follows:

CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA 90265
Phone: (310) 487-6453
Email: clinton@atlasinc.solar
*In Pro Per*

☒ **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒ **BY E-MAIL:** I caused the above document to be electronically transmitted to the e-mail address listed above.

☒ **(Federal)** I declare that service was made at the direction of a member of the Bar of this Court.

Executed on July 6, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

/s/ David Young