1  David Young, Esq. (SBN 55341)
2  Law Offices of David Young
3  12400 Wilshire Blvd., Suite 360
   Los Angeles, CA, 90025
4  Email: dyounglaw@verizon.net
5  Tel: (310) 575 0308
   Fax: (310) 575 0311
6
7  Attorney for Defendant STEVE SMEAD
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CLINTON BROWN, | Case No.: 2:23-cv-02938-MEMF-KS |
|---|---|
| Plaintiff, | **REQUEST FOR PERMISSION TO APPEAR AT HEARING VIA ZOOM** |
| vs. | |
| STEVE SMEAD, | |
| Defendant | **Judge:** Honorable Maame Ewuse-Mensah Frimpong |
| | **Magistrate Judge:** Honorable Karen L. Stevenson |
| | **Hearing Date:** 09/21/2023 |
| | **Hearing Time:** 10:00 A.M. |

REQUEST FOR APPEARANCE VIA ZOOM                                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Steve Smead hereby requests this Court to permit Defendant to appear at the hearing via Zoom before the Honorable Judge Maame Ewusi-Mensah Frimpong on September 21, 2023 at 10:00 a.m.

//s// David Young
Attorney for Defendant Steve Smead

**IT IS SO ORDERED**

_____
**United States District Judge**