# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 23-02938-MEMF-(KSx) | Date | September 21, 2023 |
| Title | Clinton Brown v. Steve Smead | | |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

Charles A. Rojas
Courtroom Deputy Clerk

Myra Ponce
Court Reporter

Attorneys Present for Plaintiff:
Clinton Brown (IN PRO SE)

Attorneys Present for Defendant:
David Young (VIA ZOOM)

**PROCEEDINGS:** MOTION HEARING (Held and Completed)

Case called. Court and counsel confer re: the Motion for Lack of Jurisdiction, Motion to Dismiss Case filed by Defendant [11] and the Motion for Summary Judgment as to Unregistered Security, Misappropriation filed by Plaintiff Clinton Brown [20] and Request for Judicial Notice filed by Plaintiff Clinton Brown. F.R.E. 201 (c) (2) [59].

The Court takes the matters under submission. A separate Court order shall issue.

: .46

Initials of Deputy Clerk    cr