**WILLIAM R. MCILRATH**

State Certified Real Estate Appraiser
State of California Certification AR014164
wmcilrath@wiramc.com ● (310) 413-8665

## RESIDENTIAL RESTRICTED APPRAISAL REPORT
Complies with USPAP Standards Rule 2-2(b)

Use of this report is limited to the client.  The rationale for how the appraiser arrived at the opinions and conclusions set forth in this report may not be understood properly without additional information in the appraiser's workfile.

June 22, 2018

Ryan Power
La Costa Beach and Tennis Club
21440 Pacific Coast Highway
Malibu, CA 90265

RE:     Appraisal of 21440 Pacific Coast Highway, Malibu, California 90265

Dear Mr. Power,

In accordance with your request, I have completed an appraisal of 21440 Pacific Coast Highway, Malibu, California 90265 ("subject property").  This appraisal report represents a summation of the analysis.  My analyses, opinions, and conclusions were developed and this report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP).  This is a Restricted Appraisal Report prepared under Standards Rule 2-2(b) pursuant to the scope of work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client.  It presents minimal discussion of either the data or the reconciliation of the data utilized in the development of this appraisal.

This report is intended for use only by the client.  The client is identified in this appraisal assignment as Malibu La Costa Owners Association.  Use of this report by any others is not intended by the appraiser.  The intended use of this appraisal is to assist the client with asset valuation.  It is not intended for any other use (e.g., assessment appeal, divorce/dissolution of marriage, estate planning, financing, insurance, IRS tax purposes, liquidation, litigation, etcetera).  The client should note that the appraiser's opinions and conclusions set forth in this report may not be understood properly without additional information in the appraiser's workfile.  Its use is limited as follows:  (a) to the client named herein and (b) for the specific use stated.  Use by unintended users (anyone other than the client for the specified use) is prohibited.  The appraiser has established the following:  (a) that the client understands the limited utility of this Restricted Appraisal Report and (b) that a Restricted Appraisal Report is suitable for the client's intended use.  All of the information which is part of the appraisal is on file in the office of the appraiser and is available for inspection by the client (or the client's representatives, such as those engaged to complete an appraisal review), state enforcement agencies, such third parties as may be authorized by due process of law, and a duly

authorized professional peer review committee.

The type of value presented in this appraisal is the market value of the fee simple estate interest of the subject property as of the effective date of the appraisal. Market value is defined as: The most probable price that the specified property interest should sell for in a competitive market after a reasonable exposure time, as of a specified date, in cash, or in terms equivalent to cash, under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, for self-interest, and assuming that neither is under duress.[1] Fee simple estate is defined as: Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.[2] The effective date of the appraisal is April 4, 2018. The effective date of the report is June 22, 2018.

The scope of work includes inspecting the subject property; collecting and analyzing pertinent data; developing an opinion of market value; and reporting the findings in this Restricted Use Appraisal Report. The subject property was inspected on April 4, 2018. Data was obtained from public records (CoreLogic), the multiple listing service (TheMLS.com), DataExpress, interviews with various real estate professionals, and inspections of neighboring or nearby properties completed by me. The appraisal was performed with no extraordinary assumptions or hypothetical conditions.

## Property Description

The subject is a large beach club located along La Costa Beach in Malibu. The property consists of a clubhouse with a small office, kitchen/snack bar, women's locker room, men's locker room, covered patios, and storage room; a large, walled patio with built-in picnic tables, gas heaters, a fireplace, and barbecues; a sand volleyball court; a large, private, sandy beach; a beach shower; and direct access to a dry, sandy beach (public beach).

The clubhouse is a one-story, Spanish Revival style building that was built in 1932 and has been updated over the past eighty-six years. It was updated between 1957 and 1958; updated/remodeled between 2002 and 2003; and updated/remodeled in 2014. The clubhouse has a measured building area of 1,036 square feet including a small office (48 square feet), a kitchen/snack bar (174 square feet), a women's locker room (344 square feet), a men's locker room (392 square feet), and a storage room (78 square feet). It also has two covered patios. The entrance to the clubhouse has stained wood doors, a hand-painted tile door surround, saltillo tile flooring/decking, wrought iron gates, and an eight foot high ceiling. The office has saltillo tile flooring, stained and painted wood shelves, and an eight foot high ceiling with painted wood crown moldings. The kitchen/snack bar has faux wood tile flooring, stainless steel cabinets, slab onyx counters and splash, a sink, stainless steel shelves, a Wolfe range with two ovens (not built-in), a Wolf range hood, a True refrigerator (not built-in), a True refrigerator/freezer (not built-in), and a vaulted, ten foot high ceiling with recessed lights. The women's locker room has saltillo tile flooring, slate tile counters and splash, two sinks, two fiberglass showers, two water closets, painted metal lockers, and a vaulted, ten foot high, painted wood ceiling with skylights. The men's locker room has saltillo tile flooring, slate tile counters and splash, two sinks, two fiberglass showers, two water closets, a urinal, painted metal lockers, and a vaulted, ten foot high, painted wood ceiling with skylights. The storage room has concrete flooring, concrete block walls, and a vaulted, seven foot high, wood ceiling. The patios have concrete paver tile decking, painted wood cabinets, and vaulted, 8½ foot high, painted wood

---

[1][2] Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 5th ed.

ceilings.

