**Colliers**
INTERNATIONAL

# VACANT LAND (MILLARD COUNTY)

16390 South Black Rock Cutoff Road
Fillmore, Utah 84631

**APPRAISAL REPORT**

Date of Report: June 8, 2021

Colliers File #: SLC210208



PREPARED FOR
FMC Lending
380 Beach Road, Suite D
Burlingame, CA 94010

PREPARED BY
COLLIERS INTERNATIONAL
VALUATION & ADVISORY SERVICES

# LETTER OF TRANSMITTAL



**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

1508 Eureka Road, Suite 250
Roseville, CA 95661 USA
MAIN +1 916 724 5500
FAX  +1 916 724 5600
WEB www.colliers.com/valuationadvisory

June 8, 2021

To: Whom It May Concern
**FMC Lending**
380 Beach Road, Suite D
Burlingame, CA 94010

**RE: Vacant Land (Millard County)**
16390 South Black Rock Cutoff Road
Fillmore, Utah 84631

Colliers File #: SLC210208

To Whom It May Concern:

This appraisal report satisfies the scope of work and requirements agreed upon by FMC Lending and Colliers International Valuation & Advisory Services. The date of this report is June 8, 2021. At the request of the client, this appraisal is presented in an Appraisal Report format as defined by *USPAP* Standards Rule 2-2(a). Our appraisal format provides a summary description of the appraisal process, subject and market data and valuation analyses.

The purpose of this appraisal is to develop an opinion of the As-Is Market Value of the subject property's fee simple interest. The following table conveys the final opinion of market value of the subject property that is developed within this appraisal report:

| VALUE TYPE | INTEREST APPRAISED | DATE OF VALUE | VALUE |
|---|---|---|---|
| As-Is Market Value | Fee Simple | June 5, 2021 | $240,000 |

The subject is a 160-acre site at 16390 South Black Rock Cutoff Road in Fillmore, Utah. The property is located in an undeveloped rural area between Utah State Route 257 and Interstate 15. The current owner has taken several steps to have this parcel approved for a Solar Farm. This includes obtaining easements for utility and road access. The site was also granted a Conditional Use Permit which allows the development of a Solar Farm.

**Reconciliation**: The subject site was purchased on June 2, 2020 for $49,999. It appears the transaction took place between Clinton Brown (Buyer) and Thaddeus Faeth (Seller). The site was not on the market but was considered an arms-length transaction. Since the date of purchase the subject site has obtained easements and a conditional use permit that enhances the value of the site. The concluded As-Is Market Value is higher than the purchased value and is supported by recent market sales within the market area.

The analyses, opinions and conclusions communicated within this appraisal report were developed based upon the requirements and guidelines of the current Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

The COVID-19 virus (aka coronavirus) is a serious illness and pandemic that has affected the world and more specifically the United States. The effects thus far include volatility in the stock and capital markets. The impact to demand and ultimately values for real estate is also developing, although there is a wide range of viewpoints with very little consensus on the potential impact. The range of views from market participants suggests the risk premium is widening and we should analyze implications to both near-term and longer-term valuation assumptions. Real estate as an investment type historically takes a longer period of time to be impacted in comparison to alternative investment types, such as stocks and bonds. CIVAS professionals have consulted with market participants in preparation of this assignment to understand and best address how the subject property may be impacted.

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter. *USPAP* defines an Extraordinary Assumption as, "an assignment specific-assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions". *USPAP* defines a Hypothetical Condition as, "that which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis".

The Extraordinary Assumptions and/or Hypothetical Conditions that were made during the appraisal process to arrive at our opinion of value are fully discussed below. We advise the client to consider these issues carefully given the intended use of this appraisal, as their use might have affected the assignment results.

## EXTRAORDINARY ASSUMPTIONS

No Extraordinary Assumptions were made for this assignment.

## HYPOTHETICAL CONDITIONS

No Hypothetical Conditions were made for this assignment.

## RELIANCE LANGUAGE

The Appraisal is for the sole use of the Client; however, Client may provide only complete, final copies of the Appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. Colliers International Valuation & Advisory Services is not required to explain or testify as to appraisal results other than to respond to the Client for routine and customary questions. Please note that our consent to allow the Appraisal prepared by Colliers International Valuation & Advisory Services or portions of such Appraisal, to become part of or be referenced in any public offering, the granting of such consent will be at our sole and absolute discretion and, if given, will be on condition that Colliers International Valuation & Advisory Services will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to Colliers International Valuation & Advisory Services, by a party satisfactory to Colliers International Valuation & Advisory Services. Colliers International Valuation & Advisory Services does consent to your submission of the reports to rating agencies, loan participants or your auditors in its entirety (but not component parts) without the need to provide Colliers International Valuation & Advisory Services with an Indemnification Agreement and/or Non-Reliance letter.

Colliers International Valuation & Advisory Services hereby expressly grants to Client the right to copy the Appraisal and distribute it to other parties in the transaction for which the Appraisal has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any.

Colliers International Valuation & Advisory Services, and certain of its subsidiaries, is an independently owned and operated business and a member firm of Colliers International Property Consultants, an affiliation of independent companies with over 500+ offices throughout more than 62 countries worldwide.

Case 2:23-cv-02586-MEMF-KS   Document 41-3   Filed 01/01/24   Page 4 of 123   Page ID #:503

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value. It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance. Changing market or property conditions can and likely will have an effect on the subject's value.

The signatures below indicate our assurance to the client that the development process and extent of analysis for this assignment adhere to the scope requirements and intended use of the appraisal. If you have any specific questions or concerns regarding the attached appraisal report, or if Colliers International Valuation & Advisory Services can be of additional assistance, please contact the individuals listed below.

Sincerely,

**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

Jeffrey Shouse, MAI, CRE
National Self-Storage Director
Certified General Real Estate Appraiser
State of Utah License #11280095-CG00
+1 916 724 5531
jeffrey.shouse@colliers.com

Colliers International Valuation & Advisory Services, and certain of its subsidiaries, is an independently owned and operated business and a member firm of Colliers International Property Consultants, an affiliation of independent companies with over 500+ offices throughout more than 62 countries worldwide.

**LETTER OF TRANSMITTAL**

**INTRODUCTION** _____ **1**
Executive Summary _____ 1
Aerial Photograph _____ 2
Subject Property Photographs _____ 3
Identification of Appraisal Assignment _____ 4
Scope of Work _____ 6

**DESCRIPTIONS & EXHIBITS** _____ **8**
Regional Map _____ 8
Regional Area Analysis _____ 9
Local Area Map _____ 14
Local Area Analysis _____ 15
Site Description _____ 17
Assessment & Taxation _____ 22
Zoning Analysis _____ 23
Market Analysis _____ 24
National Solar Power Market Overview _____ 24
Highest & Best Use _____ 29

**VALUATION** _____ **30**
Valuation Methods _____ 30
Land Valuation _____ 30
Calculation of Land Value _____ 40

**CERTIFICATION**

**ASSUMPTIONS & LIMITING CONDITIONS**

**ADDENDA**

Purchase & Sale Agreement
Valuation Glossary
Qualifications of Appraisers
Qualifications of Colliers International Valuation & Advisory Services

Colliers International Valuation & Advisory Services, and certain of its subsidiaries, is an independently owned and operated business and a member firm of Colliers International
Property Consultants, an affiliation of independent companies with over 500+ offices throughout more than 62 countries worldwide.

# EXECUTIVE SUMMARY

## GENERAL INFORMATION

| | |
|---|---|
| **Property Name** | Vacant Land (Millard County) |
| **Property Type** | Land - Commercial Land |
| **Address** | 16390 South Black Rock Cutoff Road |
| **City** | Fillmore |
| **State** | Utah |
| **Zip Code** | 84631 |
| **County** | Millard |
| **Latitude** | 38.644834 |
| **Longitude** | -112.845605 |
| **Number Of Parcels** | 1 |
| **Assessor Parcel** | 8710-1 |
| **Total Taxable Value** | $2,080 |

## SITE INFORMATION

| Land Area | Acres | Square Feet |
|---|---|---|
| Usable | 160.00 | 6,969,600 |
| Unusable | 0.00 | 0 |
| Excess | 0.00 | 0 |
| Surplus | 0.00 | 0 |
| **Total** | **160.00** | **6,969,600** |
| **Topography** | Hilly below street grade | |
| **Shape** | Rectangular | |
| **Access** | Fair/Average | |
| **Exposure** | Fair/Average | |
| **Current Zoning** | Range & Forest (RF) | |
| **Flood Zone** | Zone D | |
| **Seismic Zone** | High Risk | |

## VALUATION SUMMARY

| VALUATION INDICES | AS-IS MARKET VALUE |
|---|---|
| **INTEREST APPRAISED** | **FEE SIMPLE** |
| **DATE OF VALUE** | **JUNE 5, 2021** |

## FINAL VALUE CONCLUSION

| | |
|---|---|
| **FINAL VALUE** | **$240,000** |
| $/Acre | $1,500/SF |

© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES



© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES



**STREET SIGN**



**VIEW OF SITE**



**VIEW OF BLACK ROAD FACING EAST**



**VIEW OF BLACK ROAD FACING WEST**



**WIND FARM TO THE WEST**



**VIEW OF BEARSKIN MOUNTAIN**

© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## PROPERTY IDENTIFICATION

The subject a 160.00-acre site at 16390 South Black Rock Cutoff Road in Fillmore, Millard County, Utah. The assessor's parcel number is: 8710-1. The legal description of the subject property is as follows:

| LEGAL | |
|---|---|
| In the County of Millard, State of Utah | |
| | |
| Assessed Owner: | CLINTON BROWN |
| | |
| Legal Description: | A PARCEL OF LAND LOCATED IN THE STATE OF UTAH, COUNTY OF MILLARD, WITH A SITUS ADDRESS OF ,. UT CURRENTLY OWNED BY BROWN CLINTON HAVING A TAX ASSESSOR NUMBER OF 180855 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS SW/4 SEC 16, T25S, R9W, SLM. AND DESCRIBED IN DOCUMENT NUMBER 679-458 DATED 06/06/2020 AND RECORDED 07/16/2020. |
| | |
| Legal Description (Short): | SW/4 SEC 16, T25S, R9W, SLM. |
| | |
| Subdivision: | Legal Block/Bldg: |
| Legal Book/Page: | Legal Lot/Unit: |
| Assessor's Parcel #: | 180855 |

## CLIENT IDENTIFICATION

The client of this specific assignment is FMC Lending.

## PURPOSE

The purpose of this appraisal is to develop an opinion of the As-Is Market Value of the subject property's fee simple interest.

## INTENDED USE

For the purpose of making lending decisions.

## INTENDED USERS

FMC Lending is the only intended user of this report. Use of this report by third parties and other unintended users is not permitted. This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

## ASSIGNMENT DATES

| | |
|---|---|
| Date of Report | June 8, 2021 |
| Date of Inspection | June 5, 2021 |
| Valuation Date - As-Is | June 5, 2021 |

## PERSONAL INTANGIBLE PROPERTY

No personal property or intangible items are included in this valuation.

## PROPERTY AND SALES HISTORY

**Current Owner**

The subject title is currently recorded in the name of Clinton Brown who acquired title to the property on 7/16/2020 as land/ for $49,999 as recorded in 679-458 of the Millard County Deed Records.

Case 2:19-cv-02388-MEMF-AS   Document #:509   Filed 01/01/24   Page 10 of 123   Page ID #:509

**Three-Year Sales History**

The subject site was purchased on June 2, 2020 for $49,999. It appears the transaction took place between Clinton Brown (Buyer) and Thaddeus Faeth (Seller). The site was not on the market and was an arms-length transaction. Since the date of purchase the subject site has obtained easements and a conditional use permit that enhances the value of the site. The concluded As-Is Market Value is higher than the purchased value and is supported by recent market sales within the market area.

**Subject Sale Status**

Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property is not under a current agreement of sale or option and is not currently offered for sale on the open market.

## DEFINITIONS

This section summarizes the definitions of value, property rights appraised, and value scenarios that are applicable for this appraisal assignment. All other applicable definitions for this assignment are located in the Valuation Glossary section of the Addenda.

## DEFINITIONS OF VALUE

Given the scope and intended use of this assignment, the definition of Market Value is applicable. The definition of Market Value, along with all other applicable definitions for this assignment, is located in the Valuation Glossary section of the Addenda (see Interagency Guidelines definition).

## PROPERTY RIGHTS APPRAISED

The property rights appraised constitute the fee simple interest.

## VALUE SCENARIOS

The valuation scenarios developed in this appraisal report include the As-Is Market Value of the subject property's fee simple interest..

Case 2:23-cv-02298-MEMF-KS   Document 41-3   Filed 01/01/24   Page 11 of 123   Page ID #:510
SLC210208

## INTRODUCTION

The appraisal development and reporting processes requires gathering and analyzing information about those assignment elements necessary to properly identify the appraisal problem to be solved. The scope of work decision must include the research and analyses that are necessary to develop credible assignment results given the intended use of the appraisal. Sufficient information includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed. The scope of work for this appraisal assignment is outlined below:

- The appraisers analyzed the regional and local area economic profiles including employment, population, household income, and real estate trends. The local area was further studied to assess the general quality and condition, and emerging development trends for the real estate market. The immediate market area was inspected and examined to consider external influences on the subject.

- The appraisers confirmed and analyzed legal and physical features of the subject property including sizes of the site, flood plain data, seismic zone, zoning, easements and encumbrances, access and exposure of the site.

- The appraisers completed a land market analysis that included market and sub-market overviews. The sub-market overviews analyzed supply/demand conditions using vacancy, absorption, supply change and rent change statistics. Conclusions were drawn regarding the subject property's competitive position given its physical and locational characteristics, the prevailing economic conditions and external influences.

- The appraisers conducted Highest and Best Use analysis and conclusions were drawn for the highest and best use of the subject property As-Vacant. The analysis considered legal, locational, physical and financial feasibility characteristics of the subject site.

- The appraisers confirmed and analyzed financial features of the subject property including potential entitlement issues, and tax and assessment records. This information as well as trends established by confirmed market indicators was used to forecast performance of the subject property.

- Selection of the valuation methods was based on the identifications required in USPAP relating to the intended use, intended users, definition and date of value, relevant property characteristics and assignment conditions. This appraisal developed the Sales Comparison Approach to value, which was adjusted and reconciled as appropriate. The appraisal develops an opinion of the As-Is Market Value of the subject property's fee simple interest.

- Reporting of this appraisal is in an Appraisal Report format as required in USPAP Standard 2. The appraiser's analysis and conclusions are summarized within this document.

- We understand the Competency Rule of USPAP and the authors of this report meet the standards.

- TJ Wind provided significant real property appraisal assistance in gathering information for zoning, taxes, and site information to the appraisers signing this certification.

## SOURCES OF INFORMATION

The following sources were contacted to obtain relevant information:

## SOURCES OF INFORMATION

| ITEM | SOURCE |
|---|---|
| Tax Information | Millard County Tax Assessor |
| Zoning Information | City of Fillmore Zoning Code |
| Site Size Information | Millard County Tax Assessor |
| New Construction | City of Fillmore / Millard County |
| Flood Map | InterFlood |
| Demographics | Pitney Bowes/Gadberry Group - GroundView® |
| Comparable Information | See Comparable Datasheets for details |
| Legal Description | Grant Deed from RealQuest |
| Other Property Data | Millard County Property Records |

## SUBJECT PROPERTY INSPECTION

### SUBJECT PROPERTY INSPECTION

| APPRAISER | INSPECTED | EXTENT | DATE OF INSPECTION |
|---|---|---|---|
| Jeffrey Shouse, MAI, CRE | Yes | Site Only | June 5, 2021 |
| TJ Wind | No | - | - |



## REGIONAL ANALYSIS

The subject is located in Millard County. The county seat is Fillmore and the largest city in the county is Delta. The county is bordered to the west by Nevada, to the north by Juab County, to the south by Beaver County, and to the east by Sanpete and Sevier Counties. The county has a total of 6,828 square miles (6,572 miles of land and 255 square miles of water). It has the third-largest area of any county in the state of Utah. According to the U.S. Census Bureau, Millard County had a population of 13,006 residents as of 2018.

A large portion of the county is covered by the Sevier Desert which was the sea floor of the ancient Lake Bonneville, the largest Pleistocene paleolake in western North America. The Pahvant Mountains lie on the eastern portion of the county and contain the tallest point in the county, Mine Camp Peak which is 10,222 feet above sea level.

The county is named for the thirteenth president of the United States, Millard Fillmore, who was in office on October 4, 1851 when the county was first organized. Fillmore was located near the geographic center of the Utah Territory and plans were made to make the city the capitol of the Territory. The Utah Territorial Legislature approved the move of the capitol to Fillmore and construction of the State Capitol began in 1852. The Legislature met in Fillmore once in 1855 before voting the following year to keep the capitol in Salt Lake City.

## DEMOGRAPHIC ANALYSIS

The following is a demographic study of the region sourced by *Pitney Bowes/Gadberry Group - GroundView®*, an on-line resource center that provides information used to analyze and compare the past, present, and future trends of geographical areas. Demographic changes are often highly correlated to changes in the underlying economic climate. Periods of economic uncertainty necessarily make demographic projections somewhat less reliable than projections in more stable periods. These projections are used as a starting point, but we also consider current and localized market knowledge in interpreting them within this analysis. Please note that our demographics provider sets forth income projections in constant dollars which, by definition, reflect projections after adjustment for inflation. We are aware of other prominent demographic data providers that project income in current dollars, which do not account for inflation. A simple comparison of projections for a similar market area made under the constant and current dollar methodologies can and likely will produce data points that vary, in some cases, widely. Further, all forecasts, regardless of demographer methodology(ies), are subjective in the sense that the reliability of the forecast is subject to modeling and definitional assumptions and procedures.

| REGIONAL AREA DEMOGRAPHICS | | | | | | | |
|---|---|---|---|---|---|---|---|
| YEAR | US | UT | COUNTY | YEAR | US | UT | COUNTY |
| **POPULATION** | | | | **NUMBER OF HOUSEHOLDS** | | | |
| 2010 Total Population | 308,745,538 | 2,763,885 | 12,503 | 2020 | 124,774,359 | 1,010,124 | 4,238 |
| 2020 Total Population | 330,412,290 | 3,254,284 | 13,256 | 2025 | 128,904,424 | 1,077,053 | 4,249 |
| 2025 Total Population | 341,167,877 | 3,495,662 | 13,582 | CAGR | 0.7% | 1.3% | 0.1% |
| 2010 - 2020 CAGR | 0.7% | 1.6% | 0.6% | **AVERAGE HOUSEHOLD SIZE** | | | |
| 2020 - 2025 CAGR | 0.6% | 1.4% | 0.5% | 2020 | 2.58 | 3.17 | 3.08 |
| **POPULATION DENSITY** | | | | 2025 | 2.58 | 3.20 | 3.15 |
| 2020 Per Square Mile | 92 | 38 | 2 | CAGR | 0.00% | 0.16% | 0.41% |
| 2025 Per Square Mile | 95 | 41 | 2 | **HOUSING UNITS** | | | |
| **MEDIAN AGE** | | | | Owner Occupied | 81,377,620 | 716,834 | 3,291 |
| 2020 | 38.24 | 30.99 | 35.34 | Renter Occupied | 43,396,739 | 293,290 | 947 |
| 2025 | 38.97 | 31.76 | 36.33 | **AVERAGE HOUSEHOLD INCOME** | | | |
| CAGR | 0.38% | 0.49% | 0.55% | 2020 | $90,034 | $93,333 | $77,607 |
| **MEDIAN HOME VALUE** | | | | 2025 | $107,805 | $113,174 | $95,730 |
| 2020 | $203,894 | $258,826 | $145,075 | CAGR | 3.7% | 3.9% | 4.3% |
| **PER CAPITA INCOME** | | | | **MEDIAN HOUSEHOLD INCOME** | | | |
| 2020 | $34,853 | $29,409 | $25,157 | 2020 | $62,847 | $71,686 | $60,923 |
| 2025 | $41,726 | $35,371 | $30,403 | 2025 | $75,115 | $86,873 | $73,939 |
| CAGR | 3.7% | 3.8% | 3.9% | CAGR | 3.6% | 3.9% | 3.9% |

Source: Pitney Bowes/Gadberry Group - GroundView ®

## Population

According to Pitney Bowes/Gadberry Group - GroundView®, a Geographic Information System (GIS) Company, Millard County had a 2020 total population of 13,256 and experienced an annual growth rate of 0.6%, which was lower than the Utah annual growth rate of 1.6%. The county accounted for 0.4% of the total Utah population (3,254,284). Within the county the population density was 2 people per square mile compared to the higher Utah population density of 38 people per square mile and the higher United States population density of 92 people per square mile. The 2020 median age for the county was 35.34, which was 8.20% younger than the United States median age of 38.24 for 2020. The median age in the county is anticipated to grow by 0.55% annually, increasing the median age to 36.33 by 2025.

