Gmail Conversation Log
Case: Clinton Brown v. Steve Smead (2:23-cv-02938)
Central District of California
Judge: Honorable Maame Ewusi-Mensah Frimpong
Magistrate Judge: Karen L. Stevenson
Report Date: 01/01/2024

| Email # | Date | Subject |
|---|---|---|
| 287 | 3/6/2023 | Re: Bringing Utah Current |
| 286 | 3/2/2023 | Bringing Utah Current |
| 285 | 3/2/2023 | Fwd: Amount Due |
| 284 | 3/2/2023 | Bringing Utah Current |
| 283 | 3/2/2023 | Fwd: Amount Due |
| 282 | 12/29/2022 | Automatic Stay Chapter 11 Subchapter V |
| 281 | 12/29/2022 | Automatic Stay Chapter 11 Subchapter V |
| 280 | 12/28/2022 | Information Regarding Chapter 11 Subchapter V Filing |
| 279 | 12/28/2022 | Information Regarding Chapter 11 Subchapter V Filing |
| 278 | 12/15/2022 | Lease for Harper |
| 277 | 12/6/2022 | 16390 Black Cutoff Road Fillmore |
| 276 | 12/3/2022 | Proposal |
| 275 | 11/11/2022 | This sold for $1.6m because it's entitled. |
| 274 | 11/8/2022 | Fwd: Amount Due |
| 273 | 11/8/2022 | Re: Amount Due |
| 272 | 11/8/2022 | Re: Amount Due |
| 271 | 11/8/2022 | Fwd: Amount Due |
| 270 | 11/8/2022 | Re: Amount Due |
| 269 | 11/7/2022 | Amount Due |
| 268 | 11/7/2022 | Amount Due |
| 267 | 10/28/2022 | Harper |
| 266 | 10/17/2022 | CONFIDENTIAL |
| 265 | 10/17/2022 | CONFIDENTIAL |
| 264 | 9/28/2022 | Trust Deed Purchase |
| 263 | 9/28/2022 | Re: Trust Deed Purchase |
| 262 | 9/21/2022 | Closing Package - Originals have been sent. |
| 261 | 9/21/2022 | Mailed Docs Confirmation |
| 260 | 9/21/2022 | Closing Package - Originals have been sent. |
| 259 | 9/15/2022 | Fwd: Notarized Document Receipt |
| 258 | 9/14/2022 | Fwd: Pershing County property - Assignment of Deed of Trust |
| 257 | 9/14/2022 | Re: Pershing County property - Assignment of Deed of Trust |
| 256 | 8/27/2022 | Re: Another Thing |
| 255 | 8/27/2022 | Re: Another Thing |
| 254 | 8/27/2022 | Re: Another Thing |
| 252 | 8/27/2022 | Re: Another Thing |
| 251 | 8/27/2022 | Re: Another Thing |
| 250 | 8/27/2022 | Re: Another Thing |
| 249 | 8/26/2022 | Loan Payoff/Project Update |
| 248 | 8/26/2022 | Loan Payoff/Project Update |
| 247 | 8/23/2022 | Another Thing |

| # | Date | Subject |
|---|---|---|
| 246 | 8/23/2022 | Fwd: Another Thing |
| 245 | 8/23/2022 | Does Current Mean Default |
| 244 | 8/23/2022 | Fwd: Does Current Mean Default |
| 243 | 8/23/2022 | High low estimate |
| 242 | 8/23/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 241 | 8/23/2022 | Fwd: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 240 | 8/23/2022 | Fwd: Another Thing |
| 239 | 8/23/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 238 | 8/23/2022 | Fwd: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 237 | 8/22/2022 | 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 236 | 8/22/2022 | Re: 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 235 | 8/22/2022 | 3702 S. Cardiff SFH w/ADU Permit Development Proposal |
| 234 | 8/19/2022 | See if this works |
| 233 | 8/19/2022 | Re: See if this works |
| 232 | 8/19/2022 | Re: See if this works |
| 231 | 8/19/2022 | See if this works |
| 230 | 8/11/2022 | Re: Agoura Hills Ownership Purchase |
| 229 | 8/11/2022 | Re: Agoura Hills Ownership Purchase |
| 228 | 8/10/2022 | Agoura Hills Ownership Purchase |
| 227 | 8/10/2022 | RE: Agoura Hills Ownership Purchase |
| 226 | 8/10/2022 | Fwd: Agoura Hills Ownership Purchase |
| 225 | 8/10/2022 | Fwd: Agoura Hills Ownership Purchase |
| 224 | 8/10/2022 | Re: Agoura Hills Ownership Purchase |
| 223 | 8/10/2022 | POF/Letter of Commitment Update |
| 222 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 221 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 220 | 8/10/2022 | POF/Letter of Commitment Update |
| 219 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 218 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 217 | 8/10/2022 | Re: POF/Letter of Commitment Update |
| 215 | 8/8/2022 | See if this works |
| 214 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 213 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 212 | 8/8/2022 | See if this works |
| 211 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 210 | 8/8/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 209 | 8/7/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 208 | 8/7/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 207 | 8/6/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 206 | 8/6/2022 | Fwd: Update on Utah, Harper and Malibu Properties, and Proposal for Harper L |
| 205 | 8/6/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 204 | 8/6/2022 | Fwd: Update on Utah, Harper and Malibu Properties, and Proposal for Harper L |
| 203 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 202 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 201 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 200 | 8/5/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 199 | 8/3/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |

