David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>            Plaintiff,<br><br>vs.<br><br>STEVE SMEAD,<br><br>            Defendant | Case No.: 2:23-cv-02938-MEMF-KS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEVE SMEAD IN SUPPORT THEREOF AND [PROPOSED] ORDER**<br><br>Hearing Date:  February 29, 2024<br>Hearing Time:  10:00 a.m.<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong<br>Place:  Courtroom 8-B |

1

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on February 29, 2024, at 10:00 a.m., or as soon as thereafter as this matter may be heard in the above-entitled Court located at First Street Courthouse, 350 W. 1st Street, Los Angeles, CA. 90012 - Courtroom 8-B, the Defendant in this case will move this Court to dismiss with prejudice, pursuant to *FRCP 12(b)(6)*, Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted

This motion is based upon the following documents: The attached Memorandum in Support of Defendant's Motion; the Declaration of Steve Smead; the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Defendant has included a [Proposed] Order whereby the Court may impose costs, and attorney's fees against Plaintiff.

Although exempt, this motion is made following Defendant counsel's meeting with Plaintiff, *in pro per*, pursuant to Local Rule 7-3, which took place on January 10, 2024, at 2:30 p.m.

Dated: January 13, 2024          LAW OFFICES DAVID YOUNG


                                 By:    /s/   DAVID YOUNG
                                        Attorney for Defendant
                                        STEVE SMEAD

2

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT