# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>               Plaintiff,<br><br>vs.<br><br>STEVE SMEAD,<br><br>               Defendant | Case No.: 2:23-cv-02938-MEMF-KS<br><br>**[PROPOSED] ORDER**<br><br>**Hearing Date:** February 29, 2024<br>**Hearing Time:** 10:00 a.m.<br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br>**Place:** Courtroom 8-B |

      This matter came on for hearing on February 29, 2024, on Defendant STEVE SMEAD's duly-noticed motion to dismiss pursuant to FRCP 12(b)(6). Plaintiff, Clinton Brown appeared In Pro Per and argued against Defendant's Motion to Dismiss; David Young, Esq. of the Law Offices of David Young appeared for Defendant Steve Smead and argued in Support of Defendant's Motion to Dismiss. The Court has read the

papers submitted in support of and in opposition to the Motion, and considered the arguments of counsel and authorities cited to the Court.

The Court has concluded that the Amended Complaint filed by Plaintiff Clinton Brown is both frivolous and malicious.

The Court has further concluded that the Plaintiff has failed to prove that he has, or could, state a claim upon which relief can be granted pursuant to *FRCP* 12(b)(6), and that the notes and deeds of trust set forth in the Amended Complaint are not securities subject to the Securities Acts of 1933 and 1934.

**IT IS ORDERED THAT:**

1. That the Motion of Defendant Steve Smead made pursuant to FRCP (12)(b)(6) is granted, and that the Amended Complaint is dismissed with prejudice;

2. Defendant Steve Smead will be awarded his costs and attorney's fees for having to bring his Motion;

Dated: _____  	_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**