UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE SMEAD<br><br>    Defendant. | No. 2:23-cv-02938-MEMF-KS<br><br>[L.R. 7-20 PROPOSED] ORDER<br><br>DENYING MOTION TO DISMISS<br><br>[ECF NO. 42] |

**ATTACHMENT 1**