David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: 2:23-cv-02938-MEMF-KS<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S [PROPOSED] ORDER**<br><br>**Hearing Date:**　June 6, 2024<br>**Hearing Time:**　10:00 a.m.<br>**Place:**　Courtroom 8-B<br>**Judge:**　Hon. Maame Ewusi-Mensah Frimpong<br>**Magistrate Judge:** Hon. Karen L. Stevenson |

1

**DEFENDANT'S OPPOSITION**

**OPPOSITION TO DEFENDANT'S [PROPOSED] ORDER**

Defendant Steve Smead opposes Plaintiff's *[Proposed] Order* lodged with the Court on January 29, 2024 (ECF 46). The *[Proposed] Order* is in reality a seven (7) page response ("Surreply") to Defendant's Reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint. Defendant's Reply was filed on January 22, 2024 (ECF 45). Plaintiff filed its Surreply without seeking Court permission to file an additional response in violation of L.R.7-10, and this Court's Civil Standing Order, §VII. (B), which allows only for a: 1. *Motion* 2. *Opposition* 3. *Reply*.

The *[Proposed] Order* is improper in format, in that the pages are unnumbered. *See, L.R. 11-3.3 Pagination*; and it is not on pleading paper, so that lines may be readily referenced. *See, L.R. 11-3.2 Paper*. It is improper in substance, in that it is a rambling repeat of allegations and assertions the Court has already rejected in its Order dismissing Plaintiff's initial Complaint (ECF 40). The Court may strike the Plaintiff's sham [Proposed] Order on its own Motion.

Dated:  January 31, 2024                Respectfully submitted,
                                        LAW OFFICES OF DAVID YOUNG

                                        By:    /s/    DAVID YOUNG
                                            Attorney for Defendant
                                            STEVE SMEAD