Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>   Plaintiff,<br><br> vs.<br><br>STEVE SMEAD<br><br>   Defendant. | **Case No.** 2:23-cv-02938-MEMF-KS<br><br>**Declaration of Sean Chaudhuri**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson |

### DECLARATION OF SEAN CHAUDHURI

I, Sean Chaudhuri, pursuant to 28 U.S.C. § 1746 declares as follows:

**Background**

1. I am the Executive Chairman of HST, the leading clean energy network provider with traction in 100 countries. HST helps clean energy buyers and sellers find each other and allows developers to accelerate their project feasibility efforts. HST offices are located at 3790 El Camino Real St, Suite 895, Palo Alto, CA 94306.

2. From March 21, 2021, through the present, I have engaged with Clinton Brown, the CEO of Atlas, on various proposed solar projects on his properties, including the Delta ("Utah") project.

3. I submit this declaration in the above-captioned matter to provide factual information relevant to the allegations in the First Amended Complaint.

**Background Regarding Utah Solar Farm Project**

4. I received the Utah project due diligence files from Clinton Brown via email on October 22, 2022.

5. I sent the Draft Indicative Economics Across Projects, which included the Utah project, via email to Clinton Brown on March 2, 2023.

6. Brown's property received a contract proposal for the Utah Project because, among other things, his property was the only property in the proposed project that had already been permitted for a Solar Farm.

7. Brown's property was also the only property in the proposed project that was granted a transmission right-of-way from Millard County, Utah, to connect to the grid. A right-of-way to connect to the grid is vital to the success of any solar project.

8. Ultimately, Brown did not receive an executed contract for the Utah Project because the property is in ongoing Federal litigation over disputed ownership.

**Relationship Between Brown and Smead**

9. Because of my role as Executive Chairman of HST, I engaged directly with Clinton Brown and his Executive Team on the Utah project.

10. Brown informed me that Smead had publicly filed a pre-foreclosure notice and a notice of sale on the Utah property.

11. Brown and I mutually agreed to permit him to disclose confidential information about the Utah project to Smead, including the proposed contract.

12. Brown disclosed the project information to Smead to prevent foreclosure by attempting to renegotiate the terms of their agreement concerning the Utah property.

13. Without this confidential disclosure, the future of the Utah project was at risk due to its reliance on Brown's property, which holds a solar permit and a right-of-way to the transmission line.

14. Smead rejected Brown's proposal(s).

**HST and Smead**

15. HST does not have a business relationship with Smead.

**Aftermath of Smead's Actions**

16. HST revised the project's feasibility and, in collaboration with Atlas, was able to offer executed contracts to adjacent landowners for the $300 million Utah Solar Farm project.

17. The Utah Solar Farm project closed on May 16, 2024, without including Brown's property, resulting in Brown not receiving the $6,135,068.21 he would have earned if his property had been part of the executed contracts for the Utah Solar Farm.

**Conclusion**

18. To aid in the drafting of this declaration, I reviewed certain emails, texts, and files pertaining exclusively to the Utah project.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Dated: May 17, 2024

*S. Chaudhury*
_____
Sean Chaudhuri