David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: 2:23-cv-02938-MEMF-KS<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FILING DECLARATION OF SEAN CHAUDHURI IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Hearing Date:　June 6, 2024**<br>**Hearing Time:　10:00 a.m.**<br>**Place:　Courtroom 8-B**<br>**Judge:　Hon. Maame Ewusi-<br>　　　　Mensah Frimpong**<br>**Magistrate Judge: Hon. Karen L.<br>　　　　Stevenson** |

1

**DEFENDANT'S OPPOSITION**

## OPPOSITION TO PLAINTIFF'S FILING DECLARATION OF SEAN CHAUDHURI

Defendant Steve Smead opposes Plaintiff's filing of the Declaration of Sean Chaudhuri on May 18, 2024 (ECF 48). The Declaration is in reality a three page response ("Surreply") to Defendant's Reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint. Defendant's Reply was filed on January 22, 2024 (ECF 45). Plaintiff filed the Declaration without seeking this Court's permission to file an additional response, in violation of L.R.7-10, and this Court's Civil Standing Order, §VII. (B), which allows only for a: 1. *Motion* 2. *Opposition* 3. *Reply*. This is the second time Plaintiff has filed an unauthorized "Surreply" (ECF 46). See also Defendant's Opposition (ECF 47).

The Declaration is improper in format, in that the pages are unnumbered. *See, L.R. 11-3.3 Pagination*; and it is not on pleading paper, so that lines may be readily referenced. *See, L.R. 11-3.2 Paper*. It is improper in substance, in that it is a repeat of allegations and assertions the Court has already rejected in its Order dismissing Plaintiff's initial Complaint (ECF 40).

//

//

This Court may strike the Plaintiff's Declaration of Sean Chaudhuri on its own Motion.

Dated:  May 24, 2024                                Respectfully submitted,

LAW OFFICES OF DAVID YOUNG

By:    /s/   DAVID YOUNG
      Attorney for Defendant
      STEVE SMEAD