Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN, | **Case No.** 2:23-cv-02938-MEMF-KS |
| Plaintiff, | **Plaintiff's Reply to ECF No. 49** |
| vs. | **Judge:** Honorable Maame Ewusi-Mensah Frimpong |
| STEVE SMEAD | |
| Defendant. | **Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, in no event, is the declaration filed in support of the Plaintiff's allegations a sur-reply. *See* Evid. Rule 301. The declaration was filed, at the only time it could have been filed with the Court, which was on May 17, 2024. *See* ECF No. 48 at 3. ("The Utah Solar Farm project closed on May 16, 2024, without including Brown's property, resulting in Brown not receiving the $6,135,068.21 he would have earned if his property had been part of the executed contracts for the Utah Solar Farm."). *See also* FAC ¶38, ¶39, ¶55 and ¶83. Mr. Chaudhuri's declaration was filed with this Court under penalty of perjury pursuant to 18 U.S.C. § 1621(b) and in accord with 18 U.S.C. § 1746, which defeats the Defendant's contention that, "[The declaration] is improper in substance, in that it is a repeat of allegations and assertions the Court has already rejected in its Order dismissing Plaintiff's initial Complaint (ECF 40)." *See* ECF No. 49 at 2. The fact that the declaration supports the Plaintiff's allegations is of no mind to the Defendant's obligation to prevail on his MTD. *See* 15 U.S.C. § 78u-4(b)(4) ("Loss Causation").

The declaration is central to Plaintiff's claim and could only be filed with this Court (in this *live* case) when the declarant would not be subject to violations of Federal law (*i.e.* perjury), & when the Self-Represented party could comply with his obligations to this Court under Rule 11.

As for format, the blue ribbon says it all.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 1, 2024 | */s/ Clinton Brown*, Self-Represented |
|  | 16821 Edgar Street, |
|  | Pacific Palisades, CA 90272 |
|  | clinton@atlasinc.solar |
|  | 310-487-6453 |

CC: All Counsel of Record (via ECF) on June 1, 2024