UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 2:23-cv-02938-MEMF-KSx | Date | June 6, 2024 |
|---|---|---|---|
| Title | Clinton Brown v. Steve Smead | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Clinton Brown **(PRO SE)** | David Young |

**Proceedings: DEFENDANT'S MOTION TO DISMISS [42]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.