Clinton Brown, Self-Represented
14 University Drive
Robina QLD 4226, Australia
clinton@atlasinc.solar
310-487-6453

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,  <br>          Plaintiff,  <br>     vs.  <br>STEVE SMEAD  <br>          Defendant. | **Case No.** 2:23-cv-02938-MEMF-KS  <br>**Request for Judicial Notice**[1]  <br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong  <br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, an Order from this Court has yet to issue from the defendant's MTD hearing held yesterday on June 6, 2024. *See* ECF No. 54. Yet, before this Court has decided whether the parties may move forward with discovery, the defendant has already accepted a sales contract on the Malibu property located at 21472 Calle del Barco, Malibu, CA 90272. *See* ECF No. 55 at 2. An Active-Contract is on the Malibu property (*i.e.* a buyer is in contract with the defendant to purchase the Malibu property, in this case, prior to its resolution). The list price of the property is $550,000 on the MLS[2]. This is $100,000 more than the appraisal referred to in the plaintiff's FAC at ¶36 & ¶37.

**THEREFORE**, the plaintiff respectfully requests judicial notice of the publicly available data on The MLS that shows that a sales contract is in place on the Malibu property prior to the resolution of this case. The public trusts the The MLS data and thus this is submitted in accord with Evid. Rule 201(c)(2). *See also*, Rule 66 & 28 U.S.C. § 959(b).

---

[1] "Judicial notice, even when taken, has no other effect than to relieve one of the parties to a controversy of the burden of resorting to the usual forms of evidence. It does not mean that the opponent is prevented from disputing the matter by evidence if he believes it disputable." *See* Ohio Bell Tel. Co. v. Public Utilities. Comm., U.S. 292, 301-302 (1937).

[2] The MLS™/CLAW is a leading multiple listing service that serves over 16,000 agents and brokers in Southern California, from Downtown Los Angeles to Pacific Coast Highway. The company has evolved into a leading real estate technology company with an internally-developed, wholly-owned and operated real estate software. *See* https://www.themls.com/Signin/login#/about (last accessed June 7, 2024).



**Source:** https://guests.themls.com/Details/CA/Malibu/21472---Calle-Del-Barco-/90265/23-315629.aspx

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: June 7, 2024 | */s/ Clinton Brown*, <u>Self-Represented</u> |
| | Bond University Law School |
| | Attn: Clinton Brown |
| | Student ID: 14012853 |
| | 14 University Drive |
| | Robina QLD 4226, Australia |
| | clinton@atlasinc.solar |
| | 310-487-6453 |

CC: All Counsel of Record (via ECF) on June 7, 2024