David Young, Esq.
Law Offices of David Young
12400 Wilshire Blvd., Suite 360
Los Angeles, CA, 90025
Email: dyounglaw@verizon.net
Tel: (310) 575 0308
Fax: (310) 575 0311

Attorney for Defendant STEVE SMEAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVE SMEAD,<br><br>　　　　　Defendant | Case No.: 2:23-cv-02938-MEMF-KS<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FILING REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge: Hon. Karen L. Stevenson |

1

DEFENDANT'S OPPOSITION RE RJN

## OPPOSITION TO PLAINTIFF'S FILING REQUEST FOR JUDICIAL NOTICE

After the hearing before the Court on June 6, 2024, Plaintiff Clinton Brown informed the Court that he is now a resident of Australia (ECF 53). The next day, on June 7, 2024, the Plaintiff filed a Request for Judicial Notice. The Request asks this Court to take notice that the Multiple Listing Service (MLS) "…shows that a sales contract is in place on the Malibu property prior to the resolution of this case". However, the MLS printout provided to the Court shows no such thing. All that the MLS printout Plaintiff provided shows is that Defendant Steve Smead, in an attempt to recoup the many losses that this litigation has caused him, has listed the Malibu property for sale at $550,000.00.

Federal Rules of Evidence, Rule 201(b)(1) requires that the fact to be judicially noticed "is generally known within the trial court's territorial jurisdiction". As Plaintiff himself recognizes, the MLS is limited to real estate "agents and brokers in Southern California, from Downtown Los Angeles to Pacific Coast Highway". FN2. This is hardly general notoriety. It is rather limited professional accessibility. In addition, the MLS is a means of inducing interest in buyers of real estate of specific properties, and often includes puffery and flourishes contrary to facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned". FRE, Rule 201(b)(2).

Plaintiff gives no details of the alleged "sales contract", or indeed provides the "sales contract" itself. Further, Plaintiff provides no details of the many contingencies that such a contract would engender, because of the litigation he has initiated.

For the foregoing reasons, Defendant Steve Smead asks this Court to deny Plaintiff's Request for Judicial Notice.

Dated: June 12, 2024

Respectfully submitted,

LAW OFFICES OF DAVID YOUNG

By: /s/ DAVID YOUNG
Attorney for Defendant
STEVE SMEAD

**DEFENDANT'S OPPOSITION RE RJN**