**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SMEAD<br><br>　　　　Defendant. | No.  2:23-cv-02938-MEMF-KS<br><br>**[L.R. 7-20] [PROPOSED PRO FORMA] ORDER GRANTING MOTION FOR PARTICULARIZED DISCOVERY**<br><br>**[ECF NO. 57]** |

**ATTACHMENT 1**