1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CLINTON BROWN,

                    Plaintiff,

      v.

STEVE SMEAD,

                    Defendant.

Case No. 2:23-cv-02938-MEMF-KS

**[PROPOSED PRO FORMA] ORDER GRANTING MOTION FOR PARTICULARIZED DISCOVERY [ECF NO. 57]**

On June 20, 2024, the Plaintiff filed a Motion for Particularized Discovery ("MPD"). *See* ECF No. 57. A hearing was held on August 29, 2024, at 2 P.M. in Courtroom 8B.

At the hearing, the Plaintiff requested that the Court grant the MPD pursuant to 15 U.S.C. § 78u-4(b)(3)(B) and order the Defendant to produce to the Plaintiff the particularized bank statements, emails, texts, and phone communications, specified in the MPD. *See* ECF No. 57 at 7-11.

The Court, having considered the Plaintiff's Motion, finds that the Plaintiff has met his burden in seeking a particularized discovery exception as commanded in 15 U.S.C. § 78u-4(b)(3)(B), by (a) adequately specifying the target of the requested discovery and (b) demonstrating that undue prejudice would result without it. Thus, the Court **GRANTS** the MPD and **ORDERS** the Defendant to produce the following discovery records within the 'Particularized Discovery Requests for the Utah Property' **WITHIN 14 DAYS**.

**BANK STATEMENTS**[1]

1. Bank statement showing the balance and transaction amount for the period around March 8, 2023.

2. Bank statement showing the balance and transaction amount for the period around March 2, 2023.

3. Bank statement showing the balance and transaction amount for the period around February 14, 2023.

4. Bank statement showing the balance and transaction amount for the period around October 22, 2022.

5. Bank statement showing the balance and transaction amount for the period around August 29, 2022.

6. Bank statement showing the balance and transaction amount for the period around June 29, 2021.

**EMAILS**[2]

7. Emails on or around March 8, 2023.

8. Emails on or around March 2, 2023.

9. Emails on or around February 14, 2023.

10. Emails on or around October 22, 2022.

11. Emails on or around August 29, 2022.

12. Emails on or around June 29, 2021.

**TEXT AND PHONE COMMUNICATIONS**[3]

13. Text and phone communications on or around March 8, 2023.

14. Text and phone communications on or around March 2, 2023.

---

[1] Any other transaction[s] within the bank statement[s] must be redacted.

[2] Any emails during or around the noted transaction[s] with any of the following individuals and entities: Clinton Brown, Emil Assentato, Steve Weera, Superior Loan Servicing, Fundamental Rate, and TitleFirst Title Agency.

[3] Any text and phone communications during or around the noted transaction[s] with any of the following individuals and entities: Clinton Brown, Emil Assentato, Steve Weera, Superior Loan Servicing, Fundamental Rate, American Pacific Investments, LLC, and Adam Ahmed.

15. Text and phone communications on or around February 14, 2023.

16. Text and phone communications on or around October 22, 2022.

17. Text and phone communications on or around August 29, 2022.

18. Text and phone communications on or around June 29, 2021.

**IT IS SO ORDERED.**

Dated: August __, 2024

_____

**MAAME EWUSI-MENSAH FRIMPONG**

United States District Judge