**VIA ECF** [1]

Honorable Maame Ewusi-Mensah Frimpong
United States District Court for the Central District of California
350 West First Street, Los Angeles, CA 90012
Courtroom 8B, 8th Floor.

**Re: Clinton Brown v. Steve Smead, 2:23-cv-02938-MEMF-KS, Request to Extend Reply to MPD.**

Honorable Maame Ewusi-Mensah Frimpong:

      The G-120 form was filed after the MTD hearing on June 6, 2024. *See* ECF No. 52. An ordinary 30-day transcript was requested. The Court Reporter notified the Plaintiff on June 25, 2024, that she, "will do my best to have your transcript[s] ready by July 6, 2024."

      The Court's Standing Order, Section VIII. B. at 6 states, "all Motions must be filed in accordance with the following modified briefing schedule, *which differs from the timing of the Local Rules*." As relevant here, the Plaintiff's Reply [m]ust be filed no later than seven (7) days after the Opposition. *Id.* L.R. 7-10, states, [a] moving party may, not later than fourteen (14) days *before the date designated for the hearing of the motion*, serve, and file a Reply memorandum, and declarations *or* other rebuttal evidence. The hearing on the Motion for Particularized Discovery ("MPD") is set for August 29, 2024, at 2 P.M. *See* ECF No. 57 at 1. (Filed on June 20, 2024). The Reply to the MPD is due on July 5, 2024. *See* ECF No. 61. (Filed on June 28, 2024).

      The Plaintiff has requested that the parties stipulate to a seven (7) day extension so the Plaintiff can provide "other rebuttal evidence" from the June 6, 2024, transcript in his Reply.[2] From the Court Reporters' email, the transcript will be delivered on or around July 6, 2024.

      The Plaintiff respectfully requests a Reply schedule that is reasonable for all parties and complies with the Local Rules, thereby extending the Plaintiff's Reply filing deadline to July 12, 2024.

Respectfully submitted,

*/s/ Clinton Brown, Self-Represented*
14 University Drive
Robina, QLD 4226, Australia
clinton@atlasinc.solar
310-487-6453

---

[1] The Court is respectfully requested to issue a Paperless Order.
[2] The Plaintiff has attempted to contact the Defendant's Counsel on three (3) separate occasions to ask for a sign off on a stipulated filing to no avail. Defendant's position on the Plaintiff's seven (7) day extension is unknown. It is noted that the Defendant filed their Opp'n seven (7) days prior to the Section VIII. B deadline

CC: All Counsel of Record (via ECF) on July 3, 2024