# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>STEVE SMEAD<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-02938-MEMF-KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  7/3/2024

Document No.:  63

Title of Document:  First REQUEST to Extend Time to 7/12/2024 FOR REPLY TO MPD

**ERROR(S) WITH DOCUMENT:**

Local Rule 83-2.5 no letters to the Judge.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 8, 2024        By:  /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS