Clinton Brown, *Self-Represented*
1431 Ocean Drive, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>            Plaintiff,<br><br>vs.<br><br>STEVE SMEAD<br><br>            Defendant. | **Case No**. 2:23-cv-02938-MEMF-KS<br><br>**Motion for a Partial Lift of the Stay of Discovery** [*See* ECF Nos. 57, 59, 61, 64, 72 & 74]<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson<br><br>**Date:** December 19, 2024<br><br>**Time:** 2 P.M.<br><br>**Place:** Courtroom 8B |

    **NOTICE TO THE COURT**, Plaintiff's Motion for a Partial Lift of the Stay of Discovery (ECF No. 57) was DENIED AS MOOT WITHOUT PREJUDICE. *See* ECF No. 74. (docket text). Prior to this Court's procedural denial of the motion, the parties had fully briefed the motion. *See* ECF Nos. 57, 61 & 64. A hearing had also been scheduled on August 29, 2024, and then cancelled on the day before, by the Court. *See* ECF No. 72. As noted by the Defense Counsel, this motion was subject to two L.R. 7-3 meet and confers. (citation omitted). Thus, the parties are well versed and competent to argue this motion, if the Court is prepared to hear this motion.

    **THEREFORE**, the Court should, for the sake of judicial economy, also hear this motion on the same day that it will hear the Motion for Reconsideration. *See* ECF No. 75 (docket text). *See also*, Rule 54(b).

Respectfully Submitted,

Dated: November 15, 2024

*/s/Clinton Brown, Self-Represented*
1431 Ocean Drive, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

CC: All Counsel of Record (via ECF) on November 15, 2024