UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 2:23-cv-02938-MEMF-KSx | Date | December 19, 2024 |
|---|---|---|---|
| Title | Clinton Brown v. Steve Smead | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Lesbith Castillo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Clinton Brown **(PRO SE)** | David Young |

**Proceedings: Minute Order re Hearing on Various Motions [69], [75], [79]**

The case is called and parties state their appearances. The Court invites counsel to present oral arguments. The Court hears argument as to the following Motions: Plaintiff Clinton Brown's Motion for Relate Back Amendment (ECF No. 69), Plaintiff Clinton Brown's Motion for Reconsideration (ECF No. 75), and Plaintiff Clinton Brown's Motion for a Hearing as to the previously denied Motion for Particularized Discovery (ECF No. 79). The Court takes these matters under submission.

The Court ORDERS the parties to submit further briefing as to the Motion for Relate Back Amendment (ECF No. 69), particularly as to whether amendment is appropriate after dismissal of all claims with prejudice. The Court ORDERS Defendant Steve Smead to submit a supplemental brief within forty-five (45) days of this Order, and Brown to submit a supplemental reply brief within fifty-two (52) days of this Order (that is, seven days after Smead's brief is due). The Court will determine whether to set an additional hearing after reviewing the briefing.

**IT IS SO ORDERED.**