Clinton Brown, *Self-Represented*
14 University Drive
Robina, QLD 4226, Australia
310-487-6453

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br>vs.<br>STEVE SMEAD<br><br>    Defendant. | **Case No.** 2:23-cv-02938-MEMF-KS<br><br>**Declaration of Erick Ordaz**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson |

## DECLARATION OF ERICK ORDAZ

I, Erick Ordaz, pursuant to 28 U.S.C. § 1746, declare as follows:

## Background

1. I have worked with Clinton Brown since 2018 at his real estate company. I submit this declaration in the above-captioned matter to provide factual information relevant and in support of the allegations in this controversy.

## Relationship with Plaintiff and Defendant

2. As stated, I have collaborated with Clinton Brown since 2018, during which time I have been actively involved in various financial transactions and investments alongside him, including the Harper Lake and Utah solar properties. I have personal knowledge and records of the transactions between Clinton Brown and the Defendant, Steve Smead.

## Harper Lake

3. In November 2020, Clinton Brown entered into an agreement with Steve Smead for the purchase of a 400-acre property located at 42829 Harper Lake Road, Hinkley, CA 92347, with Parcel IDs 0490-091-09 and 0490-091-19. Steve Smead agreed to invest $150,000 in the Harper Lake property, only on the condition that his investment would return a sum of $300,000, representing a 100% interest on the so-called personal loan. It was explicitly

understood that this was not a traditional loan, but rather an investment with an expected profit based on the success of Clinton Brown's solar farm[s].

## Utah Property Recording

4. Due to usury restrictions, escrow could not record the entire $150,000 interest on the Harper Lake property. To address this, Steve Smead required that the $150,000 be recorded on another property. In June 2021, Clinton Brown refinanced a 160-acre solar property in Utah, and $100,000 of the $150,000 from the Harper Lake property transaction was recorded on the Utah property. This allocation was necessary because the full amount could not be legally recorded on the Utah property either. The remaining $50,000 interest, to my knowledge, has not been recorded or put forth in any contract to date.

## Conclusion

5. To aid in the drafting of this declaration, I reviewed certain emails, texts, and files pertaining exclusively to the Harper and Utah properties. I have provided a true and correct copy of the escrow statement from November 10, 2020, as an exhibit in support of this declaration.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Dated: July 28, 2024

Erick Ordaz

## Chicago Title Company
560 E. Hospitality Lane, San Bernardino, CA 92408
Phone: (800)722-0824 | Fax: (909)384-7858

## FINAL BUYER'S STATEMENT

**Settlement Date:** November 10, 2020  **Escrow Number:** 7102012953
**Disbursement Date:** November 11, 2020  **Escrow Officer:** Corbi Smith
 **Email:** Corbi.Smith@ctt.com

**Buyer:** Clinton Brown
10226 Regent St
Los Angeles, CA 90034

**Seller:** American Pacific Investments, LLC
P.O. Box 8181
La Verne, CA 91750

**Property:** Vacant Land-42829 Harper Lake Road
Hinkley, CA 92347
Parcel ID(s): 0490-091-09, 0490-091-19

**Lender:** Steve Smead
145 S. 8th Street
Santa Paula, CA 93060-0000

**Lender:** American Pacific Investments
P.O. Box 8181
La Verne, CA 91750

**Lender:** Seller Financing

|  |  | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | 498,000.00 | |
| Loan Amount | Steve Smead | | 150,000.00 |
| Purchase Money Note | | | 348,000.00 |
| Proceeds from CDF 2 | | | 149,309.52 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $943.24 | 11/10/20 to 01/01/21 ($943.24 / 180 X 51 days) | 267.25 | |
| **NEW LOAN CHARGES - Steve Smead** | | | |
| **Total Loan Charges: $690.48** | | | |
| Prepaid Interest | | 690.48 | |
| $32.88 per day from 11/10/20 to 12/01/20 | | | |
| Steve Smead | | | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - Escrow Fee | Chicago Title Company | 1,346.00 | |
| Title - Extra Parcel Charge | Chicago Title Company | 100.00 | |
| Title - Lender's Title Insurance | Chicago Title Company | 75.00 | |
| Title - Lender's Title Insurance | Chicago Title Company | 75.00 | |
| Title - Loan Service Fee (1st) | Chicago Title Company | 340.00 | |
| Title - Loan Service Fee 2nd | Chicago Title Company | 150.00 | |
| Title - Mobile Signing Fee (BORROWER) | U.S. Certified Signers | 350.00 | |
| Title - Recording Service fee | SYNRGO | 14.45 | |

Policies to be issued:
 Loan Policy
  Coverage: $348,000.00   Premium: $75.00
 Loan Policy
  Coverage: $150,000.00   Premium: $75.00

|  |  | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **GOVERNMENT CHARGES** | | | |
| Recording Fees | | 97.00 | |
| Mortgage $35.00 | | | |
| Deed $27.00 | | | |
| Mortgage $35.00 | | | |
| **MISCELLANEOUS CHARGES** | | | |
| Transfer to CD 1 | Loan Transfer Proceeds | 149,309.52 | |
| Selling Agent Credit to buyer | | | 3,700.00 |

|  |  |  |
|---|---:|---:|
| **Subtotals** | 650,814.70 | 651,009.52 |
| **Balance Due TO Buyer** | **194.82** | |
| **TOTALS** | 651,009.52 | 651,009.52 |

> **THIS IS A CERTIFIED COPY OF THE ORIGINAL DOCUMENT(S) BY CHICAGO TITLE COMPANY**
>
> *E. L.* (signature)
>
> Chicago Title Company, Settlement Agent

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**