Clinton Brown, *Self-Represented*
1431 Ocean Ave., Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>               Plaintiff,<br><br>v.<br><br>STEVE SMEAD,<br><br>               Defendant. | **Case No.** 2:23-cv-02938-MEMF-KS<br><br>**Request for Judicial Notice**<br><br>**Fed R. Evid. 201(c)(2)**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, pursuant to Federal Rule of Evidence 201(b)(2), Plaintiff requests that this Court take judicial notice of a material public record in support of claims presently before the Court, including those brought under 18 U.S.C. § 1962(a) and (c). Plaintiff requests that the Court take judicial notice of a recorded Grant Deed that evidences the sale and transfer of a property central to the unlawful debt collection scheme alleged in the operative complaint. *See* ECF No. 90. The property is located at 21472 Calle del Barco, Malibu, California 90265, and is identified by Assessor's Parcel Number (APN) 4451-015-021. According to official records of the Los Angeles County Recorder's Office, the Grant Deed was recorded on March 17, 2025, at 8:00 A.M., under Instrument Number 20250167988. The deed reflects that ownership of the property has been transferred to Northern Realty Investments LLC. A true and correct copy of the recorded Grant Deed is attached hereto for the Court's reference.

This transaction is judicially noticeable because it is a matter of public record, the authenticity is not subject to reasonable dispute, and it can be accurately determined from sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b)(2). The Ninth Circuit has held that courts may take judicial notice of "undisputed matters of public record", including real property records. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001). It's

*undisputed* that the grant deed transferred the property from Steve Smead a Married Man, as His Sole and Separate Property, as to an undivided 100.000% Interest to Northern Realty Investments LLC, a Florida Limited Liability Company, *infra*. This sale directly impacts Plaintiff's RICO and unlawful debt collection claims. The disposal of property subject to litigation while proceedings are ongoing may hinder Plaintiff's ability to recover treble damages under 18 U.S.C. § 1964(c). Plaintiff only learned of this transfer on March 28, 2025, and was not notified by Defendant or Counsel—suggesting an attempt to liquidate assets subject to judicial process. Such conduct may implicate this Court's equitable powers under Rule 64(a)-(b)[1] and support the need for a deposit of property into the Court under Rule 67(a), to ensure availability of property to satisfy a potential judgment.

**THEREFORE**, Plaintiff respectfully requests that the Court to take judicial notice of the Grant Deed; Order supplemental briefing *sua sponte* on whether depositing property into the Court under Rule 67(a) is warranted; or consider other equitable relief under Rule 64(a)-(b) to protect Plaintiff's ability to recover judgment. In any event, the Court should act to protect its jurisdiction and Plaintiff's potential judgment. *Otherwise*, Plaintiff risks fighting in Court for a judgment that may not be able to be satisfied because of the <u>very thing</u> the Defendant is being accused of in the Complaint.

Dated: March 30, 2025

Respectfully submitted,
*/s/ Clinton Brown, Self-Represented*[2]
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

CC: All Counsel of Record (via ECF) on March 30, 2025

---

[1] (a) Remedies Under State Law—In General. At the commencement of *and throughout an action*, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment. But a federal statute governs to the extent it applies. (b) Specific Kinds of Remedies. The remedies available under this rule include the following—however designated and regardless of *whether state procedure requires an independent action*: arrest; attachment; garnishment; replevin; sequestration; and other corresponding or equivalent remedies.

[2] "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct." *See* 28 U.S.C. § 1746

**This page is part of your document - DO NOT DISCARD**

# 20250167988

Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/17/25 AT 08:00AM**

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 605.00 |
| OTHER: | 0.00 |
| PAID: | 633.00 |

**LEADSHEET**

202503170220019

00025311636

015193310

SEQ:
03

SECURE - 8:00AM

**THIS FORM IS NOT TO BE DUPLICATED**

E438957         7230991

RECORDING REQUESTED BY:
First American Title

WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENTS TO:

Northern Realty Investments LLC
Av Constituyentes 1070 Int 205, Lomas Altas,
Miguel Hidalgo, 11950
Ciudad de México, CDMX,

THIS SPACE FOR RECORDER'S USE ONLY:

| Title Order No.: 7230991 | | Escrow No.: 32404-DR |
|---|---|---|
| AP#: 4451-015-021 | **GRANT DEED** | |

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

**DOCUMENTARY TRANSFER TAX is $605.00**

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Malibu **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Steve Smead, a Married Man, as His Sole and Separate Property, as to an undivided 100.000% Interest**

hereby GRANT(s) to:

**Northern Realty Investments LLC, a Florida Limited Liability Company**

the real property in the City of Malibu, County of Los Angeles, State of California, described as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

**Also Known as:** 4451-015-021 Vacant Land (21472 Calle Del Barco), Malibu, CA  90265

DATED: March 6, 2025                    Signature Page attached hereto
                                        and made a part hereof

MAIL TAX STATEMENTS AS DIRECTED ABOVE:

Title Order No.: 7230991     Escrow No.: 32404-DR     AP#: 4451-015-021

## SIGNATURE PAGE

**Title of Document:** GRANT DEED

**Date of Document:** March 6, 2025

*/s/ Steve Smead*

Steve Smead

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF __VENTURA__
On __3-10-2025__
before me, __GLORIA R. CASAS__,
Notary Public personally appeared

__STEVE SMEAD__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Gloria R Casas_     (Seal)

GLORIA R CASAS
COMM. #2496676
Notary Public - California
Ventura County
My Comm. Expires Sep. 1, 2028

Exhibit "A"

Order Number: **DIV-7230991**

## LEGAL DESCRIPTION

Real property in the City of Malibu, County of Los Angeles, State of California, described as follows:

Lot 182 of Tract 10570, in the City of Malibu, County of Los Angeles, State of California, as per map recorded in Book 161 Pages 36 to 42 inclusive of Maps, in the Office of the County Recorder of Los Angeles County, State of California.

EXCEPTING THEREFROM all minerals, oil, petroleum asphaltum, gas, coal, hydrocarbon substances and water contained in, on, within and under said lands and every part thereof. This reservation shall not reserve or shall it be construed as reserving to grantor the right to go upon said lands for the purpose of extracting any of said substance.

APN: 4451-015-021