# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CLINTON BROWN, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-CV-02938 |
| v. | |
| STEVE SMEAD, | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

STEVE SMEAD              ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute FREDERICK J. HICKMAN                                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

17602 17th St. Ste. 102 PMB 206

TUSTIN, CA 92780            *Street Address*       fredhickman@gmail.com
*City, State, Zip*                                                 *E-Mail Address*

(714) 315-1565          (714) 838-0835         124406
*Telephone Number*       *Fax Number*          *State Bar Number*

as attorney of record instead of DAVID YOUNG
                                *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
                                *List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____                              _____
                                              U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY