# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN<br><br>v.<br><br>STEVE SMEAD,<br><br>Plaintiff(s) / Defendant | CASE NUMBER<br><br>2:23-CV-02938<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:
  <u>STEVE SMEAD</u>    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
  Name of Party

  ☒ to substitute   <u>FREDERICK J. HICKMAN</u>   who is
  ☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

  <u>17602 17th St. Ste. 102 PMB 206</u>
  Street Address

  <u>TUSTIN, CA  92780</u>                <u>fredhickman@gmail.com</u>
  City, State, Zip                     E-Mail Address

  <u>(714) 315-1565</u>     <u>(714) 838-0835</u>     <u>124406</u>
  Telephone Number      Fax Number          State Bar Number

  As attorney of record instead of   <u>DAVID YOUNG</u>
                                     List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **April 3, 2025**

_____
U.S. District Judge