# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Brown,<br>      v.<br>Plaintiff(s) | **CASE NUMBER:**<br>2:23-cv-02938-MEMF-KS |
| Steve Smead,<br>Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
                             ☐ In-Person Court Hearing
                             ☐ Video Conference
                             ☒ Telephonic

**Magistrate Judge**   Karen L. Stevenson

**Date/Time**   October 28, 2025 @ 11:00am

**Courtroom:**   ***call-in information emailed to participating parties.

When telephonic appearances are permitted, counsel must:
- Conduct the proceedings in professional settings rather than from vehicles, open public spaces, or during other activities (e.g., while exercising or attending sporting events);
- Avoid use of speakerphones during the call, headsets are preferred when possible;
- Minimize environmental noise and background conversations; and
- Avoid speaking over one another during the call.

Dated:   October 15, 2025            By:   Gay Roberson
                                                           Deputy Clerk