UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 23-2938-MEMF (KSx)                                      Date: October 30, 2025

Title    *Clinton Brown v. Steve Smead*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Courtsmart- 10/30/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Clinton Brown, PRO SE | Fred Hickman |

**Proceedings:**  **MINUTES OF TELECONFERENCE DISCOVERY DISPUTE CONFERENCE**

Case called. The parties stated their appearances. The Court held a teleconference with Plaintiff and counsel for Defendant regarding a discovery dispute concerning Defendant's response to Plaintiff's Request for Production of Documents No. 3.

After further discussion, in which Defense counsel indicated that additional responsive documents have been identified and will be produced in the coming week, the Court ordered that Defendant have **until November 7, 2025 to produce these additional documents responsive to RFP No. 3.**  Plaintiff will have until November 14, 2025 to review the additional documents provided by Defendant. If Plaintiff had any further concerns regarding the adequacy of Defendant's further production, the parties are directed to meet and confer and may reach out to the Court to schedule a further Informal Discovery Conference.

The Court finds that no sanctions are warranted at this time.

IT IS SO ORDERED.

:  21 mins

**Initials of Preparer**     gr