UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES — GENERAL

Case No.   CV 23-2938-MEMF (KS)                                             Date: December ___, 2025

Title   *Clinton Brown v. Steve Smead*

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff. N/A          Attorneys Present for Defendant. N/A

**Proceedings: (IN CHAMBERS) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES [DKT. NO.110]**

Plaintiff's Motion to Compel, Exhibits, and Proposed Order were filed on November 21, 2025. (Dkt. No. 110 ("Motion"); Exhibits, Dkt. Nos. 110-1, 110-2, 110-3, and 110-4; Proposed Order, Dkt. No. 110-5.). Defendant filed and served an Opposition to the Motion (Dkt. No. ___) on November ___, 2025. Plaintiff filed his Reply (Dkt. No. ___) on November ___, 2025. The Court deems this matter appropriate for resolution without oral argument. *See* C.D. Cal. L.R. 7-15. The parties' arguments have been carefully considered by the Court.

**IT IS ORDERED** that Plaintiff's Motion to Compel Defendant's Responses to Interrogatories and Requests for Admission is **GRANTED.** Defendant is **ORDERED** to serve full, Rule-compliant responses to the following discovery requests:

- Interrogatories, Set No. 2: Nos. 10, 11, 12, and 19
- RFAs, Set No. 2: Nos. 13, 14, 15, 17, 30, and 31
- RFAs, Set No. 1: No. 6

Defendant must serve complete responses **within 7 days** of the date of this Order.

**IT IS SO ORDERED.**

_____
**Initials of Preparer**   _____