UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 23-2938-MEMF (KSx)                                        Date: November 20, 2025

Title   *Clinton Brown v. Steve Smead*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Courtsmart- 11/20/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Clinton Brown, PRO SE | Frederick Hickmam |

**Proceedings: MINUTES REGARDING TELECONFERENCE DISCOVERY DISPUTE CONFERENCE**

Case called. The Parties stated their appearances. The Court held a teleconference with Plaintiff and Counsel for Defendants regarding a discovery dispute concerning the adequacy of Defendants' responses to certain Interrogatories and Requests for Admission.

After further discussion, the Court directed the parties to submit expedited briefing on Defendants' responses to Interrogatories Set No. 2: Nos. 10, 11, 12, and 19; Requests for Admission, Set No. 2: Nos. 13, 14, 15, 17, 30, 31; and Requests for Admission, Set No. 1: No. 6.

Plaintiff is to file a Letter Brief of no more than five (5) pages on or before November 24, 2025 and attach the disputed responses to: (a) Interrogatories Set No. ; (b) Requests for Admissions, Set No. 2;  and (c) Requests for Admission Set No. 2 No.6

Defendants shall file a response of no more than five (5) pages  on or before November 26, 2025.  Plaintiff's reply is due November 28, 2025.  Upon receipt of the Reply brief, the Court will take this matter under submission for decision without a hearing.

**IT IS SO ORDERED.**

: 30 mins

**Initials of Preparer**   gr