Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>    PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>    DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION SET NO. ONE, NO. 7 ONLY.<br><br>DATE: n/a<br>TIME: n/a<br>CTRM: 8B |

PROPOUNDING PARTY: PLAINTIFF BROWN

RESPONDING PARTY: DEFENDANT SMEAD

SET NO.: REQUESTS FOR ADMISSION BY BROWN, SET NO. ONE (NOT SPECIFIED AS TO SET NUMBER BY BROWN)

　　　　PLEASE TAKE NOTICE. Following the telephonic meet and confer between counsel for Defendant Smead and Plaintiff, in *pro se*, counsel for Defendant Smead agreed to voluntarily amend the Responses as to only one of the Responses to Requests for Admission Set No. One, that one as to which amendment is hereby made is its Number 7 ONLY. The Responses in the initial Response to Request for Admissions, Set No. One (though not specified by

FIRST AMENDED RESPONSE TO REQUESTS FOR ADMISSION SET ONE AS TO #7 ONLY
*BROWN VS. SMEAD 23-cv-02938*

1

Plaintiff) dated served on August 30, 2025 remain unamended except as to this First Amended Response and that as to its number 7 only.

As to these specified Response, Responding Party Smead, through counsel, had declined to answer, to either admit or deny or qualify, as his right under Rule 36, standing on the objections and declining to answer. However, this specified first amended response is made now in the spirit of cooperation, following the telephonic meet and confer.

[ALL RESPONSES TO REQUESTS FOR ADMISSIONS THAT ARE NOT HERE MADE A FIRST AMENDED RESPONSE ARE NOT AMENDED AND REMAIN AS SERVED AUGUST 30, 2025].

## GENERAL OBJECTIONS

As to each and every Request for Admission, and the set of Requests for Admission: The Request violates Rule 11 and the violates formatting requirements of the Rules of Civil Procedure for discovery requests, and violates the Rules of Civil Procedure for Requests for Admission by violating the requirement for a signature on the Requests of Admission, as no signature is made, and as the Requests for Admission are not set forth in a separate document, but included as part of a multi-part discovery request that includes interrogatories, request for documents, and requests for admission, all in violation of Rule 36 and Rule 36(a)(2), and violates the Rules of Civil Procedure as without caption and formatting as required. The Responses herein are made without waiving these general se objections. These general objections are included by reference in each of the Responses to each Request for Admission. This objection, set forth in each Response to each Request for Admission is defined as "Violation of: Rule 11, Rule 36, the Rules of Civil Procedure and local rules of the Central District of California for formatting and signature requirements."

. . .

REQUEST FOR ADMISSION #7:

Admit that, applied, incorporated or otherwise demanded that Plaintiff pay a portion of the $150,000 in interest associated with the Harper Loan as part of the loan obligations related to either the Utah loan (June 2021) or the Malibu loan (May 2021), even though that interest was not recorded in the Harper Lake escrow.

RESPONSE TO REQUEST FOR ADMISSION #7:

    OBJECTIONS:

    Objection 1: the Request does not separate state a matter, but improperly combines and includes more than one matter in violation of Rule 36(a)(2).

    Objection 2: the Request is compound, conjunctive, and disjunctive

    Objection 3: [OMITTED].

    Objection 4: The Request is vague and ambiguous as to: "applied", "incorporated", "otherwise demanded", a "portion", the $150,000 in interest associated", "part of the loan obligations", "related", "interest was not recorded", "Harper Lake escrow".

    Objection 5: [OMITTED].

    WITHOUT WAIVING AND SUBJECT TO THESE OBJECTIONS:

    Denied. Respondent answers this request with a denial.

. . .

Date: November 14, 2025 /s/ *Fred Hickman*

    Fred Hickman
    fredhickman@gmail.com
    Attorney for: Defendant Steve Smead

CERTIFICATE OF SERVICE BY MAIL AND EMAIL -- PROOF OF SERVICE

FIRST AMENDED RESPONSE TO REQUESTS FOR ADMISSION SET ONE AS TO #7 ONLY
*BROWN VS. SMEAD 23-cv-02938*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I am employed in the County of Orange, State of California. I am over the age to 18 years and not a part to the within action. My business address is 17602 17th St., Ste 102-206, Tustin CA 92780.

On November 14, 2025, I served the foregoing document described as:

FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION SET NO. ONE, NO. 7 ONLY.

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

Mr. Clinton Brown
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401

[for reference: Email: _____ was/clinton@atlasinc.solar. T: 310-775-7990]

BY Mail: I deposited the document in a sealed envelope in the mail, United States Postal Service, with postage fully prepaid at Orange, California.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California. This certificate of service is executed on November 14, 2025, at Santa Ana California.

　　　　　　　　　　　　　　　　　　　　　__*/s Fred Hickman*_____
　　　　　　　　　　　　　　　　　　　　　Fred Hickman