Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CLINTON BROWN, | Case No.: 2:23-cv-02938-MEMF(KSx) |
|---|---|
| PLAINTIFF, | |
| VS. | NOTICE OF ERRATA RE DOC. 113 FILED BY DEFENDANT SMEAD |
| STEVE SMEAD, | |
| DEFENDANTS. | DATE: DEC. 1, 2025<br>TIME: N/A<br>CTRM: 580 (ROYBAL BUILDING) |

TO THE CLERK OF THE COURT:

In my CM/ECF submission of Doc. 113 on 11/26/25 at 4:21 PM, I erroneously miscategorized it under "Discovery Motions". Doc. 113 is my letter brief memorandum in opposition to Plaintiff's Discovery Motion, Doc. 110 filed by Plaintiff on 11/21/25. I should have submitted Doc. 113 under the description or category of "Responses, Replies and Other Motion Related Documents" under (KSx),DISCOVERY,MANADR,RELATED-G.

To correct this submission error, I submitted the same letter brief memorandum as Document Number 114 (with attachments) on 11/26/2025 at 4:32 PM PST. It is the opposition to Plaintiff's discovery motion (Doc. 110).

/ / /

1  Doc. Nos. 113 and 114 are the identical letter brief memorandum in
2  opposition to Plaintiff's Discovery Motion (Doc. 110).
3  I believe that my filing of Doc. 114 is properly coded and properly linked to
4  the Doc. 110, to which it relates.
5  I apologize for this error and any confusion or extra work it has caused the
6  Clerk of the Court.
7  Date: Nov. 28, 2025                    Respectfully Submitted,
8                                          /s/ *Fred Hickman*
9                                         Fred Hickman
                                           fredhickman@gmail.com
10                                         Attorney for: Defendant Steve Smead

# CERTIFICATE OF SERVICE

**SMEAD V. BROWN, U.S.D.C. CENT. DIST. CAL., WESTERN DIV.
CASE NO. 2:23-cv-02938-MEMF(KSx)**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Santa Ana, California; my business address is 17602 17th St., Suite 102-206, Tustin, CA 92780.

On 11/28/2025, I served a copy of the following documents entitled:

NOTICE OF ERRATA RE DOC. 113 FILED BY DEFENDANT SMEAD

on the interested parties in this case as follows:

ALL PERSONS ENTITLED TO NOTICE WERE SERVED ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM.

I hereby certify that I am a member of the Bar of this Court, the United States District Court, Central District of California. This certificate of service is executed at Santa Ana, California on 11/28/2025.

| FRED HICKMAN | */s/ Fred Hickman* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |