[submitted by: Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>             PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>             DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>PROPOSED JUDGMENT<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

After consideration of the papers in support of an in opposition to Defendant Smead's motion for summary judgment, or partial summary judgment or adjudication, and the oral argument of counsel and *pro se*, this Court orders summary judgment in favor of Defendant Smead as follows:

Defendant Smead is granted judgment of dismissal of this action and against Plaintiff, on the operative complaint, the Second Amended Complaint [Doc. 90], filed 03/23/2025, for violation of 18 U.S.C. § 1962(a)-(d), and is not liable for any remedy 18 U.S.C. § 1964. Defendant Smead has not violated 18 U.S.C. § 1961-1964, nor its § 1962 against Plaintiff, and is not liable to Plaintiff. Judgment of

/ / /

/ / /

Dismissal shall be entered by the Clerk of the Court. Costs shall be awarded to Defendant.

Date: _____        _____

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
**SMEAD V. BROWN, U.S.D.C. CENT. DIST. CAL., WESTERN DIV. CASE NO.  2:23-cv-02938-MEMF(KSx)**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Santa Ana, California; my business address is 17602 17th St., Suite 102-206, Tustin, CA  92780.

On January 22, 2026, I served a copy of the following documents entitled:

PROPOSED JUDGMENT

on the interested parties in this case as follows:
ALL PERSONS ENTITLED TO NOTICE WERE SERVED ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM.
I hereby certify that I am a member of the Bar of this Court, the United States District Court, Central District of California. This certificate of service is executed at Santa Ana California on January 22, 2026.

| FRED HICKMAN | /s/ Fred Hickman |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |