[submitted by: Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>          PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>          DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>PROPOSED ORDER GRANTING PARTIAL SUMMARY JUDGMENT OR ADJUDICIATION TO DEFENDANT SMEAD AGAINST PLAINTIFF BROWN<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

After consideration of the papers in support of an in opposition to Defendant Smead's motion for summary judgment, or in the alternative, for partial summary judgment or adjudication, and the oral argument of counsel and *pro se*, this Court orders partial summary judgment in favor of Defendant Smead as to the operative complaint, the Second Amended Complaint [Doc. 90], filed 03/23/2025, for violation of 18 U.S.C. § 1961-1964, and its 18 U.S.C. § 1962(a)-(d), as follows:

1.     Dismissed is the Second Amended Complaint's "Count 1" or first claim, for alleged violation of 18 U.S.C. § 1962(a);

2. Dismissed is the Second Amended Complaint's "Count 2" or second claim, for alleged violation of 18 U.S.C. § 1962(c);

3. That Defendant did not collect unlawful debt (18 U.S.C. § 1961(6)) from Plaintiff in violation of 18 U.S.C. § 1962(a);

4. That Defendant did not collect unlawful debt (18 U.S.C. § 1961(6)) from Plaintiff in violation of 18 U.S.C. § 1962(c);

5. That Defendant did not violate 18 U.S.C. § 1962(c), as he was not part of an enterprise of associated-in-fact persons who through a pattern of racketeering activity (predicate acts) that caused injury to Plaintiff's business or property by unlawful conduct;

6. That Defendant did not cause Plaintiff to suffer money damages compensable under 18 U.S.C. §§ 1962 and 1964;

7. That Defendant is not liable to Plaintiff for any civil remedy under 18 U.S.C. § 1964; or otherwise as the Court determines.

8. That there is insufficient "interstate commerce" for the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1964 to apply to the claims of the Second Amended Complaint.

IT IS SO ORDERED.

Date: _____      _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
**SMEAD V. BROWN, U.S.D.C. CENT. DIST. CAL., WESTERN DIV. CASE NO. 2:23-cv-02938-MEMF(KSx)**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Santa Ana, California; my business address is 17602 17th St., Suite 102-206, Tustin, CA 92780.

On January 22, 2026, I served a copy of the following documents entitled:

PROPOSED ORDER GRANTING PARTIAL SUMMARY JUDGMENT OR ADJUDICIATION TO DEFENDANT SMEAD AGAINST PLAINTIFF BROWN

on the interested parties in this case as follows:
ALL PERSONS ENTITLED TO NOTICE WERE SERVED ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM.
I hereby certify that I am a member of the Bar of this Court, the United States District Court, Central District of California. This certificate of service is executed at Santa Ana California on January 22, 2026.

| FRED HICKMAN | */s/ Fred Hickman* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |