Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>         PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>         DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>REQUEST FOR JUDICIAL NOTICE I.S.O. DEFENDANT SMEAD'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

TO THE CLERK OF THE COURT AND TO THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE, AND TO PLAINTIFF, IN PRO SE:

PLEASE TAKE NOTICE:

   Defendant Steve Smead, under Federal Rules of Evidence, Rule 201 (b)(2), moves and requests that the Court take judicial notice of the following facts, information, and document(s) submitted in support of the Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment. The list of

document(s) and contents of which judicial notice is requested is set forth herein and attached hereto, in support, as the document(s) and facts is not subject to reasonable dispute because if can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

1. Request No. 1. (website printout) State of Utah, Utah Department of Financial Institutions, Interest Rates, URL https://dfi.utah.gov/general-information/consumer-tips/interest rates/[12/30/2025 2:56:28 PM]. A true and correct copy of which is attached hereto as Exhibit 1.

Grounds for Request No. 1, Exhibit 1. It is the publicly available information from the website of the State of Utah, Utah Department of Financial Institutions, Interest Rates, web site URL specified above. Attorney for Defendant obtained this website printout of information on December 30, 2025, from the specified URL. It is information made publicly available by a government entity in the United States, the State of Utah, including data therein, and is properly judicially noticed as on and from its public website. *Daniels-Hall v. Nat'l. Educ. Ass'n.*, 629 F.3d 992, 998-999 (9th Cir. 2010) (took judicial notice of certain web sites of two school districts, stating, "It is appropriate to take judicial notice of this information, as it was made publicly available by government entities (the school districts) . . . ."); *In re Amgen Inc. Secs. Litig.*, 544 F. Supp. 2d 1009, 1023-24 (C.D. Cal. 2008) (taking judicial notice of drug labels taken from the FDA's website); County of *Santa Clara v. Astra USA, Inc.*, 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (taking judicial notice of information posted on a Department of Health and Human Services web site).

Date: Dec. 31, 2025    Respectfully Submitted,
/s/ *Fred Hickman*
Fred Hickman
fredhickman@gmail.com
Attorney for: Defendant Steve Smead



Go

Utah law does not specify an interest rate ceiling, but does have an "unconscionability" provision (Section 70C-7-106 of the Utah Code). Rates are determined by the market; in other words, competition and demand determine the interest rate. Generally, the worse an applicant's credit rating, the higher the interest rate charged, however some types of loans such as payday loans, post dated check loans, or "car title loans" tend to have very high interest rates whether the borrower's credit is good or bad. If you have reasonably good credit, you are nearly always better off avoiding lenders who offer loans to people with bad credit.

In order for consumers to have a standard basis for comparing rates, the federal Truth in Lending Law (Regulation Z) requires disclosure of the interest rate charged as an Annual Percentage Rate (APR). We recommend that you make use of the information available to you and compare rates available to you prior to applying for a loan.



Need Help

The table below illustrates the differences in monthly payments and total interest paid if $2,000 is borrowed at rates which are available in Utah:

| $2,000 for 24 months | | | | |
|---|---|---|---|---|
| **Annual Percentage Rate** | 7% | 14% | 36% | 120% |
| **Monthly Payments** | 89.55 | 96.03 | 118.09 | 222.60 |
| **Total Interest Paid Over 2 Years** | 149.20 | 304.72 | 834.16 | 3,342.40 |



Give Feed

General Information
   Application Status
   Consumer Tips
      Accelerated Payment Programs
      Auto Loan Tips
      Co-maker, Co-signer, or Guarantor
      Credit Cards
      Credit Reports

Exh. 1, RJN

- Debt-To-Income Ratio
- Fraud Alert
- Go Direct
- Interest Rates
- Mortgage Loan Tips
- Pitfalls of Checking Accounts

Department

Publications

PDF File Access Note

## Recent News





### Location

324 South State Street, Suite 201

Salt Lake City, Utah 84111

### Postal Address

FINANCIAL INSTITUTIONS

P.O. Box 146800

Salt Lake City, Utah 84114-6800

### Office Hours

**Monday thru Friday**   8:00am to 5:00pm

### Contact Info

**Phone:**   (801) 538 - 8830

**Fax:**   (801) 538 - 8894

**Email:**   dfi@utah.gov



### Feedback

We want to hear from you! Let us know how we can continue to make this website a helpful resource.

**Tell Us**

Utah.gov Home

- Utah.gov Terms of Use
- Utah.gov Privacy Policy
- Translate Utah.gov

Copyright © 2025 State of Utah - All rights reserved.