From: "Clinton Brown" <clinton@brownrealtygrp.com>
Subject: Escrow for Refinance
Date: Wed, June 9, 2021 6:05 pm
To: "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com>

Jermey,

Hope you are well. I will be refinancing APN 8710-1 and can you please facilitate that? I will be paying off the 1st and adding a new 1st for $200,000.

The lender's contact information is:

Steve Smead
Stsmead@gmail.com
(805) 200-7411

Do you need a contract or can we just write the escrow instructions? This is a private lender and I'm hoping that we can expedite this process, if possible, because I'm using the proceeds from my refinance to close on another property.

Thank you,
Clinton
--



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

How was your experience with Brown Realty Group?

   
Bad    Subpa  Just   Good   Great

Click to rate your experience with Brown Realty Group

**Attachments:**
| untitled-[1] |
| Size: 1.6 k |
| Type: text/plain |

| | |
|---|---|
| From: | "STEVE SMEAD" <stsmead@gmail.com> |
| Subject: | Re: Clinton Brown |
| Date: | Thu, June 17, 2021 1:33 pm |
| To: | Jeremy@titlefirstutah.com |

Please provide an estimated closing statement, statement of acreage for the property and copy of water rights for the property.

I can fund as soon as you are ready.

Thanks, Steve

On Thu, Jun 17, 2021 at 10:12 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:

> Attached is the PR for Clinton Brown. He would like to be close this as
> fast as possible. What else do you need from us to get this process going?
> Thanks
>
> Titlefirst Title Insurance Agency, LLC
> P.O. Box 849
> 5 South Main Street
> Beaver, UT 84713
>
> ph. 435-438-5621
> fx. 435-438-5671



**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 0.5 k |
| Type: | text/plain |

```
> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
>
```

Titlefirst Title Insurance Agency, LLC
P.O. Box 849
5 South Main Street
Beaver, UT 84713

ph. 435-438-5621
fx. 435-438-5671
--



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

CalDRE:02047215

How was your experience with Brown Realty Group?

   
Bad  Subpar  Just  Good  Great

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] |
|---|
| Size: 4.8 k |
| Type: text/plain |

EXH 1-3

| | |
|---|---|
| From: | "Clinton Brown" <clinton@brownrealtygrp.com> |
| Subject: | Re: Fwd: Escrow for Refinance |
| Date: | Thu, June 17, 2021 2:01 pm |
| To: | Jeremy@titlefirstutah.com |

Thank you! Do I sign anything? When can we close?

On Thu, Jun 17, 2021 at 10:11 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:
Attached is the PR for this property. I will send a copy to your lender as well. Thanks

> Jeremy,
>
> Left you a voicemail. What do I need to do to get this closed?
>
>
> Thank you,
> Clinton
>
> ---------- Forwarded message ---------
> From: Clinton Brown <clinton@brownrealtygrp.com>
> Date: Wed, Jun 9, 2021 at 5:05 PM
> Subject: Escrow for Refinance
> To: jeremy@titlefirstutah.com <jeremy@titlefirstutah.com>
>
>
> Jermey,
>
> Hope you are well. I will be refinancing APN 8710-1  and can you please
> facilitate that? I will be paying off the 1st and adding a new 1st for
> $200,000.
>
> The lender's contact information is:
>
> Steve Smead
> Stsmead@gmail.com
> (805) 200-7411
>
> Do you need a contract or can we just write the escrow instructions? This
> is a private lender and I'm hoping that we can expedite this process, if
> possible, because I'm using the proceeds from my refinance to close on
> another property.
>
> Thank you,
> Clinton
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*
> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*

EXH 1-4

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

EXH 1-5

2



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

How was your experience with Brown Realty Group?

Click to rate your experience with Brown Realty Group

3

EXH 1-6

6/18/20, Case 2:23-cv-02938-MEMF-KS    Document 129    Filed 01/22/26    Page 7 of 10   Page ID
Deed of Trust for 8710-1
#:1905

| | |
|---|---|
| From: | "Clinton Brown" <clinton@brownrealtygrp.com> |
| Subject: | Deed of Trust for 8710-1 |
| Date: | Fri, June 18, 2021 2:23 pm |
| To: | "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com> |
| Cc: | "STEVE SMEAD" <stsmead@gmail.com> |

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,
Clinton

--



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*
Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 1.2 k |
| Type: | text/plain |

EXH 1-7

jeremy@titlefirstutah.com

| | |
|---|---|
| From: | STEVE SMEAD <stsmead@gmail.com> |
| Sent: | Monday, June 21, 2021 6:51 PM |
| To: | jeremy@titlefirstutah.com |
| Subject: | Re: Deed of Trust for 8710-1 |
| Flag Status: | Flagged |

Steve Smead is fine.  My address should be: 352 E. Harvard Blvd.  Santa Paula,  CA 93060

On Mon, Jun 21, 2021 at 2:14 PM <jeremy@titlefirstutah.com> wrote:

> Clinton and Steve,
>
> Attached is the settlement statement for you to approve. Please let me know if there are any changes you want made.
>
> Steve, on the Note and D.O.T., do you want the beneficiary to read "Steve Smead"? Once I know exactly the name you want on the documents, I will finish them up, and send to you for approval prior to sending to Clinton for signature.
>
> *Thank you,*
>
> *Natalia Van Wyk, Assistant*
>
> Titlefirst Title Insurance Agency, LLC
>
> P.O. Box 849
>
> 5 South Main
>
> Beaver, UT 84713
>
> Ph. 435-438-5621
>
> Fx. 435-438-5671

*[handwritten: 16821 edgar st. Pacific Palisades 90272]*

EXH 1-8

1

SMEAD PRODUCTION 9/18/25                          S 301

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

EXH 1-9

2



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

How was your experience with Brown Realty Group?

Click to rate your experience with Brown Realty Group

3

EXH 1-10