# 00224646

B: 740 P: 669    Fee $40.00
Sierra Dickens, Millard Recorder    Page 1 of 2
03/08/2023 11:35:34 AM    By TITLEFIRST

After recording, mail to:
Steve Smead
352 E. Harvard Blvd.
Santa Paula, CA 93060

## TRUSTEE'S DEED

THIS INDENTURE made March 8, 2023, between *TitleFirst Title Insurance Agency, LLC* as Trustee, and *Steve Smead*, as Grantee, of 352 E. Harvard Blvd. Santa Paula, CA 93060

NOW, THEREFORE, Trustee in consideration of the premises recited and of the sum below mentioned bid and paid by Grantee, the receipt whereof is hereby acknowledged, and by thee presents, GRANT AND CONVEY unto Grantee, but without warranty, express or implied, the following described real property situated in MILLARD County, Utah:

**The Southwest quarter of Section 16, Township 25 South, Range 9 West, Salt Lake Base and Meridian.**

**Together with A Private easement for ingress and egress for roadway and utility purposes across the following land.**

**State of Utah, County of Millard**
**The Eastern 33 feet of the Northern 700 feet of Section 21, Township 25 South, Range 9 West.**

**The above easement is to be an appurtenant to and for access to the Grantee's land and all future owners of any land located within the boundary of: South half Section 16, Township 25 South, Range 9 West, Salt Lake Base an Meridian.**

**Tax Parcel No. 8710-1**

**Along with 1.73 ACFT of underground water as evidenced by Water Right No. 71-5613 as filed in the office of the State Engineer.**

### Recitals

A.  This conveyance is made pursuant to the powers conferred on Grantor by:
    1.  That Trust Deed dated **June 22, 2021**, executed by **Clinton Brown** , Trustor, to **TitleFirst Title Insurance Agency, LLC**, Trustee, with **Steve Smead** as Beneficiary, recorded **June 29, 2021** as Entry No.**00215042** , in Book 703, at Page 381, official records of **Millard** County, Utah, conveying the property described above as security for the promissory note and other obligations as set forth in the Trust Deed.

B.  After satisfaction of the conditions authorizing this conveyance specified in said Trust Deed and by law, as follows:

    1.  Breach and default occurred under the provisions of the Trust Deed in the manner set forth in the Notice of Default referred to below, such default continuing until time of sale.

    2.  The then holder of the note secured by said Trust Deed and beneficiary under same; caused the Trustee to execute a written Notice of Default and of election to sell, which notice was duly recorded on **August 29, 2022** , as entry No.**00221473** , in Book 731 , at Page 548 , official records of Millard County, Utah.

    3.  Not later than ten days after said Notice of Default was recorded, the Trustee duly mailed or otherwise provided in the manner required, all copies of such notice required under the Trust Deed or by law, including notice to the Trustor at its proper address and to all who properly filed for record Requests for Notice.

4.      The Trustee, in consequence of the foregoing and of the passage of at least three months after said Notice of Default was recorded, executed its notice of Sale declaring the time and place of sale to be on **March 8, 2023** at the hour of **11:00 A.M.**, at **Main Entrance, Millard County Courthouse, 765 s. Highway 99, Fillmore, UT 84631**, in the County of Millard , State of Utah, and particularly describing the property and setting out the conditions of sale, and gave such notice of sale as follows:

a.      By posting such notice at least twenty days prior to the date of sale in a conspicuous place on the property to be sold and in at least three public places of the city or county in which the property to be sold is situated, as follows:

b.      By publishing such notice in **Millard County Chronicle Progress,** a newspaper of general circulation in Millard County, Utah, three times, once a week for three consecutive weeks on  : **February 8, 15, and 22nd, 2023**

c.      By mailing copies of such notice, at least twenty days prior to sale, to those having the right to receive them under the Trust Deed and by law, including the Trustor thereunder.

5.      At the time and place of sale specified above, the Trustee duly sold at public auction to Grantee, **STEVE SMEAD** the highest bidder therefor, the above described property for the sum price of **$220,923.20** (opening bid in favor of Steve Smead) , lawful money of the United States by the Satisfaction **FULL** indebtedness then secured by said Deed of Trust.

6.      All other applicable Utah Statutory provision or Trust Deed terms have been complied with as to acts to be performed and notice to be given.

IN WITNESS THEREOF, said TITLEFIRST TITLE INSURANCE AGENCY, LLC, as Trustee, has caused its corporate name and seal to be hereto affixed this 8th day of March, 2023.

Attest:

TITLEFIRST TITLE INSURANCE AGENCY, LLC

Jeremy R. Gale, Manager

STATE OF UTAH          )
                                        :ss.
COUNTY OF BEAVER    )

On the 8th of March, 2023, personally appeared before me Jeremy R. Gale who being by me duly sworn, did say, each and for himself, that the said Jeremy R. Gale, is the Managing Member of TITLEFIRST TITLE INSURANCE AGENCY, LLC and that the within and foregoing instrument was signed in behalf of said company by authority of resolution of its board of directors and said, Jeremy R. Gale each duly acknowledged to me that said Company executed the same and that the seal affixed is the seal of the said company.

Natalia VanWyk
Notary Public



**NATALIA VAN WYK**
Notary Public
State of Utah
My Commission Expires 12/06/2024
COMMISSION NUMBER 715338

**00224646**
B: 740 P: 670     Fee $40.00
Sierra Dickens, Millard Recorder     Page 2 of 2
03/08/2023 11:35:34 AM   By TITLEFIRST