# PROMISSORY NOTE SECURED BY DEED OF TRUST
## (This Note contains an Acceleration Clause)
### PARTIALLY AMORTIZED BALLOON PAYMENT NOTE
### BUSINESS PURPOSE LOAN

Loan Number: RMF4026550  
Loan Amount: $170,000.00

Property Address: APN: 4451-015-021, MALIBU, CA 90265  
BURLINGAME, California

MARCH 16, 2020

In installments as herein stated, for value received, CLINTON BROWN, A SINGLE MAN, the undersigned Borrower(s), promise to pay to EXHIBIT D, the Beneficiary, or order, at a place that may be designated by the Beneficiary, the sum of: $170,000.00, ONE HUNDRED SEVENTY THOUSAND DOLLARS exactly with interest from the date of funding on the unpaid principal at the rate of 12.99% percent per annum, payable in 24 partially amortizing installments of $1,850.79 each, beginning on 05/01/2020, and continuing MONTHLY ON THE FIRST DAY OF EACH MONTH thereafter until maturity, 04/01/2022, at which time all sums of principal and interest then remaining unpaid shall be due and payable in full. Interest shall be calculated on a 360 day year and on an ordinary annuity calculation basis. At the option of the Beneficiary, each payment shall be credited first on interest then due, then on late charges, then on advances, then on fees and the remainder on principal; and interest shall thereupon cease upon the principal so credited.

**Default of payment.** Upon default in any payment of any installment, then the balance of this obligation shall become due immediately at the option of the Holder hereof. Principal, interest, and all funds due Beneficiary payable in lawful money of the United States of America. Except where federal law is applicable, this Note shall be construed and enforceable according to the laws of the State of California for all purposes and any terms herein inconsistent therewith are hereby modified to conform to said law at the time of signing of these loan documents. Time is of the essence for each and every obligation under this Note.

---

THE FOLLOWING PROVISIONS MAY RESULT IN THE COMPOUNDING OF INTEREST ON YOUR LOAN

At the option of the Beneficiary, if any payment should be insufficient to pay the interest then due, the balance of interest remaining shall be added to principal and will bear interest at the Note rate as the principal.

At the option of the Beneficiary, if any principal and/or interest installments, late charges, advances and/or costs should be repaid through or by any forbearance, bankruptcy plan or similar repayment plan or foreclosure, the total sum of these amounts will bear interest at the Note rate from the date due or advanced until the date repaid.

---

If this Note is not paid when due, the Borrower(s) promise to pay, in addition to the principal and interest due under this Note, all costs of collection and any reasonable attorneys' fees incurred by the Beneficiary thereof on account of such collection, whether or not suit is filed hereon. Each Borrower consents to renewals, replacements, and extensions of time for payment hereof before, at, or after maturity; consents to the acceptance of security for this Note and waives demand, protest and any applicable statute of limitations. Advances shall bear interest at the interest rate stated in the note or the "Default" interest, whichever is higher, from date of advance until date paid in full.

**Payment late charge.** If any installment due hereunder is delinquent more than 10 days, the Borrower to this Note agrees to pay a late charge on each installment of $5.00 or 10.00% of the delinquent payment, whichever is larger. All late charges are to be paid immediately on demand.

Page 1 of 3

EXH 11-1

**Balloon late charge.** In addition, if any balloon payment is delinquent more than TEN days, the borrower will be charged **$17,000.00** as liquidated damages.

Borrower acknowledges that its failure to make timely payments under this Note will cause Lender to incur additional expenses in servicing and processing the Loan and that it is extremely difficult and impractical to determine those additional expenses. Borrower agrees that the late charges provided for in this Note represent fair and reasonable estimates taking into account all circumstances existing on the date of this Note, of the additional expenses Lender will incur by reason of such late payments. The late charges are payable in addition to, and not in lieu of, any default interest provided below.

