8/10/2025

# Dep.:Mortg. Int. Inc.
## 1/1/2020 through 4/1/2023

Melibu2 Payments

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/20/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #1 4/21... | Dep.:Mortg. In... | Malibu... | R | 606.75 |
| 6/17/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #1 4/21... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 7/20/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #2 June... | Dep.:Mortg. In... | Malibu... | R | 1,830.79 |
| 8/10/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #2 July... | Dep.:Mortg. In... | Malibu... | R | 1,831.00 |
| 8/15/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #3 Aug... | Dep.:Mortg. In... | Malibu... | R | 1,830.79 |
| 10/16/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #4 Sept... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 11/12/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #5 Oct... | Dep.:Mortg. In... | Malibu... | R | 1,826.94 |
| 12/16/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #6 Nov... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 1/28/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt #7 Dec... | Dep.:Mortg. In... | Malibu... | R | 1,826.94 |
| 2/28/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt #8 Jan... | Dep.:Mortg. In... | Malibu... | R | 1,830.79 |
| 3/24/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb Ck | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 5/3/2021 | SS RENTALS | EFT | BANK OF TH... | Payment Mal... | Dep.:Mortg. In... | Malibu... | R | 3,000.00 |
| 5/21/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb. Ck | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 6/21/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb Ck | Dep.:Mortg. In... | Malibu... | R | 2,980.00 |
| 7/27/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt July, Ck | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 8/20/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt July. Ck | Dep.:Mortg. In... | Malibu... | R | 2,980.00 |
| 9/8/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 10/18/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu... | R | 2,980.00 |
| 11/17/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 12/29/2021 | SS RENTALS | DEP | S | Pmt Sept. C... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 1/26/2022 | SS RENTALS | DEP | S BANK OF TH... | Pmt OCT. C... | Dep.:Mortg. In... | Malibu... | R | 2,980.00 |
| 2/18/2022 | SS RENTALS | DEP | S BANK OF TH... | Pmt OCT. C... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 3/30/2022 | SS RENTALS | DEP | S | Pmt OCT, C... | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 4/22/2022 | SS RENTALS | DEP | S BANK OF TH... | Pmt Nov. Ck | Dep.:Mortg. In... | Malibu... | R | 2,980.00 |
| 5/12/2022 | SS RENTALS | DEP | S BANK OF TH... | Pmt Nov. Ck | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 6/27/2022 | SS RENTALS | DEP | S BANK OF TH... | Pmt Nov. Ck | Dep.:Mortg. In... | Malibu... | R | 0.00 |
| 1/1/2020 - 4/1/2023 | | | | | | | | 34,976.58 |

TOTAL INFLOWS 34,976.58

TOTAL OUTFLOWS 0.00

NET TOTAL 34,976.58

Page 1

SMEAD PRODUCTION 9/18/25         S 449         EXH 13