**This page is part of your document - DO NOT DISCARD**

## 20221142021



Pages: 0003

**Recorded/Filed in Official Records Recorder's Office, Los Angeles County, California**

**12/07/22 AT 08:00AM**

| | |
|---|---:|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



**LEADSHEET**



202212071000003

00023016446



013812078

SEQ:
01

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E475702        2190565CAD_Package_

SMEAD PRODUCTION 9/18/25        S 020        EXH 14-1

WFG National Default Services

RECORDING REQUESTED BY:
Superior Loan Servicing

AND WHEN RECORDED TO:
Steve Smead
352 E. Harvard Blvd
Santa Paula, Ca 93060

Forward Tax Statements to
The address given above

---

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 2022-01537  
Loan #: BRG-051321

Order #: 2190565CAD

## TRUSTEE'S DEED UPON SALE

A.P.N.: 4451-015-021                               Transfer Tax: $NONE

THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3
The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $372,338.14
The Amount Paid by the Grantee was $372,338.14
Said Property is in the City of **Malibu**, County of **Los Angeles**

**Superior Loan Servicing**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Steve Smead, a married man as his sole and separate property, as to an undivided 100.000% interest**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of California, described as follows: Lot 182 of Tract 10570, in the City of Malibu, County of Los Angeles, State of California, as per map recorded in Book 161 Pages 36 to 42 inclusive of maps, in the office of the county recorder of Los Angeles County, State of California. Excepting therefrom all Minerals, Oil, Petroleum Asphaltum, Gas, Coal, Hydrocarbon substances and water contained in on, within and under said lands and every part thereof, this reservation shall not reserve or shall it be construed as reserving to grantor the right to go upon said lands for the purpose of Extracting any of said substance.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **Clinton Brown a Single Man** as Trustor, dated **5/14/2021** of the Official Records in the office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **5/21/2021**, instrument number **20210822632**, Book , Page of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

ACCOMODATION
This Document delivered to Recorder
As an accomodation only at the
Express request of the parties hereto.
It has not been examined as to
its effect or validity

# TRUSTEE'S DEED UPON SALE

TS #: 2022-01537
Loan #: BRG-051321
Order #: 2190565CAD

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **1/4/2023**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$372,338.14**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Superior Loan Servicing**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 1/4/2023

Superior Loan Servicing, by Asset Default Management, Inc., as Agent for Trustee

By: _____ /s/ Julie Taberdo _____
Julie Taberdo, Sr. Trustee Sale Officer

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Los Angeles

On 1/4/2023 before me, Donna Ex, Notary Public Personally appeared, Julie Taberdo who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ /s/ Donna Ex _____
Notary Name                    (Seal)

DONNA EX
Notary Public - California
Los Angeles County
Commission # 2342218
My Comm. Expires Jan 18, 2025

EXH 14-3

SMEAD PRODUCTION 9/18/25     S 022