RECORDED AT THE REQUEST OF
CHICAGO TITLE - INLAND EMPIRE

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME        Steve Smead

STREET
ADDRESS     352 E. Harvard Blvd.

CITY, STATE &
ZIP CODE    Santa Paula CA 93060

Electronically
Recorded in Official Records
San Bernardino County
Bob Dutton
Assessor-Recorder-County Clerk

## DOC# 2022-0251090

| | | | |
|---|---|---|---|
| 07/19/2022 | | Titles: 1 | Pages: 3 |
| 04:38 PM | | | |
| SAN | | Fees | $32.00 |
| | | Taxes | $0.00 |
| I5190 | | CA SB2 Fee | $0.00 |
| | | Total | $32.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## Corporation Assignment of Deed of Trust

### Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective July 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

Reason for Exemption:

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☑ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on 11/10/202_ (date) as document number _/_____ of Official Records. (Cap. $225.00)

2020-0446977

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EXH 17-1

**RECORDING REQUESTED BY:**

**AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:**

Steve Smead
352 E Harvard Blvd
Santa Paula CA 93060

7/02012953                                    THIS SPACE FOR RECORDER'S USE ONLY:

## CORPORATION ASSIGNMENT OF DEED TO TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to **Steve Smead** all beneficial
interest under that certain Deed of Trust dated **August 21, 2020** executed by **Clinton Brown**, Trustor, to
**Chicago Title Company, A California Corporation**, Trustee, and recorded as Instrument No. 2020-0446978,
on **November 10, 2020**, of Official Records in the County Recorders Office of San Bernardino California,
describing land therein as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
A.P. # 0490-091-09-0-000 & 0490-091-19-0-000

Together with the note or notes therein described or referred to, the money due and to become due thereon with
interest, and all rights accrued or to accrue under said Deed of Trust.

Dated June 13, 2022                          American Pacific Investments

                                             By: _____

                                             Iqbal Ahmed

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document
to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_
On _07-08-2022_ before me, _ELIZABETH SMITH_ _____ A Notary Public personally
appeared _IQBAL AHMED_ _____ who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.
WITNESS my hand and official seal.

Signature _Elizabeth Smith_                  (Seal)

ELIZABETH SMITH
COMM. # 2404788
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JUNE 14, 2026

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS SHOWN ABOVE:

# EXH 17-2

SMEAD PRODUCTION 9/18/25                    S 163

## EXHIBIT "A"
### Legal Description

**For APN/Parcel ID(s):  0490-091-09-0-000 and 0490-091-19-0-000**

Parcel 1:  (APN: 0490-091-09-0-000)

The West ½ Of Section 20, Township 11 North, Range 4 West, San Bernardino Meridian, In The County Of San Bernardino, State Of California, According To The U.S. Government Survey Thereof.

Parcel 2:  (APN: 0490-091-19-0-000)

The West ½ Of The Southeast Quarter Of Section 20, Township 11 North, Range 4 West, San Bernardino Meridian, In The County Of San Bernardino, State Of California, According To The U.S. Government Survey Thereof.

EXH 17-3

# Exact Escrow

1025 Sentinel Drive, #106
La Verne, CA 91750
(909) 542-0162  Fax:  (909) 542-0172

*Purchase of 1st.*

Prepared by: SHANNON PACKARD

Printed: July 20, 2022  11:08am

## FINAL SETTLEMENT STATEMENT

**PROPERTY:** Vacant Land-42829 Harper Lake Road
Hinkley, CA 92347

**DATE:** July 20, 2022

**CLOSING/RECORD DATE:** July 19, 2022
**DISBURSEMENT DATE:** July 20, 2022

**ESCROW NO.:** 016432-SP1

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Deposit from Steve Smead | | 370,350.00 |
| | | |
| **PAYOFF CHARGES - American Pacific Investments** | | |
| **[Total Payoff $369,413.00]** | | |
| Principal Balance | 348,000.00 | |
| Interest on Principal Balance at 8.0000% from 10/10/2021 to 07/22/2022 | 21,808.00 | |
| Less Escrow & Title Fees | -395.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - Chicago Title Company** | | |
| Title - Lender Assignment of Mortgage | 200.00 | |
| Recording Assignment of TD | 32.00 | |
| Miscellaneous Recording Fees | 23.00 | |
| | | |
| **ESCROW CHARGES - Exact Escrow** | | |
| Title - Escrow Fee | 450.00 | |
| Title - Messenger Fee | 25.00 | |
| Title - Archive Fee | 30.00 | |
| Title - Wire Fee | 30.00 | |
| | | |
| **Total Refund to Steve Smead** | 147.00 | |
| **TOTAL** | $ 370,350.00 | $ 370,350.00 |

## SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

# EXH 17-4