8/10/2025

Page 1

## Cash Flow
### 1/1/2020 through 1/1/2023

*Weekly Loan Payments*

| Category | 1/1/2020 - 1/1/2023 |
|---|---|
| **INFLOWS** | |
| Dep. | |
|   Escrow Refund | 690.48 |
|   Mortg. Int. Inc. | 4,000.00 |
| TOTAL Dep. | 4,690.48 |
| **TOTAL INFLOWS** | 4,690.48 |
| **OUTFLOWS** | |
| Bank Charge | 27.50 |
| Loan service expence | 3,477.00 |
| Loan To Other | 150,000.00 |  *Jan, Feb, March, April Payment @ $1,000 each*
| Purchase TD | 370,350.00 | *2nd TD Purchased 1st TD*
| **TOTAL OUTFLOWS** | 523,854.50 |
| **OVERALL TOTAL** | -519,164.02 |

EXH 19