**Electronically**
**Recorded in Official Records**
**San Bernardino County**

**Assessor-Recorder-County Clerk**

**WFG National-Default Services**

RECORDING REQUESTED BY
**Same as below**

WHEN RECORDED MAIL TO

STEVE SMEAD
145 S. 8TH ST.
SANTA PAULA, CA 93060
Mail Tax Statement To:

SAME AS ABOVE

Trustee Sale No. CA-STS-22019423

**DOC# 2023-0021452**

| | | |
|---|---|---|
| 01/31/2023 08:34 AM | Titles: 1 | Pages: 2 |
| SAN | Fees | $39.00 |
| | Taxes | $0.00 |
| F3010 | CA SB2 Fee | $75.00 |
| | Total | $114.00 |

# TRUSTEE'S DEED

The undersigned grantor declares:
1. The Grantee herein was the foreclosing beneficiary.
2. The amount of the unpaid debt together with costs was $175,909.68.
3. The amount paid by the Grantee at the Trustee's Sale was $175,909.68.
4. The documentary transfer tax is $0.00.

**PEAK FORECLOSURE SERVICES, INC.,** a California corporation, as the duly appointed Trustee under the Deed of Trust hereinafter described (herein called TRUSTEE), hereby grants and conveys, but without warranty, express or implied, to:

STEVE SMEAD

Herein called GRANTEE, all of its right, title and interest in and to that certain property situate in the City of HINKLEY, County of SAN BERNARDINO, State of CALIFORNIA, described as follows:

THE WEST 1/2 AND THE WEST 1/2 OF THE SOUTHEAST QUARTER OF SECTION 20, TOWHNSHIP 11 NORTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF.

TAX PARCEL NO:    0490-091-09-0-000 AND 0490-091-19-0-000

This conveyance is made pursuant to the powers conferred upon TRUSTEE by that certain Deed of Trust executed by CLINTON BROWN, A SINGLE MAN, as Trustors recorded 11/10/2020 , as Instrument No. 2020-0446979, of Official Records in the office of the Recorder of SAN BERNARDINO County, State of CALIFORNIA, and after fulfillment of the conditions as specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on January 5, 2023, at the place named in the Notice of Sale, in the County of SAN BERNARDINO, CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount bid being $175,909.68, in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

**ACCOMODATIION**
This Document delivered to Recorder
As an accomodation only at the
Express request of the parties hereto.
It has not been examined as to
its effect or validity

Page 1 of 2

CA_TD

**EXH 20-1**

Trustee Sale No. CA-STS-22019423

Date:    1/30/2023

PEAK FORECLOSURE SERVICES, INC., Trustee

By _____

Lilian Solano, Authorized Signor

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF <u>California</u>

COUNTY OF <u>Los Angeles</u>

On <u>1/30/2023</u>, before me, <u>Kelli J. Espinoza</u> notary public personally appeared <u>Lilian Solano</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

KELLI J. ESPINOZA
Notary Public - California
Los Angeles County
Commission # 2364437
My Comm. Expires Jul 6, 2025

Page 2 of 2                    CA_TD

**EXH 20-2**

SMEAD PRODUCTION 9/18/25          S 176