**Date:** Thu, 16 Sep 2021 14:17:40 -0700
**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**To:** stsmead@gmail.com
**Cc:**
**Bcc:**
**Subject:** Common Stock Loan Request

Steve,

Hope you are enjoying your vacation. Please take a look at this and let me know if you'd be able to loan my company, Atlas, Inc. $100,000 against the company common stock.

**With this $100k I will be able to:**

1. Finish the Harper CUP which costs $29,000,

2. Receive a credit line from Brex that will allow me to ride out the next few months without worry until the Reg D offering begins near the end of November - The account requires a reserve of $50,000 and will allow a 10-20 times credit line on that account, so that would be in the account at all times.

3. Apply and reserve 1920 acres in Utah of BLM land near the fully CUP approved Utah project. We will be submitting several more BLM ROW-299 applications @ $15 an acre. This strategy, I believe, will allow for cheaper "acquisitions" leases for 25 years from BLM and we will be able to have a streamlined approval process for every project because the process is 99 percent the same in each BLM office. Also, as mentioned before, the 2020 Appropriations Bill signed into law last year allocates $25b in funding for BLM placement of solar with private companies.

4. Our application for a DOE loan guarantee has been submitted for Part 1 and is being reviewed. There are no application fees, so we will be applying for additional BLM/DOE projects.

5. Hire a full-time assistant, so I can get more things done.

6. Lastly, I'm putting together an Advisory Board for my company, Atlas, Inc. that brings together very experienced people I know and like. This Advisory Board will help me with securing a Reg D funding round with institutional investors from Castle Placement. with their experience and advice. There would be stock compensation for your time (which is really not much at all, a couple meetings here and there and maybe speaking with some of the institutional investors during the Reg D raise). Even if you don't loan me this money I'm requesting, I'd still like to have you on the Advisory Board. Call me crazy, but I believe in you too!

The Company that completed the 409a is an SEC Registered company and the 409a is an IRS document. So this is legit, believe it or not.

**How to proceed forward:**

1. If we are doing the 100k stock issuance for $100k cash, I will issue the stock and you will receive an email confirming that issuance from Adnales - an SEC regulated company that issues my company stock.

Each share is valued at a discounted rate of $13.59 per share and a retail value is $19.98 per share (see 409a Exhibit 1). The spread will be the return, which is quite generous but I'm only doing this once like this to move the company forward until we get the Reg D offering in place.

You will be issued 7,358 fully vested shares at $13.59 for a total of $100,000. You'd be able to exercise those options, if you so choose, after the closing of the Reg D offering at $19.98 per share or a total profit of $47,020. The timeline for this is by the end of the year at the latest.

2. Wire funds to:
The Atlas, LLC
c/o Clinton Brown
16821 Edgar Street
Pacific Palisades, CA 90272

Chase Bank
9801 Washington Blvd., Culver City, CA 90232
Account number:
702661338
Routing number:
021000021                                    BROWN_1346

3. Join the Advisory Board and let's make some millions!

EXH 53-1

I believe I owe you since May 2020 for Harper @ $1,000 a month. Is that what your record shows? Please confirm or let me know if I owe more.

I appreciate your consideration and would be happy to answer any questions.

Thank you,
Clinton

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**

Cell: 310-487-6453

Email: projects@atlasdevelopmentgroupllc.com

Website: www.atlasdevelopmentgroupllc.com

   

*Managing Director is a Broker*

*CalDRE:02047215*

EXH 53-2

**Date:** Tue, 28 Sep 2021 14:41:41 -0700
**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**To:** stsmead@gmail.com
**Cc:**
**Bcc:**
**Subject:** Fwd: Common Stock Loan Request

Steve,

Hope you are enjoying your vacation. Please take a look at this and let me know if you'd be able to loan my company, Atlas, Inc. $100,000 against the company common stock.

**With this $100k I will be able to:**

1. Finish the Harper CUP which costs $29,000,

2. Receive a credit line from Brex that will allow me to ride out the next few months without worry until the Reg D offering begins near the end of November - The account requires a reserve of $50,000 and will allow a 10-20 times credit line on that account, so that would be in the account at all times.

3. Apply and reserve 1920 acres in Utah of BLM land near the fully CUP approved Utah project. We will be submitting several more BLM ROW-299 applications @ $15 an acre. This strategy, I believe, will allow for cheaper "acquisitions" leases for 25 years from BLM and we will be able to have a streamlined approval process for every project because the process is 99 percent the same in each BLM office. Also, as mentioned before, the 2020 Appropriations Bill signed into law last year allocates $25b in funding for BLM placement of solar with private companies.

4. Our application for a DOE loan guarantee has been submitted for Part 1 and is being reviewed. There are no application fees, so we will be applying for additional BLM/DOE projects.

5. Hire a full-time assistant, so I can get more things done.

6. Lastly, I'm putting together an Advisory Board for my company, Atlas, Inc. that brings together very experienced people I know and like. This Advisory Board will help me with securing a Reg D funding round with institutional investors from Castle Placement. with their experience and advice. There would be stock compensation for your time (which is really not much at all, a couple meetings here and there and maybe speaking with some of the institutional investors during the Reg D raise). Even if you don't loan me this money I'm requesting, I'd still like to have you on the Advisory Board. Call me crazy, but I believe in you too!

