**Date:** Sun, 7 Aug 2022 15:52:18 -0700
**From:** STEVE SMEAD <stsmead@gmail.com>
**To:** Clinton Brown <clinton@atlasinc.solar>
**Cc:**
**Bcc:**
**Subject:** Re: Update on Utah, Harper and Malibu Properties, and Proposal for Harper Lake Promissory Note

Clinton,

I told you had to have a financing investor by August 1 and a funding date by September 1.  You said you had an investor and that you would send me a commitment letter and proof of funds.  That has not happened.  You also have also told me on several occasions that you had investors and/or buyers again nothing.

I have lost faith in your ability to get any of the projects you have been working on completed because you are project rich and cash poor.  Without funds to complete the work the projects are dead.

 I have given you more time than any lender would have.  I have been way beyond fair.  Every note you have signed as a promise to pay is severely in default.

 As for the Northern Nevada note, I would be happy to not take the 0% note and get my payments now.  I did that as a favor to you.  If you want the note you can have it.   I have checked the market value of the note is $20,000. or less.

I am not sure what you mean by a Viable agreement.   Give me a call.  As you know I will listen and consider a reasonable agreement.

  Steve

On Fri, Aug 5, 2022 at 8:24 PM Clinton Brown <clinton@atlasinc.solar> wrote:
> Steve,
>
> Per your email for filing the NOD's today. First, you had told me September 1st, 2022 as the day to file on two different phone calls. The assumption on your part I believe is that a 7-day close is not possible, which is what I did in Nevada though. Therefore, I believe there is still time to get this done and, in my view, filing an NOD only hurts us both.
>
> Furthermore, if you indeed plan to file the NOD then what incentive do I have to sell you the $44k note for $22k? Escrow has not recorded this, and you indicated that I still had time to decide because there still needs to be one more signature for the transaction to close. I didn't want to sell this in the first place, and it was a very poor choice on my part to move this far ahead with it.
>
> I forwarded you an email from Steve Weera about the funding and I really can't help that he committed to one thing and then changed to another due to his escrow closing on 8/15/2022. You are free to contact him via his email tonasut@cs.com or phone 818-436-2498, but I can't get blood out of a turnip here until 8/15 with him, at least.
>
> Lastly, I don't understand the hell fire urgency to torpedo projects that you and I know very well have the ability to succeed. I'm not sure how involved you were with your other private borrower's projects, but it seems to me that something doesn't add up here. I've been open to your advice and have taken it on multiple occasions and the bottom line is that it is a timing issue. An NOD doesn't do one thing to change my direction on these projects, it just seems like you have lost confidence in the projects we are doing or you need to get money in your bank account. Lord knows I need some.
>
> It is just very disappointing and for no good reason that I can see that this can't be worked out. However, we will make the best of it and exercise any and all rights we have under the law should you proceed, but I hope that I can spend my time and effort on these projects that benefit both of us instead.
>
> Hope we can reach a viable agreement,
> Clinton
>
>
>
> On Fri, Aug 5, 2022 at 2:07 PM Clinton Brown <clinton@atlasinc.solar> wrote:
>> Steve,
>>
>> See below from the investor.
>>
>> I'm sending a seperate email in response to you.

BROWN_1470

Ex 55-1

On Fri, Aug 5, 2022 at 12:55 PM Weera Tonasut <tonasut@cs.com> wrote:
> Clinton,
>
> I won't be able to make decision until the escrow close ( 8/15/22 ) and no definite time for the another condo. Will let you know.
> Steve Weera Tonasut
>
> -----Original Message--
> ---
> From: Clinton Brown <clinton@atlasinc.solar>
> To: Weera Tonasut <tonasut@cs.com>
> Sent: Thu, Aug 4, 2022 7:25 pm
> Subject: Re: Agoura Hills Ownership Structure/Investment

On Wed, Aug 3, 2022 at 8:34 AM STEVE SMEAD <stsmead@gmail.com> wrote:
> Need to see proof of funds before I will consider any negotiations on notes.
> If payments are not received by Friday August 5th NOD's will be filed.
>
> On Tue, Aug 2, 2022 at 2:02 PM Clinton Brown <clinton@atlasinc.solar> wrote:
>> Steve, I am writing to provide an update on the status of my properties in Utah, Harper and Malibu, as well as a proposal for a new Promissory Note for the Harper Lake property. As of 9/30/2022, the total amount owed on the Utah, Harper and Malibu properties is $67,625. The next quarterly payment is due on 12/31/2022 and the total amount due is $24,291. I am proposing a new Promissory Note for the Harper Lake property in the amount of $498,000 at 8 percent simple interest, with interest only payments to be paid quarterly in the amount of $9,960. The note would have a 2 year balloon payment.
>>
>> **Amounts Owed as of 9/30/22** Utah / Harper / Malibu $11,669 / $45,196 / $32,760 The total amount owed is $89,625. Subtract $22,000 for NV 640 Note The total amount owed is $67,625 through 9/30/2022. **Next Quarterly Payment on 12/31/2022** Utah, $5,001 Harper, $10,290 Malibu, $9,000 The total amount due on 12/31/2022 is $24,291. **Proposal for Harper Lake Promissory Note:** $498,000 note @ 8 percent simple interest, interest only payments paid quarterly is $9,960 with a 2 year balloon payment. $498,000 x 8% = $39,840 $39,840 / 4 = $9,960 The quarterly payment for the Harper Lake Promissory Note will be $9,960 Please let me know if you have any questions or require any further information. Thank you,
>>
>> --
>> **Clinton Brown**
>> Atlas, Inc.
>> CEO
>> Autonomous Solar Fields
>> Cell: 310-487-6453
>> clinton@atlasinc.solar
>> www.atlasinc.solar
>>
>> **DISCLAIMER:**
>> This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

--
**Clinton Brown**
Atlas, Inc.
CEO
Autonomous Solar Fields
Cell: 310-487-6453
clinton@atlasinc.solar
www.atlasinc.solar

**DISCLAIMER:**

This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

--
**Clinton Brown**
**Atlas, Inc.**
CEO
Autonomous Solar Fields
Cell: 310-487-6453
clinton@atlasinc.solar
www.atlasinc.solar

**DISCLAIMER:**
This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

ex 55-3