8/10/2025

## Dep.:Mortg. Int. Inc.
### 1/1/2020 through 4/1/2023

*Utah Payments*

| Date | Account | Num | Description | Memo | Category | Tag | Cr | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/3/2021 | SS RENTALS | EFT | S BANK OF TH... | August Pay... | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| 9/3/2021 | SS RENTALS | EFT | S BANK OF TH... | Sept. Payme... | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| 2/1/2022 | SS RENTALS | DEP | S Bank OF TH... | Oct, Nov, De... | Dep.:Mortg. In... | UTAH L... | R | 6,668.00 |
| 3/1/2022 | SS RENTALS | EFT | BANK OF TH... | Utah Loan p... | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| **1/1/2020 - 4/1/2023** | | | | | | | | **11,669.00** |

TOTAL INFLOWS    11,669.00
TOTAL OUTFLOWS         0.00

NET TOTAL       11,669.00

Page 1

**EXH 74-1**

SMEAD PRODUCTION 9/18/25    S 451