**BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265




R&I 10-18-21
OK SS.

9580328
**STEVE SMEAD**
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa ⸱ ⸱la CA 93060

Date 4/30/21    Page 1

Checking Account

The Bank's Funds Availability Policy does not apply to deposits of checks or drafts drawn on financial institutions located outside the U.S. These items cannot be processed the same as checks or drafts drawn on U.S. financial institutions. Generally, the availability of funds for deposits of foreign checks or drafts will be delayed for the time it takes us to collect the funds from the financial institutions upon which they are drawn.

Deposits and Credits

4/28   ACH Pmt   THE ATLAS LLC           4,000.00  Intrest
       PPD

Checks in Numerical Order

MEMBER FDIC     NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION