













THIS DOCUMENT HAS A TRUE WATERMARK AND CAN BE SEEN WHEN HELD TO LIGHT. THIS PAPER IS ALTERATION PROTECTED.

**SUPERIOR**
Loan Servicing™

LOAN SERVICING TRUST I
7588 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91313
(818) 483-0027

CITY NATIONAL BANK
16100 VENTURA BLVD.
ENCINO, CA 91436
818-905-4355
16-16061220

No. 067039

CHECK NO.

67039

| DATE | AMOUNT |
|------|--------|
| 9/10/2020 | $1,830.79 |

----One Thousand Eight Hundred Thirty and 79/100----

PAY
TO THE
ORDER OF

Steve Smead
148 S. 6th St
Santa Paula CA 93060

THIS PAPER CONTAINS VISIBLE AND INVISIBLE FIBERS FACE AND BACK WHICH FLUORESCE UNDER ULTRAVIOLET LIGHT.

⑈067039⑈ ⑇122016066⑇ 224157800⑈



S 851



THIS DOCUMENT HAS A TRUE WATERMARK AND CAN BE SEEN WHEN HELD TO LIGHT. THIS PAPER IS ALTERATION PROTECTED.

**SUPERIOR**
Loan Servicing™
LOAN SERVICING TRUST I
7925 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91318
(818) 483-0027

CITY NATIONAL BANK
16500 VENTURA BLVD.
ENCINO, CA 91436
818-906-4123
16-1606/1220

No. 067594

| CHECK NO. | | DATE | AMOUNT |
|---|---|---|---|
| 87594 | | 11/2/2020 | $1,826.94 |

----One Thousand Eight Hundred Twenty Six and 94/100----

PAY
TO THE
ORDER OF
Steve Smead
145 S. 8th St
Santa Paula CA 93060

THIS PAPER CONTAINS VISIBLE AND INVISIBLE FIBERS FACE AND BACK WHICH FLUORESCE UNDER ULTRAVIOLET LIGHT.

⑆067594⑆ ⑈122016066⑈ 224157800⑈



S 852





S 853



THIS DOCUMENT HAS A TRUE WATERMARK AND CAN BE SEEN WHEN HELD TO LIGHT. THIS PAPER IS ALTERATION PROTECTED

**SUPERIOR**
Loan Servicing™

LOAN SERVICING TRUST I
7525 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303
(818) 483-0027

CITY NATIONAL BANK

No. **069178**

| CHECK NO. | | DATE | AMOUNT |
|---|---|---|---|
| 69178 | | 3/4/2021 | $1,830.79 |

——One Thousand Eight Hundred Thirty and 79/100——

PAY
TO THE
ORDER OF

Steve Smead
145 S. 8th St
Santa Paula CA 93060

THIS PAPER CONTAINS VISIBLE AND INVISIBLE FIBERS FACE AND BACK WHICH FLUORESCE UNDER ULTRAVIOLET LIGHT.

⑈069178⑈ ⑆122016066⑆ 224157800⑈























Bcl 10-16-20 OK

**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265




8453937

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

Date  7/31/20        Page     1

Checking Account



Deposits and Credits

Date      Description                              Amount

Checks in Numerical Order

Amount

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION





**BANK** OF THE **SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

8554486

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

Date  8/31/20     Page     1

Checking Account



Deposits and Credits



Other Debits

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 

 **BANK** OF THE **SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

8729293

| Date | 9/30/20 | Page | 1 |

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

Checking Account



Deposits and Credits





## Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 9/16 | Wire Transfer Debit<br>Chicago Title Company<br>122000496<br>9101051085<br>560 E Hospitality Lane<br>San Bernardino, CA 92408<br>UNION LA AKA UBOC<br>LOS ANGELES            CA<br>RE: 7102012953/VACANT LAND-428<br>HARPER LAKE ROAD HINKLEY/BROWN<br>20200916MMQFMPDK000085<br>20200916L2B76Y1C001425<br>09161528FT03 | 150,000.00- |
| 9/16 | Wire Transfer Fee | 27.50- |

Bal 2-18-20 O.K.
l.l.

**BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

 

| 8970629 | Date 11/30/20 | Page | 1 |
|---|---|---|---|

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

Checking Account

Deposits and Credits

Date    Description                    Amount



Checks in Numerical Order

Daily Balance Information

MEMBER FDIC      NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

1832

 **BANK OF THE SIERRA**

 

| Date 11/30/20 | Page | 2 |

Business + Interest                    xxxxxx6236   (Continued)

Keep Climbing



MEMBER FDIC





 **BANK OF THE SIERRA**

 

| Date | 9/30/20 | Page | 2 |
|------|---------|------|---|

Business + Interest                          XXXXXX6236   (Continued)

## Checks in Numerical Order

## Daily Balance Information

MEMBER FDIC

 BANK of the SIERRA



2643

 **BANK OF THE SIERRA**

 

Date  8/31/20          Page     2

Business + Interest                    xxxxxx6236   (Continued)

## Checks in Numerical Order



## Daily Balance Information





MEMBER FDIC

 **BANK OF THE SIERRA**

 

Date  7/31/20          Page      2

Business + Interest                    xxxxxx6236   (Continued)



S 869







**BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265




9205539

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

Date 1/29/21    Page   1



Checking Account

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|



## Checks in Numerical Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|



* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK** OF THE **SIERRA**

 

| Date | 1/29/21 | Page | 2 |
| --- | --- | --- | --- |

Business + Interest               XXXXXX6236   (Continued)

Keep Climbing

MEMBER FDIC

**BANK OF THE SIERRA**





 **BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

  **FDIC**

9438403

STEVE SMEAD
DBA Smead D&S Rentals
145 S 8TH ST
SANTA PAULA CA 93060

| Date | 3/31/21 | Page | 1 |
|------|---------|------|---|

Checking Account



Deposits and Credits



Checks in Numerical Order

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK OF THE SIERRA**

 

| Date | 3/31/21 | Page | 2 |
|------|---------|------|---|

Business + Interest                    xxxxxx6236   (Continued)

### Daily Balance Information

Keep Climbing

MEMBER FDIC





10

RGI 16-18-21
OK SS.

**BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265




9580328

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa ⋅ la CA 93060

Date  4/30/21          Page    1

## Checking Account

The Bank's Funds Availability Policy does not apply to deposits of checks or
drafts drawn on financial institutions located outside the U.S. These items
cannot be processed the same as checks or drafts drawn on U.S. financial
institutions. Generally, the availability of funds for deposits of foreign
checks or drafts will be delayed for the time it takes us to collect the funds
from the financial institutions upon which they are drawn.



### Deposits and Credits

| 4/28 | ACH PmL | THE ATLAS LLC | 4,000.00 Intrest |
| | PPD | | |

### Checks in Numerical Order

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK** OF THE **SIERRA**

 

| Date | 4/30/21 | Page | 2 |

Business + Interest            xxxxxx6236  (Continued)

## Daily Balance Information

MEMBER FDIC





2668



 **BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

 

9679769

Date  5/28/21        Page    1

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Checking Account



Deposits and Credits



MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

B6 | 10-18-21 OR
SS.

 **BANK** <sup>OF THE</sup> **SIERRA**

  **FDIC**

Date  5/28/21          Page     2

Business + Interest                XXXXXX6236   (Continued)

## Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 5/20 | Wire Transfer Debit<br>E-ESCROWS, INC.<br>122016066<br>555139853<br>2501 N. SEPULVEDA BLVD. SUITE<br>MANHATTAN BEACH, CA 90266<br>CY NATL BK LA<br>555 So. FLOWER St., 17th FLOOR<br>LOS ANGELES              CA<br>CREDIT ESCROW #: 22465-09<br>ATTENTION: DIANE TRUONG<br>20210520MMQFMPDK000057<br>20210520L2LFCK1C004375<br>05201443FT03 | 121,421.57 |
| 5/20 | Wire Transfer Fee | 27.50 |

 ### Checks in Numerical Order

### Daily Balance Information

MEMBER FDIC

1/75

S 881







 **BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

 

9804981

Date  6/30/21          Page      1

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Checking Account



## Deposits and Credits



| Date | Description | | Amount |
|------|-------------|--|--------|
| 6/23 | BUSINESS Deposit | | |
| 6/25 | ACH Pmt    THE ATLAS LLC PPD | | 4,000.00 |

## Other Debits

| Date | Description | Amount |
|------|-------------|--------|

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

  

Date  6/30/21          Page    2

Business + Interest                    xxxxxx6236  (Continued)

## Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/28 | Wire Transfer Debit | 100,000.00- *Utah* |
|      | TITLEFIRST TITLE INSURANCE | |
|      | 121000248 | |
|      | 6732589624 | |
|      | AGENCY, LLC | |
|      | 5 SOUTH MAIN | |
|      | BEAVER, UT 84713 | |
|      | WELLS FARGO NA | |
|      | 640 N MAIN | |
|      | BEAVER, UT 84713 | |
|      | FILE NO./ ESCROW NO. : 2106436 | |
|      | 20210628MMQFMPDK000102 | |
|      | 20210628I1B7033R026528 | |
|      | 06281619FT03 | |
| 6/28 | Wire Transfer Fee | 27.50- |

## Checks in Numerical Order



## Daily Balance Information



**BANK OF THE SIERRA**

PO Box 1930
Porterville, CA 93258
1-888-454-2265

Member
**FDIC**

DATE:   June 29, 2021



```
*******************************SNGLP
1205 0.5070 SP 0.560       5 1 7
STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA  93060
```

## NOTICE OF OUTGOING WIRE TRANSFER

Utah

Amount of wire transfer debited from your account: $100,000.00
Account Debited: XXXXXX6236
Beneficiary: TITLEFIRST TITLE INSURANCE
Wire Transfer Fee: $27.50
Beneficiary Reference:
FILE NO./ ESCROW NO.: 21064364

Thank you,

Bank of the Sierra

SIERRAWT2400P

Primary Account: 2701106236





480




**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

9926954

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date  7/30/21          Page     1

Checking Account



Deposits and Credits



Checks in Numerical Order

                                                    Amount

 BANK OF THE SIERRA

  FDIC

| Date 7/30/21 | Page | 2 |

Business + Interest                    xxxxxx6236   (Continued)

## Daily Balance Information



**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

 

10046693

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa   la CA 9306

| Date 8/31/21 | Page 1 |
|---|---|

Checking Account



## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 8/03 | ACH Pmt   THE ATLAS LLC | 1,667.00 |



## Other Debits

Amount

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

3114






| Date | 8/31/21 | Page | 2 |

Business + Interest                xxxxxx6236   (Continued)

### Other Debits









**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265




10190293

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date  9/30/21        Page    1

Checking Account



Deposits and Credits

| 9/02 | ACH Pmt | THE ATLAS LLC | 1,667.00 |
| | PPD | | |



Other Debits

Checks in Numerica Order

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



 

Date   9/30/21        Page      2



Keep Climbing







2892

 **BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

  **FDIC**

10794973

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date 2/28/22          Page    1

## Checking Account

## Deposits and Credits



| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | ACH Pmt    THE ATLAS LLC PPD | 6,668.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK** OF THE **SIERRA**

 

Date  2/28/22          Page      2



Keep Climbing



S 896





Bol 4-7-22
OK

**BANK OF THE SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

 

10917786

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

| Date | 3/31/22 | Page | 1 |
|------|---------|------|---|

Checking Account



| 3/01 | ACH Pmt PPD | THE ATLAS LLC | 1,667.00 |

Checks in Numerical Order

*Denotes missing check numbers

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK OF THE SIERRA**

 

| Date | 3/31/22 | Page | 2 |
|------|---------|------|---|

Business + Interest                XXXXXX6236   (Continued)

## Daily Balance Information

Keep Climbing





1867



 **BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

  **FDIC**

11020953

Date  4/29/22          Page     1

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Checking Account



Deposits and Credits

Checks in Numerical Order

Daily Balance Information

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 BANK OF THE SIERRA

 

| Date | 4/29/22 | Page | 2 |

Business + Interest                    xxxxxx6236   (Continued)



MEMBER FDIC

**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265




11337097

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date  7/29/22          Page       1

Checking Account



Service Charge Detail



Deposits and Credits



MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

2717



**BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265




11337097

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date  7/29/22        Page    1

Checking Account



Service Charge Detail

Deposits and Credits



MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Balanced 8·15·22
Ok

 **BANK OF THE SIERRA**

 EQUAL HOUSING LENDER

 **FDIC**

Date  7/29/22          Page     2

Business + Interest                    XXXXXX6236  (Continued)

## Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/19 | Wire Transfer Debit | 370,350.00- |
|      | Exact Escrow | |
|      | 122245251 | |
|      | 6002003256 | |
|      | 1025 Sentinel Drive, #106 | |
|      | La Verne          CA 91750 | |
|      | NANO BANC | |
|      | TRVINE               CA | |
|      | ESCROW NO. 016432-SP1 | |
|      | 20220719MMQFMPDK000042 | |
|      | 20220719MMQFMPY4000162 | |
|      | 07191544FT03 | |
| 7/19 | Wire Transfer Fee | 27.50- |
| 7/29 | Service Charge | 19.00-SC |

## Checks in Numerical Order

## Daily Balance Information

MEMBER FDIC

2718





 **BANK OF THE SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

 

11435761

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

| Date  8/31/22 | Page | 1 |
|---|---|---|

Checking Account



Deposits and Credits



Other Debits



MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 BANK OF THE SIERRA

 

| Date 8/31/22 | Page | 2 |

Business + Interest                    xxxxxx6236  (Continued)

### Other Debits



### Checks in Numerical Order



### Daily Balance Information

9/7/2022 2:24 PM



**BANK OF THE SIERRA**





Ck# 2222 Date 8/24/2022 Amt $2,343.25

Check 2222 Back

1543



 

**BANK** OF THE **SIERRA**
PO Box 1930
Porterville CA 93258
(888) 454-2265

11953028

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

Date 12/30/22         Page     1

Checking Account



Deposits and Credits





Checks in Numerical Order

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 **BANK** OF THE **SIERRA**

 

| Date 12/30/22 | Page | 2 |
|---|---|---|

Business + Interest                    XXXXXX6236    (Continued)

## Daily Balance Information

Keep Climbing

MEMBER FDIC



**BANK** OF THE **SIERRA**



Ck# 2242 Date 12/15/2022 Amt $1,907.00

Check 2242 Back

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

MEMBER FDIC

 **BANK** OF THE **SIERRA**

PO Box 1930
Porterville CA 93258
(888) 454-2265

 

12085418

STEVE SMEAD
DBA Smead D&S Rentals
352 E Harvard Blvd
Santa Paula CA 93060

| Date 1/31/23 | Page | 1 |
|---|---|---|

Checking Account



Deposits and Credits



Checks in Numerical Order

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

  **BANK OF THE SIERRA**

 

| Date | 1/31/23 | Page | 2 |

Business + Interest                    XXXXXX6236    (Continued)

## Daily Balance Information

Keep Climbing



MEMBER FDIC





Check 2252 Back

Ck# 2254 Date 1/20/2023 Amt $3,521.05

Malibu



Check 2254 Back

2961





CK# 2254 Date 1/20/2023 Amt $3,521.05

ASSET DEFAULT MANAGEMENT, INC.

ASSET DEFAULT MANAGEMENT, INC.
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

Three Thousand Five Hundred Twenty-One and 05/100********

Balance in full #20002-01537

D & S RENTALS

3/14/2023

$3,521.05

2254



CK# 2242 Date 12/15/2022 Amt $1,907.00

D.A.S RENTALS
PEAK FORECLOSURE SERVICES, INC

PAY TO THE
ORDER OF    PEAK FORECLOSURE SERVICES, INC

One Thousand Nine Hundred Seven Only******

PEAK FORECLOSURE SERVICES, INC.
5900 CANOGA AVE. SUITE 220
WOODLAND HILLS, CA 91367

MEMO    T&B 22201N423-
Foreclosure Publishing Hinkley 2ND TO.

BANK OF THE SIERRA
SANTA PAULA, CA 93060

11/30/2022

**1,907.00

2242



Check 2242 Back



Landscape maint.

D.A.S RENTALS

BANK OF THE SIERRA
SANTA PAULA, CA 93060

2243

BANK OF THE SIERRA



## Check 2220 Back

PAY TO THE
ORDER OF: ASSET DEFAULT MANAGEMENT, INC.

ASSET DEFAULT MANAGEMENT, INC
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303

MEMO

BREN - 05/32/
Foreclosure Deposit #2022-01537

D. & S. RENTALS

2226

Two Thousand Three Hundred Forty-Three and 25/100********

$2,343.25

8/19/2022

2222

## Check 2222 Back

## Ck# 2222 Date 8/24/2022 Amt $2,343.25

☐ CHECK HERE IF MOBILE DEPOSIT

R/T: 122018066
account: 324452800

