**Date:** Mon, 14 Sep 2020 14:49:11 -0700
**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**To:** stsmead@gmail.com
**Cc:**
**Bcc:**
**Subject:** Solar Due Diligence

Steve,

Please see attached due diligence. Be sure to take a look at the video. It's really cool and will give you insight to how unique this project is for Southern California.

**Proposed Terms:** $150,000 secured by 2nd mortgage on 42829 Harper Lake Rd. due as a balloon payment in September 2021. $150,000 total for first year production paid either in monthly installments starting in October 2021 or a lump sum in September 2022.

Talk soon,

Clinton

📄 42829_Harper_Lake_Rd-_Disclosures_to_review_a (...)

The PEG is a high-density racking solution that provides 225% more land yield than trackers and other fixed tilt systems and significant CAPEX savings.

The PEG can provide extra value for Projects:

- that are land constrained
- with incentives for high land yield (MWh/acre)
- in high labor cost markets (50% less labor with PEG versus trackers)
- environmentally sensitive areas with endangered species (the PEG doesn't have concrete foundations and has a 16 mm rod going into the ground and uses 1/3 the amount of land versus trackers, no DC trenching)
- Landfills
- Brown Fields
- neighbors deny permits because they don't want a visual nuisance (PEG comes up to your waist and can be put in a far corner)

We have proven our simplified design to be highly effective at lowering CAPEX with over **200 MWp deployed.**

Below are some system highlights:

1. **Much smaller installation risks** (simple installation process => very small risks of costs overrun and H&S issues)

1. Only hand tools needed for install (no heavy machinery)
2. No DC trenching
3. No Foundations (no concrete)
4. Integrated wire management

BROWN_1528