

Clinton Brown <clinton@atlasinc.solar>

## Millard County, UT 160 Acres
1 message

**Clinton Brown** <projects@atlasdevelopmentgroupllc.com>  Wed, Apr 7, 2021 at 2:35 PM
To: stsmead@gmail.com

Steve,

Attached is the BPO, Site Plan and CUP approval that will serve as the proposed security for the $150,000 that was promised for the $150,000 investment in Harper Lake secured on that property.

Thank you,

--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgrouplic.com
Website: www.atlasdevelopmentgroupllc.com

   

Managing Director is a Realtor

CalDRE:02047215

**3 attachments**



fnma-bpo-vacant-land-comparsion_Millard.pdf
116K

SitePlan_Millard (1).pdf
64K

CUP.pdf
5789K

BROWN_1014