Clinton Brown, *Pro se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE SMEAD,<br><br>　　　　Defendant. | **Case No**. 2:23-02938-MEMF-KS<br><br>**Plaintiff's Evidentiary Objections to**<br><br>**Defendant's Motion for Summary Judgment**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, if a party disputes a fact based in whole or in part on an evidentiary objection, the ground for the objection should be stated succinctly in a separate statement of evidentiary objections in a two-column format. *See* CSO at 13; Proposed Order.

| **Evidence Item** | **Objection (with authority)** |
|---|---|
| Smead Declaration (unsigned) | Unsigned and not made under penalty of perjury; not competent summary judgment evidence. *See* 28 U.S.C. § 1746; Rule 56(c)(4); FRE 603; Brown Decl. ¶22 |

> 22　I declare under penalty of perjury under the laws of the United States of
> 23　America that this declaration is true and correct and that this declaration is
> 　　 executed in the State of California.
> 24　Date: Dec. 31, 2025
> 25　　　　　　　　　　　　　　　　　　　　_____
> 26　　　　　　　　　　　　　　　　　　　　STEVE SMEAD
> 
> DECLARATION SMEAD I.S.O. MOTION SUMMARY JUDGMENT
> BROWN VS. SMEAD 23-cv-02938
> 21

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 16, 2026 | */s/ Clinton Brown, Pro Se* <br> 1431 Ocean Ave, Unit 413 <br> Santa Monica, CA 90401 <br> brown_clinton@msn.com <br> 310-775-7990 |

CC: All Counsel of Record (via email) on January 16, 2026