Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>　　　　DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>DEFENDANT'S RESPONSE OPPOSITION AND REPLY TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

　　　Defendant Smead opposes the evidentiary objection of Brown, dated Jan. 16, 2026, as not well taken and should be overruled. The signed declaration of Defendant Steve Smead, on the Declaration of Steve Smead in support of the Motion for Summary Judgment, dated Dec. 31, 2025 is filed with this Court in support of the motion for summary judgment.

Date: _Jan. 22, 2026　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Fred Hickman*
　　　　　　　　　　　　　　　　　　Fred Hickman
　　　　　　　　　　　　　　　　　　fredhickman@gmail.com
　　　　　　　　　　　　　　　　　　Attorney for: Defendant Steve Smead

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
**SMEAD V. BROWN, U.S.D.C. CENT. DIST. CAL., WESTERN DIV. CASE NO. 2:23-cv-02938-MEMF(KSx)**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Santa Ana, California; my business address is 17602 17th St., Suite 102-206, Tustin, CA 92780.

On January 22, 2026, I served a copy of the following documents entitled:

DEFENDANT'S RESPONSE OPPOSITION AND REPLY TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
on the interested parties in this case as follows:
ALL PERSONS ENTITLED TO NOTICE WERE SERVED ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM.

I hereby certify that I am a member of the Bar of this Court, the United States District Court, Central District of California. This certificate of service is executed at Santa Ana California on January 22, 2026.

| FRED HICKMAN | */s/ Fred Hickman* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |