# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>STEVE SMEAD<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−02938−MEMF−KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/22/2026

Document No.:   154, 157

Title of Document:   Proposed Orders

**ERROR(S) WITH DOCUMENT:**

Proposed documents shall be filed as an attachment to the main document or with a Notice of Lodging. The Notice of Lodging form can be located on our website under forms, General, G−92. Additionally, Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judge's Procedure page at http://www.cacd.uscourts.gov/honorable−maame−ewusi−mensah−frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re−submitted in accordance with the Judge's procedures and posted sample

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 23, 2026         By:  /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov
                                         Deputy Clerk

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS