Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>        PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>        DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>NOTICE OF LODGING OF PROPOSED ORDER (RE-SUBMISSION) ON PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EVIDENCE ON MOTION FOR SUMMARY JUDGMENT [ECF NO. 153]<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

TO THE CLERK OF THE COURT:

    This proposed order is re-submitted in response to the Notice of Filer of Deficiencies in Filed Document, Doc./ECF No. 158 Filed 01/23/26, to correct deficiencies as directed therein that: "A new proposed order must be re-submitted in accordance with the Judge's procedures and posted sample." This proposed order regards Plaintiff's Objections to Defendant's evidence in support of Defendant's Motion for Summary Judgment, filed as Doc. 153 Filed 01/22/26.

Date: March 26, 2026

                                   Respectfully Submitted,
                                   */s/ Fred Hickman*
                                   Fred Hickman
                                   fredhickman@gmail.com
                                   Attorney for: Defendant Steve Smead