1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>             Plaintiff,<br><br>     v.<br><br>STEVE SMEAD,<br><br>             Defendant. | Case No.: 2:23-02938-MEMF-KS<br><br>**[PROPOSED] ORDER (RE-SUBMISSION) GRANTING PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANT SMEAD'S EVIDENCE [ECF NO. 121; ECF NO. 153 (PLAINTIFF'S OBJECTIONS)]** |

On January 23, 2026,[1] Defendant filed the Joint Brief on Defendant's Motion for Summary Judgment. *See* ECF No. 121.

Plaintiff moves for an order sustaining his evidentiary objection and excluding Defendant's unsigned declaration in its entirety, or, in the alternative, excluding the inadmissible portions of Defendant's unsigned declaration as to exhibits submitted in support of Defendant's Motion for Summary Judgment.

The Court, having considered Plaintiffs Evidentiary Objection and finding good cause therefor, hereby SUSTAINS the objections and ORDERS as follows:

---

[1] Plaintiff transmitted his filed portion of the Joint Brief on January 16, 2026, including this Proposed Order.

1

1. The Court SUSTAINS Plaintiff's objection to the unsigned Smead Declaration for failure to comply with Rule 56(c)(4) and 28 U.S.C. § 1746.

**IT IS SO ORDERED.**

Dated: March __, 2026

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG

　　　　　　　　　　　　　　　　　　　　　　　United States District Judge