Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>        PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>        DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>NOTICE OF LODGING OF PROPOSED ORDER (RE-SUBMISSION) ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 156]<br><br>DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

TO THE CLERK OF THE COURT:

This proposed order is re-submitted in response to Notice of Filer of Deficiencies in Filed Document, Doc./ECF No. 158 Filed 01/23/26, to correct deficiencies as directed therein that: "A new proposed order must be re-submitted in accordance with the Judge's procedures and posted sample." This re-submitted proposed order regards Defendant's Objections to Plaintiff's Evidence in Opposition to Motion for Summary Judgment, filed as Doc. 156 Filed 01/22/26.

Date: March 26, 2026

Respectfully Submitted,
*/s/ Fred Hickman*
Fred Hickman
fredhickman@gmail.com
Attorney for: Defendant Steve Smead