1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, | Case No.: 2:23-cv-02938-MEMF(KSx) |
| PLAINTIFF, | PROPOSED ORDER (RE-SUBMISSION) ON OBJECTION TO EVIDENCE, BY DEFENDANT SMEAD TO PLAINTIFF BROWN'S EVIDENCE, IN RE DEFENDANT'S MOTION FOR SUMMAY JUDGMENT [ECF NO. 156] |
| VS. | |
| STEVE SMEAD, | |
| DEFENDANTS. | |
| | DATE: 03/05/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

Defendant Smead objects to certain evidence set forth in the Declaration of Clinton Brown, dated Jan. 16, 2026, in opposition to Defendant's Motion for Summary Judgment/Alternatively Partial Summary Judgment.

The Court having considered Defendant's Objections, and finding good cause therefor, hereby GRANTS the Objections and ORDERS as follows:

1. Declaration of Brown, dated January 16, 2026, Paragraph 3, page 1, lines 22-22, that part which reads: "Exhibit A reflects transactions in the

1  account ending in 6236, . . . and withdrawals reflecting payments to third
2  parties in connection with Defendant's lending and foreclosure activity."
3     This evidence is STRICKEN ON THESE GROUNDS:
4  (a) Plaintiff lacks personal knowledge as not having produced sufficient
5     evidence of that personal knowledge. [FRE 602].
6  (b) Hearsay, the evidence constitutes hearsay. [FRE 802].
7  (c) Lacks authentication or identifying of the items or documents in evidence
8     and the testimony of the declaration, as no evidence is produced sufficient to
9     support a finding that the items or documents or entries is or are what the
10     proponent claims it is. [FRE 901].

12  2. Declaration of Brown, dated January 16, 2026, Paragraph 9, page 2, which
13     reads: "I owned the real properties that are the subject of this action at all
14     relevant times."
15     This evidence is STRICKEN ON THESE GROUNDS:
16  (a) Plaintiff lacks personal knowledge as not having produced sufficient
17     evidence of that personal knowledge. [FRE 602].
18  (b) Lacks authentication or identifying of the matter of testimony set forth in the
19     declaration, as no evidence is produced sufficient to support a finding that
20     matter of testimony is or are what the proponent claims it is. [FRE 901].

22  3. Declaration of Brown, dated January 16, 2026, Paragraph 15, page 2, which
23     reads: "Defendant sold the Malibu property for $550,000, as reflected in the
24     recorded grant deed by calculating the documentary transfer tax."
25     This evidence is STRICKEN ON THESE GROUNDS:
26  (a). Lacks relevance, as irrelevant evidence is not admissible. [FRE 402].
27  (b) Plaintiff lacks personal knowledge as not having produced sufficient
28     evidence of that personal knowledge. [FRE 602].

    (c) Lacks authentication or identifying of the matter of testimony set forth in the declaration,  as no evidence is produced sufficient to support a finding that matter of testimony is or are what the proponent claims it is. [FRE 901].

    (d) Inadmissible Lay Opinion. The testimony is in the form of an opinion that is not based rationally on the witness's perception; is not helpful to clearly understanding the witness's testimony or to determining a fact in issue; and is based on technical or specialized known within the scope of FRE 702, and the witness is not qualified and has not qualified as an expert on this subject under FRE 702. The witness has not  [FRE 701 & 702].

4.   Declaration of Brown, dated January 16, 2026, Paragraph 16, p. 2, which reads: "The loan transactions at issue involved communications and financial activity between California and Utah."
This evidence is STRICKEN ON THESE GROUNDS:

(a) Plaintiff lacks personal knowledge as not having produced sufficient evidence of that personal knowledge. [FRE 602].

(b) Hearsay, the evidence constitutes hearsay. [FRE 802].

(c) Lacks authentication or identifying of the matter of testimony set forth in the declaration,  as no evidence is produced sufficient to support a finding that matter of testimony is what the proponent claims. [FRE 901].

5.   Declaration of Brown, dated January 16, 2026, Paragraph 50, p. 6, which reads: "Chicago Title refused to record the 100 percent interest rate".
This evidence is STRICKEN ON THESE GROUNDS:

(a) Plaintiff lacks personal knowledge as not having produced sufficient evidence of that personal knowledge. [FRE 602].

(b) Hearsay, the evidence constitutes hearsay. [FRE 802].

(c) Lacks authentication or identifying of the matter of testimony set forth in the declaration, as no evidence is produced sufficient to support a finding that matter of testimony is what the proponent claims. [FRE 901].

6. Declaration of Brown, dated January 16, 2026, Paragraph 55, page 6, which refers to the declaration, not the deposition testimony of Erick Ordaz, as a declaration of Ordaz was submitted as ECF 90-1, and there is not deposition testimony of Ordaz included, and as to that Declaration of Ordaz, Brown's inclusion of reference to it here, "in support of this declaration".
This evidence is STRICKEN ON THESE GROUNDS:

(a) Plaintiff lacks personal knowledge as not having produced sufficient evidence of that personal knowledge. [FRE 602].

(b) Hearsay, the evidence constitutes hearsay. [FRE 802].

7. Declaration of Brown, dated January 16, 2026, Paragraph 56, page 7, which refers to the declaration of Sean Chaudhuri "in support of this declaration", submitted by Brown as ECF 90-2.
This evidence is STRICKEN ON THESE GROUNDS:

(a) Plaintiff lacks personal knowledge as not having produced sufficient evidence of that personal knowledge. [FRE 602].

(b) Hearsay, the evidence constitutes hearsay. [FRE 802].

8. Declaration of Brown, dated January 16, 2026, Paragraph 58, p. 7, which reads: "In my deposition, I testified under oath that documents I prepared stating "0 percent interest" due within one year reflected the $150,000 in interest associated with the Harper Lake loan."
This evidence is STRICKEN ON THESE GROUNDS:

(a) Plaintiff lacks personal knowledge as not having produced sufficient evidence of that personal knowledge. [FRE 602].

(b) Hearsay, the evidence constitutes hearsay. [FRE 802].

IT IS SO ORDERED.

Dated: March __, 2026                    _____

                                      MAAME EWUSI-MENSAH FRIMPONG

                                      United States District Judge