Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>          PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>          DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>NOTICE OF LODGING (RE-SUBMISSION) OF [PROPOSED] ORDER AND JUDGMENT GRANTING THE MOTION FOR SUMMARY JUDGMENT ON MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT OR ADJUDICATION BY DEFENDANT SMEAD AGAINST PLAINTIFF CLINTON BROWN [ECF NO. 122 (CORRECTED) NOTICE OF MOTION; ECF NO. 122-3 [PROPOSED] JUDGMENT BEING CORRECTED]<br><br>(RE-SUBMISSION) |

TO THE CLERK OF THE COURT:

This [Proposed] Order and Judgment (corrected) is re-submitted to correct the [Proposed] Judgment submitted as ECF No. 122-3, filed 01/22/2026 to make consistent with the Court's to correct deficiencies for conformance to the Court's [Proposed] Order template. This Notice of Lodging with [Proposed] Order and

Judgment is made without a Notice to Filer of Deficiencies in Filed Document having been issued by the Clerk of the Court.

Date: Jan. 28, 2026

Respectfully Submitted,
*/s/ Fred Hickman*
Fred Hickman
fredhickman@gmail.com
Attorney for: Defendant Steve Smead