UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　　PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>　　　　　　DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>[PROPOSED] ORDER AND JUDGMENT GRANTING THE MOTION FOR SUMMARY JUDGMENT ON  MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT OR ADJUDICATION BY DEFENDANT SMEAD AGAINST PLAINTIFF CLINTON BROWN [ECF NO. 122 (CORRECTED)]<br><br>(RE-SUBMISSION OF [PROPOSED] ORDER AND JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT) |

　　　　On January 22, 2026, Defendant Smead filed a motion for summary judgment, or alternatively, for partial summary judgment or adjudication, ECF No. 122 (Corrected), against the Second Amended Complaint [Doc. 90], and all its claims, filed 03/23/2025. The motion is made under FRCP Rule 56(a).

　　　　The moving party, Defendant Smead, moves that he is entitled to summary judgment as to the Second Amended Complaint as there is no genuine dispute as to

any material fact and that movant is entitled to judgment as a matter of law. The Second Amended Complaint asserts civil claims solely under 18 U.S.C. § 1962(a)-(d), for which Plaintiff seeks remedies under 18 U.S.C. § 1964, the Racketeer and Corrupt Organizations Act (RICO), codified at 18 U.S.C. §§ 1961-1968. In the alternative Defendant Smead moves for partial summary judgment.

The Court, have considered Defendant's Motion, and finding good cause therefore, hereby GRANTS the Motion for Summary Judgment and ORDERS as follows:

1. Defendant Smead is granted judgment of dismissal of this action and against Plaintiff, on the operative complaint, the Second Amended Complaint [Doc. 90], filed 03/23/2025, for violation of 18 U.S.C. § 1962(a)-(d), and is not liable for any remedy 18 U.S.C. § 1964. Defendant Smead has not violated 18 U.S.C. § 1961-1964, nor its § 1962 against Plaintiff, and is not liable to Plaintiff.
2. The action and the Second Amended Complaint is dismissed with prejudice.
3. The Clerk of the Court shall enter this Order and Judgment of Dismissal with prejudice forthwith.

IT IS SO ORDERED.

Dated: March __, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge