Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, | Case No.: 2:23-cv-02938-MEMF(KSx) |
| PLAINTIFF, | NOTICE OF LODGING (RE-SUBMISSION) [PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT TO DEFENDANT SMEAD AGAINST PLAINTIFF BROWN ON THE SECOND AMENDED COMPLAINT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 122 (CORRECTED) NOTICE OF MOTION; ECF NO. 122-4 [PROPOSED] ORDER BEING CORRECTED] |
| VS. | |
| STEVE SMEAD, | |
| DEFENDANTS. | |
| | (RE-SUBMISSION) |

TO THE CLERK OF THE COURT:

This [Proposed] Order and Judgment (corrected) is re-submitted to correct the [Proposed] Order granting partial summary judgment, submitted as ECF No. 122-4, filed 01/22/2026 to correct deficiencies for conformance to the Court's [Proposed] Order template. This Notice of Lodging with [Proposed] Order

Granting Partial Summary Judgment is made without a Notice to Filer of Deficiencies in Filed Document having been issued by the Clerk of the Court.

Date: Jan. 28, 2026                           Respectfully Submitted,
                                               */s/ Fred Hickman*
                                               Fred Hickman
                                               fredhickman@gmail.com
                                               Attorney for: Defendant Steve Smead