Clinton Brown, *Pro se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE SMEAD,<br><br>    Defendant. | **Case No**. 2:23-02938-MEMF-KS<br><br>**Stipulation to Extend ADR Completion Date**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, the parties request an extension of the ADR completion date from March 18, 2026, to April 10, 2026, and submit the following stipulated facts to establish good cause for modification of the Civil Trial Order under Rule 16(b)(4).

### A. STIPULATION

1. On September 10, 2025, the Court issued an ADR Notice directing the parties to participate in mediation pursuant to General Order No. 11-10. *See* ECF No. 101.

2. The Court's Civil Trial Order sets March 18, 2026 as the deadline to complete the settlement conference or mediation. *See* ECF No. 100 at 3.

3. On January 7, 2026, after the close of discovery, the parties timely conferred with the appointed mediator, David B. Coher, regarding available mediation dates, and due to the mediator's limited availability and the schedules of the parties and counsel, the earliest mutually available mediation date is April 10, 2026, as confirmed on January 20, 2026.

4. General Order No. 11-10 § 8.3 provides that neither the mediator nor ADR staff may extend the mediation deadline and that any continuance beyond the Court-ordered completion date must be approved by the assigned judge.

5. The parties therefore jointly seek a limited modification of the Civil Trial Order solely to permit mediation to occur on April 10, 2026.

6. This requested modification is supported by good cause. The parties have acted diligently, have engaged in ongoing communications with the mediator, and have selected the earliest date on which all participants are available.

7. The requested modification will not prejudice any party, will not affect any other deadlines in the Civil Trial Order, and will further the interests of judicial economy by facilitating a meaningful mediation.

**THEREFORE**, the parties hereby stipulate and respectfully request that the Court enter an order extending the ADR completion date in this matter to April 10, 2026.

Respectfully submitted,

Dated: February 12, 2026

*/s/ Clinton Brown, Pro Se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

*/s/ Fred Hickman*
Fred Hickman
fredhickman@gmail.com
Attorney for: Defendant Steve Smead

CC: All Counsel of Record (via ECF) on February 12, 2026