1  Fred Hickman (#124406)
2  fredhickman@gmail.com
   17602 17th St Ste 102-206
3  Tustin CA 92780
   714-315-1565; fax 714-838-0835
4  Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CLINTON BROWN, | Case No.: 2:23-cv-02938-MEMF(KSx) |
|---|---|
| PLAINTIFF, | NOTICE OF MOTION AND MOTION BY DEFENDANT STEVE SMEAD FOR ORDER TO MODIFY THE CIVIL TRIAL ORDER/SCHEDULING ORDER AND FOR RELIEF TO RESET HEARING ON MOTION FOR SUMMARY JUDGMENT AND ALLOW REFILING, BASED ON ATTORNEY ERROR |
| VS. | |
| STEVE SMEAD, | |
| DEFENDANTS. | |
| | [F.R.C.P. Rules 16(b)(4) and 60(b)(1)] |
| | [HON. MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE] |
| | DATE: APRIL 9, 2026
TIME: 10:00 A.M.
DEPT.: 8B |

TO PLAINTIFF IS PRO SE, ALL PARTIES, AND TO THE COURT,

PLEASE TAKE NOTICE:

On APRIL 9, 2026, at 10:00 a.m., in Department 8B of the Court, located at United States Courthouse, 350 West First Street, 8th Floor, Los Angeles, California, the Honorable MAAME EWUSI-MENSAH FRIMPONG, District

Judge, presiding, Defendant Steve Smead hereby moves and will move for an Order under Federal Rules of Civil Procedure Rule 16(b)(4) and Rule 60(b)(1) for modification of the Scheduling Order and resetting of hearing and refiling of Defendant Steve Smead's Motion for Summary Judgment/Partial Summary Judgment ("Motion") and as set forth below. (Statement of Compliance with Local Rule 7-3 forth at end of this Notice of Motion). Order and relief sought:

    1.    To grant relief for attorney error, mistake, or excusable neglect that caused the loss of the hearing date of 03/05/26 previously reserved and noticed for Defendant Steve Smead's Motion for Summary Judgment/Partial Summary Judgment ("Motion"), to modify the Civil Trial Order/Scheduling Order (ECF No. 100 filed 07/15/25) ("Scheduling Order") in order for the Court to reserve and set and permit a hearing on the Motion prior to the presently scheduled Final Pre-Trial Conference, to allow for refiling of the Motion, and otherwise as consistent with the Court's discretion on these matters, and as further stated below:

    2.    To modify the Scheduling Order of the last day to hear motions from 03/05/26 to a date of May 21, 2026, or earlier, and before the Final Pre-Trial Conference, on a dates of the Court's discretion; for the Court to reserve and set a hearing date for, and to allow refiling of the Motion, to be set on the law and motion calendar of the court on a date of the Court's selection at the earliest date convenient for it, or not later than May 21, 2026, if the Final Pre-Trial Conference remains set for May 27, 2026, or a later date if the Final Pre-Trial Conference date is continued by the Court.

    3.    For other modifications, if any, to the Scheduling Order to accommodate the hearing of the Motion, in the interests of judicial economy, as determined by the Court in its discretion.

    4.    That Defendant Steve Smead be permitted to refile the Motion, initially filed commencing with ECF No. 122 (filed 0122/26), and that such refiling shall be made on the later of either (a) any certain number of days before

the newly reserved and reset hearing date for the Motion as determined by the Court; or, (b) within seven days of ECF transmission of an Order granting the relief and resetting of the Motion, with all related and supporting and opposing papers, and as corrected in prior filings made through the corrected, fully integrated Joint Brief ECF No. 164 (filed 02/05/26).

     5.     For other relief as determined by the Court in its discretion.

This motion is based on Federal Rule of Civil Procedure, Rule 16(b)(4) and 60(b)(1), on this Notice of Motion and motion, on the accompanying Memorandum of Points & Authorities in support, the Declaration of Fred Hickman, dated February 24, 2026 in support, the exhibits to that declaration, and is accompanied by the [Proposed] Order, and on the papers and pleadings on file in this action, and on any other matter or argument at hearing allowed by the Court.

STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-3 MEET AND CONFER. On February 17, 2026, Plaintiff Clinton Brown, in pro se, and attorney Hickman for Defendant Steve Smead, met and conferred telephonically about the substance of this contemplated motion and any potential resolution. The discussion was thorough, as described in the accompanying Declaration of Fred Hickman, dated February 24, 2025, at its paragraph 2 which sets forth in detail the positions of the parties in the meet and confer regarding this motion, and in paragraph 14 of the declaration regarding the successful efforts to arrange the meet and confer which efforts commenced on February 14, 2026.

Date: February 25, 2026          Respectfully Submitted,
                                            */s/ Fred Hickman*
                                            Fred Hickman
                                            fredhickman@gmail.com
                                            Attorney for: Defendant Steve Smead