Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, <br><br> PLAINTIFF, <br><br> VS. <br><br> STEVE SMEAD, <br><br> DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx) <br><br> DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT OR ADJUDICATION <br><br> DATE: 03/05/2026 <br> TIME: 10:00 a.m. <br> CTRM: 8B |

TO PLAINTIFF, IN *PRO SE*:

NOTICE IS HEREBY GIVEN that on March 5, 2026, at 10:00 a.m., or as soon thereafter as counsel may and *pro se* may be heard by the above-entitled Court, located at United States Courthouse, 350 W. First Street, 8th Floor, defendant Steve Smead will and hereby does move the Court for summary judgment, or in the alternative, partial summary judgment or adjudication, on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reason that: Defendant is not liable to Plaintiff on the Second Amended Complaint [Doc. 90], filed 03/23/2025, under 18 U.S.C. § 1962(a)-(d), and is not liable for remedy 18 U.S.C. § 1964.

In the alternative, if for any reason Summary Judgment is not granted, defendant Steve Smead requests that partial Summary Judgment be granted as follows: against the Second Amended Complaint's "Count 1" or first claim, for alleged violation of 18 U.S.C. § 1962(a); on "Count 2" or second claim, for alleged violation of 18 U.S.C. § 1962(c); that Defendant did not collect unlawful debt (18 U.S.C. § 1961(6)) from Plaintiff in violation of 18 U.S.C. § 1962(a); that Defendant did not collect unlawful debt (18 U.S.C. § 1961(6)) from Plaintiff in violation of 18 U.S.C. § 1962(c); that Defendant did not violate 18 U.S.C. § 1962(c), as he was not part of an enterprise of associated-in-fact persons who through a pattern of racketeering activity (predicate acts) that caused injury to Plaintiff's business or property by unlawful conduct; that Defendant did not cause Plaintiff to suffer money damages compensable under 18 U.S.C. §§ 1962 and 1964; that Defendant is not liable to Plaintiff for any civil remedy under 18 U.S.C. § 1964; or otherwise as the Court determines.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, as presented in the Joint Memo of Memoranda of Moving and Opposing Points and Authorities and the Reply, the Declaration of Steve Smead, the Exhibits of evidence submitted herewith in the Joint Appendix of Exhibits, the Request for Judicial Notice by Defendant Smead, the Joint Appendix of Statements of Uncontroverted Facts, the Objections by Smead to the Evidence of Brown, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Date: January 22, 2026

Respectfully Submitted,
*/s/ Fred Hickman*
Fred Hickman
fredhickman@gmail.com
Attorney for: Defendant Steve Smead

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
*BROWN VS. SMEAD 23-cv-02938*

# CERTIFICATE OF SERVICE
## SMEAD V. BROWN, U.S.D.C. CENT. DIST. CAL., WESTERN DIV. CASE NO. 2:23-cv-02938-MEMF(KSx)

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Santa Ana, California; my business address is 17602 17th St., Suite 102-206, Tustin, CA 92780.

On January 22, 2026, I served a copy of the following documents entitled:

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT OR ADJUDICATION

on the interested parties in this case as follows:
ALL PERSONS ENTITLED TO NOTICE WERE SERVED ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM.
I hereby certify that I am a member of the Bar of this Court, the United States District Court, Central District of California. This certificate of service is executed at Santa Ana California on January 22, 2026.

| FRED HICKMAN | */s/ Fred Hickman* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |