UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>    PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>    DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>[PROPOSED]<br><br>ORDER GRANTING MOTION OF DEFENDANT STEVE SMEAD TO MODIFY THE CIVIL TRIAL ORDER/SCHEDULING ORDER AND FOR RELIEF TO RESET HEARING ON MOTION FOR SUMMARY JUDGMENT AND ALLOW REFILING, BASED ON ATTORNEY ERROR |

On February 25, 2026, Defendant Steve Smead ("Defendant") filed a Notice of Motion and Motion for an Order to Modify the Civil Trial Order/Scheduling Order ("Scheduling Order") [ECF No. 100 filed 07/15/25] based on his attorney's error in causing loss of the reserved hearing date of 03/05/26 for Defendant Smead's Motion for Summary Judgment/Partial Summary Judgment ("Motion"), so as to reset a hearing date for the Motion, and to allow for its refiling. The motion is

made under FRCP Rule 16(b)(4) (modification of Scheduling Order for good cause) and Rule 60(b)(1) (relief from attorney mistake, error, excusable neglect).

Meet and Confer (L.R. 7-3) Occurred: On February 17, 2026, a telephonic meet and confer between the parties occurred discussing the necessity of the motion and the positions of the Plaintiff and Defendant in detail regarding this motion, as to which no agreement was reached in the meet and confer, as set forth in the Notice of Motion and in the Declaration of Fred Hickman, dated 02/24/26, ¶¶ 2 & 14.

The moving party, Defendant Steve Smead, moves that the Scheduling Order be modified so that the last date to hear motions is set on a date that allows for the refiling of the Motion on a date set and reserved by the Court, and to allow for refiling of that Motion so that it may be heard on its merits.

This motion for modification of the Scheduling Order and relief to refile the Motion is determined within the discretion of the Court, and requires good cause, under Rule 16(b)(4) on modification, and under Rule 60(b)(1) on relief from attorney error. The motion to modify the Scheduling Order and to reset the Motion for hearing, and to permit refiling, is granted.  Here, the loss of the hearing date on the Motion was due to inadvertence, mistake, error and excusable neglect, and unintended by the counsel of record, the attorney for Defendant Steve Smead; no danger of prejudice to Plaintiff arises; the length of delay is short and the impact on judicial proceedings is minimal; the delay was not intended but caused by attorney error and the motion for relief has been filed in a reasonable time; and movant acted in good faith.

The Court, have considered Defendant's Motion, and finding good cause therefore, hereby GRANTS the motion and ORDERS, as follows:

1.  The Motion to modify the Civil Trial Order scheduling dates and deadlines ("Scheduling Order") (ECF No. 100 filed 07/15/25) is granted under F.R.C.P. Rule 16(b)(4) for good cause, and granted under Rule 60(b)(1) in the

Court's discretion for relief to Defendant Steve Smead, based on his attorney's error, inadvertence and excusable neglect of counsel, and the Scheduling Order is modified, and relief granted for Defendant Steve Smead to reserve and set a hearing date and to permit refiling of his Motion for Summary Judgment/Partial Summary Judgment ("Motion"), and as follows:

   a. The Scheduling Order is amended to set as the last day to hear motions to the new date of _____ [a date before the Final Pre-Trial Conference, as determined by Court] in order to allow for refiling of the Motion to be set on that date on the motion calendar.

   b. [Other changes to the Scheduling Order are as follows: _____ [as determined by Court]] .

  2. The hearing date is hereby reserved on Defendant Steve Smead's Motion for Summary Judgment/Partial Summary Judgment and is set for hearing at 10:00 a.m. on the motion calendar of this Court on the date of _____ [as determined by Court].

  3. Within seven days of ECF transmission of this Order, Defendant Steve Smead shall refile the Motion, initially filed commencing with ECF 122 Notice of Motion (corrected) filed 01/22/26, with all related and supporting and opposing papers, and as corrected in prior filings, through the corrected fully integrated Joint Brief ECF No. 164 filed 02/05/26. The refiling of the Motion, as corrected, shall be in compliance with Section IX.D. of the operative Civil Standing Order, and other applicable rules.

IT IS SO ORDERED.

Dated: APRIL ___, 2026     _____
              MAAME EWUSI-MENSAH FRIMPONG
              United States District Judge