Clinton Brown, *Pro se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVE SMEAD,<br><br>　　　　Defendant. | **Case No**. 2:23-02938-MEMF-KS<br><br>**Declaration of Clinton Brown in Support of Plaintiff's Opposition to Defendant's Motion to Modify the Civil Trial Order**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson<br><br>**Date:** April 9, 2026<br><br>**Time:** 10 A.M.<br><br>**Place:** Courtroom 8B |

## DECLARATION OF CLINTON BROWN

I, Clinton Brown, declare as follows:

1. I am the Plaintiff in this action and have personal knowledge of the facts stated herein. If called to testify at the hearing, I could and would testify competently to them under penalty of perjury.

2. Attached hereto as Exhibit A is a true and correct copy of an email I sent to Mr. Hickman on January 16, 2026, concerning the Civil Standing Order requirements for integration, compilation, and submission of the Joint Brief and related materials.

3. Attached hereto as Exhibit B is a true and correct copy of an email I sent to Mr. Hickman on January 22, 2026, notifying him that Defendant's Motion for Summary Judgment did not comply with the Court's Civil Standing Order and urging correction prior to the filing deadline.

4. The parties filed a stipulation requesting that mediation occur on April 10, 2026. *See* ECF Nos. 167, 170 & 171. Due to the mediator's limited availability and the schedules of the parties and

counsel, April 10, 2026 was the earliest mutually available mediation date confirmed on January 20, 2026. I am preparing for mediation consistent with that date.

5. I have already begun preparing Motions in *Limine*, the Memorandum of Contentions of Fact and Law (L.R. 16-4), and my Witness List (L.R. 16-5), each due April 29, 2026. *See* ECF No. 100 at 3. These filings require careful review of the record and substantive trial preparation. I am undertaking this work now in reliance on the existing Civil Trial Order and trial date.

6. The Joint Exhibit List pursuant to Local Rule 16-6.1 and the Joint Status Report Regarding Settlement, both due April 29, 2026, require the parties to meet, confer, and coordinate in advance of that deadline.

7. In addition to the April 29, 2026 pretrial submissions, further joint pretrial filings are due May 13, 2026, including Oppositions to Motions in *Limine*, the Joint Proposed Final Pretrial Conference Order pursuant to Local Rule 16-7, Joint Agreed Upon Proposed Jury Instructions, Disputed Proposed Jury Instructions, Joint Proposed Verdict Forms, the Joint Proposed Statement of the Case, and any Proposed *Voir Dire* Questions. Each of these filings requires advance coordination between the parties and continued trial preparation under the current schedule.

8. I have already begun substantive preparation of the above pretrial submissions as part of my trial readiness efforts under the current Civil Trial Order. Responding to a renewed motion for summary judgment, including preparing any supplemental record, opposition brief, and oral argument, would substantially interfere with my ability to complete the trial filings on time.

9. Even if the Court were inclined to grant Defendant's request, renewed dispositive motion practice would materially interfere with my ability to meet the existing pretrial deadlines. The Court recently issued a discovery Order affecting the record. *See* ECF No. 166. Responding to a renewed summary judgment motion while simultaneously preparing required pretrial filings would substantially divert time and focus from trial preparation under the current schedule.

10. I have structured my trial preparation in accordance with the deadlines set forth in the Civil Trial Order and the June 15, 2026 trial date. Several upcoming filings require coordination

with Mr. Hickman and cannot be completed unilaterally. I am proceeding under the expectation that all current deadlines remain in effect, unless otherwise ordered by this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2026, at Santa Monica, CA.

/s/Clinton Brown

Dated: March 4, 2026

Respectfully submitted,

*/s/ Clinton Brown, Pro Se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

CC: All Counsel of Record (via ECF) on March 4, 2026