# EXHIBIT A

 **Outlook**

---

**Plaintiff's MSJ Opposition – Brown v. Smead (Jan. 16, 2026)**

---

**From** Clinton Brown <brown_clinton@msn.com>
**Date** Fri 1/16/2026 9:40 PM
**To**   Fred Hickman <fredhickman@gmail.com>

🔗 11 attachments (5 MB)
Smead MSJ Memo Points Jan 1 2025_PLAINTIFFS_OPP_JAN16.pdf; Brown_Declaration_Jan16.pdf; Exhibit_A_Brown.pdf; Exhibit_B_Brown.pdf; Exhibit_C_Brown.pdf; SMEAD JOINT STATEMENTS UNCONTROVERTED FACTS GENUINE DISPUTES DEC 31 2025_PLAINTIFF'S_OPP_JAN16.pdf; Evidentiary_Objections_MSJ_Jan16.pdf; PO_EO_MSJ_Jan16.docx; PO_EO_MSJ_Jan16.pdf; Plaintiff's Non-Moving Party's Statement of Uncontroverted Facts and Genuine Disputes.docx; Non-Moving Party's Statement of Uncontroverted Facts and Genuine Disputes_Brown_Jan16.xlsx;

Mr. Hickman,

Because the materials you provided were in PDF format, I converted them to Word to prepare Plaintiff's portion of the Joint Brief. As a result, the formatting may differ from how I would have prepared it had I received a Word version. All of my additions are highlighted in yellow so they can be easily copied and pasted into your Word document in the format required by the Court's CSO (*i.e.*, Plaintiff's Opposition followed by Defendant's Reply).

Plaintiff's Non-Moving Party's Statement of Uncontroverted Facts and Genuine Disputes is provided in Word format for your convenience, as you will need to complete the remaining columns and convert the final version to PDF for filing. I have also included the Excel version that must be sent to Chambers. *See* CSO at 12. Accordingly, the completed Excel version should be emailed to Chambers on January 23, 2026, along with the filing.

I have also included the Word version of the Proposed Order on Evidentiary Objections for emailing to Chambers as required by the CSO, as well as the PDF version for filing. The Evidentiary Objections are likewise included in PDF format for filing.

Plaintiff's Exhibits A–C and declaration are provided in PDF format and should be included in the final submission.

As required by the Court's CSO at 9, because Plaintiff is self-represented, Defendant, as the represented moving party, is responsible for the integration, compilation, and word-processing of both parties' portions of the Joint Brief, including formatting, pagination, and final submission.

I will look for your ECF filing on January 23, 2026, containing the complete Joint Brief package.

Thank you,
Clinton Brown