# EXHIBIT B

 Outlook

## CSO Compliance – MSJ Joint Brief Filing

**From** Clinton Brown <brown_clinton@msn.com>
**Date** Thu 1/22/2026 9:11 PM
**To** Fred Hickman <fredhickman@gmail.com>

📎 1 attachment (508 KB)
joint-memf.pdf;

Mr. Hickman,

The Court's CSO requires that the joint brief be filed as a single, consolidated ECF filing, with each declaration and item of evidentiary material submitted as a separate attachment to that filing. *See* CSO at 12.

For reference, I have attached an example of a joint brief from another matter before Judge Frimpong reflecting the required CSO format. It should therefore be apparent why "Plaintiff's opposition brief, he chose for its format to take Defendant's brief, and to incorporate within it in yellow highlighting his arguments," particularly where the materials were transmitted in PDF rather than an editable DOC format.

In any event, the current filing will make it more difficult for the Court to evaluate the record. I urge you to correct the filing before the MSJ due date of January 23, 2026.

Thank you,
Clinton Brown