# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>                 Plaintiff,<br><br>    v.<br><br>STEVE SMEAD,<br><br>                 Defendant. | Case No.: 2:23-02938-MEMF-KS<br><br>**ORDER TO EXTEND ADR COMPLETION DATE [DKT. NO. 171]** |

On March 3, 2026, Plaintiff filed a Stipulation to Extend ADR Completion Date. *See* ECF No. 171.

On September 10, 2025, the Court ordered the parties to participate in mediation pursuant to General Order No. 11-10. *See* ECF No. 101. The Civil Trial Order set March 18, 2026, as the deadline to complete mediation. *See* ECF No. 100 at 3. Due to the mediator's limited availability and the schedules of the parties and counsel, the earliest available mediation date is April 10, 2026, requiring Court approval under General Order No. 11-10 § 8.3.

The parties have acted diligently and jointly request a limited modification of the Civil Trial Order to permit mediation on April 10, 2026, which will not prejudice any party, affect any other deadlines, or undermine judicial economy.

After considering the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the deadline to complete ADR is EXTENDED from March 18, 2026, to April 10, 2026, to permit the parties to complete mediation with the Court-appointed mediator on that date.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge