**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

EXH 1-5

2

SMEAD PRODUCTION 9/18/25                    S 211



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

EXH 1-6

3

SMEAD PRODUCTION 9/18/25                     S 212

| From: | "Clinton Brown" <clinton@brownrealtygrp.com> |
|---|---|
| Subject: | Deed of Trust for 8710-1 |
| Date: | Fri, June 18, 2021 2:23 pm |
| To: | "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com> |
| Cc: | "STEVE SMEAD" <stsmead@gmail.com> |

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,
Clinton

--



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*
Click to rate your experience with Brown Realty Group

| Attachments: | |
|---|---|
| **untitled-[1]** | |
| Size: | 1.2 k |
| Type: | text/plain |

EXH 1-7

SMEAD PRODUCTION 9/18/25     S 251