Case 2:23-cv-02938-MEMF-KS    Document 178-13    Filed 05/14/26    Page 1 of 1    Page
ID #:2632

8/10/2025

## Dep.:Mortg. Int. Inc.
### 1/1/2020 through 4/1/2023

Malibu Payments

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 5/20/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #1 4/21 ... | Dep.:Mortg. In... | Malibu ... | R | 606.75 |
| 6/17/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #1 4/21 ... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 7/20/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #2 June... | Dep.:Mortg. In... | Malibu ... | R | 1,830.79 |
| 8/10/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #2 July ... | Dep.:Mortg. In... | Malibu ... | R | 1,831.00 |
| 9/15/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #3 Aug. ... | Dep.:Mortg. In... | Malibu ... | R | 1,831.00 |
|  |  |  |  | Pmt #4 Sept ... | Dep.:Mortg. In... | Malibu ... | R | 1,830.79 |
| 10/16/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #4 Sept ... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 11/12/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #5 Oct ... | Dep.:Mortg. In... | Malibu ... | R | 1,826.94 |
| 12/16/2020 | SS RENTALS | DEP | S BANK OF TH... | Pmt #5 Oct ... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 1/28/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt #6 Nov. ... | Dep.:Mortg. In... | Malibu ... | R | 1,826.94 |
|  |  |  |  | PmT #7 Dec ... | Dep.:Mortg. In... | Malibu ... | R | 1,830.79 |
|  |  |  |  | Pmt #8 Jan ... | Dep.:Mortg. In... | Malibu ... | R | 1,830.79 |
| 2/26/2021 | SS RENTALS | DEP | S BANK OF TH... |  | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 3/24/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb  Ck ... | Dep.:Mortg. In... | Malibu ... | R | 1,830.79 |
| 5/3/2021 | SS RENTALS | EFT |  BANK OF TH... | Payment Mal... | Dep.:Mortg. In... | Malibu ... | R | 3,000.00 |
| 5/21/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb. Ck ... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 6/21/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Feb  Ck ... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 7/27/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt July. Ck... | Dep.:Mortg. In... | Malibu ... | R | 2,980.00 |
| 8/20/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt July. Ck... | Dep.:Mortg. In... | Malibu ... | R | 2,980.00 |
| 9/8/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt July. Ck... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 10/18/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu ... | R | 2,980.00 |
| 11/17/2021 | SS RENTALS | DEP | S BANK OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 12/29/2021 | SS RENTALS | DEP | S |  | Pmt Sept. C... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 1/26/2022 | SS RENTALS | DEP | S BANK  OF TH... | Pmt Sept. C... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 2/18/2022 | SS RENTALS | DEP | S BANK  OF TH... | Pmt OCT. C... | Dep.:Mortg. In... | Malibu ... | R | 2,980.00 |
| 3/30/2022 | SS RENTALS | DEP | S |  | Pmt OCT. C... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 4/22/2022 | SS RENTALS | DEP | S BANK  OF TH... | Pmt Nov. Ck... | Dep.:Mortg. In... | Malibu ... | R | 2,980.00 |
| 5/12/2022 | SS RENTALS | DEP | S BANK  OF TH... | Pmt Nov. Ck... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 6/27/2022 | SS RENTALS | DEP | S BANK  OF TH... | Pmt Nov. Ck... | Dep.:Mortg. In... | Malibu ... | R | 0.00 |
| 1/1/2020 - 4/1/2023 |  |  |  |  |  |  |  | 34,976.58 |

| | |
|---|---|
| TOTAL INFLOWS | 34,976.58 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 34,976.58 |

EXH 13

S 449

SMEAD PRODUCTION 9/18/25