*Copy*
*2nd JD*
*Harper lake* **NOTE**
**(INSTALLMENT - INTEREST INCLUDED)**

Escrow No.: 7102012953-MT

*2nd TL*

## DO NOT DESTROY THIS ORIGINAL NOTE
*When paid, this original Note, together with the Deed of Trust securing it, must be surrendered to Trustee for cancellation, before reconveyance will be made.*

| | | |
|---|---|---|
| $150,000.00 | San Bernardino, California | September 21, 2020 |

In installments as herein stated, for value received, I/we promise to pay to

**Steve Smead**

or order, at 145 S. 8th Street, the sum of One Hundred Fifty Thousand And No/100 Dollars ($150,000.00), with interest from ___November 10, 2020___, on the unpaid principal, at the rate of Eight Percent (8.000%) per annum. Principal and interest payable Monthly, in installments of One Thousand And No/100 Dollars, ($1,000.00), beginning on January 1st, 2021, and continuing until December 1st, 2022, at which time all unpaid principal and interest shall become immediately due and payable.

**LATE CHARGE:** Any payment received by holder of this Note more than Ten (10 ) days after its due date shall bear a late charge of No Dollars And No/100 Dollars ($60.00) and shall be due and payable at the same time and in addition to the delinquent payment.

**PREPAYMENT OF PRINCIPAL WITHOUT PENALTY:** Payor shall have the privilege to prepay this note in full, or in part, at anytime without penalty. Payment(s) shall first apply to interest then due and the balance to principal. Interest shall cease to accrue on any principal paid as of date of payment thereof. Interest only payments, if applicable, shall thereafter adjust accordingly.

Each payment shall be credited on interest then due, at the rate of Eight Percent (8.000%) per annum, and the remainder on principal; and interest shall thereupon cease upon the principal so credited. Should default be made in payment of any installment when due the whole sum of principal and interest shall become due at the option of the holder of this Note. Principal and interest payable in lawful money of the United States. If action be instituted on this Note I promise to pay such sum as the Court may fix as attorney's fees. This Note is secured by a Deed of Trust to Chicago Title Company, a California corporation, herein called Trustee.

Clinton Brown

EXH 15-1

SMEAD PRODUCTION 9/18/25                S 152

# Chicago Title Company

560 E. Hospitality Lane, San Bernardino, CA 92408
Phone: (800)722-0824 | Fax: (909)384-7055

## FINAL BUYER'S STATEMENT

| | |
|---|---|
| **Settlement Date:** November 10, 2020 | **Escrow Number:** 7102012953 |
| **Disbursement Date:** November 11, 2020 | **Escrow Officer:** Corbi Smith |
| | **Email:** Corbi.Smith@ctt.com |

**Buyer:** Clinton Brown
10226 Regent St
Los Angeles, CA 90034

**Seller:** American Pacific Investments, LLC
P.O. Box 8181
La Verne, CA 91750

**Property:** Vacant Land-42829 Harper Lake Road
Hinkley, CA 92347
Parcel ID(s): 0490-091-09, 0490-091-19

**Lender:** Steve Smead
145 S. 8th Street
Santa Paula, CA 93060-0000

**Lender:** American Pacific Investments
P.O. Box 8181
La Verne, CA 91750

**Lender:** Seller Financing

| | | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | 498,000.00 | |
| Loan Amount | Steve Smead | | 150,000.00 |
| Purchase Money Note | | | 348,000.00 |
| Proceeds from CDF 2 | | | 149,309.52 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $943.24 | 11/10/20 to 01/01/21 ($943.24 / 180 X 51 days) | 267.25 | |
| **NEW LOAN CHARGES - Steve Smead** | | | |
| **Total Loan Charges: $690.48** | | | |
| Prepaid Interest | | 690.48 | |
| $32.88 per day from 11/10/20 to 12/01/20 Steve Smead | | | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - Escrow Fee | Chicago Title Company | 1,346.00 | |
| Title - Extra Parcel Charge | Chicago Title Company | 100.00 | |
| Title - Lender's Title Insurance | Chicago Title Company | 75.00 | |
| Title - Lender's Title Insurance | Chicago Title Company | 75.00 | |
| Title - Loan Service Fee (1st) | Chicago Title Company | 340.00 | |
| Title - Loan Service Fee 2nd | Chicago Title Company | 150.00 | |
| Title - Mobile Signing Fee (BORROWER) | U.S. Certified Signers | 350.00 | |
| Title - Recording Service fee | SYNRGO | 14.45 | |

Policies to be issued:

