*Hinkly Loan Payments*

## Cash Flow
### 1/1/2020 through 1/1/2023

8/10/2025

Page 1

| Category | 1/1/2020-<br>1/1/2023 |
| --- | --- |
| **INFLOWS** | |
| Dep. | |
| Escrow Refund | 690.48 |
| Mortg. Int. Inc. | 4,000.00 |
| TOTAL Dep. | 4,690.48 |
| **TOTAL INFLOWS** | **4,690.48** |
| | |
| **OUTFLOWS** | |
| Bank Charge | 27.50 |
| Loan service expence | 3,477.00 |
| Loan To Other | 150,000.00 |
| Purchase TD | 370,350.00 |
| **TOTAL OUTFLOWS** | **523,854.50** |
| | |
| **OVERALL TOTAL** | -519,164.02 |

Jan, Feb, March, April Payment at $1,000 each

2nd TD
Purchase of 1st TD

EXH 19

S 450

SMEAD PRODUCTION 9/18/25