Gmail

STEVE SMEAD <stsmead@gmail.com>

## Does Current Mean Default

1 message

**Clinton Brown** <clinton@atlasinc.solar>                    Tue, Aug 23, 2022 at 12:51 AM
To: STEVE SMEAD <stsmead@gmail.com>

Steve,

Does current meant default?

Paper has value and only a stupid lowlife motherfucker wouldn't see that. Your friends are right, you're fucking stupid. From 100% LTV and getting a refund for buying to 61% LTV (appraisals in writing from 3rd parties and I'm a fucking broker and can do a BPO) 409a says my company is worth $20.8m certified by a licensed fucking accountant and is an IRS document, if I ever got audited BUT nope, not worth nothing because "the figures came from management" aka me. So you're saying that I provided fake documents to a CPA with the risk of a 409a audit …and the CPA with a state license did diligence and signed off on it …but it's not reliable because the information came from me and was analyzed by a CPA – which I fucking guess you are- but thanks for reading the report and picking the only fucking negative thing about it. I was surprised as you were apparently that I actually have the ability to earn future earnings more than I am now. Isn't that what a fucking stock is? You're getting in on future earnings. So you have to be a motherfucker and take the rug out from underneath me for penny's when we can make dollars?

I didn't ask you for more money aka blanket loan - I asked you for time which is money but you're greedy and can't wait two fucking seconds for a return bigger than you're gonna get now, for sure. Fortunately for me, I'm Aladdin on a magic carpet ride and could give a fuck less for your $1m investment and petty fucking nature. The only thing you've taught me is don't fucking take anyone's word. You try to work something out a payment plan and then all the while I'm fucking now at 17 percent and you bitching about inflation?! You're not a risk taker and I congratulate you on being successful in your model that created your "wealth" but I do believe that going from 100 LTV to 61 LTV is something and yea it is the market for solar and a nice house on the beach and a fucking entitled piece of property in the fucking middle of Indian country. I know what the fuck I'm up to and I'll be damned, Steve Smead, if you fuck me over on this. If you don't believe the fucking values then why didn't you spend the NOD money to get 3 fucking appraisals and then maybe you'll see? No, wait you think appraisals are fake and yet I just filed on an appraiser that fucked up the value and so I'm determined, but what a waste of money and passing it down to me over a small-minded Santa Paula asshole! If you have kids then I pray to God they haven't killed themselves like my dad did! Anyhow, I'm not trying to be anything more or less than I am. I promised I'd make things right with the properties and I'm a cunt hair away. However, what I will not do is business with folks that can't see the bigger picture and worry about monthlies like a common person. I am in the position - supposedly like yourself - to make my own time and pay on my own time to ensure success for both the investor and invested. This may be just dollars or cents to you or food for your table - I don't know you and only know you in light of our interactions - and regardless what you think of me I thought you'd see

EXH 60-1

that bigger picture and realize I'm not a stupid person — that if you are truly "have so much money I don't know what to do with" and I realize this doesn't cost you shit to carry. My interest just keeps adding up. And so I'm from Missouri and I'm a Nerf or Nothing kind of guy and thus I will make this my life mission in the next 85 days (and by the fucking way, thanks for filing on August 16 when we were supposed to be in negotiations on fixing this- and you can't use the truth I told you about keeping a roof over my head —-as you rack up interest at 17 percent. It's just another disappointment from a generation that is selfish. Well, I'm not stopping. I already have another property in escrow and possibly another if I play my cards right. What I do at the moment in my life is not what anybody else can do successfully like I can. It's a total fucking shame you can't see that, but the information I got from our business relationship is absolutely priceless and will make me a more successful person. Hands down that's true and priceless.

P.S. the bitch at Superior said you didn't use the acceleration clause and so you better go clarify that if you're going to try to do that.

Take care,
Clinton



**Clinton Brown**
CEO, Atlas, Inc.
310-487-6453 | clinton@atlasinc.solar

16821 Edgar Street, Pacific Palisades, CA 90272
www.atlasinc.solar



Click to schedule a meeting

DISCLAIMER: This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

EXH 60-2