Case 2:23-cv-02938-MEMF-KS    Document 178-26    Filed 05/14/26    Page 1 of 1    Page
ID #:2698

## Dep.:Mortg. Int. Inc.
### 1/1/2020 through 4/1/2023

Utah Payments

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/3/2021 | SS RENTALS | EFT | S BANK OF TH... | August Pay.. | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| 9/3/2021 | SS RENTALS | EFT | S BANK OF TH... | Sept. Payme... | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| 2/1/2022 | SS RENTALS | DEP | S Bank OF TH... | Oct, Nov, De... | Dep.:Mortg. In... | UTAH L... | R | 6,668.00 |
| 3/1/2022 | SS RENTALS | EFT | BANK OF TH... | Utah Loan p... | Dep.:Mortg. In... | UTAH L... | R | 1,667.00 |
| **1/1/2020 – 4/1/2023** | | | | | | | | **11,669.00** |

| | |
|---|---|
| TOTAL INFLOWS | 11,669.00 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 11,669.00 |

EXH 74-1

S 451

SMEAD PRODUCTION 9/18/25