Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Smead

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>                    PLAINTIFF,<br><br>VS.<br><br>STEVE SMEAD,<br><br>                    DEFENDANTS. | Case No.: 2:23-cv-02938-MEMF(KSx)<br><br>NOTICE OF ERRATA RE EXHIBITS NO. 1 AND NO. 54 I.S.O. MOTION FOR SUMMARY JUDGMENT BY SMEAD [ECF 178 FILED 05/14/2026; THE JOINT APPENDIX (ECF 178-4 FILED 05/14/2026)<br><br>[HON. MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE]<br><br>DATE: 06/25/2026<br>TIME: 10:00 a.m.<br>CTRM: 8B |

TO PLAINTIFF *IN PRO SE*, ALL PARTIES, AND TO THE COURT,

PLEASE TAKE NOTICE:

This errata and resubmission is as to Exhibits 1 and 54 related to the Motion for Summary Judgment ("Motion") filed by Smead (ECF 178, filed 05/14/2026). Both exhibits in their entirety were included in the Joint Appendix of Evidence (ECF 178-4, filed 05/14/2026) ("Joint Appendix").

Exh. 1 was by mistake broken into two separate parts therein, and then, as separately filed, included only part of its pages. Exh. 54 was included in the Joint Appendix, but by mistake was not separately filed. A correctly paginated Exh 1 is

NOTICE OF ERRATA RE EXH ## 1 & 54]

*BROWN VS. SMEAD 23-cv-02938*

1

attached hereto, and is resubmitted. Exh. 54 is attached hereto and separately filed as a resubmission. This errata and resubmissions of Exhibits 1 and 54 corrects those errors to the record of the Motion. Here follows detail.

ERRATA NO. 1. EXHIBIT 1 (Exh 1-1-10)

Exhibit 1, appears in the Joint Appendix is appears in full in the Joint Appendix, but as bookmarked therein, is mistakenly broken into two parts, its first page (Exh 1-1-1) at ECF 178-4 p. 54 of 156; its second part, erroneously following Exh 2, and bookmarked Ex 1-2-10, (nine pages) at ECF 178-4 pp. 64-72. It is one exhibit, and should be Exh 1-1-10, continuously paginated, rather than separated. Thus, all of Exhibit 1's pages were filed with the Motion.

Of the separately filed Exh 1 (ECF 178-8), it included only its pages 5-7 by mistake, numbered Exh 1-5-7. While those are the key pages for this motion, it is not Exh 1 in its entirety, which in entirety is Exh 1-1-10 (ten pages). These pages were all included in the Joint Appendix, as described above. A full, correct, and consecutively paginated Exh 1, as Exh 1-1-10, is attached hereto, and resubmitted separately in place of ECF 178-8, for the reasons noted above, concurrently herewith to correct the error.

ERRATA NO. 2. EXHIBIT 54

Exhibit 54 is attached to the Joint Appendix, as ECF 178-4 pp 140-141 (paginated as Ex 54-1-2). But by mistake, it was not separately filed. So, it is resubmitted as a separately filed Exhibit concurrently with this Notice of Errata to correct the error.

///

The Joint Appendix itself is not resubmitted with reordered pages as to Exh 1, as the error pertains only to location of pages of that one exhibit within the Joint Appendix, as noted above. If the Court would prefer, Movant will resubmit the Joint Appendix with the pagination as to Exh 1 corrected.

Date: June 1, 2026                    Respectfully Submitted,
                                      */s/ Fred Hickman*
                                      Fred Hickman
                                      fredhickman@gmail.com
                                      Attorney for: Defendant Steve Smead

Brown v. Smead. USDC Cal. Cent.Dist. W.Div. Case No.: 2:23-cv-02938-MEMF(KSx)

Cover Page Exhibit / Defendant Smead Motion for Summary Judgment Date: 06/25/2026

# EXHIBIT 1-1-10

| | |
|---|---|
| From: | "Clinton Brown" <clinton@brownrealtygrp.com> |
| Subject: | Escrow for Refinance |
| Date: | Wed, June 9, 2021 6:05 pm |
| To: | "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com> |

Jermey,

Hope you are well. I will be refinancing APN 8710-1  and can you please facilitate that? I will be paying off the 1st and adding a new 1st for $200,000.

The lender's contact information is:

Steve Smead
Stsmead@gmail.com
(805) 200-7411

Do you need a contract or can we just write the escrow instructions? This is a private lender and I'm hoping that we can expedite this process, if possible, because I'm using the proceeds from my refinance to close on another property.

Thank you,
Clinton
--



**Clinton Brown**
**Broker & Developer**
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

   
Bad  Subpa Just  Good  Great

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 1.6 k |
| Type: | text/plain |

EXH 1-1

From:       "STEVE SMEAD" <stsmead@gmail.com>
Subject:    Re: Clinton Brown
Date:       Thu, June 17, 2021 1:33 pm
To:         Jeremy@titlefirstutah.com

Please provide an estimated closing statement,  statement of acreage for the property and copy of water rights for the property.

I can fund as soon as you are ready.

