Brown v. Smead. USDC Cal. Cent.Dist. W.Div. Case No.: 2:23-cv-02938-MEMF(KSx)

Cover Page Exhibit / Defendant Smead Motion for Summary Judgment Date: 06/25/2026

# EXHIBIT 54

**Date:** Sat, 11 Jun 2022 21:59:39 -0700
**From:** Clinton Brown <clinton@atlasinc.solar>
**To:** STEVE SMEAD <stsmead@gmail.com>
**Cc:**
**Bcc:**
**Subject:** Re: Property taxes Harper Lake property

Steve,

I'd pay you before I paid the taxes to the government - if I had the money. There's a 5 year window on property taxes and I'm leveraging that. The taxes do not need to be paid in order to pay off the 1st deed of trust and make everything kosher like we agreed. I'll pay them when I sell the property and/or get the CUP issued and income coming in from the property from solar.

There's no issue here.

Thank you,
Clinton

On Thu, Jun 9, 2022 at 7:58 AM STEVE SMEAD <stsmead@gmail.com> wrote:
> Please pay property taxes that are past due as soon as possible.   I can not move forward with purchase of 1st trust deed until the taxes are current.
>
> Steve

--
**Clinton Brown**
**Atlas, Inc.**
CEO
Autonomous Solar Fields
Cell: 310-487-6453
clinton@atlasinc.solar
www.atlasinc.solar

**DISCLAIMER:**
This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

EX 54

BROWN_1453