Brown v. Smead. USDC Cal. Cent.Dist. W.Div. Case No.: 2:23-cv-02938-MEMF(KSx)

Cover Page Exhibit / Defendant Smead Motion for Summary Judgment Date: 06/25/2026

# EXHIBIT 1-1-10

| | |
|---|---|
| From: | "Clinton Brown" <clinton@brownrealtygrp.com> |
| Subject: | Escrow for Refinance |
| Date: | Wed, June 9, 2021 6:05 pm |
| To: | "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com> |

Jermey,

Hope you are well. I will be refinancing APN 8710-1  and can you please facilitate that? I will be paying off the 1st and adding a new 1st for $200,000.

The lender's contact information is:

Steve Smead
Stsmead@gmail.com
(805) 200-7411

Do you need a contract or can we just write the escrow instructions? This is a private lender and I'm hoping that we can expedite this process, if possible, because I'm using the proceeds from my refinance to close on another property.

Thank you,
Clinton
--



**Clinton Brown**
**Broker & Developer**
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

   
Bad    Subpa Just    Good   Great

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 1.6 k |
| Type: | text/plain |

EXH 1-1

From:         "STEVE SMEAD" <stsmead@gmail.com>
Subject:     Re: Clinton Brown
Date:         Thu, June 17, 2021 1:33 pm
To:            Jeremy@titlefirstutah.com

Please provide an estimated closing statement, statement of acreage for the property and copy of water rights for the property.

I can fund as soon as you are ready.

Thanks, Steve

On Thu, Jun 17, 2021 at 10:12 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:

Attached is the PR for Clinton Brown. He would like to be close this as
fast as possible. What else do you need from us to get this process going?
Thanks



Titlefirst Title Insurance Agency, LLC
P.O. Box 849
5 South Main Street
Beaver, UT 84713

ph. 435-438-5621
fx. 435-438-5671

**Attachments:**

| untitled-[1] | |
|---|---|
| Size: | 0.5 k |
| Type: | text/plain |

EXH 1-2

> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
>


Titlefirst Title Insurance Agency, LLC
P.O. Box 849
5 South Main Street
Beaver, UT 84713

ph. 435-438-5621
fx. 435-438-5671
--



**Clinton Brown**
**Broker & Developer**
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

   
Bad  Subpa  Just  Good  Great

Click to rate your experience with Brown Realty Group

**Attachments:**

| untitled-[1] |
| --- |
| Size: 4.8 k |
| Type: text/plain |

EXH 1-3

SMEAD PRODUCTION 9/18/25

From: "Clinton Brown" <clinton@brownrealtygrp.com>
Subject: Re: Fwd: Escrow for Refinance
Date: Thu, June 17, 2021 2:01 pm
To: Jeremy@titlefirstutah.com

Thank you! Do I sign anything? When can we close?

On Thu, Jun 17, 2021 at 10:11 AM Jeremy Gale <jeremy@titlefirstutah.com> wrote:
Attached is the PR for this property. I will send a copy to your lender as
well. Thanks


> Jeremy,
>
> Left you a voicemail. What do I need to do to get this closed?
>
>
> Thank you,
> Clinton
>
> ---------- Forwarded message ---------
> From: Clinton Brown <clinton@brownrealtygrp.com>
> Date: Wed, Jun 9, 2021 at 5:05 PM
> Subject: Escrow for Refinance
> To: jeremy@titlefirstutah.com <jeremy@titlefirstutah.com>
>
>
> Jermey,
>
> Hope you are well. I will be refinancing APN 8710-1  and can you please
> facilitate that? I will be paying off the 1st and adding a new 1st for
> $200,000.
>
> The lender's contact information is:
>
> Steve Smead
> Stsmead@gmail.com
> (805) 200-7411
>
> Do you need a contract or can we just write the escrow instructions? This
> is a private lender and I'm hoping that we can expedite this process, if
> possible, because I'm using the proceeds from my refinance to close on
> another property.
>
> Thank you,
> Clinton
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*
> Cell: 310-487-6453
> Email: clinton <http://goog_183101203>@brownrealtygrp.com
> <clinton@brownrealtygrp.com>
> Website: www.brownrealtygrp.com
>
> Join me for a Zoom conference. <https://zoom.us/j/5189317177>
> [image: https://www.facebook.com/brownrealtygrp/]
> <https://www.facebook.com/brownrealtygrp/>
> <https://www.facebook.com/SellBuySmart/>
> <http://www.linkedin.com/in/brownrealtygrp>
> <https://www.linkedin.com/company/sellandbuysmart/>
> <http://instagram.com/brownrealty_grp>
> <https://twitter.com/brownrealty_grp>
>
> CalDRE:02047215
>
> How was your experience with Brown Realty Group?
> [image: Bad] <https://portal.oggvo.com/review/BrownRealtyGroup> [image:
> Subpar] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Just
> Okay] <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Good]
> <https://portal.oggvo.com/review/BrownRealtyGroup> [image: Great]
> <https://portal.oggvo.com/review/BrownRealtyGroup>Click to rate your
> experience with Brown Realty Group
> <https://portal.oggvo.com/review/BrownRealtyGroup>
> --
>
> *Clinton Brown*
> *Broker & Developer *
> *Brown Realty Group*

