JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Clinton Brown, | Case No. LACV 23-2938-MEMF-KSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Steve Smead, | |
| Defendant. | |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendant against Plaintiff.  (JS-6)

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____

The Honorable Sunshine Suzanne Sykes
United States District Judge