Additional improvements include a large, walled patio adjacent to the clubhouse with brick decking, built-in benches, gas heaters, glass windscreens, painted wood trellises, and a barbecue area/outdoor kitchen with concrete bases, slab granite counters, four Wolf grills, a charcoal grill, a sink, two Danby mini-bar refrigerators (not built-in), and a fireplace with ledger stone façade; brick walkways; and a beach shower.  Additional amenities include a sand volleyball court and a large, private, sandy beach.

The subject site is much larger and wider than typical for La Costa Beach.  The irregular-shaped lot, consisting of one parcel (APN 4451-002-026), has a gross site area of 51,300 square feet (1.18 acres) and approximately 300± beachfront feet.  The lot area and beach frontage were obtained from the plat map.  The "standard" or typical beachfront lot in this neighborhood is approximately 6,500 square feet in size and has a beach width of 40 feet.  The subject is the largest lot in the neighborhood and has the most beachfront feet.  The lot is predominately flat/level at street grade (northeast) with a downslope at the rear to the beach below (southwest).

The subject is a beachfront property and affords panoramic ocean, city, island, and coastline views including views of the "Queen's Necklace" (city lights of Santa Monica and the South Bay).  It also has direct access to a dry, sandy beach.

The subject is located on the south side of Pacific Coast Highway (California State Route 1) which is the main east/west traffic route through Malibu.  Traffic noise is evident throughout the property.  Excessive speeds and, conversely, occasional traffic congestion (morning and afternoon rush hours, traffic accidents, road closures, etcetera) also impact ingress and egress to and from the property.  Most beachfront properties along Pacific Coast Highway experience similar traffic nuisance.

The subject is a beachfront property located within a flood hazard area and is susceptible to flooding and erosion caused by wave action during heavy seas caused by tropical storms, hurricanes, tsunamis, etcetera.  According to a map provided by FEMA (Federal Emergency Management Agency), the subject is located in flood zones AE, VE, and X.  Flood zone AE is designated as an area inundated by 100-year flooding.  Flood zone VE is designated as an area inundated by 100-year flooding with velocity hazard (wave action).  Flood zone X is designated as an area determined to be outside the 100-year and 500-year floodplains.

The subject site is zoned PRF (private recreational facilities) which is a city zoning allowing private recreational facilities whose members receive membership through deeded rights, property rights, or membership.  The minimum lot size under this zoning is 0.5 acre (21,780 square feet).  The minimum lot width and lot depth are 80 feet and 125 feet respectively.  The subject has a lot size of 51,300 square feet (0.5 acre); a lot width of approximately 300± feet; and a lot depth of approximately 171± feet.

The appraiser is not aware of any adverse geologic or soil issues (e.g., landslides, earthquake faults, etcetera), adverse environmental conditions (e.g., soil contamination), structural defects or inadequacies, health hazards including the existence of toxic and non-toxic mold, lead paint, etcetera, or any other conditions that could have a negative impact on the subject's marketability or market value unless otherwise stated in the appraisal report.  It should be noted, however, that the subject is a beachfront property in a coastal area and is subject to flooding, erosion, and wave action.  The appraiser does not profess to be an expert in any of the fields associated with the above referenced items (e.g., geology, engineering, construction, environmental services, etcetera)

and was not provided with any professionally compiled reports pertaining to these items.

## Highest and Best Use

The subject (beach club) is a legally permissible use based on its current zoning. The size, shape, topography, accessibility, and land-to-building ratio of the lot accommodate the existing improvements. Under its current zoning (PRF), the existing improvements are the only improvements allowed. Consequently, I have determined that the highest and best use of the property, as if vacant, would be to construct a beach club. However, if the subject were rezoned to conform with the majority of the properties in the neighborhood, which are, for the most part, zoned SF-M (single-family medium), then the highest and best use of the property, as if vacant, under current market conditions, would be to subdivide the property into as many lots as possible and construct a new home on each lot. Given the subject's lot size (51,300 square feet), it appears that the property could be subdivided into a maximum of four lots under the SF-M zoning which has a minimum lot size of 10,890 square feet. Under this scenario, each lot would have a lot area of 12,825 square feet and 75 beachfront feet.

## Subject Neighborhood

La Costa Beach is located at the east end of Malibu along the south side of Pacific Coast Highway (California State Route 1) between Carbon Beach (Carbon Canyon Road) and Las Flores Beach (Las Flores Canyon Road). It extends approximately one and a quarter miles along the coast and is a relatively small neighborhood consisting of approximately sixty-two single-family residences, one condominium building (eleven units), one two-unit apartment building (duplex), a service station, a private beach club (Malibu La Costa Beach Club), and four vacant lots. The neighborhood was initially developed in the late 1920s/early 1930s and was the first neighborhood to be developed on a "grand scale" in Malibu. Most homes were built in the 1950s. Homes in this neighborhood range in size from 948 square feet to over 7,000 square feet. Most are approximately 3,000 square feet.