## Education

Utah State University operates an Extension in Delta. The Extension is a cooperative program between Millard County, Utah State University, and the U.S. Department of Agriculture. The Millard County USU Extension office offers a wide range of materials and resources related to livestock, crops, soils, agriculture profitability, weed control, farm and ranch management, range, home horticulture, gardening, insects and water management.

Additionally, Snow College is located approximately 49 miles northeast of Fillmore and approximately 52 miles east of Delta. The college offers certificates and associate degrees in a number of field as well as bachelor's degrees in music, software engineering, and nursing. The school has a student body of 4,799 students.

## Household Trends

The 2020 number of households in the county was 4,238. The number of households in the county is projected to grow by 0.1% annually, increasing the number of households to 4,249 by 2025. The 2020 average household size for the county was 3.08, which was 19.42% larger than the United States average household size of 2.58 for 2020. The average household size in the county is anticipated to grow by 0.41% annually, raising the average household size to 3.15 by 2025. Millard County had 22.35% renter occupied units, compared to the higher 29.04% in Utah and the higher 34.78% in the United States.

## Income Trends

The 2020 median household income for the county was $60,923, which was -3.1% lower than the United States median household income of $62,847. The median household income for the county is projected to grow by 3.9% annually, increasing the median household income to $73,939 by 2025. As is often the case when the median household income levels are lower than the national average, the cost of living index is also lower.



Consumer Spending Millard County



## EMPLOYMENT

Total employment has increased annually over the past decade in the state of Utah by 2.5% and decreased annually by 0.1% in the county. From 2019 to 2020 unemployment increased in Utah by 2.2% and increased by 0.6% in the county. In the state of Utah unemployment has decreased over the previous month by 0.1% and increased by 0.1% in the county.

| EMPLOYMENT & UNEMPLOYMENT STATISTICS 2011 - 2020 | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL EMPLOYMENT | | | | UNEMPLOYMENT RATE | |
| | Utah | | Millard County, UT | | | |
| Year | Total | % Δ Yr Ago | Total | % Δ Yr Ago | United States* | Utah | Millard County, UT |
| 2011 | 1,246,797 | 0.3% | 5,784 | (3.4%) | 8.9% | 7.1% | 5.6% |
| 2012 | 1,284,149 | 3.0% | 5,596 | (3.3%) | 8.1% | 4.8% | 4.1% |
| 2013 | 1,327,560 | 3.4% | 5,603 | 0.1% | 7.4% | 4.2% | 3.8% |
| 2014 | 1,364,353 | 2.8% | 5,718 | 2.1% | 6.2% | 3.6% | 3.3% |
| 2015 | 1,401,945 | 2.8% | 5,884 | 2.9% | 5.3% | 3.5% | 3.4% |
| 2016 | 1,449,981 | 3.4% | 5,990 | 1.8% | 4.9% | 3.3% | 3.2% |
| 2017 | 1,496,759 | 3.2% | 6,221 | 3.9% | 4.4% | 3.1% | 3.2% |
| 2018 | 1,527,697 | 2.1% | 6,023 | (3.2%) | 3.9% | 2.9% | 3.1% |
| 2019 | 1,568,506 | 2.7% | 5,883 | (2.3%) | 3.7% | 2.5% | 2.6% |
| 2020 | 1,555,782 | (0.8%) | 5,749 | (2.3%) | 8.1% | 4.7% | 3.2% |
| CAGR | 2.5% | - | (0.1%) | - | - | - | - |

Source: U.S. Bureau of Labor Statistics   *Unadjusted Non-Seasonal Rate



| | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 | Oct 2020 | Nov 2020 | Dec 2020 | Jan 2021 | Feb 2021 | Mar 2021 | Apr 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | 13.0% | 11.2% | 10.5% | 8.5% | 7.7% | 6.6% | 6.4% | 6.5% | 6.8% | 6.6% | 6.2% | 5.7% |
| Utah | 7.6% | 6.4% | 5.5% | 4.8% | 4.0% | 3.4% | 3.2% | 3.0% | 3.5% | 3.6% | 2.9% | 2.8% |
| County | 4.1% | 3.7% | 3.5% | 3.5% | 2.9% | 2.4% | 2.3% | 2.4% | 3.1% | 3.1% | 2.3% | 2.4% |

## TOP EMPLOYERS

| EMPLOYER NAME | EMPLOYEES | INDUSTRY |
|---|---|---|
| Millard County School District | 250-499 | Public Education |
| Intermountain Power Service | 250-499 | Electric Utility |
| Great Lake Cheese of Utah | 250-499 | Dairy |
| Millard County | 100-249 | Local Government |
| Intermountain Healthcare | 100-249 | Healthcare |
| White River Academy | 100-249 | Boarding School |
| Mountainview Mushrooms | 50-99 | Food Crops |
| North Pasture Dairy | 50-99 | Dairy |
| Paradise Management | 50-99 | Accommodations/Restaurant |
| United States Government | 50-99 | Federal Government |
| Materion Natural Resources | 50-99 | Mining |
| Graymont Western | 50-99 | Lime Manufacturing |
| State of Utah | 50-99 | State Government |
| Millard County Care & Rehabilitation | 50-99 | Nursing Care Facility |
| Liqua-Dry | 50-99 | Medicinal & Botanical Manufacturing |
| HB Boys | 50-99 | Gas Station/Fast Food |
| Cal Maine Foods | 50-99 | Egg Production |
| Delta IGA Super Center | 50-99 | Grocery Store |
| Sunrise Engineering | 50-99 | Engineering |
| Duane's Market | 50-99 | Grocery Store |

Millard County is heavily reliant on the agriculture industry. There were over 650 farms in Millard County that encompassed of 480,000 acres. Major crops include hay, corn, oats, wheat, and barley. In addition to crops, livestock and poultry production are additional major sources of employment in the county.

Energy is also an important industry for Millard County. Intermountain Power Service Corporation is a coal-based power plant and is the second-largest employer in the county. The facility provides power to residents in Utah and California. Millard County is also on the cutting edge of renewable energy with the Western Energy Hub located near Delta. The facility is situated directly above a salt dome that is 3,000 feet under the surface. The dome enables renewable energy to be stored which will help improve the viability of renewable energy sources in the future.

Natural resource extraction is an important economic driver as well with potash, beryllium, and lime being the most important mining ventures in the county.

## AIRPORT

The following chart summarizes the local airport statistics.

| CEDAR CITY REGIONAL AIRPORT (CDC) | | |
|---|---|---|
| YEAR | ENPLANED PASSENGERS | % CHG |
| 2011 | 8,690 | - |
| 2012 | 15,881 | 82.8% |
| 2013 | 13,214 | (16.8%) |
| 2014 | 14,362 | 8.7% |
| 2015 | 14,334 | (0.2%) |
| 2016 | 14,413 | 0.6% |
| 2017 | 15,588 | 8.2% |
| 2018 | 15,835 | 1.6% |
| 2019 | 24,252 | 53.2% |

## SUMMARY

Millard County is feeling the effects of the economic downturn caused by the COVID-19 pandemic. Agricultural prices did fall in 2020 across the nation with unofficial estimates from the American Farm Bureau Federation that the price of milk was down 40% compared to January with similar declines for cattle, corn and other farm goods This is due to dramatic declines in demand from food service, restaurants, schools, and universities. It is unclear whether the impact of the crisis will have long lasting effects but it is clear that a prolonged downturn could have a serious impact on the Millard County economy in the near-term.



## INTRODUCTION

In this section of the report, we provide details about the local area and describe the influences that bear on the real estate market as well as the subject property. A map of the local area is presented on the prior page. Below are insights into the local area based on fieldwork, interviews, demographic data and experience working in this market.

## LOCAL AREA PROFILE

The subject property is located in Fillmore, Utah, within Millard County.

## DEMOGRAPHIC PROFILE

Below is a demographic study of the area, sourced by *Pitney Bowes/Gadberry Group - GroundView®*, an on-line resource center that provides information used to analyze and compare the past, present, and future trends of properties and geographical areas. Please note that our demographics provider sets forth income projections in constant dollars which, by definition, reflect projections after adjustment for inflation. We are aware of other prominent demographic data providers that project income in current dollars, which do not account for inflation. A simple comparison of projections for a similar market area made under the constant and current dollar methodologies can and likely will produce data points that vary, in some cases, widely. Further, all forecasts, regardless of demographer methodology(ies), are subjective in the sense that the reliability of the forecast is subject to modeling and definitional assumptions and procedures.

| LOCAL AREA DEMOGRAPHICS | | | |
|---|---|---|---|
| DESCRIPTION | 84631 | DESCRIPTION | 84631 |
| **POPULATION** | | **AVERAGE HOUSEHOLD INCOME** | |
| 2000 Population | 3,214 | 2020 | $75,223 |
| 2010 Population | 3,361 | 2025 | $93,680 |
| 2020 Population | 3,543 | Change 2020-2025 | 24.54% |
| 2025 Population | 3,629 | **MEDIAN HOUSEHOLD INCOME** | |
| Change 2000-2010 | 4.57% | 2020 | $54,859 |
| Change 2010-2020 | 5.42% | 2025 | $70,560 |
| Change 2020-2025 | 2.43% | Change 2020-2025 | 28.62% |
| **POPULATION 65+** | | **PER CAPITA INCOME** | |
| 2010 Population | 495 | 2020 | $24,199 |
| 2020 Population | 673 | 2025 | $29,514 |
| 2025 Population | 759 | Change 2020-2025 | 21.97% |
| Change 2010-2020 | 35.96% | **2020 HOUSEHOLDS BY INCOME** | |
| Change 2020-2025 | 12.78% | <$15,000 | 4.5% |
| **NUMBER OF HOUSEHOLDS** | | $15,000-$24,999 | 6.1% |
| 2000 Households | 1,011 | $25,000-$34,999 | 9.1% |
| 2010 Households | 1,119 | $35,000-$49,999 | 25.6% |
| 2020 Households | 1,124 | $50,000-$74,999 | 19.0% |
| 2025 Households | 1,126 | $75,000-$99,999 | 13.2% |
| Change 2000-2010 | 10.68% | $100,000-$149,999 | 15.7% |
| Change 2010-2020 | 0.45% | $150,000-$199,999 | 3.1% |
| Change 2020-2025 | 0.18% | $200,000 or greater | 3.6% |
| **HOUSING UNITS (2020)** | | **MEDIAN HOME VALUE** | $144,643 |
| Owner Occupied | 902 | **AVERAGE HOME VALUE** | $170,926 |
| Renter Occupied | 222 | **HOUSING UNITS BY UNITS IN STRUCTURE** | |
| **HOUSING UNITS BY YEAR BUILT** | | 1, detached | 1,007 |
| Built 2010 or later | 36 | 1, attached | 0 |
| Built 2000 to 2009 | 101 | 2 | 12 |
| Built 1990 to 1999 | 132 | 3 or 4 | 13 |
| Built 1980 to 1989 | 131 | 5 to 9 | 0 |
| Built 1970 to 1979 | 251 | 10 to 19 | 8 |
| Built 1960 to 1969 | 62 | 20 to 49 | 27 |
| Built 1950 to 1959 | 75 | 50 or more | 0 |
| Built 1940 to 1949 | 87 | Mobile home | 57 |
| Built 1939 or earlier | 249 | Boat, RV, van, etc. | 0 |

Source: Pitney Bowes/Gadberry Group - GroundView®

## Economic Factors

As previously noted in the Regional Analysis section of the report, the local economy is reliant on agriculture, energy, and mining as well as the government and education sectors.

## Community Services

Community services and facilities are readily available in the surrounding area. These include public services such as fire stations, hospitals, police stations, and schools (all ages). GreatSchools.org is an on-line tool that rates every school district on a scale of one to ten based on test scores. The chart details the subject's school district's rating, test scores, and graduation rate. It also compares the subject's rating to other area schools and the subject's graduation rate to state and national averages.

| HIGH SCHOOLS | | | | | | |
|---|---|---|---|---|---|---|
| HIGH SCHOOLS | GREATSCHOOLS RATING | PARENT RATING | SCHOOL TYPE | GRADES SERVED | DISTANCE FROM SBJ. | CITY LOCATION | TOTAL ENROLLMENT |
| Millard High School | 4 | 5 | public | 9-12 | 1.39 miles | Fillmore | 324 |

Source: GreatSchools.org

## IMMEDIATE AREA PROFILE

This section discusses uses and development trends in the immediate area that directly impact the performance and appeal of the subject property.

## Predominant Land Uses

This section discusses uses and development trends in the immediate area that directly impact the performance and appeal of the subject property.

Predominant land uses in the area include Agriculture, Recreation, and Power Plants. Retail, industrial, Multifamily, and Flex are all located more than 50 miles from the subject site. Currently, vacant land surrounds the subject site.

## SUMMARY

The national economy took a hit from the economic downturn caused by the COVID-19 pandemic, Millard County has also felt the effects of this crisis. As noted previously, the agricultural industry has taken a hit in recent 2020. It is unclear whether the impact of the current crisis will have long lasting effects but it is clear that a prolonged downturn could have a serious impact on the Millard County economy in the near-term. However due to the proposed use of the site the subject this issue will have little effect.

| General Description | The subject site consists of 1 parcel. As noted below, the subject site has 6,969,600 SF (160.00 AC) of land area. The area is estimated based on the assessor's parcel map, and may change if a professional survey determines more precise measurements. Going forward, our valuation analyses will utilize the usable site area. The following discussion summarizes the subject site size and characteristics. |

**Assessor Parcel** — 8710-1

**Number Of Parcels** — 1

| Land Area | Acres | Square Feet |
|---|---|---|
| Primary Parcel | 160.00 | 6,969,600 |
| Unusable Land | 0.00 | 0 |
| Excess Land | 0.00 | 0 |
| Surplus Land | 0.00 | 0 |
| **Total Land Area** | **160.00** | **6,969,600** |

**Shape** — Rectangular - See Plat Map For Exact Shape

**Topography** — Hilly at street grade

**Drainage** — Assumed Adequate

**Utilities** — None

| Street Improvements | Street | Direction | No. Lanes | Street Type | Curbs | Sidewalks | Streetlights | Center Lane | Gutters |
|---|---|---|---|---|---|---|---|---|---|
| South Black Rock Cutoff Road | Secondary Street | one-way | one-lane | minor arterial | | | | | |

**Frontage** — The subject has no frontage on South Black Cutoff Road.

**Accessibility** — **Fair/Average** - The subject can be accessed through an easement, however a road does not go onto the site.

**Exposure** — **Fair/Average** - The subject has very little exposure, it is located in a very rural area and can be seen from South Black Rock Cutoff.

**Seismic** — The subject is in High Risk.

**Flood Zone** — Zone D. This is referenced by Community Number 49027, Panel Number 4902331625A, dated September 04, 1987. Zone D is a Special Flood Hazard Area (SFHA) with possible but undetermined flood hazards. No flood hazard analysis has been conducted. Flood insurance rates are commensurate with the uncertainty of the flood risk.

**Site Rating** — Overall, the subject site is considered Fair/Average in terms of its location, exposure, and access to employment, education and shopping centers, recognizing its location along a neighborhood collector street.

**Easements** — A preliminary title report was not available for review. The subject site has an easement that gives the site access from South Black Cutoff Road and a utility easement. This appraisal assumes that there is no negative value impact on the

Case 2:23-cv-02563-MEMF-KS   Document 41-3   Filed 01/01/24   Page 23 of 123   Page ID #:522

subject improvements. If questions arise regarding easements, encroachments, or other encumbrances, further research is advised.

**Soils**

A detailed soils analysis was not available for review. Based on the development of the subject, it appears the soils are stable and suitable for the existing improvements.

**Hazardous Waste**

We have not conducted an independent investigation to determine the presence or absence of toxins on the subject property. If questions arise, the reader is strongly cautioned to seek qualified professional assistance in this matter. Please see the Assumptions and Limiting Conditions for a full disclaimer.

## PLAT MAP



## ZONING MAP



## FLOOD MAP



Case 2:23-cv-02384-WLH-PVC   Document 41-3   Filed 01/01/24   Page 27 of 123   Page ID #:526

## INTRODUCTION

Assessment of real property is established by an assessor that is an appointed or elected official charged with determining the value of each property. The assessment is used to determine the necessary rate of taxation required to support the municipal budget. A property tax is a levy on the value of property that the owner is required to pay to the municipality in which it is situated. Multiple jurisdictions may tax the same property.

The subject property is located within Millard County. The assessed value and property tax for the current year are summarized in the following table.

| ASSESSMENT & TAXES | | | | | | |
|---|---|---|---|---|---|---|
| Tax Year | 2021 | | | Tax Rate | | 0.010678 |
| Tax Rate Area | 06-06 | | | Taxes Current | | Yes |
| **APN** | **LAND** | **IMPV** | **TOTAL** | **EXEMPTIONS** | **TAXABLE** | **BASE TAX** |
| 8710-1 | $2,080 | $0 | $2,080 | $0 | $2,080 | $22 |
| **Totals** | **$2,080** | **$0** | **$2,080** | **$0** | **$2,080** | **$22** |
| **Total Base Tax** | | | | | | **$22** |

Source: Millard County Assessment & Taxation

## SUBJECT PROPERTY ANALYSIS

The total taxable value for the subject property is $2,080. There are no exemptions in place. Total taxes for the property are $22.

In Utah, taxes are calculated by multiplying the tax rate by the taxable value. The taxable value is calculated at 100% of the final value or market value for commercial properties and 55% for residential properties. All property is reappraised annually, and Utah law requires a review of property characteristics once every five years. The final value is the reported market value of the property, as reported by the assessor's offices. Tax rates are set by procedures established in the Utah Constitution. There are many different rates in Millard County, and they vary across the county depending on which school district, city, special service districts, and etc. the property is located.

According to the Millard County Treasurer's Office, real estate taxes for the subject property are current as of the date of this report.

## TAX COMPARABLES

To determine if the assessment and taxes on the subject property are reasonable, we considered historical information, as well as information from similar properties in the market. They are illustrated in the table below.

| TAX COMPARABLES | | | | | |
|---|---|---|---|---|---|
| | **SUBJECT** | **COMP 1** | **COMP 2** | **COMP 3** | **COMP 4** |
| Property  Name | Vacant Land (Millard County) | Vacant Land | Vacant Land | Vacant Land | Vacant Land |
| City, State | Fillmore, UT | Fillmore, UT | Fillmore, UT | Fillmore, UT | Fillmore, UT |
| APN | 8710-1 | 8710 | 8836 | 8853-1 | 8739 |
| **Taxable $** | $2,080 | $800 | $1,920 | $800 | $800 |
| **Total Taxes** | $22 | $9 | $22 | $9 | $15 |

The comparable properties reflect taxes ranging from $9 to $22 for total taxes. The taxes for the subject property are within this range.

## CONCLUSION

The subject property is assessed in line with comparable properties. Therefore, it is my opinion that the subject's real estate assessment and taxes are at market levels.

## INTRODUCTION

Zoning requirements typically establish permitted and prohibited uses, building height, lot coverage, setbacks, parking and other factors that control the size and location of improvements on a site. The zoning characteristics for the subject property are summarized below:

| ZONING SUMMARY | |
|---|---|
| **Municipality Governing Zoning** | Millard County Planning & Zoning Department |
| **Current Zoning** | Range & Forest (RF) |
| **Permitted Uses** | Accessory Agricultural Sales, Accessory Building Structure, Accessory Dwelling Unit, Accessory Outside Storage, Agricultural Product Processing, Airport/heliport, Animal Control Facility, Bed and Breakfast inn, Cemetery, Commercial Plant Nursery, Forestry/forst practice, Gas pipeline, Gethermal energy, Guest Ranch, Home occupation, Kennel, Landfill, Livestock Auction Facility, Outdoor Youth Program, Solar Energy System, Self-Storage, and other uses listed in the Manicipal Code. |
| **Current Use** | None |
| **Is Current Use Legally Permitted?** | Yes |
| **Zoning Change** | Not Likely |
| **Proposed Use** | Solar Energy Plant |
| **Is Proposed Use Legally Permitted?** | Yes |

| ZONING REQUIREMENTS | |
|---|---|
| **Minimum Yard Setbacks** | |
| Front (Feet) | None |
| Rear (Feet) | None |
| Side (Feet) | None |

Source: Millard County Planning & Zoning Department

## ZONING CONCLUSIONS

Based on the interpretation of the zoning ordinance, the proposed use will require a Conditional Use Permit. After talking to the Adam Richins of the Millard county zoning department, he confirmed that the parcel has obtained a Conditional Use Permit that would allow the use of a Solar Energy Plant.

Detailed zoning studies are typically performed by a zoning or land use expert, including attorneys, land use planners, or architects. The depth of our analysis correlates directly with the scope of this assignment, and it considers all pertinent issues that have been discovered through our due diligence. Please note that this appraisal is not intended to be a detailed determination of compliance, as that determination is beyond the scope of this real estate appraisal assignment.