| | | |
|---|---|---|
| 198 | 8/3/2022 | Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper La |
| 197 | 8/2/2022 | Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake P |
| 196 | 8/2/2022 | Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake P |
| 195 | 7/30/2022 | Reports for Calle De Barco |
| 194 | 7/30/2022 | Reports for Calle De Barco |
| 193 | 7/28/2022 | Fwd: MalibuLandChanges |
| 192 | 7/28/2022 | Fwd: MalibuLandChanges |
| 191 | 7/25/2022 | MalibuLandChanges |
| 190 | 7/12/2022 | Re: Harper Lake purchase docs. |
| 189 | 7/12/2022 | Re: Harper Lake purchase docs. |
| 188 | 7/11/2022 | Harper Lake purchase docs. |
| 187 | 7/11/2022 | Harper Lake purchase docs. |
| 186 | 6/22/2022 | FERC Proposes Interconnection Reforms to Address Queue Backlogs \| Federal E |
| 185 | 6/12/2022 | Re: Property taxes Harper Lake property |
| 184 | 6/12/2022 | Re: Property taxes Harper Lake property |
| 183 | 6/10/2022 | Re: Requested Documents |
| 182 | 6/9/2022 | Property taxes Harper Lake property |
| 181 | 6/9/2022 | Property taxes Harper Lake property |
| 180 | 6/6/2022 | Assignment Document |
| 178 | 6/6/2022 | Re: Assignment Document |
| 177 | 6/6/2022 | Re: Assignment Document |
| 176 | 6/6/2022 | Assignment Document |
| 175 | 6/6/2022 | Re: Assignment Document |
| 174 | 6/6/2022 | Re: Assignment Document |
| 173 | 5/31/2022 | Requested Documents |
| 172 | 5/31/2022 | Fwd: Nevada Land |
| 171 | 5/31/2022 | Requested Documents |
| 170 | 5/31/2022 | Fwd: Nevada Land |
| 169 | 5/25/2022 | Harper Lake Appraisal |
| 168 | 5/25/2022 | Re: Nevada Land |
| 167 | 5/25/2022 | Harper Lake Appraisal |
| 166 | 5/25/2022 | Re: Nevada Land |
| 165 | 5/18/2022 | Re: Nevada Land |
| 164 | 5/18/2022 | Fwd: Nevada Land |
| 163 | 5/18/2022 | Re: Nevada Land |
| 162 | 5/18/2022 | Re: Nevada Land |
| 161 | 5/18/2022 | Fwd: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIAR |
| 160 | 5/18/2022 | 42829 Harper Documents |
| 159 | 5/18/2022 | Seller Package - NV 640 |
| 158 | 5/18/2022 | Re: Nevada Land |
| 157 | 5/18/2022 | Fwd: Nevada Land |
| 156 | 5/18/2022 | Re: Nevada Land |
| 155 | 5/18/2022 | Re: Nevada Land |
| 154 | 5/18/2022 | Fwd: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIAR |
| 153 | 5/17/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIE |
| 152 | 5/17/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIE |
| 151 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |

| | | |
|---|---|---|
| 150 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 149 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 148 | 5/16/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 147 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 146 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 145 | 5/13/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 144 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 143 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 141 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 140 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 139 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 138 | 5/12/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 137 | 5/9/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 136 | 5/9/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 135 | 5/6/2022 | Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347   ***BENEFICIARIES D |
| 134 | 5/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347   ***BENEFICIARI |
| 133 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 132 | 5/6/2022 | Fwd: Lovelock, NV Note Purchase Ref#7750 |
| 131 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 130 | 5/6/2022 | Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIES DC |
| 129 | 5/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd, Hinkley CA 92347 ***BENEFICIARIE |
| 128 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 127 | 5/6/2022 | Fwd: Lovelock, NV Note Purchase Ref#7750 |
| 126 | 5/6/2022 | Re: Lovelock, NV Note Purchase Ref#7750 |
| 125 | 5/4/2022 | Lovelock, NV Note Purchase Ref#7750 |
| 124 | 5/4/2022 | Lovelock, NV Note Purchase Ref#7750 |
| 123 | 4/28/2022 | Fwd: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 122 | 4/27/2022 | LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 121 | 4/27/2022 | Re: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 120 | 4/27/2022 | Fwd: LOI for 15390 S Black Rock Cut Off Rd   Utah |
| 119 | 4/26/2022 | Re: Nevada Land |
| 118 | 4/26/2022 | Re: Nevada Land |
| 117 | 4/26/2022 | Re: Nevada Land |
| 116 | 4/26/2022 | Re: Nevada Land |
| 115 | 4/26/2022 | Re: Nevada Land |
| 114 | 4/26/2022 | Re: Nevada Land |
| 113 | 4/25/2022 | Re: Nevada Land |
| 112 | 4/25/2022 | Re: Nevada Land |
| 111 | 4/25/2022 | Re: Nevada Land |
| 110 | 4/25/2022 | Re: Nevada Land |
| 109 | 4/24/2022 | Re: Nevada Land |
| 108 | 4/22/2022 | Fwd: Nevada Land |
| 107 | 4/22/2022 | Fwd: Nevada Land |
| 106 | 4/19/2022 | Re: Nevada Land |
| 104 | 4/19/2022 | Re: Nevada Land |
| 103 | 4/14/2022 | Re: Nevada Land |
| 102 | 4/14/2022 | Re: Nevada Land |

| | | |
|---|---|---|
| 101 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 100 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 99 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 98 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 97 | 4/14/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 96 | 4/14/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 95 | 4/13/2022 | Fwd: Nevada Land |
| 94 | 4/13/2022 | Re: Nevada Land |
| 93 | 4/13/2022 | Re: Nevada Land |
| 92 | 4/13/2022 | Re: Nevada Land |
| 91 | 4/13/2022 | Re: Nevada Land |
| 90 | 4/13/2022 | Fwd: Nevada Land |
| 89 | 4/13/2022 | Re: Nevada Land |
| 88 | 4/13/2022 | Re: Nevada Land |
| 87 | 4/13/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 86 | 4/13/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 85 | 4/13/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 84 | 4/12/2022 | IMAD/OMAD 0408B6B7HU1R018523 |
| 83 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 82 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 81 | 4/12/2022 | Fwd: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 80 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 79 | 4/12/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 78 | 4/12/2022 | Fwd: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 77 | 4/12/2022 | RE: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 76 | 4/12/2022 | Re: [External] IMAD/OMAD 0408B6B7HU1R018523 |
| 75 | 3/7/2022 | You paid a bill with Serve |
| 74 | 3/7/2022 | Fwd: You paid a bill with Serve |
| 73 | 1/31/2022 | Utah Payment 4 Months |
| 72 | 1/31/2022 | Re: Utah Payment 4 Months |
| 71 | 1/19/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 70 | 1/19/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 69 | 1/18/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NE |
| 67 | 1/17/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NE |
| 66 | 1/14/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPDATED DEMAND NE |
| 65 | 1/6/2022 | Re: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 64 | 1/5/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***2nd UPS LABEL*** |
| 63 | 1/4/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPS LABEL*** |
| 62 | 1/4/2022 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***UPS LABEL*** |
| 61 | 12/16/2021 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL |
| 60 | 12/8/2021 | RE: Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL |
| 59 | 12/7/2021 | Escrow # 3344 / 42829 Harper Lake Rd., Hinkley ***PAYOFF DEMAND/FULL RE |
| 58 | 9/29/2021 | Re: Common Stock Loan Request |
| 57 | 9/28/2021 | Fwd: Common Stock Loan Request |
| 56 | 9/28/2021 | Fwd: Common Stock Loan Request |
| 55 | 9/16/2021 | Common Stock Loan Request |
| 54 | 9/16/2021 | Fwd: Common Stock Loan Request |