**Return check charge.** Borrower and Beneficiary agree that it would be difficult to determine the actual damages to the Beneficiary or Beneficiary's agent for the return of an unpaid check provided by Borrower. It is hereby agreed that Borrower will pay the sum equal to 5% of the amount returned or $25.00, whichever is greater. However, in any event the maximum charge for an unpaid check is not to exceed the sum of $35.00. This amount is in lieu of any statutory monetary penalty, if any; however, Beneficiary does not waive any other rights that may be awarded under any statute. Should Borrower have two or more returned checks, for any reason, during the life of the loan, Beneficiary may demand that Borrower make payments in the form of cash, cashiers check or money order.

**Right to assign.** The holder of this Note shall have the right to sell, assign, or otherwise transfer, either in part or in its entirety, this Note, the Deed of Trust, and other instruments evidencing or securing the indebtedness of this Note to one or more investors without Borrower's consent.

**Prepayment penalty.** The principal and accrued interest on this loan may be prepaid in whole or in part at any time without penalty, however, Beneficiary is guaranteed to receive a minimum of **6 months** interest based on the original principal balance together with any interest paid or due in escrow.

**Default interest.** Should Borrower default on any terms and conditions of this loan, Borrower shall pay a default interest rate in the amount **6.00%** per annum, in addition to the current rate of 12.99%, based on the principal balance and on all outstanding advances and advances to be made after default has occurred. Default interest shall commence as of the date of the default and shall continue until such time default has been cured or loan has been paid off.

**Advancing Fee.** For any advances made to senior encumbrances and/or obligations to protect the Beneficiary's interest in this Note, there will be an advancing fee equal to three (3%) of the amount so advanced subject with a minimum fee of fifty dollars ($50) per advance (per lender). Advances will bear interest at the same rate that is charged on the principal of this Note from the date of advancement to such date when all monies are paid in full in the form of cash and/or certified funds. ALL ADVANCES TO BE REPAID AT NOTE RATE OR DEFAULT INTEREST RATE, WHICHEVER ONE IS HIGHER, FROM DATE OF ADVANCE UNTIL DATE FUNDS ARE RECEIVED BY BENEFICIARY.

**Oral Representations.** The undersigned Borrower hereby states that the Beneficiary, their representative(s) nor any employee RUSHMYFILE, INC. has alluded to, given actual details(s) or discussed other terms of this loan other than what has been agreed to in writing.

**SEVERABILITY; ENTIRE AGREEMENT; AMENDMENTS.** The parties intend that the provisions of this Instrument and all other Loan Documents, including the Deed of Trust securing the indebtedness, shall be legally severable. If any term or provision of this Instrument or any other Loan Document, including the Deed of Trust securing the indebtedness, be determined to any extent by a court of competent jurisdiction to be invalid or unenforceable, the remainder of this Instrument or of such other Loan Document, including the aforesaid Deed of Trust, shall not be affected thereby and each term and provision shall be valid and be enforceable to the fullest extent permitted by law. This Instrument and the aforesaid Deed of Trust contains the entire agreement among the parties as to the rights granted and the obligations assumed in this Instrument. This Instrument may not be amended or modified except by a writing signed by the party against whom enforcement is sought.

EXH 11-2

SMEAD PRODUCTION 9/18/25          S 006

**Binding.** This Note and all of the covenants, promises and agreements contained in it shall be binding on and insure to the benefit of the respective legal and personal representatives, devisees, heirs, successors, and assigns of the Borrower and the Beneficiary.

**Acceleration clause.** This Note is secured by a First Deed of Trust of even date herewith which contains the following provision:

In the event of sale or transfer, conveyance or alienation of said real property, or any part thereof, or any interest therein, whether voluntary or involuntary (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred), Beneficiary shall have the right of acceleration, at its option, to declare the Note secured by the Deed of Trust, irrespective of the maturity date expressed therein, and without demand or notice, immediately due and payable. No waiver of this right shall be effective unless it is in writing. Consent by the Beneficiary to one such transaction shall not constitute waiver of the right to require such consent to succeeding transactions.

This Note is secured by a Deed of Trust to **SUPERIOR LOAN SERVICING**, as Trustee.