The Company that completed the 409a is an SEC Registered company and the 409a is an IRS document. So this is legit, believe it or not.

**How to proceed forward:**

1. If we are doing the 100k stock issuance for $100k cash, I will issue the stock and you will receive an email confirming that issuance from Adnales - an SEC regulated company that issues my company stock.

Each share is valued at a discounted rate of $13.59 per share and a retail value is $19.98 per share (see 409a Exhibit 1). The spread will be the return, which is quite generous but I'm only doing this once like this to move the company forward until we get the Reg D offering in place.

You will be issued 7,358 fully vested shares at $13.59 for a total of $100,000. You'd be able to exercise those options, if you so choose, after the closing of the Reg D offering at $19.98 per share or a total profit of $47,020. The timeline for this is by the end of the year at the latest.

2. Wire funds to:
The Atlas, LLC
c/o Clinton Brown
16821 Edgar Street
Pacific Palisades, CA 90272

Chase Bank
9801 Washington Blvd., Culver City, CA 90232
Account number:
702661338
Routing number:
021000021

EXH 53-3

BROWN_1348

3. Join the Advisory Board and let's make some millions!

I believe I owe you since May 2020 for Harper @ $1,000/month. Is that what your record shows? Please confirm or let me know if I'm wrong.

I appreciate your consideration and would be happy to answer any questions.

Thank you,
Clinton

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

   

*Managing Director is a Broker*

*CalDRE:02047215*

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

   

*Managing Director is a Broker*

*CalDRE:02047215*

EXH 53-4

**Date:** Tue, 28 Sep 2021 14:42:15 -0700
**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**To:** stsmead@gmail.com
**Cc:**
**Bcc:**
**Subject:** Fwd: Common Stock Loan Request

Final Report

---------- Forwarded message ---------
From: **Clinton Brown** <projects@atlasdevelopmentgroupllc.com>
Date: Tue, Sep 28, 2021 at 2:41 PM
Subject: Fwd: Common Stock Loan Request
To: <stsmead@gmail.com>


Steve,

Hope you are enjoying your vacation. Please take a look at this and let me know if you'd be able to loan my company, Atlas, Inc. $100,000 against the company common stock.

**With this $100k I will be able to:**

1. Finish the Harper CUP which costs $29,000,

2. Receive a credit line from Brex that will allow me to ride out the next few months without worry until the Reg D offering begins near the end of November - The account requires a reserve of $50,000 and will allow a 10-20 times credit line on that account, so that would be in the account at all times.

3. Apply and reserve 1920 acres in Utah of BLM land near the fully CUP approved Utah project. We will be submitting several more BLM ROW-299 applications @ $15 an acre. This strategy, I believe, will allow for cheaper "acquisitions" leases for 25 years from BLM and we will be able to have a streamlined approval process for every project because the process is 99 percent the same in each BLM office. Also, as mentioned before, the 2020 Appropriations Bill signed into law last year allocates $25b in funding for BLM placement of solar with private companies.

4. Our application for a DOE loan guarantee has been submitted for Part 1 and is being reviewed. There are no application fees, so we will be applying for additional BLM/DOE projects.

5. Hire a full-time assistant, so I can get more things done.

6. Lastly, I'm putting together an Advisory Board for my company, Atlas, Inc. that brings together very experienced people I know and like. This Advisory Board will help me with securing a Reg D funding round with institutional investors from Castle Placement. with their experience and advice. There would be stock compensation for your time (which is really not much at all, a couple meetings here and there and maybe speaking with some of the institutional investors during the Reg D raise). Even if you don't loan me this money I'm requesting, I'd still like to have you on the Advisory Board. Call me crazy, but I believe in you too!

The Company that completed the 409a is an SEC Registered company and the 409a is an IRS document. So this is legit, believe it or not.

**How to proceed forward:**

1. If we are doing the 100k stock issuance for $100k cash, I will issue the stock and you will receive an email confirming that issuance from Adnales - an SEC regulated company that issues my company stock.

Each share is valued at a discounted rate of $13.59 per share and a retail value is $19.98 per share (see 409a Exhibit 1). The spread will be the return, which is quite generous but I'm only doing this once like this to move the company forward until we get the Reg D offering in place.

You will be issued 7,358 fully vested shares at $13.59 for a total of $100,000. You'd be able to exercise those options, if you so choose, after the closing of the Reg D offering at $19.98 per share or a total profit of $47,020. The timeline for this is by the end of the year at the latest.

2. Wire funds to:
The Atlas, LLC
c/o Clinton Brown
16821 Edgar Street

BROWN_1350

EXH 53-5

Pacific Palisades, CA 90272
Chase Bank
9801 Washington Blvd., Culver City, CA 90232
Account number: 702661338
Routing number: 021000021

3. Join the Advisory Board and let's make some millions!

I believe I owe you since May 2020 for Harper @ $1,000 a month. Is that what your record shows? Please confirm or let me know if I'm wrong.

I appreciate your consideration and would be happy to answer any questions.

Thank you,
Clinton


--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

   

*Managing Director is a Broker*

*CalDRE:02047215*

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

   

*Managing Director is a Broker*

*CalDRE:02047215*

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

   

EXH 53-6

BROWN_1351

EXH 53-7

BROWN_1352