Loan Policy
Coverage: $348,000.00   Premium: $75.00

Loan Policy
Coverage: $150,000.00   Premium: $75.00

| MISCELLANEOUS CHARGES | | |
|---|---|---:|
| Transfer to CD 1 | Loan Transfer Proceeds | 149,309.52 |
| Selling Agent Credit to buyer | | 3,700.00 |
| Mortgage | | $35.00 |
| Deed | | $27.00 |
| Mortgage | | $55.00 |

EXH 15-2

SMEAD PRODUCTION 9/18/25          S 153

| | | |
|---|---|---|
| Subtotals | 650,814.70 | 651,009.52 |
| **Balance Due TO Buyer** | **194.82** | |
| **TOTALS** | 651,009.52 | 651,009.52 |

THIS IS A CERTIFIED COPY OF THE ORIGINAL DOCUMENT(S) BY
CHICAGO TITLE COMPANY

Chicago Title Company, Settlement Agent

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

EXH 15-3

RECORDING REQUESTED BY

Chicago Title Inland Empire

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME    Steve Smead

STREET ADDRESS    145 S. 8th Street

CITY, STATE & ZIP CODE    Santa Paula, CA 93060

**Electronically Recorded in Official Records County of San Bernardino**

**Bob Dutton**

**Assessor-Recorder-County Clerk**

## DOC# 2020-0446979

| 11/10/2020 04:40 PM SAN | Titles: 1 | Pages: 8 |
| --- | --- | --- |
| | Fees | $35.00 |
| 12950 | Taxes | $0.00 |
| | CA SB2 Fee | $0.00 |
| | Total | $35.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## DEED OF TRUST

Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from the fee per GC 27388.1 (a) (2); This document is subject to Documentary Transfer Tax

☑ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EXH 15-4

SMEAD PRODUCTION 9/18/25                    S 155

RECORDING REQUESTED BY:
Chicago Title Company
Order No.:   7102012953

When Recorded Mail Document To:
Steve Smead
145 S. 8th Street
Santa Paula, CA  93060

APN/Parcel ID(s):  0490-091-09
                   0490-091-19

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made September 21, 2020, between

Clinton Brown,  a single man, herein called TRUSTOR, whose address is

10226 Regent St, Los Angeles, CA 90034

Chicago Title Company, a California corporation, herein called TRUSTEE, and

Steve Smead, herein called BENEFICIARY,

WITNESSETH:  That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in the County of San Bernardino, State of California, described as:

### For APN/Parcel ID(s):  0490-091-09 and 0490-091-19

The West ½ And The West ½ Of The Southeast Quarter Of Section 20, Township 11 North, Range 4 West, San Bernardino Meridian, County Of San Bernardino, State Of California, According To The U.S. Government Survey Thereof.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph ten (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the Purpose of Securing:

1.   Performance of each agreement of Trustor incorporated by reference or contained herein.

2.   Payment of the indebtedness evidenced by one Promissory Note of even date herewith, and any extension or renewal thereof, in the principal sum of One Hundred Fifty Thousand And No/100 Dollars ($150,000.00) executed by Trustor in favor of Beneficiary or order.

3.   Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**EXH 15-5**

SMEAD PRODUCTION 9/18/25                    S 156

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
(continued)

APN/Parcel ID(s):  0490-091-09
0490-091-19

**To Protect the Security of this Deed of Trust, Trustor Agrees:**  By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions one (1) to fourteen (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961, Page 183887 | | | | |

which provisions, identical in all counties, (printed on the attached unrecorded pages) are hereby adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

Clinton Brown

EXH 15-6

SMEAD PRODUCTION 9/18/25                    S 157

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
(continued)

APN/Parcel ID(s): 0490-091-09
0490-091-19

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____ *California*

County of _____ *Los Angeles*

On _____ 10/25/2020 _____ before me, _____ *Andre Massengale* Notary Public (here insert name and title of the officer), personally appeared Clinton Brown, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Signature _____

ANDRE MASSENGALE
Notary Public – California
Los Angeles County
Commission # 2200833
My Comm. Expires Jun 28, 2021

ANDRE MASSENGALE
Notary Public – California
Los Angeles County
Commission # 2200833
My Comm. Expires Jun 28, 2021

Deed of Trust - Short Form
SCA0000083.doc / Updated: 11.20.17

Page 3

Printed: 09.21.20 @ 11:47 AM
CA-CT-FWIN-02180.055716-7102012953

EXH 15-7

SMEAD PRODUCTION 9/18/25                    S 158