Thanks,  Steve

On Thu, Jun 17, 2021 at 10:12 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:

Attached is the PR for Clinton Brown. He would like to be close this as
fast as possible. What else do you need from us to get this process going?
Thanks



Titlefirst Title Insurance Agency, LLC
P.O. Box 849
5 South Main Street
Beaver, UT 84713

ph. 435-438-5621
fx. 435-438-5671

**Attachments:**

| untitled-[1] | |
| --- | --- |
| Size: | 0.5 k |
| Type: | text/plain |

EXH 1-2

```
> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
>
```

Titlefirst Title Insurance Agency, LLC
P.O. Box 849
5 South Main Street
Beaver, UT 84713

ph. 435-438-5621
fx. 435-438-5671

--



**Clinton Brown**
**Broker & Developer**
## Brown Realty Group
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

CalDRE:02047215

*How was your experience with Brown Realty Group?*

   
Bad | Subpa | Just | Good | Great

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] |  |
| --- | --- |
| Size: | 4.8 k |
| Type: | text/plain |

EXH 1-3

From: "Clinton Brown" <clinton@brownrealtygrp.com>
Subject: Re: Fwd: Escrow for Refinance
Date: Thu, June 17, 2021 2:01 pm
To: Jeremy@titlefirstutah.com

Thank you! Do I sign anything? When can we close?

On Thu, Jun 17, 2021 at 10:11 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:
Attached is the PR for this property. I will send a copy to your lender as
well. Thanks


> Jeremy,
>
> Left you a voicemail. What do I need to do to get this closed?
>
>
> Thank you,
> Clinton
>
> ---------- Forwarded message ---------
> From: Clinton Brown <clinton@brownrealtygrp.com>
> Date: Wed, Jun 9, 2021 at 5:05 PM
> Subject: Escrow for Refinance
> To: jeremy@titlefirstutah.com <jeremy@titlefirstutah.com>
>
>
> Jermey,
>
> Hope you are well. I will be refinancing APN 8710-1  and can you please
> facilitate that? I will be paying off the 1st and adding a new 1st for
> $200,000.
>
> The lender's contact information is:
>
> Steve Smead
> Stsmead@gmail.com
> (805) 200-7411
>
> Do you need a contract or can we just write the escrow instructions? This
> is a private lender and I'm hoping that we can expedite this process, if
> possible, because I'm using the proceeds from my refinance to close on
> another property.
>
> Thank you,
> Clinton
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*
> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*

EXH 1-4

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

**EXH 1-5**

2

SMEAD PRODUCTION 9/18/25                    S 211



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

EXH 1-6

3

SMEAD PRODUCTION 9/18/25                 S 212

6/18/2021 Case 2:23-cv-02938-MEMF-KS    Document 180    Filed 06/01/26    Page 11 of 16   Page
ID #:2720
Deed of Trust for 8710-1

From:       "Clinton Brown" <clinton@brownrealtygrp.com>
Subject:    Deed of Trust for 8710-1
Date:       Fri, June 18, 2021 2:23 pm
To:         "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com>
Cc:         "STEVE SMEAD" <stsmead@gmail.com>

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,
Clinton

--



**Clinton Brown**
**Broker & Developer**
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 1.2 k |
| Type: | text/plain |

EXH 1-7

SMEAD PRODUCTION 9/18/25                    S 251

jeremy@titlefirstutah.com

| | |
|---|---|
| From: | STEVE SMEAD <stsmead@gmail.com> |
| Sent: | Monday, June 21, 2021 6:51 PM |
| To: | jeremy@titlefirstutah.com |
| Subject: | Re: Deed of Trust for 8710-1 |
| Flag Status: | Flagged |

Steve Smead is fine.   My address should be: 352 E. Harvard Blvd.  Santa Paula,  CA 93060

On Mon, Jun 21, 2021 at 2:14 PM <jeremy@titlefirstutah.com> wrote:

Clinton and Steve,

Attached is the settlement statement for you to approve. Please let me know if there are any changes you want made.

Steve, on the Note and D.O.T., do you want the beneficiary to read "Steve Smead"?  Once I know exactly the name you want on the documents, I will finish them up, and send to you for approval prior to sending to Clinton for signature.

16821 edgar st.
Pacific Palaeade
90272

Thank you,

Natalia Van Wyk, Assistant

Titlefirst Title Insurance Agency, LLC

P.O. Box 849

5 South Main

Beaver, UT 84713

Ph. 435-438-5621

Fx. 435-438-5671

EXH 1-8

1

SMEAD PRODUCTION 9/18/25                          S 301

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

EXH 1-9

2

SMEAD PRODUCTION 9/18/25                    S 302



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

EXH 1-10

3

SMEAD PRODUCTION 9/18/25                    S 303

Brown v. Smead. USDC Cal. Cent.Dist. W.Div. Case No.: 2:23-cv-02938-MEMF(KSx)

Cover Page Exhibit / Defendant Smead Motion for Summary Judgment Date: 06/25/2026

# EXHIBIT 54

**Date:** Sat, 11 Jun 2022 21:59:39 -0700
**From:** Clinton Brown <clinton@atlasinc.solar>
**To:** STEVE SMEAD <stsmead@gmail.com>
**Cc:**
**Bcc:**
**Subject:** Re: Property taxes Harper Lake property

Steve,

I'd pay you before I paid the taxes to the government - if I had the money. There's a 5 year window on property taxes and I'm leveraging that. The taxes do not need to be paid in order to pay off the 1st deed of trust and make everything kosher like we agreed. I'll pay them when I sell the property and/or get the CUP issued and income coming in from the property from solar.

There's no issue here.

Thank you,
Clinton

On Thu, Jun 9, 2022 at 7:58 AM STEVE SMEAD <stsmead@gmail.com> wrote:
> Please pay property taxes that are past due as soon as possible.   I can not move forward with purchase of 1st trust deed until the taxes are current.
>
> Steve

--
**Clinton Brown**
**Atlas, Inc.**
CEO
Autonomous Solar Fields
Cell: 310-487-6453
clinton@atlasinc.solar
www.atlasinc.solar

**DISCLAIMER:**

This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

EX 54