EXH 1-4

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

**EXH 1-5**

2

SMEAD PRODUCTION 9/18/25                     S 211



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

EXH 1-6

3

SMEAD PRODUCTION 9/18/25                          S 212

6/18/20 Case 2:23-cv-02938-MEMF-KS    Document 181    Filed 06/01/26    Page 8 of 11   Page ID
Deed of Trust for 8710-1
#:2746

From:      "Clinton Brown" <clinton@brownrealtygrp.com>
Subject:   Deed of Trust for 8710-1
Date:      Fri, June 18, 2021 2:23 pm
To:        "jeremy@titlefirstutah.com" <jeremy@titlefirstutah.com>
Cc:        "STEVE SMEAD" <stsmead@gmail.com>

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,
Clinton

--



**Clinton Brown**
**Broker & Developer**
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

| Attachments: | |
| --- | --- |
| **untitled-[1]** | |
| Size: | 1.2 k |
| Type: | text/plain |

**EXH 1-7**

SMEAD PRODUCTION 9/18/25                    S 251

**jeremy@titlefirstutah.com**

| | |
|---|---|
| From: | STEVE SMEAD <stsmead@gmail.com> |
| Sent: | Monday, June 21, 2021 6:51 PM |
| To: | jeremy@titlefirstutah.com |
| Subject: | Re: Deed of Trust for 8710-1 |
| | |
| Flag Status: | Flagged |

Steve Smead is fine.   My address should be: 352 E. Harvard Blvd.  Santa Paula,  CA 93060

On Mon, Jun 21, 2021 at 2:14 PM <jeremy@titlefirstutah.com> wrote:

Clinton and Steve,

Attached is the settlement statement for you to approve. Please let me know if there are any changes you want made.

Steve, on the Note and D.O.T., do you want the beneficiary to read "Steve Smead"?  Once I know exactly the name you want on the documents, I will finish them up, and send to you for approval prior to sending to Clinton for signature.

16821 edgar st.
pacific palaeade
90272

*Thank you,*

*Natalia Van Wyk, Assistant*

Titlefirst Title Insurance Agency, LLC

P.O. Box 849

5 South Main

Beaver, UT 84713

Ph. 435-438-5621

Fx. 435-438-5671

EXH 1-8

1

**From:** Clinton Brown <clinton@brownrealtygrp.com>
**Sent:** Friday, June 18, 2021 2:23 PM
**To:** jeremy@titlefirstutah.com
**Cc:** STEVE SMEAD <stsmead@gmail.com>
**Subject:** Deed of Trust for 8710-1

Jeremy,

The deed of trust terms will be $200,000 @ 10 percent interest and a 2 year balloon payment. $150 late charge if payment is received 10 days after the due date on the first of each month.

$100,000 of this refinance has already been allocated to Steve Smead and therefore the remaining funds that will be sent by Steve will be $100,000. The remaining funds from that will be sent to me.

Please let me know if you have any questions.

Thank you,

Clinton

--

EXH 1-9

2

SMEAD PRODUCTION 9/18/25                    S 302



**Clinton Brown**
Broker & Developer
**Brown Realty Group**
Cell: 310-487-6453
Email: clinton@brownrealtygrp.com
Website: www.brownrealtygrp.com

Join me for a Zoom conference.

   

CalDRE:02047215

*How was your experience with Brown Realty Group?*

Click to rate your experience with Brown Realty Group

EXH 1-10

3

SMEAD PRODUCTION 9/18/25                     S 303