Access to and through the neighborhood is via Pacific Coast Highway (California State Route 1) which is the main east/west route through Malibu. All properties in the neighborhood are affected to some degree by traffic noise influence and ingress/egress can be difficult and dangerous. Many of the newer homes along La Costa Beach have been "soundproofed" with thick insulated walls and double pane windows to help mitigate the traffic noise.

Most beachfront properties in Malibu, particularly non-bluff beachfront properties, are described, analyzed, and valued based on their beach frontage or beachfront feet. The typical or "standard" beachfront width along La Costa Beach is forty feet. There are some properties with fewer beachfront feet and many with more beachfront feet. The beach is predominately dry and sandy and the neighborhood is generally considered one of the top ten most desirable beaches in Malibu. It is relatively private as there are no public access ways within the neighborhood which is fairly remarkable considering that all beaches in California are public beaches seaward of the mean-high-tide-line of the Pacific Ocean. Two large vacant lots at the junction of La Costa Beach and Carbon Beach (APNs 4451-003-900 and 4451-004-900) were acquired by the State of California in 2004 and 2005 reportedly for public use. Two other properties (21202 Pacific Coast Highway and 21554 Pacific Coast Highway) reportedly have vertical accessway easements that were granted in the 1970s and 1980s but have yet to be opened. The opening of these beachfront lots and accessways to the public will likely have a negative impact on properties immediately adjacent to and within close

proximity to the lots/accessways.

Many homes along La Costa Beach are "second homes" for wealthy families and celebrities who have primary residences on the Westside of Los Angeles.

## Listing and Sales History

According to TheMLS.com, the subject is not currently "in escrow" nor is it currently listed for sale or lease. The property has not apparently been openly listed for sale or lease within the past thirty-two years (limit of research).

The subject has not sold within the last three years. The property has never apparently sold as currently improved (beach club). No prior sales history was available.

## Reasonable Exposure Time

Exposure times currently range anywhere from less than a month to over two years depending on property type, location, and original asking price (e.g., unrealistic asking prices extend the exposure time). Most properties are selling within twelve months of being listed for sale. An analysis of sales of substantial beachfront properties in Malibu over the past two years revealed exposure times ranging from five months to over a year-and-a-half with an average exposure time of eleven months. Based on the foregoing, a reasonable exposure time of nine to fifteen months has been estimated for the subject property.

## Market Conditions

Property values throughout Malibu appear to be increasing. Values apparently stabilized in 2010 after depreciating for several years and began appreciating throughout most of Malibu in 2012. Sales activity in 2017 was down approximately 3% compared to 2016 but is up nearly 16% so far this year.

## Approaches to Value

There are three methodologies or approaches for determining market value: the Cost Approach, the Sales Comparison Approach, and the Income Approach. The Cost Approach (land plus improvements) is typically utilized when appraising newer or unusual structures. The Sales Comparison Approach is based on the principle of substitution which holds that the value of a property tends to be set by the price that would be paid to acquire a substitute property of similar utility and desirability within a reasonable amount of time.[3] In other words, a prudent buyer would not pay more to buy a property than it will cost him/her to buy a comparable substitute property. The Sales Comparison Approach is generally the most reliable indicator of value for residential properties, underimproved properties, and vacant land. The Income Approach is typically utilized when appraising income producing properties such as apartments, commercial buildings, etcetera. The Cost Approach and Income Approach are not typically utilized when appraising underimproved

---

[3] Source: Appraisal Institute, *The Appraisal of Real Estate*, 12th ed.

properties, like the subject, and were not deemed necessary for credible assignment results.  The Sales Comparison Approach was the sole approach utilized in determining an opinion of market value for the subject.  Because the subject is an underimproved property (effectively vacant land), it was determined that the most accurate method of estimating the subject's opinion of market value was to utilize a unit of comparison.  The basic principal behind this method is to find a common denominator or denominators between the subject and the comparables and then divide the comparable's sales price or adjusted sales price by the denominator resulting in a sales price per unit which can then be applied to the subject.  The most common unit of comparison used when valuating vacant or underimproved beachfront properties (non-bluff) is the sales price per beachfront foot.

## Sales Comparison Approach

Numerous sales and listings (active and expired/withdrawn) were investigated in the course of completing this appraisal assignment.  Comparables were selected primarily on their neighborhood (same neighborhood or competing neighborhood), beach frontage, improvements or lack thereof, and sales date.  The six comparables included in the appraisal are considered the most recent and best available indicators of value for the subject as of the effective date of value (April 4, 2018).  All six are beachfront properties located in the same market area as the subject.  Four of the six properties are located in the same neighborhood as the subject (La Costa Beach).  Two of the properties are located in competing, similar priced beachfront neighborhoods (Amarillo Beach and Puerco Beach).