## INTRODUCTION

The market analysis section provides a comprehensive study of supply/demand conditions, examines transaction trends, and interprets ground level information conveyed by market participants. Based on these findings and an analysis of the subject property, conclusions are drawn with regard to the subject's competitive position within the marketplace. Below is a list of the various sections covered in the following market analysis:

› National Solar Power Market
› Local Solar Power Market
› Subject Property Analysis

## NATIONAL SOLAR POWER MARKET ANALYSIS

In this section, market conditions that influence the subject's solar array will be considered. The major factors requiring consideration are the supply/demand conditions, which affect the competitive position of the subject. Although solar power and solar arrays are market specific, this section of the report provides an overview of national market trends that influence demand for solar power in the subject's market area. Our analysis includes excerpts and information from the latest IBISWorld Industry Report: *Solar Power In the US* dated February 2020. It is noted this is prior to COVID-19 and does not include any impact that may transpire in the current economic climate.

## INDUSTRY PERFORMANCE

### Executive Summary

As the period began, demand for construction of utility-scale solar power lagged somewhat due to the expectation the Solar Investment Tax Credit (ITC) was potentially about to expire. However, the ITC has been extended to remain in place through 2021. The ITC boosts demand for solar farms by encouraging investment into solar technologies, giving purchasers a 30.0% tax credit on the cost of each solar panel. However, the industry faced a setback in 2018 after the implementation of tariffs on upstream solar cells imports, which significantly dampened demand for the development of solar power grid systems in 2018. However, in the medium-term, this led to an uptick in domestic manufacturing of solar cells, which allowed revenue to rebound. Overall, industry revenue is expected to increase at an annualized rate of 1.5% to $10.8 billion, including expected growth of 0.5% in 2020.

Despite volatility in revenue growth, profit is expected to rise. In general, solar panel prices have been declining sharply in recent years in light of excess supply. The falling price of the input created a substantial decline in the capital costs associated with developing and constructing a new solar farm, helping profit margins for many industry operators. Industry revenue growth is expected to expand over the next five years, albeit at a somewhat slow pace as the impact of tariffs on solar cells imports and expiring financial incentives dampens growth somewhat. Growth technological advancements in solar panel construction are expected to lead to a greater supply of low-cost panels, fueling revenue growth. These advancements are expected to make solar panels more accessible for consumers. This may diminish some demand for solar power generation from utilities, which in turn will affect industry operators. Moreover, IBISWorld expects demand to slow once the ITC expires in 2021; an end to tax credits and other incentives will likely lower demand for the development of new solar farms. Nonetheless, industry revenue is expected to increase at an annualized rate of 0.7% to $11.2 billion over the five years to 2025.

## KEY EXTERNAL DRIVERS

### Tax Credits for Energy Efficiency

Tax credits generally encourage private investment into solar technologies by making development of solar energy projects cheaper. Demand for solar farm development will increase while the tax credit is in effect. Tax

credits directed at solar technologies are set to remain through 2020, representing a potential opportunity for the industry.

### Electric Power Consumption

Demand for solar power hinges primarily on the level of electric power consumption throughout the United States. Increased demand typically translates into growth in renewable energy implementation. Electric power consumption is expected to decrease in 2020.

### World Price of Steaming Coal

The price of steaming coal generally reflects demand for coal to produce electricity. Most electricity in the United States is generated by coal, and many electricity generation operators choose electricity-generation technology based on the price required to purchase the input (i.e. steaming coal). An increase in the price of steaming coal leads to higher demand for alternative sources, including solar energy, to the benefit of solar farm developers. The world price of steaming coal is expected to decrease in 2020.

### Price of Semiconductor and Electronic Components

Falling prices for semiconductor components, including silicon, hinder revenue generated by developers of solar farms. When these components decrease in price, industry players can generate solar energy for less cost, but internalize these price drops and cannot charge higher prices for their services. Silicon prices have been on a downward trend due to an oversupply in the market for solar panels following the recession. The price of semiconductor and electronic components is expected to fall in 2020, posing a potential threat to the industry.



Solar Farm Developers
Source: IBISWorld

### CURRENT PERFORMANCE

The Solar Farm Developers industry is centered around developments that, according to the Solar Energy Industries Association (SEIA), qualify as a solar farm if they ultimately sells its power to a utility company, is ground-mounted and generates energy larger than two megawatts (MW), which is capable of powering roughly 300 typical American homes. This last caveat is highly contested, as the threshold varies by party.

Industry revenue has experienced sharp volatility during the current period. Throughout the period, demand for new solar farms has been backed primarily by government incentives, such as the Solar Investment Tax Credit (ITC), which has encouraged private investment into solar technologies by offering tax credits. Since solar technology is not yet cost-competitive with other types of energy used in electricity generation, such as coal and

natural gas, government incentives have been the driving force behind industry growth. With these incentives, solar farms and other solar-power development projects had been built at accelerating rates up to 2018. However, tariffs on imported solar equipment sharply increased the costs of installing solar power infrastructure, resulting in an abrupt fall-off in demand and a steep decline in revenue in 2018. However, this also led to an uptick in domestic manufacturing of solar cells in response. In addition, solar cell manufacturers have increasingly integrated newer manufacturing techniques and technologies, such as production processes that use significantly less silicon per solar module. This has allowed industry revenue to rebound from the harsh impact of solar cell import tariffs. Overall, IBISWorld expects industry revenue to ultimately increase at an annualized rate of 1.5% to $10.8 billion over the five years to 2020.

**Strong Government Support**

The Solar ITC was first enacted in 2006 as a method to boost investment into solar energy technologies. The original bill was set to expire at the end of 2007; however, Congress voted in favor of an eight-year extension of the Solar ITC after extending it an additional year into 2008. The current ITC will exist through 2021. This initiative provides solar panel buyers in the residential and commercial markets with a tax credit equal to 30.0% of the solar panel costs until 2019, followed by progressive declines in this tax credit in 2020 and 2021. This has encouraged heavier investment into new solar energy developments because the cost of constructing new solar farms decreased as a result of these tax credits. The latter incentive has spurred significant investment in solar generation plants over the past five years. In turn, many companies expanded operations in hopes of using the incentives to start selling power. However, a separate federal tax credit for solar powered expired in 2016.

This industry has also benefited from state-specific renewable portfolio standards (RPSs), which mandate that renewable energy must account for a certain percentage of all energy generated. Over the past five years, many states implemented or raised RPSs, which resulted in greater demand for solar energy, to the benefit of solar farm developers. The growth of solar energy has subsequently fueled demand for solar power project development, which benefited industry revenue.

However, growth from these state and federal government incentives came to an abrupt halt in response to tariffs on imported solar cells that the current Administration implemented in 2018. As a result, the costs of investment into solar energy infrastructure rose significantly, leading to a fall-off in construction of solar power networks. This led to a sharp decline in industry revenue in 2018. This revenue decline continued, albeit to a lesser extent in 2019. As a result, many operators were forced to leave the industry during this period of decline. Reflecting this, the number of industry operators is expected to decline at an annualized rate of 7.9% to 7,176. Additionally, this resulted in many companies laying off their workforces, either entirely or partially. As a result, the number of employees is expected to decline at an annualized rate of 4.5% to 40,140.

**Panel Prices**

In general, the cost of solar panels has fallen over the five years to 2020, despite the impact of tariffs on imported solar cells, due to a drop in the price of silicon in light of excess supply. With lower silicon prices, solar manufacturers produced too many panels for limited projects during the early recovery, when the ability to finance solar projects became increasingly difficult. In turn, prices for solar equipment dropped during that period.

Additionally, many foreign governments that were previously supporting solar energy through subsidies and other benefits pulled back on their government support of the industry during the economic recovery. These cutbacks in support led to an oversupply of panels and a flood of low-cost imports into the US market.

While these trends reversed somewhat in the aftermath of tariffs on imported solar cells, an uptick in domestic manufacturing of solar cells and solar panels has since allowed the trend of falling input prices to continue. Further, manufacturers are increasingly using less silicon per solar module and panel to help decrease costs and meet demand from industry players. As a result, these trends made the capital costs associated with

Case 2:23-cv-02683-MEMF-KS   Document 41-3   Filed 01/01/24   Page 32 of 123   Page ID #:531

developing and constructing a solar farm significantly less expensive for industry operators, helping to boost profit margins substantially in the wake of the solar development boom over the past five years. The average industry profit margin, as defined by earnings before interest and taxes, is expected to rise from 5.5% of revenue in 2015 to 6.1% in 2020.

## INDUSTRY OUTLOOK

Over the five years to 2025, revenue within the Solar Farm Developers industry is expected to increase more steadily, albeit at a slightly slower pace, increasing at an annualized rate of 0.7% to $11.2 billion. In general, the capital costs associated with developing and constructing a new solar farm are expected to continue falling over the next five years due to an excess supply of solar panels as well as general improvements and advancements in solar power technology, which will reduce the per-kilowatt-hour (kilowatt of electricity generated in one hour) cost of solar power. According to a report from the National Renewable Energy Laboratory, the capital cost of solar photovoltaic technology, which dominates the landscape of solar panel manufacturing, is forecast to continue declining steadily over the next five years.

Falling costs and the number of farms constructed during the solar boom of the previous five-year period will ultimately lead to some market saturation within the solar energy sector, forcing solar-generating capacity into somewhat of a standstill. Growth within the industry will slowly begin to contract over the next few years; IBISWorld expects the biggest slump to occur in the years right after the Solar Investment Tax Credit (ITC) is set to expire. This is expected to force some operators out of the industry, as operators become less viable without these tax assistance programs. As a result, despite overall revenue growth, the number of industry operators is expected to decline at an annualized rate of 0.2% to 7,092 over the five years to 2025.

### Solar on the Rise

The Solar Energy Industries Association estimates that nearly 6,000 solar farms are in the construction phase, while an additional 38,654 solar farms worth of Utility PV sit in the development stage. Many of these projects may have entered the initial development stage or into the construction stage, as demand for utility-scale solar power projects soared in the latter half of the previous five-year period.

Additionally, the expected slowdown in annual solar power generation may hinder the completion and efficiency of many of these projects under development. As a result, many of these projects, even those under construction, may ultimately never see the light of day. This trend may ultimately hurt the profitability of several solar farm developers, particularly smaller-scale operators with a limited number of projects under construction or in development. Operators with larger economies of scale may be able to withstand the profit squeeze from a failed construction plan; however, many developers will encounter some downward pressure on profit margins because of their inefficient projects. Ultimately, IBISWorld expects industry profit margins to increase over the next five years.

## INDUSTRY LIFE CYCLE

IBISWorld analysis reveals that the Solar Farm Developers industry is in the growth stage of its life cycle, backed by heavy investment in new solar panel technologies and heavy development of utility-scale solar power projects. Over the 10 years to 2025, industry value added (IVA), a measure of the industry's contribution to the overall economy, is expected to decrease slightly at an annualized rate of 0.4%. Comparatively, US GDP growth is expected to grow at an annualized rate of 2.1% during the same 10-year period. Additionally, the number of enterprises is expected to decline over the 10 years to 2025. However, this decline is primarily due to external factors, such as tariffs and potential expiration of tax subsidies, and does not reflect the significant potential for the growth for this industry in the medium to long-term as these external factors reach a more stable equilibrium. Renewable energy sources are still expected to experience a sharp increase in proliferation moving forward, and industries centered around solar power in particular are expected to be beneficiaries of this trend.

Several government incentives, including tax breaks and statewide renewable electricity generation requirements, have spurred growth in solar power generation, thereby increasing demand for newly developed solar farms. Additionally, there has been a general increase in profitability within the industry. The capital costs associated with constructing a new solar farm have decreased, while demand for new farms has increased, padding industry operators' margins.

Establishments for the Solar Farm Developers industry are primarily located in solar energy hubs in the West. Currently, California and Arizona account for the bulk of utility-scale solar farms. Consequently, the West is home to the largest share of industry establishments (expected to account for 63.9% in 2020). The Mid-Atlantic contains the second-largest share of industry establishments (at 13.1%), as states like New York (with 5.0% of industry establishments) have considerable solar generation capacity. Over the next five years, the overall distribution of industry firms is not anticipated to change. Most major solar farm projects are located in California and Arizona, which account for 61.6% and 8.8% of industry establishments, respectively, where desert land, providing high sunlight exposure, is abundant. These projects include the Agua Caliente solar farm in Arizona and the industry establishments, has become the fastest growing region, according to the Solar Energy Industries Association.



**PROFIT**

Profitability within the Solar Farm Developers industry has been growing over the past five years. The average industry profit margin, as defined by earnings before interest and taxes, has risen from an estimated 5.5% of revenue in 2013 to 6.1% in 2020. In general, this rise in profitability can be attributed primarily to growing, albeit volatile, demand for solar power generation over the past five years due to growing interest in renewable electricity generation sources from consumers and utility companies. Furthermore, the capital costs associated with constructing and developing a new solar farm have declined significantly in recent years, particularly as domestic manufacturers of solar cells have integrated innovative techniques into the production processes, such as methods that use significantly less silicon per panel. This combination of falling costs and heavier demand padded the margins of many industry firms.

## INTRODUCTION

The highest and best use of an improved property is defined as that reasonable and most probable use that will support its highest present value. The highest and best use, or most probable use, must be legally permissible, physically possible, financially feasible, and maximally productive. This section develops the highest and best use of the subject property As-Vacant.

## AS-VACANT ANALYSIS

### Legal Factors

The legal factors that possibly influence the highest and best use of the subject site are discussed in this section. Private restrictions, zoning, building codes, historic district controls, and environmental regulations are considered, if applicable to the subject site. Permitted uses of the subject's Range & Forest (RF) zoning were listed in the Zoning Analysis section. Overall, legal factors support a broad range of agriculture, energy, and recreation uses for the subject site.

### Physical & Locational Factors

Regarding physical characteristics, the subject site is rectangular in shape and has hilly topography with fair/average access and fair/average exposure. The subject site has frontage on a small dirt road. The immediate area is not developed. Of the outright permitted uses, physical and locational features best support Solar Energy System for the site's highest and best use as-vacant.

### Feasibility Factors

Regarding financial feasibility of solar farm property in the region, construction delivery trends were previously discussed in the Market Analysis section. In general, Millard county is experiencing a typical level of construction activity compared to historical norms. Financial feasibility factors generally support immediate development of the subject site, assuming all prior due diligence necessary for utility-scale solar development is in place, given that solar farm land rental rates are often up to 10x what agricultural land leases for.

### As-Vacant Conclusion

Based on the previous discussion, the subject's highest and best use as-vacant is concluded to be agricultural, open space or development of a solar farm.

## INTRODUCTION

The following presentation of the appraisal process deals directly with the valuation of the subject property. The As-Is Market Value of the subject's fee simple interest is estimated using the Sales Comparison Approach, which is recognized as the standard appraisal technique for commercial land. The Cost and Income Capitalization Approaches are not applicable when valuing unimproved commercial land and are therefore excluded. Their exclusion is not detrimental to the reliability or credibility of the final value conclusion.

## SALES COMPARISON APPROACH

The Sales Comparison Approach is based on the principle of substitution, which asserts that no one would pay more for a property than the value of similar properties in the market. This approach analyzes comparable sales by applying transactional and property adjustments in order to bracket the subject property on an appropriate unit value comparison. The sales comparison approach is applicable when sufficient data on recent market transactions is available. Alternatively, this approach may offer limited reliability because many properties have unique characteristics that cannot be accounted for in the adjustment process.

## LAND VALUATION

As previously discussed within the Valuation Methods section, the subject is valued as one marketable economic site in this appraisal.    Land value is influenced by a number of factors; most prominent of which is development and use potential. These factors, as well as others, are considered in the following analysis.

## UNIT OF COMPARISON

The most relevant unit of comparison is the price per acre. This indicator best reflects the analysis used by buyers and sellers in this market for land with similar utility and zoning in this marketplace.

## COMPARABLE SELECTION

A thorough search was made for similar land sales in terms of proximity to the subject, size, location, development potential, and date of sale. In selecting comparables, emphasis was placed on confirming recent sales of commercial sites that are similar to the subject property in terms of location and physical characteristics. Overall, the sales selected represent the best comparables available for this analysis.

## ADJUSTMENT PROCESS

Quantitative adjustments are made to the comparable sales. The following adjustments or general market trends were considered for the basis of valuation.

**Transactional Adjustments**

Dollar adjustments to the comparable sales were considered and made when warranted for transactional adjustments in the sequence shown below:

| | |
|---|---|
| Property Rights Transferred | The valuation of the subject site was completed on a fee simple basis. If warranted, leased fee, leasehold and/or partial interest land sales were adjusted accordingly. |
| Financing Terms | The subject site was valued on a cash equivalent basis. Adjustments were made to the comparables involving financing terms atypical of the marketplace. |
| Conditions of Sale | This adjustment accounts for extraordinary motivation on the part of the buyer or seller often associated with distressed sales and/or assemblages. |
| Expenditures After Purchase | Adjustments were applied if site conditions warranted expenditures on the part of the buyer to create a buildable site. Examples include costs for razing pre- |

existing structures, general site clearing and/or mitigation of environmental issues.

| | |
|---|---|
| Market Conditions | Market conditions adjustments were based on a review of historical sale data, market participant interviews and review of current versus historical pricing. Based on our research, the following table summarizes the market conditions adjustment applied in this analysis. |

| MARKET CONDITIONS ADJUSTMENT | | |
|---|---|---|
| Per Year As Of | June 2021 (PRE COVID-19) | 3% |

The analysis applies an upward market conditions adjustment of 3% annually reflecting the conditions between the oldest comparable sale date up through the period preceding COVID-19.

### Property Adjustments

Quantitative percentage adjustments are also made for location and physical characteristics such as size, shape, access, exposure, topography, zoning and overall utility. Where possible the adjustments applied are based on paired data or other statistical analysis. For example, location adjustments are based primarily on review of land values in the market areas for the comparables relative to the subject. It should be stressed that the adjustments are subjective in nature and are meant to illustrate our logic in deriving a value opinion for the subject site.

### LAND VALUATION PRESENTATION

The following Land Sales Summation Table, Location Map and datasheets summarize the sales data used in this analysis. Following these items, the comparable land sales are adjusted for applicable elements of comparison and the opinion of site value is concluded.