| | | |
|---|---|---|
| 53 | 7/20/2021 | Re: LandGate Listing |
| 52 | 7/20/2021 | Re: LandGate Listing |
| 51 | 7/20/2021 | Re: LandGate Listing |
| 50 | 7/20/2021 | Re: LandGate Listing |
| 49 | 6/18/2021 | LandGate Listing |
| 48 | 6/18/2021 | Re: LandGate Listing |
| 47 | 6/18/2021 | Fwd: LandGate Listing |
| 46 | 6/18/2021 | Re: LandGate Listing |
| 45 | 6/18/2021 | Re: LandGate Listing |
| 44 | 6/18/2021 | Re: LandGate Listing |
| 43 | 6/18/2021 | Fwd: LandGate Listing |
| 42 | 6/9/2021 | Utah Property Prelim |
| 41 | 6/9/2021 | Closing Statement OZ |
| 40 | 6/2/2021 | Fwd: DOE Loan Program |
| 39 | 6/1/2021 | DOE Loan Program |
| 38 | 4/7/2021 | Millard County, UT 160 Acres |
| 37 | 3/25/2021 | DCE Solar Racking |
| 36 | 2/17/2021 | Fwd: Supernova - Follow Up |
| 35 | 11/10/2020 | Fwd: Executed Term Sheet |
| 34 | 11/3/2020 | Secondary Solar Panel Market Information |
| 33 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 32 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 30 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 29 | 11/3/2020 | Fwd: Secondary Solar Panel Market Information |
| 28 | 11/3/2020 | Fwd: Secondary Solar Panel Market Information |
| 27 | 11/3/2020 | Re: Secondary Solar Panel Market Information |
| 26 | 11/3/2020 | Research Program |
| 25 | 11/2/2020 | Fwd: Supernova - Follow Up |
| 24 | 11/2/2020 | Executed Term Sheet |
| 23 | 11/2/2020 | 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 22 | 11/2/2020 | Fwd: 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 21 | 11/2/2020 | Fwd: 3FEEA08C-9BE6-4396-86DE-2C34781F6850 |
| 20 | 10/31/2020 | Re:   Supernova - Follow Up |
| 19 | 10/31/2020 | Fwd: Supernova - Follow Up |
| 18 | 10/3/2020 | Solar REIT |
| 17 | 9/14/2020 | Solar Due Diligence |
| 16 | 9/8/2020 | Re: 42829 Harper |
| 15 | 9/8/2020 | Re: 42829 Harper |
| 14 | 9/5/2020 | Re: 42829 Harper |
| 13 | 9/3/2020 | Fwd: 42829 Harper |
| 12 | 9/3/2020 | Re: 42829 Harper |
| 11 | 9/3/2020 | Re: 42829 Harper |
| 10 | 9/3/2020 | Re: 42829 Harper |
| 9 | 9/3/2020 | Re: 42829 Harper |
| 8 | 9/1/2020 | Fwd: 42829 Harper |
| 7 | 9/1/2020 | Re: 42829 Harper |
| 6 | 9/1/2020 | Re: 42829 Harper |

| | | |
|---|---|---|
| 5 | 9/1/2020 | Re: 42829 Harper |
| 4 | 9/1/2020 | Fwd: 42829 Harper |
| 3 | 9/1/2020 | Re: 42829 Harper |
| 2 | 9/1/2020 | Re: 42829 Harper |
| 1 | 9/1/2020 | Fwd: 42829 Harper |

**Phone Call Record Log: 2022**

District Court, C.D. California
Case: Clinton Brown v. Steve Smead (2:23-cv-02938)
Judge: Honorable Maame Ewusi-Mensah Frimpong
Magistrate Judge: Karen L. Stevenson
**Report Date: 06/11/2023**

| Call # | Date | Phone No. | Min. |
|---|---|---|---|
| 1 | 1/5/2022 | 805.200.7411 | 5 |
| 2 | 2/28/2022 | 805.200.7411 | 2 |
| 3 | 3/7/2022 | 805.200.7411 | 10 |
| 4 | 3/7/2022 | 805.200.7411 | 1 |
| 5 | 4/1/2022 | 805.200.7411 | 101 |
| 6 | 4/9/2022 | 805.200.7411 | 63 |
| 7 | 5/17/2022 | 805.200.7411 | 31 |
| 8 | 5/17/2022 | 805.200.7411 | 8 |
| 9 | 5/25/2022 | 805.200.7411 | 11 |
| 10 | 5/31/2022 | 805.200.7411 | 7 |
| 11 | 5/31/2022 | 805.200.7411 | 1 |
| 12 | 5/31/2022 | 805.200.7411 | 2 |
| 13 | 5/31/2022 | 805.200.7411 | 12 |
| 14 | 6/6/2022 | 805.200.7411 | 11 |
| 15 | 7/12/2022 | 805.200.7411 | 1 |
| 16 | 7/12/2022 | 805.200.7411 | 56 |
| 17 | 7/19/2022 | 805.200.7411 | 4 |
| 18 | 7/19/2022 | 805.200.7411 | 40 |
| 19 | 7/26/2022 | 805.200.7411 | 53 |
| 20 | 8/2/2022 | 805.200.7411 | 28 |
| 21 | 8/8/2022 | 805.200.7411 | 32 |
| 22 | 8/8/2022 | 805.200.7411 | 42 |
| 23 | 8/10/2022 | 805.200.7411 | 12 |
| 24 | 8/19/2022 | 805.200.7411 | 28 |
| 25 | 10/16/2022 | 805.200.7411 | 2 |
| 26 | 10/18/2022 | 805.200.7411 | 1 |
| 27 | 10/18/2022 | 805.200.7411 | 9 |
| 28 | 12/17/2022 | 805.200.7411 | 1 |
| 29 | 12/18/2022 | 805.200.7411 | 69 |

**Total Minutes:**       **643**