_____     __4/14/20_____
CLINTON BROWN– Borrower                                           /Date

_____     _____
– Co-Borrower                                                                    /Date

INTENTIONALLY BLANK

DO NOT DESTROY THIS NOTE: When paid, this Note, with Deed of Trust securing same, must be surrendered to the Trustee for cancellation before reconveyance or Trustee's Deed. This loan was originated by RUSHMYFILE, INC., License No. 01893519, NMLS No. 396905, a company licensed by the Bureau of Real Estate (formerly the Department of Real Estate).

Page 3 of 3

EXH 11-3

# Exhibit D

**LENDER VESTING**

STEVE SMEAD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

| Lenders | % Ownership | Amount |
|---|---|---|
| STEVE SMEAD | 100.0% | $170,000.00 |

EXH 11-4

SMEAD PRODUCTION 9/18/25     S 008

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303
Loan Number: RMF4026550

Property Address
APN: 4451-015-021
MALIBU, CA 90265

APN: 4451-015-021

2nd TD Malibu

SPACE ABOVE THIS LINE FOR RECORDERS USE

# DEED OF TRUST
# AND ASSIGNMENT OF RENTS

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19, 20 and 22. Certain rules regarding the usage of words used in this document are also provided in Section 15.

(A) "Security Instrument" means this document, which is dated MARCH 16, 2020, together with all Riders to this document.

(B) "Borrower" is CLINTON BROWN, A SINGLE MAN. Borrower is the trustor under this Security Instrument. Borrower's mailing address is: 10226 REGENT STREET, LOS ANGELES, CA 90034.

(C) "Lender" is EXHIBIT D. Lender is the beneficiary under this Security Instrument.

(D) "Trustee" is SUPERIOR LOAN SERVICING, to whom Borrower irrevocably grants, transfers and assigns property, in Trust, with Power of Sale.

(E) "Note" means the promissory note signed by Borrower and dated MARCH 16, 2020. The Note states that Borrower owes Lender ONE HUNDRED SEVENTY THOUSAND DOLLARS exactly (U.S. $170,000.00) plus interest.

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all riders to this Security Instrument that are executed by Borrower. The following riders are to be executed by Borrower : Assignment of Rents and Profits; Security Agreement and Protection of Lenders' Security Rider.

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) "Community Association Dues, Fees and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) **"Escrow Items"** mean those items that are described in Section 3.

(M) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5 for (i) damage to, or destruction of, the Property, (ii) condemnation or other taking of all or any part of the Property, (iii) conveyance in lieu of condemnation or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (1) principal and interest under the Note, plus (2) any amounts under Section 3 of this Security Instrument.

(P) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (a) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (b) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County of **LOS ANGELES**, which currently has the address of **APN: 4451-015-021, MALIBU, CA 90265** and fully described as:

**SEE LEGAL DESCRIPTION ATTACHED**

APN # 4451-015-021

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and nonuniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash, (b) money order, (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity or (d) Electronic Funds Transfer. Additionally, Lender can require payment due to senior encumbrances, including insurance, in the forms listed above.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 14. Lender may return any payment(s) or partial payment(s) if the payment(s) or partial payments are insufficient to bring the Loan current. Lender may accept any payment(s) or partial

SMEAD PRODUCTION 9/18/25     S 010     EXH 11-6

# BORROWER STATEMENT OF ACCOUNT



**SUPERIOR** Loan Servicing
*"superior service for superior clients"*

Payment Remittance Address: **File 1996**
**1801 W Olympic Blvd**
**Pasadena, CA 91199-1996**

7525 Topanga Canyon Blvd., Canoga Park, CA 91303
p (818) 483-0027 | f (818) 876-0337 | info@superiorloanservicing.com

**BORROWER**

Clinton Brown
10226 Regent Street
Los Angeles CA 90034

| ACCOUNT NO. | RMF4026550 |
|---|---|
| STATEMENT DATE | 4/7/2021 |

**STATEMENT SUMMARY**

| | |
|---|---|
| Statement Period | 4/1/2020 - 4/7/2021 |
| Principal Balance | $169,911.97 |
| Reserve Balance | $0.00 |
| Impound Balance | $0.00 |
| Unpaid Late Charges | $718.30 |
| Unpaid Charges | $126.90 |
| Unpaid Interest | $0.00 |
| Regular Payment | $1,850.79 |
| Note Rate | 12.990% |
| Interest Paid in 2021 | $7,358.40 |
| Property: APN 4451-015-021 Malibu CA 90265 | |