A summary of the subject property and the most relevant market data appears in the chart below:

| # | Address | Sales Price Sales Date | Lot Size Frontage | Improvements Entitlements | Beach Type | Adjusted Price per Beachfront Foot |
|---|---------|------------------------|-------------------|---------------------------|------------|-------------------------------------|
| S | 21440 Pacific Coast Hwy |  | 51,300sf 300 feet | 1,036sf clubhouse None | Dry beach |  |
| 1 | 24266-24300 Malibu Rd | $12,000,000 3/30/2016 | 13,088sf 190 feet | Burned-out foundation Most approvals | Wet beach | $69,000 |
| 2 | 25306 Malibu Road | $6,200,000 2/13/2018 | 7,960sf 55 feet | None Most approvals | Wet/dry beach | $115,000 |
| 3 | 21516 Pacific Coast Hwy | $7,300,000 6/28/2017 | 8,250sf 50 feet | 3,296sf SFR None | Dry beach | $135,000 |
| 4 | 21644 Pacific Coast Hwy | $6,325,000 3/27/2018 | 6,430sf 42 feet | 2,136sf SFR None | Dry beach | $137,000 |
| 5 | 21314 Pacific Coast Hwy | $6,975,000 10/19/2017 | 6,460sf 40 feet | 3,134sf SFR None | Dry beach | $158,000 |
| L | 21650 Pacific Coast Hwy | $12,400,000 Listing | 16,120sf 112 feet | 2,966sf duplex None | Dry beach | $103,000 |

Sale 1 is an older sale of an extra wide "double lot" located in the competing, similar priced beachfront neighborhood of Amarillo Beach in Malibu.  One of the lots is improved with a burned-out foundation of an older home and reportedly has most approvals for the construction of a new home. Although relatively large for the neighborhood, the property is smaller in lot size and beach frontage than the subject and is located along an inferior wet beach.  Sale 2 is a very recent sale of a vacant beachfront lot located in the competing, similar priced beachfront neighborhood of Puerco Beach in Malibu.  It is much smaller in lot size; has substantially fewer beachfront feet; is located along an inferior wet/dry beach; but it does reportedly have most approvals for the construction of a new

home.  Sale 3 is a fairly recent sale of a relatively wide beachfront property located along the subject's beach.  It is improved with a typical size home and does not apparently have any approvals for new construction.  Sale 4 is a very recent sale of an underimproved property located along the subject's beach.  Sale 5 is a fairly recent sale of an improved property with a typical size home on a "standard" or typical size lot located along the subject's beach.  Listing 1 is an active listing of an underimproved property with a much wider than typical beach frontage located along the subject's beach.

**Reconciliation**

As stated above, the six sales included in this appraisal report are considered the most recent and best available indicators of value for the subject as of the effective date of value.  All six are located in the same market area as the subject and are beachfront properties.  Adjusting the comparables for differences in time (market conditions), location (traffic influence), improvements, and entitlements in comparison to the subject yields an indicated range of value, on a unit of comparison basis, of $69,000 to $158,000 per beachfront foot.  The properties with the widest beach frontage (Sale 1 and Listing 1) are the lowest indicators of value (economies of scale/law of diminishing returns).  Conversely, the properties with the smallest beach frontage (Sales 5 and 4) are the highest indicators of value.  Given the subject's wide beach frontage, I have selected a figure near the low end to middle of the indicated range in determining an opinion of market value for the property.  Based on the foregoing, a figure of $100,000 per beachfront foot has been utilized in determining the value of the subject property.  Multiplying the subject's beach frontage (300 feet) by $100,000 per beachfront foot yields a figure of $30,000,000 for the subject property.  Therefore, based on the data and analysis included herein, I have concluded with an opinion of market value of $30,000,000 for the subject property as of the effective date of value (April 4, 2018).

**Appraised Value:  $30,000,000**

William R. McIlrath, SCREA
State Certified Real Estate Appraiser (AR014164)

**ASSUMPTIONS AND LIMITING CONDITIONS**

The certification that appears in this appraisal report is subject to the following conditions:

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

- If the appraiser has provided a sketch in the appraisal report, the sketch shows approximate dimensions and is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand or required to do so by a court.

- The appraiser has noted in the appraisal report any adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etcetera) observed during the inspection of the subject property or that he or she became award of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etcetera) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice (USPAP).

**COMPETENCY**

The undersigned appraiser(s) hereby acknowledges that he/she is fully qualified and competent by his/her training, knowledge and experience to perform this appraisal.

**APPRAISER CERTIFICATION**

I certify that, to the best of my knowledge and belief:

● the statements of fact contained in this report are true and correct.
● the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
● I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
● I have not performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
● I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
● my engagement in this assignment was not contingent upon developing or reporting predetermined results.
● my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
● my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* (USPAP).
● I have made an inspection of the property that is the subject of this report.
● no one provided significant real property assistance to the person signing this certification.