## LAND SALES SUMMATION TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 |
|---|---|---|---|---|---|---|
| Name | Vacant Land | Vacant Land | Vacant Land | Vacant Land | Vacant Land | Vacant Land |
| Address | 16390 South | 17100 S 11500 | 2500 S Jones Rd | 1100 S Deer | 8500 N 5000 W | 6000 N Hulet Rd |
| City | Fillmore | Fillmore | Monroe | Fillmore | Delta | New castle |
| State | UT | UT | UT | UT | UT | UT |
| Zip | 84631 | 84631 | 84754 | 84631 | 84624 | 84756 |
| County | Millard | Millard | Sevier | Millard | Millard | Iron |
| APN | 8710-1 | 8656-A-1 | 5-39-22, 5-39-18 | 7082-A-2 | DO-2604-A | E-1014-0001 |
| **PHYSICAL INFORMATION** | | | | | | |
| Acres | 160.00 | 80.00 | 51.28 | 60.00 | 200.00 | 156.00 |
| Location | Average | Average | Average | Average | Average | Average |
| Exposure | Fair/Average | Average | Average | Average | Fair/Average | Fair/Average |
| Access | Fair/Average | Average | Average | Average | Fair/Average | Fair/Average |
| Shape | Rectangular | Irregular | Irregular | Irregular | Irregular | Rectangular |
| Site Utility Rating | Average | Average | Average | Average | Average | Average |
| Zoning | RF | AG | AG | AG | AG | AG |
| Utilities | No | No | No | No | No | No |
| Easements | Standard | Standard | Standard | Standard | Standard | Standard |
| **SALE INFORMATION** | | | | | | |
| Date | | 7/18/2020 | 11/30/2020 | 6/4/2021 | 11/11/2019 | 11/13/2019 |
| Status | | Sold | Sold | Sold | Sold | Sold |
| Rights Transferred | | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Transaction Price | | $110,000 | $110,000 | $141,000 | $185,000 | $150,000 |
| Analysis Price | | $110,000 | $110,000 | $141,000 | $185,000 | $150,000 |
| $/Acre | | $1,375 | $2,145 | $2,350 | $925 | $962 |

## LAND SALES LOCATION MAP



| COMP | DISTANCE | ADDRESS | SALE DATE | ACRES | SF | $/ACRE |
|------|----------|---------|-----------|-------|-----|--------|
| SUBJECT | - | 16390 South Black Rock Cutoff Road, Fillmore, UT | - | 160.0 | 6,969,600 | $1,500 |
| No. 1 | 35.0 Miles | 17100 S 11500 W, Fillmore, UT | 7/18/2020 | 80.0 | 3,484,800 | $1,375 |
| No. 2 | 37.6 Miles | 2500 S Jones Rd, Monroe, UT | 11/30/2020 | 51.3 | 2,233,757 | $2,145 |
| No. 3 | 35.6 Miles | 1100 S Deer Pasture Rd, Fillmore, UT | 6/4/2021 | 60.0 | 2,613,600 | $2,350 |
| No. 4 | 51.3 Miles | 8500 N 5000 W, Delta, UT | 11/11/2019 | 200.0 | 8,712,000 | $925.00 |
| No. 5 | 77.6 Miles | 6000 N Hulet Rd, New castle, UT | 11/13/2019 | 156.0 | 6,795,360 | $961.54 |

Case 2:23-cv-02938-MEMF-KS   Document 41-3   Filed 01/01/24   Page 38 of 123   Page ID #:537

## LAND SALES EXHIBITS



**COMPARABLE 1**



**COMPARABLE 2**



**COMPARABLE 3**



**COMPARABLE 4**



**COMPARABLE 5**

# LAND VALUATION

## COMPARABLE 1

### LOCATION INFORMATION

| | |
|---|---|
| Name | Vacant Land |
| Address | 17100 S 11500 W |
| City, State, Zip Code | Fillmore, UT, 84631 |
| County | Millard |
| APN | 8656-A-1 |

### SALE INFORMATION

| | |
|---|---|
| Transaction Date | 07/18/2020 |
| Transaction Status | Sold |
| Transaction Price | $110,000 |
| Analysis Price | $110,000 |
| Rights Transferred | Fee Simple |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Location | Average | |
| Site Size | Acres | SF |
| Net | 80.00 | 3,484,800 |
| Gross | 80.00 | 3,484,800 |
| Zoning | AG | |
| Shape | Irregular | |
| Access | Average | |
| Exposure | Average | |
| Easements | Standard | |
| Utilities | No | |



### VACANT LAND

### ANALYSIS INFORMATION

| Price | $/Acre | $/SF |
|---|---|---|
| Gross | $1,375 | $0.03 |
| Net | $1,375 | $0.03 |

### CONFIRMATION

| | | |
|---|---|---|
| Name | Confidential | |
| Company | Confidential | |
| Source | Confidential | |
| Date / Phone Number | Confidential | Confidential |

### REMARKS

80 acres located near Cove Fort and the Hwy 70 junction. This property is fully fenced, has deeded access, and 133-acre feet of underground water rights. (1960 priority) The land has been grazed in the past. On wet years there is a ditch that runs through the south end of the property.

© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## COMPARABLE 2

### LOCATION INFORMATION

| | |
|---|---|
| Name | Vacant Land |
| Address | 2500 S Jones Rd |
| City, State, Zip Code | Monroe, UT, 84754 |
| County | Sevier |
| APN | 5-39-22, 5-39-18 |

### SALE INFORMATION

| | |
|---|---|
| Transaction Date | 11/30/2020 |
| Transaction Status | Sold |
| Transaction Price | $110,000 |
| Analysis Price | $110,000 |
| Rights Transferred | Fee Simple |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Location | Average | |
| Site Size | Acres | SF |
| Net | 51.28 | 2,233,757 |
| Gross | 51.28 | 2,233,757 |
| Zoning | AG | |
| Shape | Irregular | |
| Access | Average | |
| Exposure | Average | |
| Easements | Standard | |
| Utilities | No | |



### VACANT LAND

### ANALYSIS INFORMATION

| Price | $/Acre | $/SF |
|---|---|---|
| Gross | $2,145 | $0.05 |
| Net | $2,145 | $0.05 |

### CONFIRMATION

| | | |
|---|---|---|
| Name | Confidential | |
| Company | Confidential | |
| Source | Confidential | |
| Date / Phone Number | Confidential | Confidential |

### REMARKS

Located approximately 2 miles southwest of Monroe on Jones RD. This Beautiful and private acreage in the southern end of Sevier Valley is secluded yet close to town. Comes with Monroe Creek Water Rights. Burtelsen Ditch runs through property.

## COMPARABLE 3

### LOCATION INFORMATION

| | |
|---|---|
| Name | Vacant Land |
| Address | 1100 S Deer Pasture Rd |
| City, State, Zip Code | Fillmore, UT, 84631 |
| County | Millard |
| APN | 7082-A-2 |

### SALE INFORMATION

| | |
|---|---|
| Transaction Date | 06/4/2021 |
| Transaction Status | Sold |
| Transaction Price | $141,000 |
| Analysis Price | $141,000 |
| Rights Transferred | Fee Simple |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Location | Average | |
| Site Size | Acres | SF |
| Net | 60.00 | 2,613,600 |
| Gross | 60.00 | 2,613,600 |
| Zoning | AG | |
| Shape | Irregular | |
| Access | Average | |
| Exposure | Average | |
| Easements | Standard | |
| Utilities | No | |



### VACANT LAND

### ANALYSIS INFORMATION

| Price | $/Acre | $/SF |
|---|---|---|
| Gross | $2,350 | $0.05 |
| Net | $2,350 | $0.05 |

### CONFIRMATION

| | | |
|---|---|---|
| Name | Confidential | |
| Company | Confidential | |
| Source | Confidential | |
| Date / Phone Number | Confidential | Confidential |

### REMARKS

60 acres located south of Fillmore off Sand Rock Ridge Rd. This is a location that would typically be used for a cabin, camping, ATV riding, and hunting.

## COMPARABLE 4

### LOCATION INFORMATION

| | |
|---|---|
| Name | Vacant Land |
| Address | 8500 N 5000 W |
| City, State, Zip Code | Delta, UT, 84624 |
| County | Millard |
| APN | DO-2604-A |

### SALE INFORMATION

| | |
|---|---|
| Transaction Date | 11/11/2019 |
| Transaction Status | Sold |
| Transaction Price | $185,000 |
| Analysis Price | $185,000 |
| Rights Transferred | Fee Simple |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Location | Average | |
| Site Size | Acres | SF |
|     Net | 200.00 | 8,712,000 |
|     Gross | 200.00 | 8,712,000 |
| Zoning | AG | |
| Shape | Irregular | |
| Access | Fair/Average | |
| Exposure | Fair/Average | |
| Easements | Standard | |
| Utilities | No | |



### VACANT LAND

#### ANALYSIS INFORMATION

| Price | $/Acre | $/SF |
|---|---|---|
|     Gross | $925 | $0.02 |
|     Net | $925 | $0.02 |

#### CONFIRMATION

| | | |
|---|---|---|
| Name | Confidential | |
| Company | Confidential | |
| Source | Confidential | |
| Date / Phone Number | Confidential | Confidential |

#### REMARKS

This land sale consist of 200 acres located in Delta, UT. The land sold in November of 2019 for approximently $925 Per Acre. The site is set up for an agraculture use.

## COMPARABLE 5

### LOCATION INFORMATION

| | |
|---|---|
| Name | Vacant Land |
| Address | 6000 N Hulet Rd |
| City, State, Zip Code | New castle, UT, 84756 |
| County | Iron |
| APN | E-1014-0001 |

### SALE INFORMATION

| | |
|---|---|
| Transaction Date | 11/13/2019 |
| Transaction Status | Sold |
| Transaction Price | $150,000 |
| Analysis Price | $150,000 |
| Rights Transferred | Fee Simple |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Location | Average | |
| Site Size | Acres | SF |
| Net | 156.00 | 6,795,360 |
| Gross | 156.00 | 6,795,360 |
| Zoning | AG | |
| Shape | Rectangular | |
| Access | Fair/Average | |
| Exposure | Fair/Average | |
| Easements | Standard | |
| Utilities | No | |



### VACANT LAND

### ANALYSIS INFORMATION

| Price | $/Acre | $/SF |
|---|---|---|
| Gross | $962 | $0.02 |
| Net | $962 | $0.02 |

### CONFIRMATION

| | | |
|---|---|---|
| Name | Confidential | |
| Company | Confidential | |
| Source | Confidential | |
| Date / Phone Number | Confidential | Confidential |

### REMARKS

This sale took place in New castle, UT. The site consist of 156 acres and sold in November of 2019. The comparable sold for $150,000 or $962 Per acre.

© 2021 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## LAND SALES ADJUSTMENT TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 |
|---|---|---|---|---|---|---|
| Name | Vacant Land (Millard | Vacant Land | Vacant Land | Vacant Land | Vacant Land | Vacant Land |
| Address | 16390 South Black Rock | 17100 S 11500 | 2500 S Jones Rd | 1100 S Deer | 8500 N 5000 W | 6000 N Hulet Rd |
| City | Fillmore | Fillmore | Monroe | Fillmore | Delta | New castle |
| APN | 8710-1 | 8656-A-1 | 5-39-22, 5-39-18 | 7082-A-2 | DO-2604-A | E-1014-0001 |
| Acres | 160.00 | 80.00 | 51.28 | 60.00 | 200.00 | 156.00 |
| Location | Average | Average | Average | Average | Average | Average |
| Exposure | Fair/Average | Average | Average | Average | Fair/Average | Fair/Average |
| Access | Fair/Average | Average | Average | Average | Fair/Average | Fair/Average |
| Shape | Rectangular | Irregular | Irregular | Irregular | Irregular | Rectangular |
| Site Utility Rating | Average | Average | Average | Average | Average | Average |
| Zoning | RF | AG | AG | AG | AG | AG |
| Utilities | No | No | No | No | No | No |
| Easements | Standard | Standard | Standard | Standard | Standard | Standard |
| **SALE INFORMATION** | | | | | | |
| Date | | 7/18/2020 | 11/30/2020 | 6/4/2021 | 11/11/2019 | 11/13/2019 |
| Status | | Sold | Sold | Sold | Sold | Sold |
| Rights Transferred | | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Analysis Price | | $110,000 | $110,000 | $141,000 | $185,000 | $150,000 |
| Price/Acre | | $1,375 | $2,145 | $2,350 | $925 | $962 |
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | |
| Property Rights | | 0% | 0% | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% | 0% | 0% |
| Expenditures After the Sale | | 0% | 0% | 0% | 0% | 0% |
| Market Conditions | | 3% | 2% | 0% | 5% | 5% |
| Subtotal Transactional Adj Price | | $1,416 | $2,188 | $2,350 | $971.25 | $1,010 |
| **PROPERTY ADJUSTMENTS** | | | | | | |
| Location | | 0% | 0% | 0% | 0% | 0% |
| Size | | -10% | -10% | -10% | 0% | 0% |
| Exposure | | -5% | -5% | -5% | 0% | 0% |
| Access | | -5% | -5% | -5% | 0% | 0% |
| Zoning | | 5% | 5% | 5% | 5% | 5% |
| Utilities | | 5% | 0% | 0% | 5% | 0% |
| Easements | | 0% | 0% | 0% | 0% | 5% |
| Subtotal Property Adjustment | | -10% | -15% | -15% | 10% | 10% |
| **TOTAL ADJUSTED PRICE** | | $1,275 | $1,860 | $1,998 | $1,068 | $1,111 |

| STATISTICS | UNADJUSTED | ADJUSTED |
|---|---|---|
| LOW | $925.00 | $1,068 |
| HIGH | $2,350 | $1,998 |
| MEDIAN | $1,375 | $1,275 |
| AVERAGE | $1,551 | $1,462 |

[1] Market Conditions Adjustment: 3%

Date of Value (for adjustment calculations): 6/5/21

## LAND SALES ANALYSIS

### Introduction

The comparable land sales indicate an adjusted value range from $1,068 to $1,998/Acre, with a median of $1,275/Acre and an average of $1,462/Acre. The range of total gross adjustment applied to the comparables was from 15% to 33%, with an average gross adjustment across all comparables of 23%. The level of total adjustment applied to the comparables is considered minimal, an indication that the dataset is applicable to the subject and increases the credibility of the analysis. The adjustment process for each comparable land sale is discussed in the following paragraphs.

### Discussion of Adjustments

Comparable 1 ($1,275/Acre as adjusted) required a total upward transaction adjustment of 3%. This comparable required a total downward adjustment of -10% for property characteristics. The total gross adjustment applied to this comparable was 33%. The substantial level of gross adjustments required for this comparable was justified due to the comparable's varying attributes. Considering these factors, this comparable is given secondary consideration as a value indicator for the subject.

Comparable 2 ($1,860/Acre as adjusted) required a total upward transaction adjustment of 2%. This comparable required a total downward adjustment of -15% for property characteristics. The total gross adjustment applied to this comparable was 27%. The moderate level of gross adjustments required for this comparable indicates that it can be adequately relied upon for valuation of the subject. This comparable is given primary consideration as a value indicator for the subject.

Comparable 3 ($1,998/Acre as adjusted) did not require any transaction adjustments. This comparable required a total downward adjustment of -15% for property characteristics. The total gross adjustment applied to this comparable was 25%. The moderate level of gross adjustments required for this comparable indicates that it can be adequately relied upon for valuation of the subject. This comparable is given primary consideration as a value indicator for the subject.

Comparable 4 ($1,068/Acre as adjusted) required a total upward transaction adjustment of 5%. This comparable required a total upward adjustment of 10% for property characteristics. The total gross adjustment applied to this comparable was 15%. The minimal amount of gross adjustments required for this comparable suggests it is similar to the subject, increasing its applicability for this analysis. Overall this comparable warrants primary consideration as a value indicator for the subject.

Comparable 5 ($1,111/Acre as adjusted) required a total upward transaction adjustment of 5%. This comparable required a total upward adjustment of 10% for property characteristics. The total gross adjustment applied to this comparable was 15%. The minimal amount of gross adjustments required for this comparable suggests it is similar to the subject, increasing its applicability for this analysis. Overall, this comparable warrants primary consideration as a value indicator for the subject.

## CALCULATION OF VALUE

The comparable land sales indicate an adjusted value range from $1,068 to $1,998/Acre, with a median of $1,275/Acre and an average of $1,462/Acre. Based on the results of the preceding analysis, Comparable 2 ($1,860/Acre adjusted), Comparable 3 ($1,998/Acre adjusted), Comparable 4 ($1,068/Acre adjusted) and Comparable 5 ($1,111/Acre adjusted) are given primary consideration for the subject's opinion of land value.

The following table summarizes the analysis of the comparables, reports the reconciled price per acre value conclusion, and presents the concluded value of the subject site.

## CALCULATION OF LAND VALUE

| COMP | ANALYSIS PRICE | ADJUSTMENT TRANSACTIONAL[1] | ADJUSTMENT ADJUSTED | ADJUSTMENT PROPERTY[2] | FINAL | NET ADJ % | GROSS ADJ % | OVERALL COMPARISON |
|---|---|---|---|---|---|---|---|---|
| 1 | $1,375 | 3% | $1,416 | -10% | $1,275 | -7% | 33% | SECONDARY |
| 2 | $2,145 | 2% | $2,188 | -15% | $1,860 | -13% | 27% | PRIMARY |
| 3 | $2,350 | 0% | $2,350 | -15% | $1,998 | -15% | 25% | PRIMARY |
| 4 | $925.00 | 5% | $971.25 | 10% | $1,068 | 16% | 15% | PRIMARY |
| 5 | $961.54 | 5% | $1,010 | 10% | $1,111 | 16% | 15% | PRIMARY |
| LOW | $1,068 | | | | AVERAGE | | | $1,462 |
| HIGH | $1,998 | | | | MEDIAN | | | $1,275 |

| COMPONENT | SUBJECT ACRES | $/ACRE CONCLUSION | VALUE |
|---|---|---|---|
| TOTAL PROPERTY | 160.00 x | $1,500 = | $240,000 |

[1]Cumulative [2]Additive                                    Rounded to nearest $10,000

## ADJUSTMENTS TO LAND VALUE

As of the effective valuation date, the subject site was vacant, development ready and did not existing entitlements that would impact the raw land value. Based on analysis of the subject property, there were no value adjustments required in developing our opinion of the As-Is Market Value.

### Entitlements

The subject site has existing entitlements that contribute additional value. The land required access and utility easements in addition it received a Conditional Use Permit that allowed the development of a Solar Farm. Based on our discussions with landowners and developers, similarly entitled land typically trades with a premium of 3% to 5% compared to raw land sales. We incorporated these adjustments under the Zoning & Easement property adjustments.

## LAND VALUE CONCLUSION

The Sales Comparison Approach was utilized for valuation of the subject site, as it best reflects the decision-making of buyers and sellers of development land in the local marketplace. The purpose of this appraisal is to develop an opinion of the As-Is Market Value of the subject property's fee simple interest. The following table conveys the final opinion of market value of the subject property that is developed within this appraisal report:

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value.  It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance.  Changing market or property conditions can and likely will have an effect on the subject's value.

## ANALYSIS OF VALUE CONCLUSIONS

| VALUATION INDICES | AS-IS MARKET VALUE |
|---|---|
| INTEREST APPRAISED | FEE SIMPLE |
| DATE OF VALUE | JUNE 5, 2021 |
| FINAL VALUE CONCLUSION | $240,000 |
| $/Acre | $1,500/SF |
| Exposure Time | 9 to 12 Months |
| Marketing Period | 9 to 12 Months |

We certify that, to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions of the signers are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- The signers of this report has no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

- Jeffrey Shouse, CRE has performed no services, as an appraiser or in any other capacity regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- The signers are not biased with respect to the property that is the subject of this report or to the parties involved with this assignment.

- The engagement in this assignment was not contingent upon developing or reporting predetermined results.

- The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* and the *Code of Professional Ethics and Standards of Professional Appraisal* Practice of the Appraisal Institute.

- Jeffrey Shouse, MAI, CRE inspected the property that is the subject of this report. TJ Wind did not inspect the property that is the subject of this report.

- TJ Wind provided significant real property appraisal assistance to appraisers signing this certification.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of this report Jeffrey Shouse, MAI, CRE completed the continuing education program for Designated Members of the Appraisal Institute.


_____        _____

                                                                June 8, 2021
Jeffrey Shouse, MAI, CRE                                          Date
National Self-Storage Director
Certified General Real Estate Appraiser
State of Utah License #11280095-CG00
+1 916 724 5531
jeffrey.shouse@colliers.com

This appraisal is subject to the following assumptions and limiting conditions:

- The appraisers may or may not have been provided with a survey of the subject property. If further verification is required, a survey by a registered surveyor is advised.

- We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, under responsible ownership, and competent management.

- The exhibits in this report are included to assist the reader in visualizing the property. We have made no survey of the property and assume no responsibility in connection with such matters.

- Unless otherwise noted herein, it is assumed that there are no encroachments, zoning, or restrictive violations existing in the subject property.

- The appraisers assume no responsibility for determining if the property requires environmental approval by the appropriate governing agencies, nor if it is in violation thereof, unless otherwise noted herein.

- Information presented in this report has been obtained from reliable sources, and it is assumed that the information is accurate.

- This report shall be used for its intended purpose only, and by the party to whom it is addressed. Possession of this report does not include the right of publication.

- The appraisers may not be required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless prior arrangements have been made therefore.

- The statements of value and all conclusions shall apply as of the dates shown herein.

- There is no present or contemplated future interest in the property by the appraisers which is not specifically disclosed in this report.

- Without the written consent or approval of the authors neither all, nor any part of, the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media. This applies particularly to value conclusions and to the identity of the appraisers and the firm with which the appraisers are connected.

- This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

- The valuation stated herein assumes professional management and operation of the buildings throughout the lifetime of the improvements, with an adequate maintenance and repair program.

- The liability of Colliers International Valuation & Advisory Services, its principals, agents, and employees is limited to the client. Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraisers are in no way responsible for any costs incurred to discover or correct any deficiency in the property.

- The appraisers are not qualified to detect the presence of toxic or hazardous substances or materials which may influence or be associated with the property or any adjacent properties, has made no investigation or analysis as to the presence of such materials, and expressly disclaims any duty to note the degree of fault. Colliers International Valuation & Advisory Services and its principals, agents, employees, shall not be liable for any costs, expenses, assessments, or penalties, or diminution in value, property damage, or personal

Case 2:23-cv-02300-MEMF-PLS   Document 44-3   Filed 01/01/24   Page 49 of 123   Page ID #:548

injury (including death) resulting from or otherwise attributable to toxic or hazardous substances or materials, including without limitation hazardous waste, asbestos material, formaldehyde, or any smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, solids or gasses, waste materials or other irritants, contaminants or pollutants.

- The appraisers assume no responsibility for determining if the subject property complies with the *Americans with Disabilities Act* (*ADA*). Colliers International Valuation & Advisory Services, its principals, agents, and employees, shall not be liable for any costs, expenses, assessments, penalties or diminution in value resulting from non-compliance. This appraisal assumes that the subject meets an acceptable level of compliance with *ADA* standards; if the subject is not in compliance, the eventual renovation costs and/or penalties would negatively impact the present value of the subject. If the magnitude and time of the cost were known today, they would be reduced from the reported value conclusion.