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## ACCOUNT ACTIVITY

| Transaction Date | Pmt Due Date | Reference | Description | Transaction Amount | Interest | Principal | Late Chgs | Other | Trust | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | | $0.00 |
| 4/21/2020 | | FUNDING | Funds Advanced | ($170,000.00) | $0.00 | ($170,000.00) | $0.00 | $0.00 | $0.00 | $170,000.00 |
| 4/30/2020 | 5/1/2020 | RESERVES | Payment - Thank You | $0.00 | $613.42 | $0.00 | $0.00 | $0.00 | ($613.42) | $170,000.00 |
| 4/30/2020 | | Housingfee | Affordable Housing Recording Fee | ($75.00) | $0.00 | $0.00 | $0.00 | ($75.00) | $0.00 | $170,000.00 |
| 6/9/2020 | 6/1/2020 | CK11409298 | Payment - Thank You | $350.79 | $1,840.25 | $10.54 | $0.00 | $0.00 | ($1,500.00) | $169,989.46 |
| 6/9/2020 | | CK11409301 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,989.46 |
| 6/9/2020 | | CK11409300 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,989.46 |
| 6/9/2020 | | CK11409299 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,989.46 |
| 7/9/2020 | 7/1/2020 | CK4097666 | Payment - Thank You | $351.00 | $1,840.14 | $10.86 | $0.00 | $0.00 | ($1,500.00) | $169,978.60 |
| 7/9/2020 | | CK4097669 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,978.60 |
| 7/9/2020 | | CK4097668 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,978.60 |
| 7/9/2020 | | CK4097667 | Payment - Other | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $169,978.60 |
| 8/6/2020 | 8/1/2020 | CK1113711 | Payment - Thank You | $851.00 | $1,840.02 | $10.98 | $0.00 | $0.00 | ($1,000.00) | $169,967.62 |
| 8/6/2020 | | CK1113710 | Payment - Other | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $169,967.62 |
| 9/3/2020 | 9/1/2020 | CK4508356 | Payment - Thank You | $1,850.79 | $1,839.90 | $10.89 | $0.00 | $0.00 | $0.00 | $169,956.73 |
| 10/23/2020 | 10/1/2020 | CK2032697 | Payment - Thank You | $1,850.79 | $1,839.78 | $0.00 | $11.01 | $0.00 | $0.00 | $169,956.73 |
| 10/23/2020 | | CK2032697 | Late Charge | ($185.08) | $0.00 | $0.00 | ($185.08) | $0.00 | $0.00 | $169,956.73 |
| 12/7/2020 | | Denial | CA AB3088 Denial Letter | ($6.90) | $0.00 | $0.00 | $0.00 | ($6.90) | $0.00 | $169,956.73 |
| 12/31/2020 | 11/1/2020 | PAYMENT | Payment - Thank You | $0.00 | $1,839.78 | $0.00 | $11.01 | $0.00 | ($1,850.79) | $169,956.73 |
| 12/31/2020 | | PAYMENT | Late Charge | ($185.08) | $0.00 | $0.00 | ($185.08) | $0.00 | $0.00 | $169,956.73 |
| 12/31/2020 | | 0137998 | Payment - Other | $1,850.79 | $0.00 | $0.00 | $0.00 | $0.00 | $1,850.79 | $169,956.73 |
| 1/4/2021 | 12/1/2020 | 0138216 | Payment - Thank You | $1,850.79 | $1,839.78 | $11.01 | $0.00 | $0.00 | $0.00 | $169,945.72 |
| 1/4/2021 | | 0138216 | Late Charge | ($185.08) | $0.00 | $0.00 | ($185.08) | $0.00 | $0.00 | $169,945.72 |
| 1/5/2021 | 1/1/2021 | 0138450 | Payment - Thank You | $1,850.79 | $1,839.66 | $11.13 | $0.00 | $0.00 | $0.00 | $169,934.59 |