APPRAISER:

Signature _William R. McIlrath_

Name            **William R. McIlrath, SCREA**

Date Report Signed   **June 22, 2018**

State Certification #   **AR014164**   State   **CA**

# 21434 Pacific Coast Hwy, Malibu, CA 90265, Los Angeles County

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Malibu La Costa Owners Assn Inc** | Tax Billing Zip+4: | **1134** |
| Owner Name 2: | | Owner Vesting: | |
| Tax Billing Address: | **Po Box 1134** | Owner Occupied: | |
| Tax Billing City & State: | **Malibu, CA** | DMA No Mail Flag: | |
| Tax Billing Zip: | **90265** | | |

## Location Information

| | | | |
|---|---|---|---|
| Zoning: | **LCRR\*** | Census Tract: | **8005.04** |
| Waterfront Influence: | | Subdivision: | **Keller Matthew Land Of In The Ro** |
| Tract Number: | | Flood Zone Code: | **VE** |
| School District: | **Santa Monica Malibu** | Flood Zone Panel: | **06037C1542F** |
| TGNO : | | Flood Zone Date: | **09/26/2008** |

## Tax Information

| | | | |
|---|---|---|---|
| APN: | **4451-002-026** | Tax Area: | **10865** |
| Alt APN: | | Tax Appraisal Area: | |
| Exemption(s): | | Block #: | |
| % Improved: | **3%** | Lot #: | **1** |
| Legal Description: | **LAND OF MATTHEW KELLER IN THE RANCHO TOPANGA MALIBU SEQUIT LOT ON SW LINE OF PACIFIC COAST HIGHWAY COM S 1253' W 40 FT AND S 7707' E 633.97 FT FROM ENGR STA 1045 PLUS 49.69 IN C/L OF SD ON S AND PART OF LOT 1** | | |

## Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value – Total | $523,875 | $513,604 | $505,890 |
| Assessed Value – Land | $507,003 | $497,062 | $489,596 |
| Assessed Value – Improved | $16,872 | $16,542 | $16,294 |
| Market Value – Total | | | |
| Market Value – Land | | | |
| Market Value – Improved | | | |
| YOY Assessed Change (%) | 2% | 1.52% | |
| YOY Assessed Change ($) | $10,271 | $7,714 | |
| Exempt Building Value | | | |
| Exempt Land Value | | | |
| Exempt Total Value | | | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2015 | $7,905 | | |
| 2016 | $7,993 | $87 | 1.11% |
| 2017 | $8,181 | $188 | 2.36% |

| Special Assessment | Tax Amount |
|---|---|
| Recycling Fee 31 | $7.45 |
| Water Standby 2962 | $35.40 |
| Malibu Garbage 88 | $900.00 |
| County Park Dist83 | $55.70 |
| Wb Mwd Stdby Chg80 | $141.60 |
| Smmusd-Measure R31 | $396.23 |
| Trauma/Emerg Srv86 | $47.65 |
| Flood Control 62 | $484.55 |
| Rposd Measure A 83 | $16.85 |
| Combined Liens | $92.52 |
| Total Of Special Assessments | $2,177.95 |

## Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Clubs/Lodge Hall** | Porch: | |

**Property Detail**

Universal Land Use:         CLUB
Lot Frontage:
Lot Depth:
Lot Acres:                  1.1261
Lot Area:                   49,053
Lot Shape:
Style:
Building Sq Ft:             1,124
Stories:
Condition:
Quality:
Total Units:                1
Total Rooms:
Bedrooms:
Total Baths:                2
Full Baths:                 2
Half Baths:
Fireplace:
Fireplaces:
Condo Amenities:
Water:
Heat Type:
Heat Fuel Type:
Cooling Type:

Porch Type:
Porch 1 Area:
Patio Type:
Patio/Deck 1 Area:
Patio/Deck 2 Area:
Parking Type:
Garage Capacity:
Garage Sq Ft:
Roof Material:
Roof Shape:
Construction:
Interior Wall:
Exterior:
Floor Cover:
Foundation:
Pool:
Pool Size:
Year Built:                 1932
Effective Year Built:       1932
Other Impvs:
Other Rooms:
Equipment:
# of Buildings:             1

## Features

| Feature Type | Unit | Size/Qty | Width | Depth | Year Built | Value |
|---|---|---|---|---|---|---|
| Building Description | | Building Size | | | | |

## Last Market Sale & Sales History

| | |
|---|---|
| Recording Date: | Sale Type: |
| Sale Date: | Deed Type: |
| Sale Price: | Owner Name: **Malibu La Costa Owners Assn Inc** |
| Price Per Square Feet: | Owner Name 2: |
| Document Number: | Seller: |

**Recording Date**
**Sale Date**
**Sale Price**
**Nominal**
**Buyer Name**
**Seller Name**
**Document Number**
**Document Type**

## Mortgage History

**Mortgage Date**
**Mortgage Amt**
**Mortgage Lender**
**Mortgage Code**

# Property Detail

# FLOOR PLAN

File No **21440PCH2018**

| Property Address | **21440 Pacific Coast Highway** | | | | |
|---|---|---|---|---|---|
| City | **Malibu** | State | **CA** | Zip | **90265** |
| Borrower | | | | | |
| Lender/Client | | | | | |
| Appraiser Name | | | | | |