- An on-site inspection of the subject property was conducted. No evidence of asbestos materials on-site was noted. A Phase 1 Environmental Assessment was not provided for this analysis. This analysis assumes that no asbestos or other hazardous materials are stored or found in or on the subject property. If evidence of hazardous materials of any kind occurs, the reader should seek qualified professional assistance. If hazardous materials are discovered and if future market conditions indicate an impact on value and increased perceived risk, a revision of the concluded values may be necessary.

- A detailed soils study was not provided for this analysis. The subject's soils and sub-soil conditions are assumed to be suitable based upon a visual inspection, which did not indicate evidence of excessive settling or unstable soils. No certification is made regarding the stability or suitability of the soil or sub-soil conditions.

- This analysis assumes that the financial information provided for this appraisal, including rent rolls and historical income and expense statements; accurately reflect the current and historical operations of the subject property.

Purchase & Sale Agreement
Valuation Glossary
Qualifications of Appraisers
Qualifications of Colliers International Valuation & Advisory Services

# AGREEMENT TO BUY AND SELL REAL ESTATE

June 2, 2020

**SUBJECT PROPERTY:**

Located in Millard County, Utah

Parcel Number 8710-1
SW1/4 Section 16, Township 25 South, Range 9 West, SLM.
and Water Right: 71-5613

The undersigned Buyer and Seller agree to the following terms of sale:

1. **Purchase Price:** $49,999.00 (Forty-Nine Thousand Nine Hundred Ninety-Nine)

2. **Seller Financing:** Buyer shall pay a down payment of $10,000.00 to Seller at closing.  Seller will finance balance of $40,000.00 for 144 consecutive monthly payments of $475.12 at 9.90% interest. First payment shall be due on August 1, 2020 and on the first day of each month thereafter until paid in full.   A late charge of $50.00 shall be assessed for any payment more than 15 days late. A charge of $50.00 shall be assessed for any payment returned by Buyers bank.

3. **Earnest Money Deposit:** Buyer to submit $1,000.00 Earnest Money to Title Company no later than 5 days after the Opening of Escrow.  This amount is non-refundable after the expiration of the Inspection Period.  Earnest Money Deposit shall be credited towards Purchase Price at closing.  If Earnest Money is not received as described above, Seller at Seller's option shall have right to cancel this Agreement.

4. **Opening of Escrow:** Seller to open escrow at TitleFirst Title Insurance Agency in Beaver, Utah (the Title Company) by depositing this Agreement.

5. **Inspection Period**:  Buyer shall have 10 days from the Opening of Escrow to inspect the property and conduct any necessary evaluations and tests.  At any time during the Inspection Period, the Buyer may cancel the sale by delivering to Seller a notice via Certified US Mail.  In this case, Buyer's earnest money will be refunded.

   In the event the Buyer should fail to complete any inspection, investigation, and/or test within the time provided and escrow shall have closed without any of those inspections, investigations, and/or tests having occurred, the Buyer shall be deemed to have waived the Seller's liability for the results that such inspections, investigations, and/or tests might bring.

Seller Initial: TF          Buyer Initial: UB

Scanned with CamScanner

6.  **Seller Cooperation:** Buyer, at Buyers expense and risk shall have the right to enter Sellers property and inspect the property as deemed necessary by the Buyer.

7.  **Close of Escrow:** Close of escrow shall occur 30 days following the Opening of Escrow.

8.  **Title Insurance:** Seller shall provide Buyer with a policy of Title Insurance at Seller's expense.

9.  **Costs of Escrow:** All recording, escrow, and similar escrow fees will be paid by ½ by Buyer and ½ by Seller.

10. **Proration:** Rents, taxes, interest, payments on bonds and assessments to be prorated to date of closing.

11. **Reassessment of Property Tax:** Buyer is advised that the property is enrolled in Agricultural Green Belt Program.

12. **Physical Possession:** Physical sole possession of the property shall be delivered to Buyer upon recordation of the deed.

13. **Default:** If Buyer fails to meet the terms of this contract after the expiration of the Inspection Period, the Seller shall retain the Earnest Money as liquidated damages. The Earnest Money shall be the Sellers sole recourse to damages from the Buyer. Should the Seller fail to complete the transaction as described in this contract, the Buyer shall have the right to enforce specific performance of this contract.

14. **Terms of Sale:** Buyer/s acknowledge the land is being purchased "AS IS" , that is in whatever physical condition and location the parcel may be found at the time of sale, subject to all existing covenants, conditions, restrictions, reservations, exploration rights, mineral rights, easements, encumbrances, rights of way, assessments, zoning of record and any land use restrictions. Buyer acknowledges having investigated suitability for any given purpose, and hereby accepts the property "AS IS".

15. **Limitation of Liability:** Buyer and Seller agree that the total liability of either party shall be limited to the amount of monies paid by the Buyer to the Seller.

16. **Time is of the Essence:** Time is of the essence of this agreement.

17. **Expiration of Agreement:** This Agreement will null and void if Buyer does not return this signed Agreement to Seller by June 4, 2020.

Seller Initial: _TF_          Buyer Initial _WB_

Scanned with CamScanner

By signing below, Buyer and Seller agree to the above terms of this Agreement to Buy and Sell Real Estate:

<u>Buyer:</u>

Date: _6/4/20_

Buyer (print name): _Clinton Brown_ and _____

Buyer (sign): _(signature)_ and _____

Buyer Address: _10226 Regent St._

_Los Angeles, CA 90034_

Buyer Phone: _310-487-6453_

Buyer Fax: _____

Buyer Email: _Clinton@brownrealtygrp.com_

<u>Seller :</u>

This offer accepted on 6/2/2020 by:

Equity Trust Company Custodian FBO Thaddeus Faeth IRA

Seller _(signature)_

Thaddeus Faeth, Account Owner

PO Box 13802
Tempe, AZ 85284

Phone: 480-802-2321
Fax: 480-452-1863
Email: <u>thadfaeth@cox.net</u>

Seller Initial: _TF_          Buyer Initial: _CB_

# Valuation Glossary

Valuation & Advisory Services



**CONTACT DETAILS**

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

Unless specified otherwise, these definitions were extracted from the following sources or publications:

*The Dictionary of Real Estate Appraisal*, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015 *(Dictionary)*.

*Uniform Standards of Professional Appraisal Practice*, 2020-2021 Edition (USPAP).

*The Appraisal of Real Estate*, Fourteenth Edition, Appraisal Institute, Chicago, Illinois, 2013 *(14th Edition)*.

### Absolute Net Lease

A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. *(Dictionary)*

### Ad Valorem Tax

A real estate tax based on the assessed value of the property, which is not necessarily equivalent to its market value. *(14th Edition)*

### Aggregate of Retail Values (ARV)

The sum of the separate and distinct market value opinions for each of the units in a condominium; subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as sold together in a single transaction; it is simply the total of the individual market value conclusions. Also called *sum of the retail values. (Dictionary)*

### Arm's-length Transaction

A transaction between unrelated parties who are each acting in his or her own best interest. *(Dictionary)*

### As-Is Market Value

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. *(Dictionary)*

### Assessed Value

The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. *(14th Edition)*

### Average Daily Room Rate (ADR)

In the lodging industry, the net rooms revenue derived from the sale of guest rooms divided by the number of paid occupied rooms. *(Dictionary)*

### Band of Investment

A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment. *(Dictionary)*

### Cash-Equivalent Price

The price of a property with nonmarket financing expressed as the price that would have been paid in an all-cash sale. *(Dictionary)*

### Common Area

The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities. *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

CONTACT DETAILS

DIR   +1 206 695 4200
FAX  +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Contract Rent**

The actual rental income specified in a lease. *(14th Edition)*

**Cost Approach**

A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive; deducting depreciation from the total cost; and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. *(14th Edition)*

**Curable Functional Obsolescence**

An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected. *(Dictionary)*

**Debt Coverage Ratio (DCR)**

The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called *debt service coverage ratio (DSCR). (Dictionary)*

**Deferred Maintenance**

Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of a property. (*Dictionary*)

**Depreciation**

In appraisal, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date. *(Dictionary)*

**Direct Costs**

Expenditures for the labor and materials used in the construction of improvements; also called *hard costs. (Dictionary)*

**Discounted Cash Flow (DCF) Analysis**

The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate. *(Dictionary)*

**Discount Rate**

A rate of return on capital used to convert future payments or receipts into present value; usually considered to be a synonym for *yield rate. (Dictionary)*

**Disposition Value**

The most probable price that a specified interest in property should bring under the following conditions:

1.     Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.

2.     The property is subjected to market conditions prevailing as of the date of valuation.

3.     Both the buyer and seller are acting prudently and knowledgeably.

4.     The seller is under compulsion to sell.

5.     The buyer is typically motivated.

6.     Both parties are acting in what they consider their best interests.

7.     An adequate marketing effort will be made during the exposure time.

# Valuation Glossary

Valuation & Advisory Services

## CONTACT DETAILS

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

.

8.    Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.

9.    The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

**Easement**

The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation. *(14th Edition)*

**Economic Life**

The period over which improvements to real property contribute to property value. *(Dictionary)*

**Effective Age**

The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. *(Dictionary)*

**Effective Date**

The date on which the appraisal or review opinion applies (SVP) *(Dictionary)*

**Effective Gross Income (EGI)**

The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. *(Dictionary)*

**Effective Gross Income Multiplier (EGIM)**

The ratio between the sale price (or value) of a property and its effective gross income. *(Dictionary)*

**Effective Rent**

The rental rate net of financial concessions such as periods of free rent during the lease term and above or below-market tenant improvements (TIs). *(14th Edition)*

**Eminent Domain**

The right of government to take private property for public use upon the payment of just compensation. The Fifth Amendment of the U.S. Constitution, also known as the *takings clause*, guarantees payment of just compensation upon appropriation of private property. *(Dictionary)*

**Entrepreneurial Incentive**

The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often called *developer's profit*) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement. *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

CONTACT DETAILS

DIR  +1 206 695 4200

FAX  +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

## Entrepreneurial Profit

A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. *(Dictionary)*

## Excess Land

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. *(Dictionary)*

## Excess Rent

The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties. Due to the higher risk inherent in the receipt of excess rent, it may be calculated separately and capitalized or discounted at a higher rate in the income capitalization approach. *(14th Edition)*

## Expense Stop

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. *(Dictionary)*

## Exposure Time

An opinion, based on supporting market data, of the length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. *(USPAP)*

## External Obsolescence

A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent. *(Dictionary)*

## Extraordinary Assumption

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. An extraordinary assumption may be used in an assignment only if:

- It is required to properly develop credible opinions and conclusions;
- The appraiser has a reasonable basis for the extraordinary assumption;
- Use of the extraordinary assumption results in a credible analysis; and
- The appraiser complies with the disclosure requirements set forth in USPAP for extraordinary assumptions. (USPAP)

# Valuation Glossary

Valuation & Advisory Services

## CONTACT DETAILS

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Fair Market Value**

In nontechnical usage, a term that is equivalent to the contemporary usage of *market value*.

As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency. (*Dictionary*)

**Feasibility Analysis**

A study of the cost-benefit relationship of an economic endeavor. *(USPAP)*

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. *(Dictionary)*

**Floor Area Ratio (FAR)**

The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area. *(Dictionary)*

**Functional Obsolescence**

The impairment of functional capacity of improvements according to market tastes and standards. *(Dictionary)*

**Functional Utility**

The ability of a property or building to be useful and to perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. (*Dictionary*)

**Furniture, Fixtures, and Equipment (FF&E)**

Business trade fixtures and personal property, exclusive of inventory. *(Dictionary)*

**Going-concern**

An established and operating business having an indefinite future life. *(Dictionary)*

**Going-concern Value**

An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the *market value of the going concern or market value of the total assets of the business.* (*Dictionary*)

**Gross Building Area (GBA)**

Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. *(Dictionary)*

**Gross Leasable Area (GLA) - Commercial**

Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. *(Dictionary)*

**Gross Living Area (GLA) - Residential**

Total area of finished, above-grade residential area; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area. Local practices, however, may differ.) *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

## CONTACT DETAILS

DIR   +1 206 695 4200
FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

## Highest & Best Use

The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for that asset when formulating the price that it would be willing to bid (IVS). *(Dictionary)*

## Hypothetical Condition

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. *(USPAP)*

## Income Capitalization Approach

In the income capitalization approach, an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to this approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach. (*14th Edition*)

## Incurable Functional Obsolescence

An element of depreciation; a defect caused by a deficiency or superadequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal. *(Dictionary)*

## Indirect Costs

Expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called *soft costs. (Dictionary)*

## Insurable Replacement Cost

The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property (i.e., depreciation is not deducted). *(Dictionary)*

## Interim Use

The temporary use to which a site or improved property is put until a different use becomes maximally productive. *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

CONTACT DETAILS

DIR  +1 206 695 4200

FAX  +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Investment Value**

The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. *(Dictionary)*

**Liquidation Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1. Consummation of a sale within a short time period.

2. The property is subjected to market conditions prevailing as of the date of valuation.

3. Both the buyer and seller are acting prudently and knowledgeably.

4. The seller is under extreme compulsion to sell.

5. The buyer is typically motivated.

6. Both parties are acting in what they consider to be their best interests.

7. A normal marketing effort is not possible due to the brief exposure time.

8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.

9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

**Leased Fee Interest**

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversion right when the lease expires. *(Dictionary)*

**Leasehold Interest**

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. *(Dictionary)*

**Legally Nonconforming Use**

A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning; also known as a *grandfathered use. (Dictionary)*

**Market Area**

The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas. *(Dictionary)*

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specific lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

## CONTACT DETAILS

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

### Market Study

An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area. (*Dictionary*)

### Market Value (Most Common Non-FRT)

The most probable price, as of a specific date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue distress. (*Dictionary*)

### Market Value (Interagency Guidelines)

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.   buyer and seller are typically motivated;

2.   both parties are well informed or well advised, and acting in what they consider their own best interests;

3.   a reasonable time is allowed for exposure in the open market;

4.   payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5.   the price represents the normal consideration for the property sold unaffected by special or creative financing or sales

### Market Value (Inter. Guidelines con't)

concessions granted by anyone associated with the sale. (*Interagency Appraisal and Evaluation Guidelines, December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472*)

### Marketability Analysis

The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property.(*Dictionary*)

### Neighborhood Analysis

The objective analysis of observable or quantifiable data indicating discernible patterns of urban growth, structure, and change that may detract from or enhance property values; focuses on four sets of considerations that influence value: social, economic, governmental, and environmental factors. (*Dictionary*)

### Net Operating Income (NOI)

The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). (*14th Edition*)

### Obsolescence

One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. (*Dictionary*)

# Valuation Glossary

Valuation & Advisory Services

CONTACT DETAILS

DIR  +1 206 695 4200
FAX  +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Off-site Costs**

Costs incurred in the development of a project, excluding on-site costs such as grading and construction of the building and other improvements; also called *common costs* or *off-site improvement costs. (Dictionary)*

**On-site Costs**

Costs incurred for the actual construction of buildings and improvements on a particular site. *(Dictionary)*

**Overage Rent**

The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakeven sales volume. *(14th Edition)*

**Overall Capitalization Rate (OAR)**

The relationship between a single year's net operating income expectancy and the total property price or value. *(Dictionary)*

**Parking Ratio**

The ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios for various land uses are often stated in zoning ordinances.*(Dictionary)*

**Potential Gross Income (PGI)**

The total income attributable to property at full occupancy before vacancy and operating expenses are deducted. *(Dictionary)*

**Potential Gross Income Multiplier (PGIM)**

The ratio between the sale price (or value) of a property and its annual potential gross income. *(Dictionary)*

**Present Value (PV)**

The value of a future payment or series of future payments discounted to the current date or to time period zero. *(Dictionary)*

**Prospective Opinion of Value**

A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy. *(Dictionary)*

**Qualitative Adjustment**

An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis. *(Dictionary)*

**Quantitative Adjustment**

A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value. *(Dictionary)*

**Rentable Area**

The amount of space on which the rent is based; calculated according to local practice. *(Dictionary)*

# Valuation Glossary

Valuation & Advisory Services

CONTACT DETAILS

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Replacement Cost**

The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. *(Dictionary)*

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. *(Dictionary)*

**Retrospective Value Opinion**

A value opinion effective as of a specified historical date. The term *retrospective* does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." *(Dictionary)*

**Sales Comparison Approach**

The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered vacant when an adequate supply of comparable sales is available. *(Dictionary)*

**Scope of Work**

The type and extent of research and analysis in an appraisal or appraisal review assignment. Scope of work includes, but is not limited to:

The extent to which the property is identified;

The extent to which tangible property is inspected;

The type and extent of data researched; and

The type and extent of analysis applied to arrive at opinions or conclusions. *(USPAP)*

**Shopping Center Types**

Neighborhood Shopping Center: The smallest type of shopping center, generally with a gross leasable area of between 30,000 and 100,000 square feet. Typical anchors include supermarkets. Neighborhood shopping centers offer convenience goods and personal services and usually depend on a market population support of 3,000 to 40,000 people.

Community Shopping Center: A shopping center of 100,000 to 400,000 square feet that usually contains one junior department store, a variety store, discount or department store. A community shopping center generally has between 20 and 70 retail tenants and a market population support of 40,000 to 150,000 people.

Regional Shopping Center: A shopping center of 300,000 to 900,000 square feet that is built around one or two full-line department stores of approximately 200,000 square feet each plus small tenant spaces. This type of center is typically supported by a minimum population of 150,000 people.

# Valuation Glossary

Valuation & Advisory Services

## CONTACT DETAILS

DIR   +1 206 695 4200

FAX   +1 206 682 7938

Colliers International
601 Union Street
Suite 4800
Seattle, WA  98101

www.colliers.com

**Shopping Center Types (cont.)**

Super-Regional Center: A large center of 600,000 to 2.0 million square feet anchored by three or more full-line department stores. This type of center is typically supported by a population area of 300,000 people. *(14th Edition)*

**Superadequacy**

An excess in the capacity or quality of a structure or structural component; determined by market standards. *(Dictionary)*

**Surplus Land**

Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. *(Dictionary)*

**Tenant Improvements (TIs)**

1. Fixed improvements to the land or structures installed for use by a lessee.

2. The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. *(Dictionary)*

**Triple Net Lease**

An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called *NNN*, *triple net lease*, or *fully net lease*. *(Dictionary)*

**Usable Area**

The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. *(Dictionary)*

**Useful Life**

The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed. *(Dictionary)*

**Vacancy and Collection Loss**

A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called *vacancy and credit loss* or *vacancy and contingency loss*. *(Dictionary)*

**Yield Capitalization**

A method used to convert future benefits into present value by 1) discounting each future benefit at an appropriate yield rate, or 2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. *(Dictionary)*



# Jeffrey R. Shouse, MAI, CRE

EXECUTIVE MANAGING DIRECTOR | NATIONAL PRACTICES
Valuation & Advisory Services



jeffrey.shouse@colliers.com

## EDUCATION AND QUALIFICATIONS

Bachelor of Science Degree, California State University, Sacramento

Utah Valley State College

Brigham Young University

## STATE CERTIFICATION

California

Nevada

Maryland

Virginia

_____

## CONTACT DETAILS

**DIR**   +1 916.724.5531
**FAX**   +1 916.724.5631

Colliers International
1508 Eureka Road
Suite 250
Roseville, CA 95661

www.colliers.com

.

Jeffrey R. Shouse joined Colliers International Valuation & Advisory Services in January 1998. His primary focus is on the valuation of mobile home parks, self-storage facilities, and multifamily developments. Over the last several years, Jeff has appraised these property types in all 50 states. His clients include lenders, developers, owners, attorneys, insurance companies, and redevelopment groups.

Jeff was raised in Sacramento, California. After high school graduation, he attended Utah Valley State College where he received an associate degree. He then attended Brigham Young University and California State University, Sacramento, receiving a bachelor's degree.

Jeff is currently the Executive Managing Director for Northern California (Sacramento, Fresno, San Francisco, and San Jose), Nevada (Reno), and the Mountain States (Denver and Salt Lake City).

Jeff is also the National Practice Leader for the Self-Storage Group. His national team consists of 25 senior appraisers strategically aligned throughout the country. The Self-Storage team was able to complete 2800 assignments over the last three years, including several Feasibility Studies and consulting assignments.

Jeff has had several speaking assignments with the different Self-Storage Associations including the NYSSA, SSA Conference in Orlando, FL, and the CSSA in Napa, CA this year based on his knowledge and experience of the Self-Storage industry.