| 2/12/2021 | 2/1/2021 | 0141967 | Payment - Thank You | $1,850.79 | $1,839.54 | $11.25 | $0.00 | $0.00 | $0.00 | $169,923.34 |
| 2/12/2021 | | 0141967 | Late Charge | ($185.08) | $0.00 | $0.00 | ($185.08) | $0.00 | $0.00 | $169,923.34 |
| 2/16/2021 | | 0141967 | NSF | ($1,850.79) | ($1,839.54) | ($11.25) | $0.00 | $0.00 | $0.00 | $169,934.59 |
| 2/16/2021 | | 0141967 | Late Charge | $185.08 | $0.00 | $0.00 | $185.08 | $0.00 | $0.00 | $169,934.59 |
| 2/16/2021 | | | NSF Payment Charge | ($45.00) | $0.00 | $0.00 | $0.00 | ($45.00) | $0.00 | $169,934.59 |
| 2/22/2021 | 2/1/2021 | 0143089 | Payment - Thank You | $1,850.79 | $1,839.54 | $11.25 | $0.00 | $0.00 | $0.00 | $169,923.34 |
| 2/22/2021 | | 0143089 | Late Charge | ($185.08) | $0.00 | $0.00 | ($185.08) | $0.00 | $0.00 | $169,923.34 |
| 3/1/2021 | 3/1/2021 | 0143667 | Payment - Thank You | $1,850.79 | $1,839.42 | $11.37 | $0.00 | $0.00 | $0.00 | $169,911.97 |
| | | | | $19,011.69 | ($169,911.97) | ($718.30) | ($126.90) | ($613.42) | | |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| | | | Balance Forward | | | $0.00 |
| 4/29/2020 | 88993 | Clinton Brown | Prepaid Interest | | $613.42 | $613.42 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| 4/30/2020 | RESERVES | Clinton Brown | Borrower Payment | $613.42 | | $0.00 |
| 6/9/2020 | CK11409298 | Clinton Brown | Borrower Payment | $1,500.00 | | ($1,500.00) |
| 6/9/2020 | CK11409299 | Clinton Brown | Borrower Payment | | $500.00 | ($1,000.00) |
| 6/9/2020 | CK11409300 | Clinton Brown | Borrower Payment | | $500.00 | ($500.00) |
| 6/9/2020 | CK11409301 | Clinton Brown | Borrower Payment | | $500.00 | $0.00 |
| 7/9/2020 | CK4097666 | Clinton Brown | Borrower Payment | $1,500.00 | | ($1,500.00) |
| 7/9/2020 | CK4097667 | Clinton Brown | Borrower Payment | | $500.00 | ($1,000.00) |
| 7/9/2020 | CK4097668 | Clinton Brown | Borrower Payment | | $500.00 | ($500.00) |
| 7/9/2020 | CK4097669 | Clinton Brown | Borrower Payment | | $500.00 | $0.00 |
| 8/6/2020 | CK1113710 | Clinton Brown | Borrower Payment | | $1,000.00 | $1,000.00 |
| 8/6/2020 | CK1113711 | Clinton Brown | Borrower Payment | $1,000.00 | | $0.00 |
| 12/31/2020 | PAYMENT | Clinton Brown | Borrower Payment | $1,850.79 | | ($1,850.79) |
| 12/31/2020 | 0137998 | Clinton Brown | Borrower Payment | | $1,850.79 | $0.00 |
| | | | | $6,464.21 | $6,464.21 | |

## OUTSTANDING CHARGES AND ADVANCES

| Date of Charge | Reference | Description | | Interest Rate | Original Amount | Unpaid Balance | Accrued Interest | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| 4/30/2020 | Housingfee | Affordable Housing Recording Fee | D | 0.000% | $75.00 | $75.00 | $0.00 | $75.00 |
| 12/7/2020 | Denial | CA AB3088 Denial Letter | | 0.000% | $6.90 | $6.90 | $0.00 | $6.90 |
| 2/16/2021 | | NSF Payment Charge | | 0.000% | $45.00 | $45.00 | $0.00 | $45.00 |
| | | | | | $126.90 | $126.90 | $0.00 | $126.90 |

EXH 11-8