Clubhouse



Scale: **1 = 15**

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| **Code** | **Description** | **Net Size** | **Net Totals** |
| OTH | Office | 48.0 | |
| | Kitchen/Snack Bar | 174.2 | |
| | Women's Locker Room | 344.0 | |
| | Men's Locker Room | 392.0 | |
| | Storage | 78.0 | 1036.2 |

| AREA BREAKDOWN | |
|---|---|
| **Breakdown** | **Subtotals** |
| | |

# CALCULATIONS ADDENDUM

File No  **21440PCH2018**

| | |
|---|---|
| Property Address  **21440 Pacific Coast Highway** | |
| City  **Malibu**          State  **CA**          Zip  **90265** | |
| Borrower | |
| Lender/Client | |
| Appraiser Name | |

| Office | OTH |
|---|---|
| 7.5  x  4.0  =  30.0 | |
| 4.0  x  4.5  =  18.0 | |
| Area total (rounded)  =  48 | |

| Kitchen/Snack Bar | OTH |
|---|---|
| 20.5  x  8.5  =  174.2 | |
| Area total (rounded)  =  174 | |

| Women's Locker Room | OTH |
|---|---|
| 4.0  x  17.0  =  68.0 | |
| 8.0  x  24.5  =  196.0 | |
| 4.0  x  20.0  =  80.0 | |
| Area total (rounded)  =  344 | |

| Men's Locker Room | OTH |
|---|---|
| 24.5  x  16.0  =  392.0 | |
| Area total (rounded)  =  392 | |

# CALCULATIONS ADDENDUM

File No   **21440PCH2018**

| | | | |
|---|---|---|---|
| Property Address   **21440 Pacific Coast Highway** | | | |
| City   **Malibu** | State   **CA** | Zip   **90265** | |
| Borrower | | | |
| Lender/Client | | | |
| Appraiser Name | | | |

| Storage | OTH |
|---|---|
| 6.5  x    12.0  =    78.0 | |
| Area total (rounded)  =    78 | |



4451 | 2

SCALE 1" = 100'

1999

LAND OF MATTHEW KELLER IN THE RANCHO
TOPANGA MALIBU SEQUIT    R.F. 534

CODE
10865

FOR PREV. ASSM'T. SEE:
4451 - 36 & 37

ASSESSOR'S MAP
COUNTY OF LOS ANGELES, CALIF.

# SUBJECT PROPERTY



Subject Property



Front



Front

**SUBJECT PROPERTY ADDRESS:**    21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Rear



Rear



Street Scene Northwest

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
                                                              Malibu, CA 90265

21440PCH2018

# SUBJECT PROPERTY



Street Scene Southeast



Entrance to Beach Club

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Entrance to Beach Club



Clubhouse

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Clubhouse



Office

| | |
|---|---|
| **SUBJECT PROPERTY ADDRESS:** | 21440 Pacific Coast Highway<br>Malibu, CA 90265 |

# CLUBHOUSE



Kitchen/Snack Bar



Kitchen/Snack Bar

**SUBJECT PROPERTY ADDRESS:** 21440 Pacific Coast Highway
Malibu, CA 90265

21440PCH2018

# CLUBHOUSE



Kitchen/Snack Bar



Kitchen/Snack Bar

**SUBJECT PROPERTY ADDRESS:**     21440 Pacific Coast Highway
                                  Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Women's Locker Room



Women's Locker Room

**SUBJECT PROPERTY ADDRESS:**    21440 Pacific Coast Highway
Malibu, CA 90265

21440PCH2018

# CLUBHOUSE



Women's Locker Room



Men's Locker Room

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Men's Locker Room



Men's Locker Room

**SUBJECT PROPERTY ADDRESS:**     21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Patio



Patio

**SUBJECT PROPERTY ADDRESS:** 21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Patios



Storage Room

**SUBJECT PROPERTY ADDRESS:**     21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# CLUBHOUSE



Storage Room



Patio

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Patio



Patio



Barbecue Area/Outdoor Kitchen

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Volleyball Court



Private Beach



Private Beach

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Beach Shower



Ocean, City, & Coastline View

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Ocean & Island View



Ocean & Coastline View



Subject's Beach

**SUBJECT PROPERTY ADDRESS:**   21440 Pacific Coast Highway
Malibu, CA  90265

21440PCH2018

# SUBJECT PROPERTY



Subject's Beach

| | |
|---|---|
| **SUBJECT PROPERTY ADDRESS:** | 21440 Pacific Coast Highway<br>Malibu, CA  90265 |