## PROFESSIONAL MEMBERSHIPS AND ACCREDITATIONS

Designated Member of the Appraisal Institute

CRE Designation - Counselors of Real Estate

Boy Scouts of America

Sacramento-Sierra Chapter of the Appraisal Institute

Western Manufactured Housing Communities Association (WMA)

National Manufactured Housing Congress (NMHC)

California Self Storage Association (CSSA)

Self- Storage Association (SSA)

Inside Self Storage (ISS)

Terry Gardner Spirit Award (2008)

Top Producer (2010)

Colliers International Innovation Award Innovation Award (2012)

## APPRAISAL INSTITUTE COURSES

General Demonstration Appraisal Report Workshop

Real Estate Appraisal Principles

Appraisal Procedures

Appraisal Principals

General Applications 320

Basic Income Capitalization Part A

Advanced Income Capitalization Part B

Standards of Professional Practice

General Market Analysis & Highest and Best Use

Advanced Sales Comparison & Cost Approaches Course 530

Report Writing and Valuation Analysis 540

Advanced Applications 550

Accelerating success.



**STATE OF UTAH**
**DEPARTMENT OF COMMERCE**
**DIVISION OF REAL ESTATE**
ACTIVE LICENSE
Certified General Appraiser
11280095-CG00
## JEFFREY ROBERT SHOUSE
NAME OF HOLDER
DATE ISSUED                    EXPIRATION
11/25/2020                    11/30/2022

- Your license is valid until the expiration date listed on your license.

- Below is your public address of record for the division. All correspondence will be mailed to this address.
  If your address is incorrect, please go to **https://secure.utah.gov/relms/index.html** to update it.

- All Continuing Education must be completed by the 15th of the month of expiration in order to ensure a timely renewal.

- Inactive licenses must be renewed.

- Please visit our web site at **realestate.utah.gov** should you have any questions.



---

# STATE OF UTAH
# DEPARTMENT OF COMMERCE
# DIVISION OF REAL ESTATE
### ACTIVE LICENSE

DATE ISSUED:   11/25/2020

EXPIRATION DATE:   11/30/2022

LICENSE NUMBER:   11280095-CG00

LICENSE TYPE:   Certified General Appraiser

ISSUED TO:   JEFFREY ROBERT SHOUSE
1508 EUREKA ROAD STE 250
ROSEVILLE CA 95661



_____                    _____
SIGNATURE OF HOLDER                          REAL ESTATE DIVISION DIRECTOR

Form #2



# Valuation & Advisory Services

## Services Offered

Single Asset Valuation
Portfolio Valuation
Institutional Asset Valuation
Loan Pool Valuation
Appraisal Review
Appraisal Management
Lease and Cost Analysis
Insurance Valuation
Arbitration & Consulting
Feasibility Studies
Investment Analysis
Highest and Best Use Studies
Tax Appeals
Litigation Support
Segregated-Cost Analysis

## Experience That Counts

Office
Industrial
Retail
Multifamily
Mixed-Use Properties
Senior Housing
Land
Self-Storage
Manufactured Housing
Agriculture
Net Lease
Hospitality
Health Care
Subdivisions
Embassies & Consulates
GSA Properties
Special Use Properties
Telecommunications

Real estate valuations play a pivotal role in today's business climate. An accurate and well supported opinion of property value can mean the difference between reaching a critical goal—securing a loan, closing a sale, reporting to investors, choosing the best asset—or failing to achieve it altogether.

Colliers Valuation & Advisory Services' reports are designed to deliver insight into a property's fundamentals, its competition and the overall market dynamics affecting value. A solid valuation report can be a strategic asset for investors, lenders and owners, provided that it addresses both a property's unique characteristics and the most current market conditions.

Commitment to high-end client service, coupled with Colliers' unparalleled market intelligence and resources, differentiates us as the firm of choice in the real estate industry.

## Professionals

Our professionals share a commitment to deliver the highest level of service and consistent results. We go the extra mile for our clients, whether this means meeting a tight deadline or working with a complex and challenging property.

## Technology

Our unmatched report creation technology speeds appraisals through the pipeline. This secure, centralized production system generates a wide range of reports and high volume portfolio orders without delays.

## Information

Today's business climate places valuation in a more pivotal position than ever before. All our appraisals are evaluated and approved by an experienced review team to ensure our clients receive concise and timely appraisals. With clear, prompt reporting and a comprehensive, big picture approach, Colliers International's Valuation and Advisory reports give our clients the information they need to make better business decisions.

Accelerating success.

Colliers


Updated February 2021

**Albuquerque**
Conner Marshall, MAI
Sr. Valuation Services Director
Conner.Marshall@colliers.com
+1 505 880 7053

**Austin**
Jay Lefevers, MAI
Managing Director
Jay.Lefevers@colliers.com
+1 602 770 4530

**Atlanta**
Leamon Holliday, MAI
Managing Director
Leamon.Holliday@colliers.com
+1 404 892 3526

**Baltimore**
Zachary Smith, MAI
Associate Managing Director
Zachary.Smith@colliers.com
+1 443 602 8985

**Boise**
John Campbell, MAI
Sr. Valuation Services Director
John.Campbell@colliers.com
+1 206 965 1129

**Boston**
Chris Stickney, MAI
Associate Managing Director
Chris.Stickney@colliers.com
+1 617 330 8171

**Buffalo**
James Murrett, MAI, SRA
Executive Managing Director
Jim.Murrett@colliers.com
+1 716 312 7790

**Charleston**
Curt McCall, Jr., CRE, MAI
Executive Managing Director
Curt.McCall@colliers.com
+1 843 442 1915

**Charlotte**
Chris Johnson, MAI, SRA, AI-GRS
Managing Director
Christopher.Johnson@colliers.com
+1 704 409 2374

**Chicago**
Nancy Myers, MAI
Managing Director
Nancy.Myers@colliers.com
+1 312 602 6159

**Cincinnati**
Brian Graham, MAI, CCIM
Senior Valuation Specialist
Brian.Graham@colliers.com
+1 513 562 2214

**Cleveland**
Jacob Roehl
Senior Valuation Specialist
Jacob.Roehl@colliers.com
+1 303 915 5165

**Columbus**
Christian Smith, MAI
Managing Director
Christian.Smith@colliers.com
+1 614 437 4684

**Dallas**
Tom Bogdon, MAI, R/W-AC, MRICS
EMD | Southcentral Region
Thomas.Bogdon@colliers.com
+1 214 217 9338

**Denver**
Jonathan Fletcher, MAI
Managing Director
Jon.Fletcher@colliers.com
+1 303 779 5500

**Destin**
Kevin Branton
Senior Valuation Specialist
Kevin.Branton@colliers.com
+1 850 460 1202

**Detroit**
David Abraham, MAI, SRA
Managing Director
David.Abraham@colliers.com
+1 248 226 1872

**Fayetteville**
Curt Smith, MAI
Valuation Services Director
Curt.Smith@colliers.com
+1 479 202 5932

**Fresno**
John Larson, MAI
Sr. Valuation Services Director
John.Larson@colliers.com
+1 559 221 1271

**Grand Rapids**
Will Fowler, MAI
Valuation Services Director
Will.Fowler@colliers.com
+1 616 988 5843

**Hawaiian Islands**
Bobby Hastings, MAI, MRICS
Managing Director
Bobby.Hastings@colliers.com
+1 808 200 5603

**Houston**
Paula Thoreen, MAI, CRE
Executive Managing Director
Paula.Thoreen@colliers.com
+1 713 835 0081

**Indianapolis**
Nancy Myers, MAI
Managing Director
Nancy.Myers@colliers.com
+1 312 602 6159

**Irvine**
John Park, MAI
Sr. Valuation Services Director
John.Park@colliers.com
+1 949 751 2706

**Jacksonville**
Patrick Phipps, MAI
Managing Director
Patrick.Phipps@colliers.com
+1 904 861 1114

**Kansas City**
Alex Hoenig, MAI
Associate Managing Director
Alex.Hoenig@colliers.com
+1 816 419 3561

**Las Vegas**
Evan Ranes, MAI, ASA, R/W-AC
Managing Director
Evan.Ranes@colliers.com
+1 702 836 3749

**Little Rock**
Joshua Smith, MAI, MRICS
Managing Director
Joshua.Smith@colliers.com
+1 501 219 8546

**Los Angeles**
Casey Merrill, MAI, ASA, FRICS
EMD | Southwest Region
Casey.Merrill@colliers.com
+1 213 417 3315

**Miami**
Ralph Peña, III, MAI
Managing Director
Ralph.Pena@colliers.com
+1 786 517 4855

**Milwaukee**
Karen Dabek, MAI
Sr. Valuation Services Director
Karen.Dabek@colliers.com
+1 312 602 6158

**Minneapolis**
Karen Dabek, MAI
Sr. Valuation Services Director
Karen.Dabek@colliers.com
+1 312 602 6158

**Nashville**
Patrick Gibson, MAI, CCIM
Managing Director
Patrick.Gibson@colliers.com
+1 615 610 4728

**New Orleans**
Jason Lindsey, MAI
Valuation Services Director
Jason.Lindsey@colliers.com
+1 504 717 1926

**New York**
Tony O'Sullivan, MAI, MRICS
Managing Director
Tony.OSullivan@colliers.com
+1 212 207 8057

**New York (upstate)**
Anthony Palma, MAI, MRICS
Sr. Valuation Services Director
Anthony.Palma@colliers.com
+1 518 788 8108

**Ontario**
Casey Merrill, MAI, ASA, FRICS
EMD | Southwest Region
Casey.Merrill@colliers.com
+1 213 417 3315

**Orlando**
Chuck Buhler, MAI, CCIM
Managing Director
Chuck.Buhler@colliers.com
+1 407 362 6155

**Philadelphia**
Albert Crosby, MAI
Associate Managing Director
Albert.Crosby@colliers.com
+1 215 928 7526

**Phoenix**
Michael Brown
Associate Managing Director
Michael.Brown@colliers.com
+1 602 222 5166

**Pittsburgh**
Bruce Nell, MAI, AI-GRS, MRICS
EMD | National Practices
Bruce.Nell@colliers.com
+1 614 437 4687

**Portland/Vancouver**
Jeremy Snow, MAI
Managing Director
Jeremy.Snow@colliers.com
+1 503 542 5409

**Raleigh**
Chris Johnson, MAI, SRA, ASA
Managing Director
Christopher.Johnson@colliers.com
+1 704 409 2374

**Reno**
Jeffrey Shouse, MAI, CRE
EMD | National Practices
Jeff.Shouse@colliers.com
+1 916 724 5531

**Richmond**
Chris Johnson, MAI, SRA, AI-GRS
Managing Director
Christopher.Johnson@colliers.com
+1 704 409 2374

**Sacramento**
Scott Shouse, MAI
Managing Director
Scott.Shouse@colliers.com
+1 916 724 5532

**Salt Lake City**
John Blaser, MAI
Valuation Services Director
John.Blaser@colliers.com
+1 385 249 5440

**San Diego**
Rob Detling, MAI
Managing Director
Rob.Detling@colliers.com
+1 858 860 3852

**San Francisco**
Vathana Duong, MAI
Managing Director
Vathana.Duong@colliers.com
+1 415 288 7854

**San Jose**
Jeff Shouse, MAI, CRE
EMD | National Practices
Jeff.Shouse@colliers.com
+1 916 724 5531

**Sarasota**
Justin Butler, MAI
MD | Healthcare Valuation
Justin.Butler@colliers.com
+1 941 210 5004

**Seattle**
Reid Erickson, MAI
EMD | Northwest Region
Reid.Erickson@colliers.com
+1 206 965 1106

**St. Louis**
Jeremy Walling, MAI, MRICS
Executive Vice President
Jeremy.Walling@colliers.com
+1 312 371 4920

**Tampa**
PJ Cusmano, MAI, MRICS
EMD | Florida Region
PJ.Cusmano@colliers.com
+1 813 229 1599

**Washington DC**
Sam Nelson, MAI, MBA
Managing Director
Samuel.Nelson@colliers.com
+1 202 534 3631

**National Client Services**
Jerry Gisclair MAI, MRICS
EMD | National Client Services
Jerry.Gisclair@colliers.com
+1 813 871 8531

**John Jordan MAI**
EMD | US Multifamily Leader
John.Jordan@colliers.com
+1 214 217 9328

**National Operations**
Morgan Turnbow, MAI
EMD | National Operations
Morgan.Turnbow@colliers.com
+1 212 355 1029

**US Leadership**
Jeremy Walling, MAI, MRICS
Executive Vice President
Jeremy.Walling@colliers.com
+1 312 371 4920

**Americas Leadership**
Eduardo Alegre MAI, MRICS
President | Americas
Ed.Alegre@colliers.com
+1 714 496 9400



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
Calle Del Barco
Tract No 10570 Lot 182
Malibu, CA 90265

## FOR:
FMC
380 Beach Rd #D
Burlingame, CA  94010

## AS OF:
02/12/2021

## BY:
Brett Varon

Magnus Corporations

# LAND APPRAISAL REPORT

FMC21472

File No.

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Borrower | Glinton Brown | Census Tract | 8005.04 | Map Reference | 31084 |

Property Address  Calle Del Barco

City  Malibu   County  Los Angeles   State  CA   Zip Code  90265

Legal Description  Tract No 10570 Lot 182

| Sale Price $ | | Date of Sale | | Property Rights Appraised  ☒ Fee   ☐ Leasehold   ☐ De Minimis PUD |
|---|---|---|---|---|
| Actual Real Estate Taxes $  2,726  (yr) | Loan Term  yrs. | Loan charges to be paid by seller $ | Other sales concessions | |

Lender/Client  FMC   Address  380 Beach Rd #D, Burlingame, CA 94010

Occupant  Vacant   Appraiser  Brett Varon   Instructions to Appraiser  None

## NEIGHBORHOOD

| | | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | | Employment Stability | ☒ | ☐ | ☐ | ☐ |
| Built Up | ☐ Over 75% | ☒ 25% to 75% | ☐ Under 25% | | Convenience to Employment | ☒ | ☐ | ☐ | ☐ |
| Growth Rate | ☐ Fully Dev. | ☐ Rapid | ☒ Steady | ☐ Slow | Convenience to Shopping | ☒ | ☐ | ☐ | ☐ |
| Property Values | | ☐ Increasing | ☒ Stable | ☐ Declining | Convenience to Schools | ☒ | ☐ | ☐ | ☐ |
| Demand/Supply | | ☐ Shortage | ☒ In Balance | ☐ Oversupply | Adequacy of Public Transportation | ☒ | ☐ | ☐ | ☐ |
| Marketing Time | | ☐ Under 3 Mos. | ☒ 4-6 Mos. | ☐ Over 6 Mos. | Recreational Facilities | ☒ | ☐ | ☐ | ☐ |

Present  70 % One-Unit   5 % 2-4 Unit   % Apts.   5 % Condo   10 % Commercial

Land Use   % Industrial   10 % Vacant

| Adequacy of Utilities | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| Property Compatibility | ☒ | ☐ | ☐ | ☐ |

Change in Present   ☐ Not Likely   ☒ Likely (*)   ☐ Taking Place (*)

Land Use   (*) From   To

| Protection from Detrimental Conditions | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| Police and Fire Protection | ☒ | ☐ | ☐ | ☐ |

Predominant Occupancy   ☐ Owner   ☒ Tenant   % Vacant

One-Unit Price Range  $  to $   Predominant Value $

One-Unit Age Range   yrs. to   yrs.   Predominant Age   yrs.

| General Appearance of Properties | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| Appeal to Market | ☒ | ☐ | ☐ | ☐ |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise)   Neighborhood consists of one and two story single family homes and commercial properties, showing similar age and quality. Neighborhood is located in the city limits, near all services, including employment centers, reflecting average condition and appeal. There were no adversities noted.

## SITE

Dimensions  See attached map.   = 7,029 sf   ☐ Corner Lot

Zoning Classification  LCR110   Present Improvements  ☒ Do   ☐ Do Not  Conform to Zoning Regulations

Highest and Best Use   ☐ Present Use   ☒ Other (specify)  The highest and best use of this property as improved.

| | Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo  Slope |
|---|---|---|---|---|
| Elec. | ☒ | | Street Access  ☒ Public   ☐ Private | Size  7,029 sf |
| Gas | ☒ | | Surface  Asphalt | Shape  Rectangular |
| Water | ☒ | | Maintenance  ☒ Public   ☐ Private | View  B;Ocean |
| San. Sewer | | Septic | ☐ Storm Sewer   ☐ Curb/Gutter | Drainage  Typical |
| | ☐ Underground Elect. & Tel. | | ☐ Sidewalk   ☐ Street Lights | Is the property located in a FEMA Special Flood Hazard Area?   ☐ Yes   ☒ No |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions)   The subject site is level and is typical in size.

## MARKET DATA ANALYSIS

The undersigned has recited the following recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (–) adjustment is made, thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | Calle Del Barco | 26252 Fairside Rd | | 3900 Carbon Canyon Rd | | 21501 Calle Del Barco | |
| | Malibu, CA 90265 | Malibu, CA 90265 | | Malibu, CA 90265 | | Malibu, CA 90265 | |
| Proximity to Subject | | 5.91 miles W | | 0.51 miles W | | 0.07 miles NW | |
| Sales Price | $ | $ | 180,000 | $ | 165,000 | $ | 185,000 |
| Price  $/Sq. Ft. | $ | $ | | $ | | $ | |
| Data Source(s) | Inspection/Real | CRMLS#20605324;DOM 17 | | CRMLS#19493392;DOM 352 | | CRMLS#20598034;DOM 7 | |
| ITEM | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Date of Sale/Time Adj. | | s08/20;c08/20 | | s07/20;c07/20 | | s07/20;c07/20 | |
| Location | N;Res; | N;Res; | | B;Oceanfront | -50,000 | N;Res; | |
| View | B;Ocean | N;Res; | +150,000 | B;Ocean | | B;Ocean | |
| Zoned For | Res/PlansApprovd | Residential | +50,000 | UnBuildble | +250,000 | Residential | +50,000 |
| Sewer/Grading | Septic/PartialGradn | Septic/PartialGradn | | Septic/PartialGradn | | Septic/None | +50,000 |
| BeachClubAccess | Lot Inclusion | None | +100,000 | Lot Inclusion | +100,000 | None | +100,000 |
| Lot Sq.Ftage | 7029 sf | 6773  sf | 0 | 6,653 sf | | 7579 sf | 0 |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Cash; | | Conv;0 | |
| Net Adj. (Total) | | ☒ +   ☐ –  $ | 300,000 | ☒ +   ☐ –  $ | 300,000 | ☒ +   ☐ –  $ | 200,000 |
| Indicated Value | | | | | | | |
| of Subject | | $ | 480,000 | $ | 465,000 | $ | 385,000 |

Comments on Market Data   The comparables were adjusted at a rate of $20 per sq.ft. and applied at a difference of 1,000 sq.ft. or more.

## RECONCILIATION

Comments and Conditions of Appraisal   There no conditions noted. Comparable #2 was sold for rights to the La Costa Beach Club only; unbuildable lot. The subject lot has permited use to the La Costa Beach Club; This is an exclusive club with only 318 members.

Final Reconciliation   The Market Approach is given the greatest weight in the valuation process.The cost approach is not reliable due to the lack of vacant land sales and the use of the Abstraction technique. The Income Approach was considered, but not utilized as most SFR properties are owner occupied and there is insufficient rental data to generate a reliable Income Approach.

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF  02/12/2021  TO BE $  450,000

| Appraiser  Brett Varon | Supervisory Appraiser (if applicable) |
|---|---|
| Date of Signature and Report  03/19/2021 | Date of Signature |
| Title  Certified Appraiser | Title |
| State Certification #  AR039506  ST  CA | State Certification #  ST |
| Or State License #  ST | Or State License #  ST |
| Expiration Date of State Certification or License  02/07/2022 | Expiration Date of State Certification or License |
| Date of Inspection (if applicable)  02/12/2021 | ☐ Did   ☐ Did Not  Inspect Property  Date of Inspection |

# ADDITIONAL COMPARABLE SALES

File No. FMC21472

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | Calle Del Barco | 3843 Rambla Pacifico | | 1 Latigo Canyon & Ocean Vw | | Rambla Vis | |
| | Malibu, CA 90265 | Malibu, CA 90265 | | Malibu, CA 90265 | | Malibu, CA 90265 | |
| Proximity to Subject | | 0.19 miles SE | | 8.33 miles W | | 0.28 miles W | |
| Sales Price | $ | $ | 875,000 | $ | 199,000 | $ | 630,000 |
| Price $/Sq. Ft. | $ | $ | | $ | | $ | |
| Data Source(s) | Inspection/Real | CRMLS#19456768;DOM 20 | | CRMLS#SR20013759;DOM 395 | | CRMLS#220011387;DOM 64 | |
| ITEM | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Date of Sale/Time Adj. | | s06/19;c05/19 | | Active | | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Site/View | B;Ocean | B;Ocean | | B;Inf.Ocean | +150,000 | B;Sup.Ocean | -100,000 |
| Zoned For | Res/PlansApprovd | Res: PlansApproved | 0 | Residential | +50,000 | Residential | +50,000 |
| Sewer/Grading | Septic/PartialGradn | Septic/Hillside | 0 | Septic/PartialGradn | | Septic/Hillside | 0 |
| BeachClubAccess | Lot Inclusion None | None | +100,000 | None | +100,000 | None | +100,000 |
| Lot Sq.Ftage | 7029 sf | 10,616  sf | -60,000 | 9819 sf | -40,000 | 6369  sf | 0 |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Net Adj. (Total) | | ☒ + ☐ − | $ 40,000 | ☒ + ☐ − | $ 260,000 | ☒ + ☐ − | $ 50,000 |
| Indicated Value of Subject | | | $ 915,000 | | $ 459,000 | | $ 680,000 |

Comments on Market Data    Data is consistent within community.