21440PCH2018



BA20231004172

B1886-6344 06/22/2023 5:53 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

# -FILED-

File No.: BA20231004172

Date Filed: 6/22/2023

---

**Entity Details**

| | |
|---|---|
| Corporation Name | MALIBU LA COSTA OWNERS ASSOCIATION |
| Entity No. | 0209709 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 21440 PACIFIC COAST HWY<br>MALIBU, CA 90265 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | PO BOX 1134<br>MALIBU, CA 90265 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 21440 PACIFIC COAST HWY<br>MALIBU, CA 90265 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Houman Hemmati | 21440 PACIFIC COAST HIGHWAY<br>MALIBU, CA 90265 | Chief Financial Officer |
| Judy Miller | 21440 Pacific Coast Hwy<br>Malibu, CA 90265 | Secretary |
| Mike Sidley | 21440 PACIFIC COAST HIGHWAY<br>MALIBU, CA 90265 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Susan Emerling | 21440 PACIFIC COAST HWY<br>Malibu, CA 90265 |
| Gina Longo | 21440 Pacific Coast Hwy<br>Malibu, CA 90265 |
| Ramiro Calvo | 21440 Pacific Coast Hwy<br>Malibu, CA 90265 |
| Linda Schulman | 21440 Pacific Coast Hwy<br>Malibu, CA 90265 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | Mike Sidley |

| Agent Address | 21440 PACIFIC COAST HWY<br>MALIBU, CA 90265 |

Type of Business

| Type of Business | OWNERS ASSOCIATION |

Email Notifications

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Sarah E. Moran*                                     *06/22/2023*
Signature                                              Date

B1886-6345  06/22/2023 5:53 PM Received by California Secretary of State



# Malibu LaCosta Owners Association

# 2022

# ANNUAL MEETING

# REPORT

# 2022-2023 Board of Directors

Sara Wan - President

Susan Emerling – Vice-President

Houman Hemmati - Treasurer

Judy Miller - Secretary

Ramiro Calvo - Director

Gina Longo - Director

Linda Schulman - Director


Management:

Tim Davis – Beach Manager (beachmanager@malibulacosta.com)

Sarah Moran – Admin Manager (manager@malibulacosta.com)

# 2022-2023 Membership Report

## Shareholders:

303 Shareholders

16 Shareholders are in the Tenant Member Program

**319 Total Shareholders**


13 Shareholders are in arrears (Gross $69,764)

165 Shareholders have not paid 2022-2023 (Gross $123,000)

136 Shareholders are current (Gross $103,360)

24 closed escrows for 2021-2022

0 new shareholder activations for 2021-2022


## Tenant Members: (Gross $124,160)

16 Tenant Members

25 Families are on the waitlist


## Tennis Members: (Gross $4,200)

15 Shareholders

2 Tenants

# 2021-2022 Financials

## Statement of Financial Position

As of March 31, 2022

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Chase Saving ...2062 | 125,213.24 |
| First Bank ...4210 Operat Res | 276,645.20 |
| WFB Ops Chkg ...1156 | 354,382.80 |
| WFB Savings ...7634 | 178,946.93 |
| **Total Bank Accounts** | **935,188.17** |
| **Other Current Assets** | |
| Undeposited Funds | -2,410.00 |
| **Total Other Current Assets** | **-2,410.00** |
| **Total Current Assets** | **932,778.17** |
| **Fixed Assets** | |
| Accumulated Depreciation | -168,269.37 |
| Capital Improvements | 596,079.64 |
| Computer Equipment | 3,477.37 |
| EQUIPMENT-GAS GRILL | 5,747.67 |
| EQUIPMENT-ICE MACHINE | 5,895.56 |
| EQUIPMENT-SAND MACHINE | 11,325.00 |
| EROSION/FLOOD PROJECT | 20,876.00 |
| Furniture & Fixtures | 3,627.72 |
| **Total Fixed Assets** | **478,759.59** |
| **Other Assets** | |
| Security Deposits Paid | -600.00 |
| **Total Other Assets** | **-600.00** |
| **TOTAL ASSETS** | **$1,410,937.76** |

# Malibu La Costa Owners Association

Statement of Activity

April 2021 - March 2022

| | TOTAL |
|---|---|
| Revenue | |
| Annual Dues 11/12 | 610.00 |
| Annual Dues 12/13 | 610.00 |
| Annual Dues 13/14 | 610.00 |
| Annual Dues 14/15 | 610.00 |
| Annual Dues 15/16 | 660.00 |
| Annual Dues 16/17 | 660.00 |
| Annual Dues 17/18 | 660.00 |
| Annual Dues 18/19 | 660.00 |
| Annual Dues 19/20 | 2,640.00 |
| Annual Dues 20/21 | 19,140.00 |
| Annual Dues 21/22 | 124,094.00 |
| Annual Dues 22/23 | 50,720.00 |
| Billable Expense Income | |
| Admin Fee | 405.00 |
| **Total Billable Expense Income** | **405.00** |
| CAMPS | |
| Father's Day Sleepover | 465.00 |
| Summer Sleep Over | 65.00 |
| **Total CAMPS** | **530.00** |
| Club Merchandise | 659.00 |
| Guest Fees <9 Guests | 3,749.00 |
| Interest for credit card payment | 2,205.60 |
| Interest Income Investments | 170.16 |
| Interest on Past Due Accounts | 11,562.72 |
| Keys | 4,430.00 |
| Discounts/Refunds Given | -40.00 |
| **Total Keys** | **4,390.00** |
| Liens | 2,315.00 |
| Other Inc & Escrow Chg Fees | 8,800.00 |
| Parties >8 Guests | 5,315.00 |
| Returned Check Charges | 35.00 |
| Sales | 9.19 |
| Tenant Memberships | 5,616.00 |
| TMP 2021-2022 | 23,181.50 |
| TMP 2022-2023 | 49,000.00 |
| **Total Tenant Memberships** | **77,797.50** |
| Tennis Membership | |
| Tennis Membership 2020-2021 | 335.00 |
| Tennis Membership 2021-2022 | 8,200.00 |
| **Total Tennis Membership** | **8,535.00** |