MARKET DATA ANALYSIS

Form LAND.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FMC21472

File No.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

> Little or no updating or modernization. This description includes, but is not limited to, new homes.

> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

> The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

> Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

> Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

> Example:
> 3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## USPAP Compliance Addendum

Loan # FMC21472
File #

| Borrower | Glinton Brown | | | | |
|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | |
| City | Malibu | County | Los Angeles | State CA | Zip Code 90265 |
| Lender/Client | FMC | | | | |

### APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☒ Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

### PRIOR SERVICES

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

☐ I have NOT made a personal inspection of the property that is the subject of this report.

☒ I HAVE made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is 0-90 day(s) utilizing market conditions pertinent to the appraisal assignment.

☒ A reasonable exposure time for the subject property is 0-90 day(s).

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Brett Varon_ | Signature |
| Name Brett Varon | Name |
| Date of Signature 03/19/2021 | Date of Signature |
| State Certification # AR039506 | State Certification # |
| or State License # | or State License # |
| State CA | State |
| Expiration Date of Certification or License 02/07/2022 | Expiration Date of Certification or License |
| | Supervisory Appraiser Inspection of Subject Property |
| Effective Date of Appraisal 02/12/2021 | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

# Market Conditions Addendum to the Appraisal Report

FMC21472

File No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | Calle Del Barco | City | Malibu | State | CA | ZIP Code | 90265 |
|---|---|---|---|---|---|---|---|
| Borrower | Glinton Brown | | | | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 6 | 3 | 2 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 1 | 1 | 0.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 8 | 4 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 8 | 4 | 6 | ☐ Declining | ☒ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | $117,000 | $210,000 | $73,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 173.5 | 62 | 347 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $469,500 | $550,000 | $865,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 38 | 19 | 32 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 94.60 | 94.74 | 122.5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes | ☒ No | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     The data used in the grid above does not indicate there were any concessions associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some transactions that do include concessions, but have not been reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Are foreclosure sales (REO sales) a factor in the market?     ☐ Yes   ☒ No     If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.     The CRMLS MLS was the data source used to complete the Market Conditions Addendum. Effective Date: Thursday, February 18, 2021

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

**If the subject is a unit in a condominium or cooperative project , complete the following:**     **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?     ☐ Yes   ☐ No     If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name   Brett Varon | | Supervisory Appraiser Name | |
| Company Name   Next Day Appraisals | | Company Name | |
| Company Address   6141 Nutwood Cir, Huntington Beach, CA 92647-64 | | Company Address | |
| State License/Certification #   AR039506   State   CA | | State License/Certification #   | State |
| Email Address   brett@nextdayappraisals.biz | | Email Address | |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected  by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

   *Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments
   are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these
   costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative
   financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party
   institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on
   a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should
   approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.  The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.  The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.  The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Magnus Corporations
Form ACR_DEFD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report.  I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**ADDRESS OF PROPERTY APPRAISED:**   Calle Del Barco, Malibu, CA 90265

| **APPRAISER:** | **SUPERVISORY APPRAISER (only if required):** |
|---|---|
| Signature: *Brett Varon* | Signature: |
| Name:   Brett Varon | Name: |
| Date Signed:   03/19/2021 | Date Signed: |
| State Certification #:   AR039506 | State Certification #: |
| or State License #: | or State License #: |
| State:   CA | State: |
| Expiration Date of Certification or License:   02/07/2022 | Expiration Date of Certification or License: |

☐ Did    ☐ Did Not Inspect Property

Form ACR_DEFD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Magnus Corporations

## FIRREA / USPAP ADDENDUM

| | |
|---|---|
| Borrower | Glinton Brown |
| Property Address | Calle Del Barco |
| City | Malibu    County  Los Angeles    State  CA    Zip Code  90265 |
| Lender/Client | FMC |

**Purpose**

The Purpose and Function of this appraisal is to estimate the value of the subject property as defined herein, and to assist the client in evaluating the subject property for Federally related mortgage loan purposes and is not intended for use by any other party for any other purpose. The appraiser is not responsible for unauthorized use of this report.

**Scope**

1) After receiving the assignment, an extensive search of all resources customary to the appraisal of residential real estate was made to determine general market trends, influences and other significant factors pertinent to the subject property.

2) A physical inspection of the subject property was performed, including a physical measurement and photos.

3) A physical inspection with photos was taken of each comparable.

4) A written report was then completed, with appropriate adjustments being made to estimate an accurate estimate of value.

5) A complete summary report was then sent to the intended user.

**Intended Use / Intended User**

The intended user of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope Of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**History of Property**

Current listing information:   See page 1 & 2 for transaction history.

Prior sale:   See page 2 for transaction history.

**Exposure Time / Marketing Time**

If the subject property is being sold, the Marketing Time should be reflected as 3 to 6 months.  After reviewing and analyzing the amount of Exposure Time needed, The Exposure time should be reflected as 3 to 6 months.

**Personal (non-realty) Transfers**

There were no Personal or non-realty Transfers recognized in this appraisal, or in this transaction.

**Additional Comments**

As of the date of this report I, the signing Licensed Real Estate Appraiser, has completed the minimum requirements of continuing education, and in accordance with the Competency Provision of the USPAP, I certify that my knowledge and experience are sufficient to allow me to complete this appraisal assignment.

**Certification Supplement**

1.  This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

Appraiser(s):  Brett Varon

Effective date / Report date:   02/12/2021

Supervisory Appraiser(s): _____

Effective date / Report date: _____

## Supplemental Addendum

File No.

| Borrower | Glinton Brown | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | | | |
| City | Malibu | County | Los Angeles | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | | |

This appraisal was completed in compliance with all appraiser independence regulations in effect as of the date of the completion of the appraisal, and include, but are not limited to the regulations contained in TILA, Dodd Frank, FHA, FNMA, FHLMC and all active state regulations. Specifically--

- This appraisal was ordered through a secure order processing system and was requested by the Lender/Client so named on the physical appraisal report.

- The appraiser selected for the appraisal assignment was exclusively selected, retained and compensated by the third party appraisal management company and selected based on geographic and product specific competence, performance and quality standards.

- The appraiser was not provided with an estimated or predetermined property value. If applicable, a purchase contract was provided as requested by the Lender/Client for a purchase transaction.

- The appraiser engagement contract in connection with this appraisal prohibits communication between the Lender/Client and the appraiser relating to any communication that may influence and/or coerce value, either directly or indirectly. In addition the attempt to obtain value or loan information from the borrower or property owner is prohibited.

- The identity of the appraiser was not disclosed to the Lender/Client, except at the time of delivery of the completed appraisal report. The Lender/Client information disclosed to the appraiser consists only of the company name and address for inclusion in the appraisal report.

- All other provisions contained in the above named regulations have been followed by Next Day Appraisals in connection with the attached appraisal report.

- Appraiser has not performed any services on the subject property for the past 36 months

## Supplemental Addendum

File No.

| Borrower | Glinton Brown | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | | | |
| City | Malibu | County | Los Angeles | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | | |

• **URAR : Improvements - Condition of the Property**

The subject reflects **average** condition and appeal.

• **URAR : Sales Comparison Analysis - Summary of Sales Comparison Approach**

In determining the calculation of adjustments, paired sale analysis was applied.

Adjustments were calculated at:
GLA was adjusted at $100 per sf and adjusted for a difference of 100 sf or greater
Lot area was adjusted at $2 per sf and adjusted for a difference of1,000 sf or greater
$5,000 per bedroom, $10,000 per bathroom, $5,000 per half bath
$5,000 per garage space
$10,000 per pool

*Subject's market area consists of both single and two story homes, both of which hold the same marketability. In order to obtain the most relevant sales and due to the lack of relevant data in the immediate subject area, the comparable search was extended beyond 0.5 miles from the subject.  Market analysis indicates that there are foreclosures/short sales in the subject's area, however, they do not appear to affect the marketability of the subject. All included comparables are located in competing neighborhoods of equal market appeal and marketibility. Please refer to included Location Map for further evidence of the low build-up in the subject's immediate market area and why it was completely necessary to expand the search criteria.*

*Additionally, due to the lack of recent and relevant comparable sales, it was absolutely necessary to include properties sold outside 90 days from the effective date of this appraisal. The search for comparable sales was expanded to include sales from up to 6 months prior to the effective date of this appraisal.*

*Due to the lack of relevant comparble sales, it was absolutely necessary to apply adjustments exceeding normal adjustment standards. Although slightly exceeding normal adjustment percentages, all comparable adjustments are warranted, acccurate, necessary, and completely unavoidable due to the lack of more relevant comparable sales.*

**IT IS TO BE NOTED THAT THE INCLUDED COMPARABLES ARE THE BEST AND MOST RELEVANT COMPARABLE SALES & LISTINGS TO ACCURATELY REFLECT THE TRUE MARKET VALUE OF THE SUBJECT PROPERTY.**

The subject property has adequate utilities available and are in service

## Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Glinton Brown | | | | | |
| Property Address | Calle Del Barco | | | | | |
| City | Malibu | County | Los Angeles | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | |


**Subject Lot**


**Subject Lot**


**Subject Lot**


**Subject Lot**


**Aerial**


**Aerial**


**Subject Lot**


**Subject Lot**


**Ocean View**


**Lot/Ocean View**

## Comparable Photo Page

| Borrower | Glinton Brown | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | | | |
| City | Malibu | County | Los Angeles | | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | | |



### Comparable 1

| | |
|---|---|
| 26252 Fairside Rd | |
| Prox. to Subject | 5.91 miles W |
| Sales Price | 180,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | N;Res; |
| View | N;Res; |
| Site | 6773 sf |
| Quality | Q4 |
| Age | |



### Comparable 2

| | |
|---|---|
| 3900 Carbon Canyon Rd | |
| Prox. to Subject | 0.51 miles W |
| Sales Price | 165,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | B;Oceanfront |
| View | B;Ocean |
| Site | 6653 sf |
| Quality | Q4 |
| Age | |



### Comparable 3

| | |
|---|---|
| 21501 Calle Del Barco | |
| Prox. to Subject | 0.07 miles NW |
| Sales Price | 185,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | N;Res; |
| View | B;Ocean |
| Site | 7579 sf |
| Quality | Q4 |
| Age | |

## Comparable Photo Page

| Borrower | Glinton Brown | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | | | |
| City | Malibu | County | Los Angeles | | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | | |



### Comparable 4

3843 Rambla Pacifico
| | |
|---|---|
| Prox. to Subject | 0.19 miles SE |
| Sales Price | 875,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | N;Res; |
| View | B;Ocean |
| Site | 10616 sf |
| Quality | Q4 |
| Age | |



### Comparable 5

1 Latigo Canyon & Ocean Vw
| | |
|---|---|
| Prox. to Subject | 8.33 miles W |
| Sales Price | 199,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | N;Res; |
| View | B;Inf.Ocean |
| Site | 9819 sf |
| Quality | Q4 |
| Age | |



### Comparable 6

Rambla Vis
| | |
|---|---|
| Prox. to Subject | 0.28 miles W |
| Sales Price | 630,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | 0 |
| Total Bathrooms | |
| Location | N;Res; |
| View | B;Sup.Ocean |
| Site | 6369 sf |
| Quality | Q4 |
| Age | |

# Location Map

| Borrower | Glinton Brown | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Calle Del Barco | | | | | | |
| City | Malibu | County | Los Angeles | State | CA | Zip Code | 90265 |
| Lender/Client | FMC | | | | | | |



**Plat Map**



**Building Plans**



**E&O Insurance**

STOCK COMPANY

## VALIDUS SPECIALTY

An AIG company

## PRO GUARD PLATINUM POLICY DECLARATIONS

POLICY NUMBER: **REO0008447**

Prior Policy Number: **REO0000783**

| ☐ WESTERN WORLD INSURANCE COMPANY | ☐ TUDOR INSURANCE COMPANY | ☒ STRATFORD INSURANCE COMPANY |
|---|---|---|

Named Insured and Mailing Address:
Brett Alan Varon

DBA Next Day Appraisals, Inc.
6141 Nutwood Circle

HUNTINGTON BEACH, CA 92647

Agent/Broker #33601
Premium: $ 680.00

Producer:
Professionals' Best
6760 University Avenue
Suite 250
San Diego, CA 92115

Policy Period: (Mo./Day/Yr.)
From: 04/20/2020          To: 04/20/2021          12:01 AM, standard time at your mailing address shown above.

EXCEPT AS MAY OTHERWISE BE PROVIDED IN THE FOLLOWED POLICY, THIS POLICY MAY APPLY ONLY TO CLAIMS FIRST MADE IN ACCORDANCE WITH THE TERMS, CONDITIONS AND REQUIREMENTS OF THE FOLLOWED POLICY; AND THE LIMIT OF LIABILITY IS REDUCED AND MAY BE EXHAUSTED BY PAYMENT OF DEFENSE COSTS OR CLAIMS FEES AND EXPENSES. PLEASE READ THE FOLLOWED POLICY AND THIS POLICY CAREFULLY.

### ITEM 1. PROFESSIONAL SERVICES:

Real Estate Appraisers

| ERRORS AND OMISSIONS LIABILITY INSURANCE | | |
|---|---|---|
| ITEM 2. LIMIT OF INSURANCE | Each Claim Limit $ 1,000,000 | Aggregate Limit $ 1,000,000 |
| ITEM 3. DEDUCTIBLE | Each Claim $ 500 | Aggregate $ 1,000 |
| ITEM 4. RETROACTIVE DATE | | 04/20/2013 |
| ITEM 5. PREMIUM | | $680.00 |



Business, Consumer Services & Housing Agency
## BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

### Brett A. Varon

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 039506

Effective Date:     February 8, 2020
Date Expires:     February 7, 2022

Jim Martin, Bureau Chief, BREA

3050371

# A RESTRICTED APPRAISAL REPORT

### PREPARED FOR

Fundamental Rate
555 California St Suite 4925
San Francisco, CA 94104

### APPRAISAL OF

A 400-Acre Entitled Vacant Lot

### LOCATED AT

42829 Harper Lake Road
Hinkley, San Bernardino County, CA 92347

### EFFECTIVE APPRAISAL DATE

December 20, 2021

### PREPARED BY

Pacific Valuation
15615 Alton Parkway, Suite 450
Irvine, CA 92618

**Pacific Valuation Real Estate Services**

15615 Alton Pkwy # 450, Irvine, CA 92618 (949)271-6377

December 23, 2021

Fundamental Rate
555 California St Suite 4925
San Francisco, CA 94104

RE:     Appraisal of a 400-Acre entitled vacant lot located at 42829 Harper Lake Road, Hinkley, CA 92347

Ladies & Gentlemen;

Pursuant to your request, I have provided an opinion of Market Value for the "Fee Simple" interest in the real property located at the above-referenced address as of December 20, 2021. The purpose of my analysis was to establish an opinion of Market Value for the Subject Property, subject to the definition of Market Value, the Assumptions and Limiting Conditions, and Certification contained in this report. The client and intended user of the report is Fundamental Rate.

Per the client's request, this Report has been prepared in *Restricted* format in conformance with the Uniform Standards of Professional Appraisal Practice ("USPAP"). The client has indicated to the appraiser that they do not need the level of information required in a Self-Contained or Summary report. Furthermore, the client is fully aware that the appraiser's opinions and conclusions set forth in the report may not be understood properly without additional information contained within the appraiser's work file. Nonetheless, the opinions and conclusions within this report are consistent with those as if using a more descriptive "Summary" or "Self-Contained" format. Data contained within the appraiser's work file is sufficient for the appraiser to produce a "Summary" report.

Based on my findings, it is my opinion the Market Value of the Subject Property's Fee Simple Interest, as of December 20, 2021, is considered reasonable at **$ 1,100,000**.

Sincerely,

Michael Yates, MAI
Certified General Appraiser
Certification #AG026353

---

**Pacific Valuation Real Estate Services**

**15615 Alton Pkwy # 450, Irvine, CA 92618 (949)271-6377**

*Pacific Valuation*                                    *Executive Summary  Page 3*

---

# EXECUTIVE SUMMARY

**Property Type:**               A 400-Acre Entitled Vacant Lot

**Location:**                    42829 Harper Lake Road
                                 Hinkley, CA 92347

**Thomas Guide Page:**           San Bernardino County 604 D-3

**Census Tract:**                116.00

**Assessor's Parcel Numbers:**   0490-091-09-0-000 & 0490-091-19-0-000

**Property Rights Appraised:**   Fee Simple Estate

**Method of Valuation:**         Sales Comparison Approach

**Parcel Size Allocation:**

| Assessor's Parcel No. | Lot Size (SF) | Lot Size (Acres) |
|---|---|---|
| 0490-091-09-0-000 | 13,939,200 | 320.00 |
| 0490-091-19-0-000 | 3,484,800 | 80.00 |
| **Total** | **17,424,000** | **400.00** |

**Subject Property:**

    **Site Area (SF):**            17,424,000 Square Feet

    **Site Area (Acres):**         400.00 Acres

    **Parcel Shape:**              Each Parcel is Rectangular *(See Plat Map)*

    **Topography:**                Level at street grade

    **Improvements:**              None

    **Zoning:**                    RL – Rural Living

    **Utility:**                   Good

    **Proposed Improvements:**     Solar Power Facility

**Effective Date of Value:**     December 20, 2021

**Date of Report:**              December 23, 2021

**Final Opinion of Value:**      **$ 1,100,000**

*Pacific Valuation*                                  *Table of Contents Page 4*

### TABLE OF CONTENTS

Summary of Important Facts and Conclusions

Table of Contents

Photographs of Subject                                          5

Assumptions and Limiting Conditions                            9

Appraiser's Liability Limitations                             11

Certification of Value                                        12

Purpose of the Appraisal                                     13

Intended Use of the Appraisal                                13

Effective Date of Value                                      13

Date of Value / Report                                       13

Statement of Competency                                      13

Property Rights Appraised                                    13

Scope of the Appraisal                                       14

Valuation Procedures                                         15

Definition of Market Value                                   16

Property History                                             17

Exposure Time                                                17

Property Description                                         21

Highest & Best Use                                           23

Sales Comparison Approach                                    25

Reconciliation                                               29

*Pacific Valuation*                                    *Introduction Page 5*

**PHOTOGRAPHS OF SUBJECT**

*Pacific Valuation*                                             *Introduction Page 6*



Interior Lot View of the Subject Property.



Interior Lot View of the Subject Property.

*Pacific Valuation*                                               *Introduction Page 7*



Interior Lot View of the Subject Property.



Interior Lot View of the Subject Property.



Aerial View of the Subject Property.



Aerial View of the Subject Property.
.

*Pacific Valuation*                                                                 *Introduction Page 9*

---

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

The Certification of Value appearing in the appraisal report is subject to the following conditions and to such other specific and limiting conditions as are set forth in the report.

## GENERAL CONDITIONS

1.  The Appraiser does not assume responsibility for matters of a legal nature affecting the property appraised or the title thereto, nor does the Appraiser render any opinion as to the title, which is assumed to be good and marketable.  The property is appraised as though under responsible ownership, competent management, and is appraised as if free and clear of any or all liens or encumbrances.

2.  Any sketch in the report may show approximate dimensions and is included to assist the reader in visualizing the property.  The Appraiser has made no survey of the property.

3.  The Appraiser is not required to give testimony or appear in court because of having made the appraisal unless arrangements have been previously made.

4.  Any distribution of the valuation in the report between land and improvements applies only under the program of utilization.  The separate valuations for land and building must not be used in conjunction with any other appraisal and are invalid if so used.

5.  The Appraiser assumes that there are no hidden or inapparent conditions of the property, subsoil, or structure, which would render it more or less valuable.  The Appraiser assumes no responsibility for such conditions, or for engineering that might be required to discover such factors.

6.  Information, estimates and opinions furnished to the Appraiser, and contained in the report, were obtained from sources considered reliable and are believed to be true and correct.  However, the Appraiser assumes no responsibility for the accuracy of such items furnished to the Appraiser.