# Malibu La Costa Owners Association

Statement of Activity

April 2021 - March 2022

| | TOTAL |
|---|---:|
| Unapplied Cash Payment Income | 3,115.00 |
| **Total Revenue** | **$331,267.17** |
| GROSS PROFIT | **$331,267.17** |
| Expenditures | |
| Bank Fees | 66.13 |
| Credit Card Processing Fees | 9,639.85 |
| **Total Bank Fees** | **9,705.98** |
| Club Supplies | 4,704.77 |
| Computer & Software | 1,051.76 |
| Dues and Subscriptions | 589.54 |
| Event Expenses | 500.00 |
| Sleepover Expenses | 107.45 |
| **Total Event Expenses** | **607.45** |
| Insurance Expense | 6,210.00 |
| Audit - Insurance due to direct sales | 4,492.41 |
| Bldg -Fire/Theft/Flood/Liab | 20,834.33 |
| Directors & Officers | 26,188.00 |
| Excess Liability | 6,768.13 |
| Umbrella Liability | 13,647.92 |
| Worker's Compensation | 13,569.74 |
| **Total Insurance Expense** | **91,710.53** |
| Payroll Expenses | |
| Employee Bonus | 425.00 |
| Host Wages - W2 | 16,053.79 |
| HR Essentials & Expenses | 1,162.58 |
| Janitor/MaintenancePayroll-1099 | 17,860.00 |
| Janitor Bonus | 250.00 |
| **Total Janitor/MaintenancePayroll-1099** | **18,110.00** |
| Lifeguard Wages | 37,750.32 |
| Lifeguard - regular hours | 3,320.12 |
| **Total Lifeguard Wages** | **41,070.44** |
| Manager Payroll | |
| Admin Manager 1099 | 40,588.00 |
| Admin Manager Bonus 1099 | 250.00 |
| **Total Admin Manager 1099** | **40,838.00** |
| Beach Manager Cell Phone | 274.21 |
| Beach Manager Wages | 51,942.70 |
| Beach Manager Bonus | 500.00 |
| **Total Beach Manager Wages** | **52,442.70** |
| **Total Manager Payroll** | **93,554.91** |

# Malibu La Costa Owners Association

Statement of Activity

April 2021 - March 2022

|  | TOTAL |
|---|---|
| Payroll Processing | 4,736.78 |
| Payroll Taxes-employer | 10,105.38 |
| **Total Payroll Expenses** | **185,218.88** |
| Postage and Delivery | 404.04 |
| Professional Fees | |
| CPA | 1,025.00 |
| Election Services | 1,943.63 |
| Legal Services | 16,928.00 |
| Lifeguard Training | 130.00 |
| **Total Professional Fees** | **20,026.63** |
| Prop Taxes, Fed & State Fees | 15,988.34 |
| Repairs and Maintenance | 2,105.13 |
| Club Maintenance | 18,401.68 |
| Equipment Repair | 575.00 |
| Key & Lock Expenses | 2,770.78 |
| Tennis Courts | 140.03 |
| **Total Repairs and Maintenance** | **23,992.62** |
| Security Personnel | 1,050.00 |
| Storage Unit | 2,750.00 |
| Tennis Courts/Park Maint. | 4,200.00 |
| Utilities | |
| Gas, Electric & Water | |
| Electric - Club | 5,427.96 |
| Electric - Tennis | 3,228.35 |
| Gas | 1,632.21 |
| Water | 2,924.39 |
| **Total Gas, Electric & Water** | **13,212.91** |
| Internet | 5,312.72 |
| Telephone Expense | 936.54 |
| Trash Removal | 751.46 |
| **Total Utilities** | **20,213.63** |
| **Total Expenditures** | **$382,214.17** |
| NET OPERATING REVENUE | **$ -50,947.00** |
| Other Revenue | |
| Tenant Security Deposits | |
| Tenant Security Deposit 2020-2021 | -1,500.00 |
| Tenant Security Deposit 2021-2022 | 2,400.00 |

# Malibu La Costa Owners Association

Statement of Activity

April 2021 - March 2022

|  | TOTAL |
|---|---|
| Tenant Security Deposit 2022-2023 | 300.00 |
| **Total Tenant Security Deposits** | **1,200.00** |
| **Total Other Revenue** | **$1,200.00** |
| NET OTHER REVENUE | **$1,200.00** |
| NET REVENUE | **$ -49,747.00** |