7.  Neither all nor any part of the contents of this report shall be conveyed to any person or entity, other than the appraiser's client, through advertising, solicitation materials, public relations, news, sales or other media, or any other public means of communication without the prior written consent and approval of the appraiser, particularly as to valuation conclusions, the identity of the appraiser or firm with which the appraiser is connected.   Further, the appraiser or firm assumes no obligation, liability or accountability to any third party.  If this report is placed in the hands of anyone but the client, the client shall make such party aware of all the assumptions and limiting conditions of the assignment.

*Pacific Valuation*                                                    *Introduction Page 10*

8.      Unless otherwise stated in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by the Appraiser.  The Appraiser has no knowledge of the existence of such materials on or in the vicinity of the property.  The Appraiser, however, is not qualified to detect such substances.  Therefore, the opinion of value is predicated on the assumption that there is no such material on or in the property that would cause a loss in value or have an adverse impact on its marketability or utility.  No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

9.      It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined and considered in the appraisal report.

10.     It is assumed that all applicable use regulations and restrictions have been complied with unless nonconformity has been stated, defined and considered in the appraisal report.

11.     It is assumed that the utilization of the land and improvements is, or will be, within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

12.     Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event, only with proper written qualifications and only in its entirety.

13.     The subject property is assumed to comply with requirements of the Americans with Disabilities Act (ADA).

14.     The subject property was not found to have any natural, cultural, recreational, or scientific value.

*Pacific Valuation*                                                                    *Introduction Page 11*

---

### APPRAISER'S LIABILITY LIMITATIONS,
### SPECIAL REPORT CONDITIONS
### AND CLIENT AGREEMENTS

The acceptance of this report and its use by the client in any manner whatsoever or for any purpose is acknowledgment by the client that this report is a satisfactory professional product, and that <u>the client has personally read the report</u>, and specifically agrees that the data herein is accurate to the best of the Appraiser's ability.

The report remains the personal property of the signer and may not be transmitted to the third party without the signer's written permission.  (Permission is granted to transmit to third party trustee.) The Appraiser's personal responsibilities do not extend to a third party under any circumstances whatsoever.

As a part of the Appraiser-Client employment agreement, the Client agrees to notify the Appraiser of any error, omission, or invalid data herein within 15 days of receipt and to return the report along with all copies to the Appraisers for correction prior to any use whatsoever. Corrections will be made at the Appraiser's discretion.

<u>Under no circumstances</u> shall the Company or Appraiser's liability exceed the fee actually collected for this report.

Thus, by acceptance of this report, the client acknowledges that a value opinion is the product of a professionally trained mind, but nevertheless is an opinion only and not a provable fact.  As a personal opinion, valuation may vary between Appraisers based on the same facts.

Thus, the appraiser warrants only that the value conclusion is the best opinion estimate as of the exact day of valuation.

*Pacific Valuation*                                    *Introduction Page 12*

---

### CERTIFICATION OF VALUE
(Per USPAP SR 2-3)

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial and unbiased professional analysis, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice.*

- I have made a inspection of the property that is the subject of this report.

- I have not performed any services regarding the subject property in the prior three years as an appraiser or any other capacity.

Michael Yates, MAI
Certified General Appraiser
Certification #AG026353

*Pacific Valuation*                                      *Factual Descriptions  Page 13*

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to obtain an opinion of the Market Value of the subject property to be used for financing purposes.

## INTENDED USE OF THE APPRAISAL

The intended user of this appraisal is Fundamental Rate.

## DATE OF VALUE ESTIMATE

The Effective Date of Value in this assignment is December 20, 2021. The date of inspection is December 20, 2021.

## DATE OF REPORT

The date of this report is December 23, 2021.

## COMPETENCY OF APPRAISER

The appraiser is competent to appraise the subject property by having requisite abilities, qualities, knowledge, and insight to the surrounding subject area. He possesses the necessary appraisal experience along with continuous academics in order to remain abreast of current and future trends in the real estate market and the appraisal profession.

## PROPERTY RIGHTS APPRAISED

We have appraised the Fee Simple interest in the subject property. The Dictionary of Real Estate Appraisal, Third Edition, 1993, Page 137, published by the Appraisal Institute, defines fee simple interest as:

> *"Absolute ownership unencumbered by any other interest."*

*Pacific Valuation*                                       ***Factual Descriptions  Page 14***

### SCOPE OF WORK - Appraisal Development and Reporting Process

The following steps were completed by Pacific Valuation for this assignment:

1.  Analyzed regional, city, neighborhood, site, and improvement data.
2.  Inspected the subject and the neighborhood.
3.  Reviewed data regarding taxes, zoning, utilities, easements, and city services.
4.  Considered comparable improved sales, comparable improved building and rental information. Confirmed data with principals, managers, or real estate agents representing principals, unless otherwise noted.
5.  Analyzed the data to arrive at conclusions via each approach used in this report.
6.  Reconciled the results of each approach to value employed into a probable range of market data and finally an estimate of value for the subject, as defined herein.
7.  Estimated a reasonable exposure time associated with the value estimate.

By agreement between the appraiser and client, the reporting option employed for this assignment is that of a ***Restricted Appraisal.*** The client has indicated to the appraiser that they do not need the level of information required in a Self-Contained or Summary report.  Furthermore, the client is fully aware that the appraiser's opinions and conclusions set forth in the report may not be understood properly without the additional information contained within the appraiser's work file.   Additionally, the client has requested the appraisal to present the Sales Comparison Approach to value. The opinions and conclusions within this report are consistent with those as if using a more descriptive "Summary" or "Self-Contained" format.  Data contained within the appraiser's work file is sufficient for the appraiser to produce a "Summary" Report. The scope of work performed in collecting, confirming, analyzing and reconciling the data in this report includes the following:

**Data Collection/Confirmation**

**Market:**            Information regarding the subject market was obtained through CoStar Inc., LoopNet, the MLS, Smith Guide, market trend reports prepared by various commercial brokerages, and the results of the field survey conducted by the appraiser during the appraisal process.

**Factual Data:**     Specific information regarding the subject property such as site size, shape, access, soils condition, frontage, street improvements, topography, drainage, potential environmental hazards, etc. was obtained during the physical inspection, from San Bernardino County Assessor's records and

*Pacific Valuation*                                           *Factual Descriptions  Page 15*

from the client.  Flood zone information was obtained from First American Real Estate Solutions and the Hinkley Building Department. Zoning information was obtained from the Hinkley Planning Department. Information regarding specifications of the subject improvements was based on an exterior inspection of the property and San Bernardino County Assessor's records.

**Valuation:**  Information used to determine the Highest and Best Use of the subject property was obtained from analysis of information collected in the *Factual Data* section, comparable market data and conversations with market participants.  Information regarding comparable data was obtained from CoStar Inc., the MLS, LoopNet, Smith Guide and San Bernardino County public records.

## Valuation Procedures

This report considers the Sales Comparison Approach to value, and is prepared in ***Restricted*** format under the guidelines set forth in the Uniform Standards of Professional Appraisal Practice.  A definition of the Sales Comparison Approaches is provided as follows.


The **Sales Comparison Approach** is a method of estimating market value by comparing the subject property to similar properties that have recently sold, are listed for sale, or are under contract for sale.  By using a system of comparative techniques, the sale prices of the comparable properties are adjusted for any major differences as compared to the subject.  The resulting adjusted sale prices will provide an indication of value for the subject property.  In other words, it is a systematic procedure of comparative shopping.  The principal of substitution as it applies to this approach holds that the value of a property tends to be set by the price that would be paid to acquire a substitute property of similar utility and desirability within a reasonable time period.

*Pacific Valuation*                                    *Factual Descriptions  Page 16*

## DEFINITION OF MARKET VALUE

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.    Buyer and seller are typically motivated;

2.    Both parties are well informed or well advised, and acting in what they consider their own best interests;

3.    A reasonable time is allowed for exposure in the open market;

4.    Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and,

5.    The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with sale.[1]

---

[1] Federal Reserve System, 12CFR, *Subpart G Section 225.62f

*Pacific Valuation*                                      *Factual Descriptions  Page 17*

## HISTORY OF THE SUBJECT PROPERTY

In accordance with Standards Rule 1-5 (b)(ii) of the Uniform Standards of Professional Appraisal Practice, a three-year sales history for the subject property shall be included.  According to the San Bernardino County Assessor's records provided by NDC data, the Subject Property transferred ownership on August 28, 2020 for a reported $498,000 as raw land. Subsequently the buyer has entitled the land for a 65 Mega Watt Solar Power Facility. To the best of my knowledge, the Subject is not currently subject to a purchase agreement, and it has not been actively marketed for sale within the past 12 months.

## EXPOSURE TIME

A survey of exposure times required to facilitate sales of properties such as the Subject and located within marketing areas similar to the Subject was conducted.  The sales analyzed for comparison in this assignment indicated exposure times of 2 to 15 months, with an average of 5.5 months.  Based on the survey, and considering characteristics specific to the Subject property, it is my opinion that the Subject property would have sold at its estimated value after an exposure time of 4 to 12 months.

*Pacific Valuation*                    *Neighborhood  Description  Page 18*

---

## NEIGHBORHOOD MAP



## Neighborhood

Hinkley is an unincorporated community in the Mojave Desert, in San Bernardino County, California, United States, 14 miles (23 km) northwest of Barstow, 59 miles (95 km) east of Mojave, 47 miles (76 km) north of Victorville and about a 120 mile (193 km) drive northeast of Los Angeles. Just north of California State Route 58, the residents have faced concerns over hexavalent chromium in their well water from the world's largest plume of this cancer-causing chemical.

Between the 1960s and 1980s, several miles west of Hinkley along State Route 58, the Hawes Radio Tower at the World War II Hawes Auxiliary Airfield, a guyed mast, was used for military communication in the LF-range. In 2015, Hinkley was one of the filming locations for *Sky*. Hinkley was also the setting for *Erin Brockovich*. In early 2016, *The New York Times* described Hinkley as having been slowly turned into a ghost town due to the contamination of the area.

The United States does not define a census-designated place called Hinkley, but it does define a ZIP Code Tabulation Area (ZCTA), 92347. Because Hinkley is contained within this ZCTA, it is possible to obtain census data from the 2000 United States Census for the area even though data for "Hinkley" are unavailable. As of the census of 2000, the ZCTA of 92347 had a population of 1,915. Of note is the fact that there were 485 people (26.7 percent of the population) five years in age or older categorized as having a disability, a higher than average figure when compared to the national average of about 19.3 percent.

As of the 2010 census, the ZCTA had a population of 1,692 (a decrease of 11.6% since 2000). The postal ZIP Code is 92347 and the community is inside telephone area codes 760 and 442.

The Subject is located within a neighborhood that is primarily offers solar power uses.

*Pacific Valuation*                                          *Neighborhood  Description  Page 20*

**Market Conditions**

This appraisal was performed following awareness that COVID-19 was affecting residents in the United States. At the time of the appraisal, COVID-19 had widespread heath and economic impacts such as "shelter in place" or "safer at home" ordinances by local and state government directives. The appraiser interviewed market participants such as Managers, Brokers, Buyers and Sellers and also examined recent data to try to discern any measurable trends. At this time no impact owing to COVID-19 was measurable. The analysis and value opinion in this appraisal are based on the data available to the appraiser at the time of the assignment and apply only as of the effective date indicated. No analysis or opinions contained in this appraisal should be construed as predictions of future market conditions or value.

**CONCLUSION**

The economy continues to recover from the countries economic recession which took place between 2008 - 2012.  The economic environment in Los Angeles County stabilized in 2012 and is continuing to improve. As the economy recovers, the subject area is anticipated to experience favorable growth.

*Pacific Valuation*                                    ***Property  Description  Page 21***

---

## Zoning

The Subject is zoned RL – Rural Living. According to a zoning official with the County of San Bernardino, the district is considered flexible and allows for a variety of low density residential as well as Solar Power facilities under the application of a conditional use permit.  Based upon the information contained herein, and the comments made by the planners office, the subject property appears to be a legal conforming use. As of the date of this appraisal, there were no anticipated changes in zoning, according to the zoning department.

## Site

The Subject is located at 42829 Harper Lake Road within Hinkley, CA.  The Subject site totals 400.00 Acres, or 17,424,000 square feet, and consists of two contiguous land parcels. Each parcel is rectangular in shape and fully level at street grade.  The subject site is situated in flood zone X500, based on Flood Zone Panel 060278 / 06071C / 9375 H dated August 28, 2008. Flood insurance **is not** required in this zone. The following table details the land sizes for each parcel that comprise the Subject Property:

| Assessor's Parcel No. | Lot Size (SF) | Lot Size (Acres) |
|---|---|---|
| 0490-091-09-0-000 | 13,939,200 | 320.00 |
| 0490-091-19-0-000 | 3,484,800 | 80.00 |
| **Total** | **17,424,000** | **400.00** |

Based on the site inspection and in the surrounding area, there does not appear to be any adverse site conditions (easements, encroachments, soils, hazardous, etc.) on the site or in the immediate vicinity that would have any adverse impact on the utility or development potential of the property.  In addition, it is assumed that there are no adverse title conditions that would have any impact on the utility, marketability or value of the property.

The Property's soil conditions appear to be typical for the area. As mentioned, the subject property consists of a two parcel property that totals 400.00-acres or 17,424,000 SF. The size and shape of the subject parcel is adequate so as to result in the functional utilization of the site.  The

subject site is considered to be adequate for its proposed use.    No adverse easements or encroachments were noted as of the date of the appraisal.  Surrounding land uses are conforming and appealing being located within a similar zone.  In summary, the subject site is typical of the area, functionally adequate, and well situated.

## PARCEL MAP



## HIGHEST AND BEST USE ANALYSIS

Highest and best use is defined by <u>The Appraisal of Real Estate</u>, 11th Edition, Appraisal Institute, 1996, p. 297, as follows:

> *"The reasonably probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The highest and best use analysis is a critical determinant of value.  Market value is based on the assumption that a potential purchaser will pay no more for a property than the price, which reflects their analysis of the most probable use of the land, or property as improved. Additionally, the highest and best use conclusions contained in this section provide the foundation for the market value analysis.  The neighborhood analysis and site analysis are of critical importance in arriving at the highest and best use conclusion, as the highest and best use conclusions must be based on motivations evident in the marketplace.

The previously stated definition implies that there are two steps of determining the highest and best use of a site.  Initially, the highest and best use of the land as vacant is considered.  In this section, the site is analyzed as if there were no improvements located on the property.  This analysis addresses current economic forces, which affect the subject site.

The second step analyzes the Subject property as if improved.  The existing use may differ from the sites highest and best use.  This section will resolve differences between the highest and best use "as is" and the highest and best use "as improved".  The highest and best use of the subject property must meet the four criteria of (1) Physically Possible, (2) Legally Permissible, (3) Financially Feasible, and (4) Maximally Productive.

*Pacific Valuation*                    *Highest & Best Use  Page 24*

**Highest and Best Use As If Vacant:**

Surrounding Land Uses:                   Primarily vacant land

Physically Possible:                     Commercial structure such as an office building, retail building, mini-warehouses, hotel, residential or commercial.

Legally Permissible:                     Deed restrictions are private restrictions which limit the use of a site and are either already in place when the site is acquired or filed with proposed development and/or site plans.   A title policy was not provided to the appraisers. Therefore, it is assumed that no any adverse deed restrictions exist.   It is assumed that no deed restrictions exist that would restrict the development of the subject site.  Zoning requirements limit development of the site to Residential (or Solar Power).

Conclusion:                              Solar Power Development

## Sales Comparison Approach

The Sales Comparison Approach is a method of estimating market value by comparing the subject property to similar properties that have recently sold, are listed for sale, or are under contract for sale.  By using a system of comparative techniques, which will be explained in detail throughout this analysis, the sale prices of the comparable properties are adjusted for any major differences as compared to the subject.  The resulting adjusted sale prices will provide an indication of value for the subject property.  In other words, it is a systematic procedure of comparative shopping.  The principal of substitution as it applies to this approach holds that the value of a property tends to be set by the price that would be paid to acquire a substitute property of similar utility and desirability within a reasonable time period.

A sufficient number of comparables were found within the general surrounding market area of the subject in order to do a proper analysis. Presented on the following pages is the map, detailing the location of each comparable property, as well as the sale comparable adjustment grid detailing the comparables of similar properties, which will be used to value the subject property.

*Pacific Valuation*        *Sales Comparison Approach   Page 26*

## SALES COMPARABLE MAP



**Pacific Valuation**

**Sales Comparison Approach   Page 27**

**LAND SALES ADJUSTMENT GRID**

| Datum No. | Subject | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Location | 42829 Harper Lake Rd | Ranch | Wild Rd | State Highway 58 | Farmington Rd | Harper Lake Rd |
| | Hinkley | Barstow | Helendale | Kramer Junction | Kramer Junction | Barstow |
| APN | 490-091-09 & 19 | 0497-113-50 | 0466-181-11 | 0491-151-11 | 0491-091-07 | 0496-041-03 |
| Sale Price | N/A | $23,000 | $375,000 | $850,000 | $1,565,000 | $320,000 |
| Date of Sale | 12/20/21 | 07/28/21 | 03/03/20 | 12/11/19 | 11/10/21 | 12/20/21 |
| Site Area | 17,424,000 | 871,200 | 6,969,600 | 3,266,564 | 13,634,280 | 3,484,800 |
| Acres | 400.00 | 20.00 | 160.00 | 74.99 | 313.00 | 80.00 |
| Zoning | Rural Residential | Rural Residential | Rural Residential | Rural Residential | Rural Residential | Rural Residential |
| Location: | Average | Average | Average to Good | Good | Average | Average |
| Topography | Level | Level | Level | Level | Level | Level |
| Utility | Good | Good | Good | Good | Good | Good |
| Permits/Entitlements | Solar | None | None | Residential | Solar | None |
| Sale Price/SF | N/A | $0.03 | $0.05 | $0.26 | $0.11 | $0.09 |
| Sale Price/Acre | N/A | $1,150 | $2,344 | $11,335 | $5,000 | $4,000 |
| **Adjustments** | | | | | | |
| Property Rights Conveyed | Fee Simple | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Financing Terms | Cash Equiv. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Conditions of Sale | Market | 0.0% | 0.0% | 0.0% | 0.0% | -15.0% |
| Market Condition | Market | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Value | | $1,150 | $2,344 | $11,335 | $5,000 | $3,400 |
| **Adjustments** | | | | | | |
| Topography | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Improvements | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Permits/Entitlements | | 10.0% | 10.0% | -10.0% | 0.0% | 0.0% |
| Location | | 0.0% | 5.0% | -25.0% | 0.0% | 0.0% |
| View | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Site Utility | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Size | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Zoning | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Aggregate Adjustment | N/A | 10.0% | 15.0% | -35.0% | 0.0% | 0.0% |
| Total Net Adjustment | N/A | 10.0% | 15.0% | -35.0% | 0.0% | 0.0% |
| Indicated Value Per SF | N/A | $1,265 | $2,695 | $7,368 | $5,000 | $3,400 |

| | |
|---|---|
| Concluded Value per Acre | $2,750 |
| Site Area (Acre) | 400.00 |
| Concluded Value | $1,100,000 |
| **Concluded Value** | **$1,100,000** |

## Land Sales Analysis

The previous page details the comparable sales utilized in this analysis. The comparable sale properties and the subject can vary in terms of conditions of sale, date, location, size, condition, topography, and configuration.  These and other factors directly relate to the property's ability to produce profits, the motivation of the sale. In order to account for all the differences between the comparables and the subject, we have examined these facilities these basis and other factors. Adjustments are discussed as follows and shown on the Land Sales Adjustment Grid. The preceding chart summarizes the comparable sales used in this analysis:

It is our opinion that a value of $ 2,750 per acre is appropriate for the subject property. Multiplying this per acre amount by the subject's Site Size of 400-Acres produces an adjusted value estimate of $1,100,000 (rounded). A summary of the adjustments is located on the previous page.

## Price Per Acre

**400-Acres x $ 2,750/Acre = $ 1,100,000   (Rounded)**

*Pacific Valuation*                                                                 *Reconciliation*

---

### RECONCILIATION OF VALUE

In the valuation analysis, the following indicator of Market Value was derived for the Subject property.

       Sales Comparison Approach           $ 1,100,000

Based on the analysis contained herein, it is my opinion that the Market Value of the Fee Simple Interest in the Subject property, as of December 20, 2021, is considered reasonable at:

## *$ 1,100,000*

*Pacific Valuation*                                                      *Addenda*

## ADDENDA

*Pacific Valuation*                                                    *Addenda*

**COMPARABLE SALE PHOTOS**

*Pacific Valuation*                                          *Addenda*



**Comparable Sale No. 1**



**Comparable Sale No. 2**

*Pacific Valuation*                                                        *Addenda*



**Comparable Sale No. 3**



**Comparable Sale No. 4**

*Pacific Valuation*                                                                                  *Addenda*



**Comparable Sale No. 5**